1  Linda S. DeBruin (IL Bar No. 6201843)
   (Admitted to this Court on September 27, 1991)
2  KIRKLAND & ELLIS LLP
   200 East Randolph Drive
3  Chicago, Illinois  60601
   Telephone:     (312) 861-2000
4  Facsimile:     (312) 861-2200
   Email: ldebruin@kirkland.com
5
   Marc H. Cohen (CA Bar No. 168773)
6  Bradford John Black (CA Bar No. 252031)
   KIRKLAND & ELLIS LLP
7  950 Page Mill Road
   P.O. Box 51827
8  Palo Alto, CA 94304
   Telephone:     (650) 859-7000
9  Facsimile:     (650) 859-7500
   Email: mcohen@kirkland.com
10 Email: bblack@kirkland.com

11 *Attorneys for Defendants*
   RESEARCH IN MOTION LIMITED and
12 RESEARCH IN MOTION CORPORATION

**GRANTED**
*Judge James Ware*
11/25/2008

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            SAN JOSE DIVISION

16 MFORMATION TECHNOLOGIES, INC., a        Case No.  5:08-CV-04990-JW
17 Delaware corporation,

18            Plaintiff,                    **JOINT STIPULATION PURSUANT TO**
                                            **CIVIL L.R. 6-1(A), 6-2(A) AND 7-12 TO**
19       v.                                 **EXTEND TIME WITHIN WHICH**
                                            **DEFENDANTS MAY RESPOND TO THE**
20 RESEARCH IN MOTION LIMITED, a            **COMPLAINT AND STIPULATING TO**
21 Canadian corporation                     **SUFFICIENCY OF SERVICE OF PROCESS**

22 AND

23
   RESEARCH IN MOTION CORPORATION,
24 a Delaware corporation,

25            Defendants.

26

27       Pursuant to Federal Rule of Civil Procedure 6(b) and Civil L.R. 6-1(a), 6-2(a) and 7-12, it is

28 hereby stipulated by and between the parties, through their respective attorneys, that Defendants

1  Research in Motion Limited and Research in Motion Corporation shall have an additional 29 days,
2  up to and including December 23, 2008, within which to respond to the Complaint.  The purpose for
3  the extension of time is to allow the Defendants to duly investigate the Plaintiff's allegations in its
4  Complaint.  There have been no prior modifications of time in this case.  The present modification
5  will not adversely impact the case schedule as one has not yet been set.  Defendants further stipulate
6  and agree that they shall not challenge the sufficiency of service of the summons and complaint.

8  DATED:  November 20, 2008                KIRKLAND & ELLIS LLP
                                            Respectfully submitted,

                                            /s/Marc H. Cohen
                                            Marc H. Cohen

                                            Attorney for Defendants Research in Motion
                                            Limited and Research in Motion Corporation

14 DATED:  November 20, 2008                SHEPPARD, MULLIN, RICHTER &
                                            HAMPTON LLP
                                            Respectfully submitted,

                                            /s/_____
                                            Nathaniel Bruno

                                            Attorney for Plaintiff MFormation Technologies,
                                            Inc.

20 Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Marc H.
   Cohen hereby attests that concurrence in the filing of this document has been obtained.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 25, 2008                   _____
                                            Honorable James Ware
                                            United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify on this 20th day of November, 2008 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  November 20, 2008				KIRKLAND & ELLIS LLP
							Respectfully submitted,

							/s/Sarah M. Schultz
							Sarah M. Schultz,
							Intellectual Property Legal Assistant