NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., | No. C08-04990 JW (HRL) |
| Plaintiff, <br> v. | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO COMPEL** |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | **[Re: Docket No. 56]** |
| Defendants. | |

Plaintiff Mformation Technologies, Inc. filed a discovery motion seeking an order directing the parties to produce documents by a schedule of dates certain. It also sought certain relief with respect to the parties' anticipated Fed. R. Civ. P. 30(b)(6) depositions. Defendants Research in Motion Limited and Research in Motion Corporation opposed the motion. An expedited hearing was held on June 12, 2009, at which time the parties agreed to conduct further meet-and-confer negotiations.

The parties now advise that they have reached agreement as to a schedule for the production of documents. That is, the parties have agreed that certain documents will be produced by July 10, 2009 and that certain other documents will be produced by August 12, 2009. As for the parties' Fed. R. Civ. P. 30(b)(6) depositions, the record presented indicates that there is no ripe dispute here.

Accordingly, IT IS ORDERED THAT Mformation's motion to compel is denied as moot.

Dated: July 7, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:08-cv-4990 Notice has been electronically mailed to:**

Aaron D. Charfoos acharfoos@kirkland.com

Amardeep Lal Thakur athakur@sheppardmullin.com, dgrimes@sheppardmullin.com

Bradford John Black bblack@kirkland.com, sschultz@kirkland.com

Carl John Blickle carl.blickle@kirkland.com

Eugene Goryunov egoryunov@kirkland.com

Graham Marc Buccigross gbuccigross@sheppardmullin.com

Linda S. DeBruin ldebruin@kirkland.com

Marc Howard Cohen marc.cohen@kirkland.com, julie.bueno@kirkland.com, sarah.schultz@kirkland.com

Maria Meginnes mmeginnes@kirkland.com

Michael Anthony Parks mparks@kirkland.com

Nathaniel Bruno nbruno@sheppardmullin.com, jgorsi@sheppardmullin.com, jsolomon@smrh.com, rhanovice@smrh.com, smcdonald@smrh.com

Rebecca Lea Hanovice rhanovice@smrh.com, lgoldfarb@smrh.com

Shawn Edward McDonald smcdonald@sheppardmullin.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.