AMAR L. THAKUR, Cal. Bar No. 194025
SHAWN E. MCDONALD, Cal Bar No. 237580
GRAY M. BUCCIGROSS, Cal. Bar No. 234558
REBECCA L. HANOVICE, Cal Bar No. 259876
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858-720-8900
Facsimile: 858-509-3691
Email: athakur@sheppardmullin.com
smcdonald@sheppardmullin.com
gbuccigross@sheppardmullin.com
rhanovice@sheppardmullin.com

NATHANIEL BRUNO, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: nbruno@sheppardmullin.com

Attorneys for Plaintiff
MFORMATION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 5:08-cv-04990-JW (HRL)<br><br>**JOINT STIPULATION PURSUANT TO CIVIL L.R. 6-1(b), 6-2, and 7-12, and FED R. CIV. P. 15 TO:**<br><br>**(1) ALLOW AN ORDERLY SEQUENCE OF PLEADINGS; AND,**<br><br>**(2) EXTEND THE DATE BY WHICH PLAINTIFFS MUST RESPOND TO DEFENDANTS' FIRST AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS** |

AND RELATED COUNTERCLAIMS

# STIPULATION

Pursuant to Federal Rules of Civil Procedure 6(b) and 15 and Civil L.R. 6-1(b), 6-2, and 7-12, it is hereby stipulated by and between the parties, through their respective attorneys, that:

(1) On March 2, 2009, the parties agreed to allow amendments to the pleadings not including the assertion of additional patents as of right until August 31, 2009, and confirmed this agreement in writing pursuant to Fed. R. Civ. P. 15(a)(2).

(2) On August 31, 2009, Plaintiff Mformation Technologies, Inc. ("Plaintiff") filed its Third Amended Complaint (Docket No. 71). On the same day, Defendants Research In Motion Limited and Research In Motion Corporation ("Defendants") filed their First Amended Answer, Defenses, and Counterclaims (Docket No. 73).

(3) Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants shall have up to and including Tuesday, September 15, 2009, in which to answer Plaintiff's Third Amended Complaint.

(4) To allow an orderly sequence of pleadings, Plaintiff shall not be required to file a response to Defendants' First Amended Answer, Defenses, and Counterclaims within the period of time set by Fed. R. Civ. P. 15(a)(3).

(5) Instead of the period of time set by Fed. R. Civ. P. 15(a)(3), Plaintiff shall have up to and including Wednesday, September 30, 2009, in which to answer Defendants' First Amended Answer, Defenses, and Counterclaims, and whatever document(s) Defendants file as provided for in paragraph (3), *supra*. The purpose for this extension of time is to allow Plaintiff to duly investigate Defendants' new allegations of inequitable conduct in their August 31, 2009, filing.

There have been two prior modifications of time in this case:

(1) On November 20, 2008, the parties stipulated to a 29-day extension of time for Defendants to respond to Plaintiff's original Complaint. The Court approved this stipulation on November 25, 2008. (Docket No. 12.)

(2) On January 7, 2009, the parties stipulated to an extension of time giving the Defendants until January 27, 2009, to answer the Plaintiff's First Amended Complaint, and giving the Defendants an additional four weeks beyond the time specified in the Patent Local Rules in

1 which to serve their invalidity contentions and disclosures per Patent L.R. 3-3 and 3-4. The Court
2 approved this stipulation on January 16, 2009. (Docket No. 30)
3       The present modifications will not adversely impact the case schedule.

DATED: September 4, 2009          KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/<u>Linda DeBruin</u>
Linda DeBruin

Attorneys for Defendants Research in Motion Limited and Research in Motion Corporation

DATED: September 4, 2009          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Respectfully submitted,

/s/ <u>Rebecca L. Hanovice</u>
Rebecca L. Hanovice

Attorneys for Plaintiff Mformation Technologies, Inc.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Rebecca L. Hanovice hereby attests that concurrence in the filing of this document has been obtained.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 16, 2009          /s/ James Ware
                                    Honorable James Ware
                                    United States District Judge