IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mformation Technologies, Inc., | NO. C 08-04990 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Research in Motion Ltd., et al., | |
| Defendants. | |

This case was scheduled for a Case Management Conference on September 21, 2009. Upon review of the parties' Interim Joint Case Management Statement (Docket Item No. 75), the Court finds it unnecessary to hold the scheduled Case Management Conference. Accordingly, the Court VACATES the September 21 Conference. Pursuant to the Court's Patent Scheduling Order (Docket Item No. 42), the parties shall appear for a Case Tutorial on **October 16, 2009 at 9 a.m.** and a Claim Construction Hearing on **October 30, 2009 at 9 a.m.**

Dated: September 16, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Amardeep Lal Thakur athakur@sheppardmullin.com
Bradford John Black bblack@kirkland.com
Carl John Blickle carl.blickle@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Graham Marc Buccigross gbuccigross@sheppardmullin.com
Linda S. DeBruin ldebruin@kirkland.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria Meginnes mmeginnes@kirkland.com
Michael Anthony Parks mparks@kirkland.com
Nathaniel Bruno nbruno@sheppardmullin.com
Rebecca Lea Hanovice rhanovice@smrh.com
Shawn Edward McDonald smcdonald@sheppardmullin.com

Dated: September 16, 2009             Richard W. Wieking, Clerk

                                      By:     /s/ JW Chambers
                                              Elizabeth Garcia
                                              Courtroom Deputy