IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mformation Technologies, Inc., | NO. C 08-04990 JW |
| Plaintiff, | **ORDER ADVANCING TUTORIAL AND CLAIM CONSTRUCTION HEARINGS** |
| v. | |
| Research in Motion Ltd., et al., | |
| Defendants. | |

This case is presently scheduled for a Case Tutorial on October 16, 2009 and a Claim Construction Hearing on October 30, 2009. In light of the Court's trial schedule conflict, the Court advances the Tutorial and Claim Construction hearings as follows:

(1) On **October 14, 2009 at 9 a.m.**, the parties shall appear for the Case Tutorial. Each party shall have 45 minutes.

(2) On **October 15, 2009 at 9 a.m.**, the Court will conduct the Claim Construction hearing. The Court has allocated three hours for this hearing. Thus, each party shall have 1.5 hours to make their presentation.

Dated: September 22, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Amardeep Lal Thakur athakur@sheppardmullin.com
Bradford John Black bblack@kirkland.com
Carl John Blickle carl.blickle@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Graham Marc Buccigross gbuccigross@sheppardmullin.com
Linda S. DeBruin ldebruin@kirkland.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria Meginnes mmeginnes@kirkland.com
Michael Anthony Parks mparks@kirkland.com
Nathaniel Bruno nbruno@sheppardmullin.com
Rebecca Lea Hanovice rhanovice@smrh.com
Shawn Edward McDonald smcdonald@sheppardmullin.com

Dated: September 22, 2009              Richard W. Wieking, Clerk


                                       By:    /s/ JW Chambers
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**