Linda S. DeBruin
(Admitted to this Court on September 27,1991)
Aaron D. Charfoos (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: maria.maras@kirkland.com
Email: meredith.zinanni@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
P.O. Box 51827
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>          Plaintiff and Counterclaim<br>     Defendant,<br><br>          v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>          Defendants and Counterclaim<br>     Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br><br><br>Hearing:        November 20, 2009<br>Time:           9:00 a.m.<br>Courtroom:   8, 4th floor<br>Judge:          The Honorable James Ware |

1       I, Meredith Zinanni, state and declare as follows:

2       1.      I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for

3   Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM")

4   in the above-captioned case.  I am over twenty-one years of age and not under any legal disability.  I

5   submit this declaration in support of RIM's Responsive Claim Construction Brief.  I have personal

6   knowledge of the following facts and, if called as a witness, could and would testify competently

7   thereto.

8       2.      Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,970,917,

9   titled "System and Method for Remote Control and Management of Wireless Devices" and dated

10  November 29, 2005, bearing bates numbers RIM-MF1753006-018.

11      3.      Attached here to as Exhibit B is a true and correct copy of U.S. Patent No. 7,343,408,

12  titled "System and Method for Wireless Data Terminal Management Using Telecommunication

13  Signaling Network" and dated March 11, 2008, bearing bates numbers RIM-MF1753019-034.

14      4.      Attached hereto as Exhibit C is a true and correct copy of a document Provisional

15  Application 60/251,034, titled "Protocol to Control and Manage the Wireless Devices Over the Air"

16  with a filing date of December 5, 2000, issued by the United States Patent and Trademark Office,

17  bearing bates numbers RIM-MF1753671-675.

18      5.      Attached hereto as Exhibit D is a true and correct copy of a document entitled '917

19  Patent Application, which is part of the '917 Prosecution History, bearing bates numbers RIM-

20  MF1753039-068.

21      6.      Attached hereto as Exhibit E is a true and correct copy of a document entitled

22  June 15, 2005, Office Action, which is part of the 917 Prosecution History, bearing bates number

23  RIM-MF1753133-139.

24      7.      Attached hereto as Exhibit F is a true and correct copy of a document entitled July 6,

25  2005, Amendment, which is a part of the '917 Prosecution History, bearing bates numbers RIM-

26  MF1753141-157.

27      8.      Attached hereto as Exhibit G is a true and correct copy of a document entitled '408

28  Patent Application, which is part of the '408 Prosecution History, bearing bates numbers RIM-

MF1753174-228.

9.     Attached hereto as Exhibit H is a true and correct copy of a document entitled November 15, 2006, Amendment, which is part of the '408 Prosecution History, bearing bates numbers RIM-MF1753494-520.

10.     Attached hereto as Exhibit I is a true and correct copy of a document entitled February 6, 2007, Office Action, which is part of the '408 Prosecution History, bearing bates numbers RIM-MF1753527-537.

11.     Attached hereto as Exhibit J is a true and correct copy of a document entitled August 6, 2007, Amendment, which is a part of the '408 Prosecution History, bearing bates numbers RIM-MF1753539-557.

12.     Attached hereto as Exhibit K is a true and correct copy of U.S. Patent No. 5,418,524, titled "Method and Apparatus for Over-the-Air Upgrading of Radio Modem Application Software" and dated May 23, 1995, bearing bates numbers RIM-MF0000270-276.

13.     Attached hereto as Exhibit L is a true and correct copy of U.S. Patent No. 6,144,849, titled "Method and Apparatus for Over-the-Air Service Provisioning of a Mobile Telephone" and dated November 7, 2000, bearing bates numbers RIM-MF0000128-140.

14.     Attached hereto as Exhibit M is a true and correct copy of U.S. Patent No. 6,301,484, titled "Method and Apparatus for Remote Activation of Wireless Device Features Using Short Message Services (SMS)" and dated October 9, 2001, bearing bates numbers RIM-MF0000057-065.

15.     Attached hereto as Exhibit N is a true and correct copy of U.S. Patent No. 6,636,489, titled "Wireless Management System and a Method for an Automated Over-the-Air Managing Process for Wireless Communication Devices" and dated October 21, 2003, bearing bates numbers RIM-MF0000019-031.

16.     Attached hereto as Exhibit O is a true and correct copy of U.S. Patent No. 5,748,084, titled "Device Security System" and dated May 5, 1998, bearing bates numbers RIM-MF0000194-206.

