Linda S. DeBruin
(Admitted to this Court on September 27,1991)
Aaron D. Charfoos (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: maria.maras@kirkland.com
Email: meredith.zinanni@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
P.O. Box 51827
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**[PROPOSED] ORDER PURSUANT TO L.R. 79-5(D) GRANTING MFORMATION'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF ITS REPLY CLAIM CONSTRUCTION BRIEF AND ENTIRE RELATED DOCUMENTS UNDER SEAL** |

[Proposed] Order Pursuant to L.R. 79-5(d) Granting
Mformation's Administrative Motion to File Portions
of its Reply Claim Construction Brief And Entire
Related Documents Under Seal

Case No. 5:08-CV-04990-JW

# **ORDER**

In accordance with Civil Local Rule 79-5, the Court, having considered RIM's Response to Mformation's Administrative Motion to File Portions of its Reply Claim Construction Brief and Entire Related Documents Under Seal and the Declaration of Eugene Goryunov Pursuant to L.R. 79-5(d) in Response to Mformation's Motion to File Documents Under Seal, including all papers and declarations filed in support of and/or in connection therewith, orders as follows:

**IT IS HEREBY ORDERED** that Mformation's Motion to Seal is **GRANTED** and the following actions are to be taken by the Clerk:

1. The under seal and public versions of Mformation's Reply Claim Construction Brief provided by Mformation on November 6, 2009, shall be filed under seal.

2. The highlighted version of Mformation's Reply Claim Construction Brief attached at Exhibit 1 to the Declaration of Eugene Goryunov shall be filed under seal.

3. The redacted version of Mformation's Reply Claim Construction Brief attached at Exhibit 2 to the Declaration of Eugene Goryunov shall be filed in the public file.

These documents shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

Dated: _____ November 16 __, 2009

_____
Honorable James Ware
United States District Judge