1  Linda S. DeBruin
   (Admitted to this Court on September 27,1991)
2  Aaron D. Charfoos (*pro hac vice*)
   Maria A. Maras (*pro hac vice*)
3  Meredith Zinanni (*pro hac vice*)
   KIRKLAND & ELLIS LLP
4  300 North LaSalle
   Chicago, Illinois  60654
5  Telephone:     (312) 862-2000
   Facsimile:     (312) 862-2200
6  Email: linda.debruin@kirkland.com
   Email: aaron.charfoos@kirkland.com
7  Email: maria.maras@kirkland.com
   Email: meredith.zinanni@kirkland.com

   Marc H. Cohen (CA Bar No. 168773)
9  KIRKLAND & ELLIS LLP
   P.O. Box 51827
10 Palo Alto, CA 94304
   Telephone:     (650) 859-7000
11 Facsimile:     (650) 859-7500
   Email: marc.cohen@kirkland.com

   *Attorneys for Defendants*
13 RESEARCH IN MOTION LIMITED and
   RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND PROPOSED ORDER PURSUANT TO CIV. L.R. 7-12 REGARDING SUPPLEMENTING THE CLAIM CONSTRUCTION RECORD** |

Stipulation and Proposed Order Pursuant to Civ. L.R. 7-12 Regarding Supplementing The Claim Construction Record

Case No. 5:08-CV-04990-JW

WHEREAS Plaintiff Mformation Technologies, Inc. ("Mformation") does not object to Defendants Research In Motion Ltd. and Research In Motion Corp. (collectively, "RIM") oral motion, made at the November 20, 2009 Claim Construction Hearing, to supplement the claim construction record, Mformation and RIM hereby agree that:

Exhibits II, JJ, KK and LL, presented to the Court at the November 20, 2009 Claim Construction Hearing and attached hereto, shall be made part of the claim construction record.

DATED: December 2, 2009         KIRKLAND & ELLIS LLP
                                Respectfully submitted,

                                /s/ Marc H. Cohen

                                Linda S. DeBruin
                                (Admitted to this Court on September 27, 1991)
                                Aaron D. Charfoos (*pro hac vice*)
                                Maria A. Maras (*pro hac vice*)
                                Meredith Zinanni (*pro hac vice*)
                                KIRKLAND & ELLIS LLP
                                300 North LaSalle
                                Chicago, Illinois 60654
                                Telephone:   (312) 862-2000
                                Facsimile:   (312) 862-2200
                                Email: linda.debruin@kirkland.com
                                Email: aaron.charfoos@kirkland.com
                                Email: maria.maras@kirkland.com
                                Email: meredith.zinanni@kirkland.com

                                Marc H. Cohen (CA Bar No. 168773)
                                KIRKLAND & ELLIS LLP
                                P.O. Box 51827
                                Palo Alto, CA 94304
                                Telephone:   (650) 859-7000
                                Facsimile:   (650) 859-7500
                                Email: marc.cohen@kirkland.com

                                Attorney for Defendants and Counterclaim
                                Plaintiffs Research In Motion Limited and
                                Research In Motion Corporation

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 2, 2009 | FOLEY & LARDNER LLP<br>Respectfully submitted, |
| 3 | | |
| 4 | | /s/ Amar L. Thakur |
| 5 | | Amar L. Thakur (CA Bar No. 194025)<br>Shawn E. McDonald (CA Bar No. 237580) |
| 6 | | FOLEY & LARDNER LLP<br>11250 El Camino Real, Suite 200 |
| 7 | | San Diego, California 92130<br>Telephone: (858) 847-6700 |
| 8 | | Facsimile: (858) 792-6773<br>Email: athakur@foley.com |
| 9 | | Email: semcdonald@foley.com |
| 10 | | Gina A. Bibby (CA Bar No. 242657)<br>FOLEY & LARDNER LLP |
| 11 | | 975 Page Mill Road<br>Palo Alto, California 94304 |
| 12 | | Telephone: (650) 856-3700<br>Facsimile: (650) 856-3710 |
| 13 | | Email: gbibby@foley.com |
| 14 | | Attorneys for Plaintiff and Counterclaim<br>Defendant Mformation Technologies, Inc. |

Filer's Attestation: Pursuant to General Order no. 45, Section X(B) regarding signatures, Meredith Zinanni hereby attests that concurrence in the filing of this document has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: December 9, 2009

/s/ James Ware
James Ware
United States District Judge