

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>　　　　Defendants. | Case No. 5:08-cv-04990-JW (HRL)<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Hon. James　　Ware |
| AND RELATED COUNTERCLAIMS | |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS a Case Management Conference in this case is currently scheduled for March 29, 2010, at 10:00 a.m.;

WHEREAS the parties' deadline for filing the Joint Case Management Conference Statement is currently March 19, 2010;

WHEREAS, in-house counsel for Defendants Research In Motion Limited and Research In Motion Corporation is not available to attend the Case Management Conference currently scheduled for March 29, 2010;

WHEREAS, lead counsel for Plaintiff Mformation Technologies, Incorporated is not available to attend the Case Management Conference currently scheduled for March 29, 2010;

WHEREAS, the parties agree that it would be most efficient for the both the Court and the parties for the Court to continue the Case Management Conference to a date when in-house counsel for the Defendants and lead counsel for the Plaintiff are available, preferably April 12, 2010 or, alternatively, April 26, 2010 or May 10, 2010;

NOW THEREFORE, the parties hereby stipulate and request that the Court enter an order:

1. Continuing the Case Management Conference, currently scheduled for March 29, 2010, until April 12, 2010 at 10:00 a.m.; and

2. Continuing the deadline for filing the Joint Case Management Statement, currently due March 19, 2010, to not less than ten days before the hearing.

Dated: March 1, 2010        FOLEY & LARDNER LLP

                            By:    /s/ Amar L. Thakur
                                Amar L. Thakur
                                Shawn E. McDonald
                                Gina A. Bibby
                                Justin E. Gray
                                Attorneys for Plaintiff
                                MFORMATION TECHNOLOGIES, INC.

Dated: March 1, 2010        KIRKLAND & ELLIS LLP

                            By:    /s/ Linda S. DeBruin
                                Linda S. DeBruin
                                Attorneys for Plaintiff
                                RESEARCH IN MOTION LIMITED and
                                RESEARCH IN MOTION CORPORATION

-1-

1 **[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3      The Case Management Conference, currently set for March 29, 2010, is hereby set for

4 April 12, 2010 at 10:00 a.m.; and

5      The parties shall file their joint case management conference statement on or before

6 **April 2, 2010.**

7

8 Dated: \_\_\_\_March 5\_\_\_\_, 2010      _____

9                                                     Honorable James Ware
                                                    U.S. District Court Judge