IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mformation Technologies, Inc.,<br><br>　　　　　Plaintiff,<br>　v.<br>Research in Motion Limited, et al.,<br><br>　　　　　Defendants. | NO. C 08-04990 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; REFERRING THE PARTIES TO MAGISTRATE LAPORTE FOR SETTLEMENT CONFERENCE** |

　　　　The Court conducted a Case Management Conference on April 12, 2010. Counsel for each party was present. In light of the discussion at the Conference, the Court ORDERS as follows:

(1)　On or before **April 16, 2010**, Plaintiff shall file its revised infringement contentions in light of the Court's First Claim Construction Order. (See Docket Item No. 127.) In light of this Order, Defendants' Motion to Amend/Correct Invalidity Contentions is DENIED as moot. (Docket Item Nos. 133, 136.)

(2)　**On June 28, 2010 at 9 a.m.**, the Court will conduct a hearing on Defendants' anticipated motion for summary judgment of invalidity of the '917 Patent. On or before **April 14, 2010**, Defendants shall file their motion. The parties shall file their remaining briefing in accordance with the Civil Local Rules. In light of this Order, Plaintiff's Motion for Leave to File Dispositive Motions is DENIED as moot. (Docket Item No. 130.)

(3) On **October 25, 2010 at 9 a.m.**, the Court will conduct a hearing on any remaining motions for summary judgment as to the '917 Patent only. The parties shall notice and brief their motions in accordance with the Civil Local Rules.

(4) On **October 25, 2010 at 10 a.m.**, the Court will conduct a further case management conference. On or before **October 15, 2010**, the parties shall file a Joint Case Management Conference Statement. The Joint Statement shall include, among other things, a good faith proposal for the close of all discovery, as well as an update on the parties' efforts to settle the case.

(5) Plaintiff shall respond to Defendants' interrogatories with respect to the '917 Patent as previously requested. All other discovery as to the '408 Patent is STAYED.

(6) The Court refers the parties to Magistrate Judge Laporte for the purpose of settlement. On or before **April 19, 2010**, the parties shall contact Judge Laporte to schedule a settlement conference.

Dated: April 13, 2010

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Amardeep Lal Thakur athakur@foley.com
Bradford John Black bradford.black@kirkland.com
Carl John Blickle carl.blickle@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Gina Ann Bibby gbibby@foley.com
Justin E. Gray jegray@foley.com
Linda S. DeBruin ldebruin@kirkland.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria A. Maras maria.maras@kirkland.com
Michael Anthony Parks mparks@kirkland.com
Shawn Edward McDonald SEMcDonald@foley.com

**Dated: April 13, 2010**                    **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California