Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S MOTION FOR SUMMARY JUDGMENT THAT CLAIMS 2, 3, 9-20 AND 28-48 OF THE '917 PATENT ARE INVALID UNDER 35 U.S.C. §§ 101 AND 112**<br><br>Hearing:      June 28, 2010<br>Time:          9:00 a.m.<br>Courtroom:  8, 4th floor<br>Judge:         The Honorable James Ware |

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Motion For Summary Judgment That Claims 2, 3, 9-20 And 28-48 Of The '917 Patent Are Invalid Under 35 U.S.C. §§ 101 and 112. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,970,917, entitled "System and Method for Remote Control and Management of Wireless Devices" and dated November 29, 2005, bearing bates numbers RIM-MF1753006-018.

3. Attached hereto as Exhibit B is a true and correct copy of a document entitled Patent Application, which is part of the '917 Prosecution History, bearing bates numbers RIM-MF1753039-068.

4. Attached hereto as Exhibit C is a true and correct copy of a document entitled January 10, 2005 Amendment, which is a part of the '917 Prosecution History, bearing bates numbers RIM-MF1753092-109.

5. Attached hereto as Exhibit D is a true and correct copy of a document entitled Notice of Allowability, which is a part of the '917 Prosecution History, bearing bates numbers RIM-MF1753161-64.

6. Attached hereto as Exhibit E is a true and correct copy of a document entitled July 6, 2005 Amendment, which is a part of the '917 Prosecution History, bearing bates numbers RIM-MF1753141-57.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 14 day of April, 2010 in Chicago, Illinois.

_____
Meredith Zinanni

Declaration of Meredith Zinanni in Support of RIM's Motion for Summary Judgment that Claim 2, 3, 9-10 and 28-48 of the '917 Patent are Invalid Under 35 U.S.C. §§ 101 and 112

-2-

Case No. 5-08-CV-04990-JW

**CERTIFICATE OF SERVICE**

I hereby certify on this 14 day of April, 2010 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: April 14, 2010

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/Frank Carlow
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 859-7000
Facsimile:    (650) 859-7500
Email: marc.cohen@kirkland.com

Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation