**FOLEY & LARDNER LLP**
11250 El Camino Real, Suite 200
San Diego, CA 92130-2677
Tel.: (858) 847-6700
Fax: (858) 792-6773
Amardeep (Amar) L. Thakur, CA BAR NO. 194025
ATHAKUR@FOLEY.COM
Shawn E. McDonald, CA BAR NO. 237580
SEMCDONALD@FOLEY.COM

**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1013
Tel: (650) 856-3700
Fax: (650) 856-3710
Gina A. Bibby, CA BAR NO. 242657
GBIBBY@FOLEY.COM

**FOLEY & LARDNER LLP**
150 East Gilman Street
Madison, WI 53703
Tel: (608) 257-5035
Fax: (608) 258-4258
Justin E. Gray, *Pro Hac Vice*
JEGRAY@FOLEY.COM

**Attorneys for Plaintiff and Counterclaim Defendant
MFORMATION TECHNOLOGIES, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RESEARCH IN MOTION LIMITED, a Canadian corporation <br><br> AND <br><br> RESEARCH IN MOTION CORPORATION, a Delaware corporation, <br><br> Defendants and Counterclaim Plaintiffs. <br><br> AND RELATED COUNTERCLAIMS | Case No. 5:08-cv-04990-JW (HRL) <br><br> **DECLARATION OF AMAR L. THAKUR IN SUPPORT OF PLAINTIFF MFORMATION TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL RIM 30(B)(6) DEPOSITION TESTIMONY** |

I, Amar. L. Thakur, declare as follows:

1. I am an attorney at the law firm of Foley & Lardner LLP, counsel of record for Plaintiff Mformation Technologies, Inc. ("Mformation") in the above entitled matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify to the truth of the statements made herein.

2. Attached as Exhibit A is a true and correct copy of Mformation Technologies Inc.'s Notice of Taking 30(b)(6) Deposition of Research in Motion Limited and Research in Motion Corporation, dated March 8, 2010.

3. Attached as Exhibit B is a true and correct copy of an e-mail string including March 17, 2010 e-mail from Linda DeBruin to Amar Thakur, and March 23, 2010 e-mails between Amar Thakur and Linda DeBruin.

4. Attached as Exhibit C is a true and correct copy of a letter from Shawn McDonald to Meredith Zinnani, dated April 26, 2010.

5. Attached as Exhibt D is a true and correct copy of a first letter from Meredith Zinnani to Shawn McDonald, dated April 27, 2010.

6. Attached as Exhibit E is a true and correct copy of a second letter from Meredith Zinnani to Amar Thakur, dated April 27, 2010.

7. Attached as Exhibit F is a true and correct copy of a letter from Shawn McDonald to Meredith Zinnani, dated April 28, 2010.

8. Attached as Exhibt G is a true and correct copy of a letter from Meredith Zinnani to Shawn McDonald, dated April 30, 2010.

9. Attached as Exhibit H is a true and correct copy of an e-mail from Meredith Zinnani to Shawn McDonald, dated May 3, 2010.

10. Attached as Exhibit I is a true and correct copy of an e-mail from Meredith Zinnani to Shawn McDonald, dated May 4, 2010.

11. Attached as Exhibit J is a true and correct copy of an e-mail from Linda DeBruin to Shawn McDonald, dated May 4, 2010.

-2-

12. Attached as Exhibit K is a true and correct copy of an e-mail string between from Linda Debruin to Shawn McDonald, dated May 4, 2010.

13. Attached as Exhibit L are true and correct copies of the cover and pages 2-3 of the rough transcript of Mr. Crowley's deposition, dated May 6, 2010.

14. Attached as Exhibit M are true and correct copies of the cover and pages 2-3 of the rough transcript of Mr. Bocking's deposition, dated May 7, 2010.

15. Attached as Exhibit N are true and correct copies of excerpts of the rough transcript of Mr. Cherry's deposition, dated May 7, 2010.

16. Attached as Exhibit O is a true and correct copy of an e-mail string between Amar Thakur to Linda DeBruin, dated May 19, 2010.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executing on the 21st day of May, 2010, in San Diego, CA.

  */s/ Amar L. Thakur*
  Amar L. Thakur

**CERTIFICATE OF SERVICE**

    I hereby certify on this 21st day of May, 2010 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Dated:  May 21, 2010                              FOLEY & LARDNER LLP

                                              By:    */s/ Gina A. Bibby*
                                                        Amar L. Thakur
                                                        Shawn E. McDonald
                                                         Gina A. Bibby
                                                        Justin E. Gray
                                                        Attorneys for
                                                        Mformation Technologies, Inc.