17.     Attached hereto as Exhibit P is a true and correct copy of U.S. Patent No. 5,987,609, titled "System for Remotely Securing/Locking a Stolen Wireless Device via an Email Message" and

1   dated November 16, 1999.

2   18.   Attached hereto as Exhibit Q is a true and correct copy of U.S. Patent Application No.

3   10/119,948, titled "System and Method for Wireless Data Terminal Management Using Mobitex

4   Network" and dated  August 15, 2002, bearing bates numbers RIM-MF0115670-685.

5   19.   Attached hereto as Exhibit R is a true and correct copy of U.S. Patent Application No.

6   10/119,949, titled "System and Method for Wireless Data Terminal Management Using General

7   Packet Radio Service Network" and dated August 15, 2002, bearing bates numbers RIM-

8   MF0116117-133.

9   20.   Attached hereto as Exhibit S is a true and correct copy of U.S. Patent Application No.

10  12/003,194, titled "System and Method for Wireless Data Terminal Management using

11  Telecommunication Signaling Network" and dated May 1, 2008, bearing bates numbers RIM-

12  MF0116613-626.

13  21.   Attached hereto as Exhibit T is a true and correct copy of a document entitled '948

14  Application 10/12/07 Office Action, bearing bates numbers RIM-MF2495039-054.

15  22.   Attached hereto as Exhibit U is a true and correct copy of a document entitled '949

16  Application 10/15/08 Office Action, bearing bates numbers RIM-MF2495527-540.

17  23.   Attached hereto as Exhibit V is a true and correct copy of a document entitled '948

18  Application Notice of Abandonment, bearing bates numbers RIM-MF2495057-058.

19  24.   Attached hereto as Exhibit W is a true and correct copy of a document entitled '949

20  Application Notice of Abandonment, bearing bates numbers RIM-MF2495541-542.

21  25.   Attached hereto as Exhibit X is a true and correct copy of an excerpt from the

22  Webster's Third New International Dictionary of the English Language (2002).

23  26.   Attached hereto as Exhibit Y is a true and correct copy of an excerpt from the

24  Hargrave's Communication Dictionary (2001).

25  27.   Attached hereto as Exhibit Z is a true and correct copy of an excerpt from the

26  Merriam-Webster's Collegiate Dictionary, Eleventh Edition (2003).

27  28.   Attached hereto as Exhibit AA is a true and correct copy of an excerpt from the

28  Webster's New World Dictionary of Computer Terms, Seventh Edition (1999).

29.     Attached hereto as Exhibit BB is a true and correct copy of an excerpt from the Newton's Telecom Dictionary: The Official Dictionary of Telecommunications and the Internet, Fifteenth Edition (1999).

30.     Attached hereto as Exhibit CC is a true and correct copy of an excerpt from the McGraw-Hill Illustrated Telecom Dictionary, Fourth Edition (2001).

31.     Attached hereto as Exhibit DD is a true and correct copy of a document attached as Exhibit A to Mformation Technologies, Inc.'s Patent Local Rule 3-1(c) First Amended Infringement Claim Charts, dated July 24, 2009.

32.     Attached hereto as Exhibit EE is a true and correct copy of a document entitled Mformation Technologies, Inc.'s Patent Local Rule 4-2 Disclosures of Preliminary Proposed Claim Constructions and Extrinsic Evidence, dated July 1, 2009.

33.     Attached hereto as Exhibit FF is a true and correct copy of an excerpt from the Mobile World: Past, Present and Future.

34.     Attached hereto as Exhibit GG is a true and correct copy of a document entitled OMA Device Management Working Group Charter (2002).

35.     Attached hereto as Exhibit HH is a true and correct copy of a document, available at http://www.mformation.com/technology-standards-leadership (last visited on October 22, 2009).


I declare under penalty of perjury, pursuant to U.S.C. § 1746, that to the best of my knowledge, the foregoing is true and correct.  Executed this 23rd day of October, 2009 in Chicago, Illinois.

Meredith Zinanni

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify on this 23rd day of October, 2009 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: October 23, 2009

KIRKLAND & ELLIS LLP
Respectfully submitted,

<u>/s/ Frank Carlow</u>
Frank Carlow,
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27,1991)
Aaron D. Charfoos (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: maria.maras@kirkland.com
Email: meredith.zinanni@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
P.O. Box 51827
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

Attorney for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation