Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: maria.maras@kirkland.com
Email: meredith.zinanni@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:      (650) 859-7000
Facsimile:       (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

*E-FILED 06-18-2010*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIV. L.R. 6-1(b), 6-2, AND 7-12 TO CHANGE DATES FOR HEARINGS ON MOTIONS TO COMPEL (DOCKET NUMBERS 161, 165, AND 192)**<br><br>Magistrate Judge Howard R. Lloyd |

Stipulation and [Proposed] Order Pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12 to Change Dates for Hearings on Motions to Compel (Docket Numbers 161, 165, and 192)

Case No. 5:08-CV-04990-JW

1  Plaintiff Mformation Technologies, Inc. ("Mformation") and Defendants Research In Motion
2  Ltd. and Research In Motion Corp. (collectively, "RIM") jointly request that this Court reset and
3  consolidate the hearings on the three motions to compel currently pending before this Court:

4  • Mformation's Notice of Motion and Motion to Compel RIM 30(b)(6) Deposition
5    Testimony (Dkt. 161);

6  • RIM's Notice of Motion and Motion to Compel Mformation to Withdraw Improper
7    Claims of Privilege (Dkt. 165); and

8  • Mformation's Notice of Motion and Motion to Compel (1) Depositions of Jim
9    Balsillie and Mike Lazaridis and (2) De-Designation of Emails Containing Non-
10   Confidential Information (Dkt. 192) ("Motion to Compel Depositions and De-
11   Designation").

12 The parties request that the hearings on these three motions be scheduled for 10:00 a.m. on Tuesday,
13 August 3, 2010. The parties further request that the briefing schedule for Mformation's Motion to
14 Compel Depositions and De-Designation (Dkt. 192) be in accordance with the Civil Local Rules.

15  Mformation and RIM request that the hearings be consolidated to allow them to prepare for
16 and focus on the hearing on RIM's motion for summary judgment of invalidity (Dkt. 142) that is set
17 for June 28, 2010 and the settlement conference that is set for July 2, 2010. The parties request that
18 the July 20, 2010 hearing be reset due to the unavailability of Mformation's counsel on that date.

19  There have been four prior modifications of time in this case:

20  1.  On November 20, 2008, the parties stipulated to a 29-day extension of time for RIM
21 to respond to Mformation's original Complaint. Judge Ware approved this stipulation on November
22 25, 2008. (Dkt. 12.);

23  2.  On January 7, 2009, the parties stipulated to an extension of time giving RIM until
24 January 27, 2009, to answer Mformation's First Amended Complaint, and giving RIM an additional
25 four weeks beyond the time specified in the Patent Local Rules in which to serve their invalidity
26 contentions and disclosures per Patent L.R. 3-3 and 3-4. Judge Ware approved this stipulation on
27 January 16, 2009. (Dkt. 30);

28
Stipulation and Proposed Order Pursuant to Civ. L.R.                    Case No. 5:08-CV-04990-JW
6-1(b), 6-2, and 7-12 to Change Dates for Hearings
on Motions to Compel (Docket Numbers 161, 165,
and 192)

3. On September 4, 2009, the parties stipulated to an extension of time giving RIM until September 15, 2009, to answer Mformation's Third Amended Complaint, and giving Mformation until September 30, 2009, in which to answer both that September 15 filing and RIM's First Amended Answer, Defenses, and Counterclaims. Judge Ware approved this stipulation on September 16, 2009. (Dkt. 77); and

4. On September 29, 2010, the parties stipulated to an extension of time resetting the Tutorial to November 19, 2009 and the Claim Construction hearing to November 20, 2009. Judge Ware approved this stipulation on September 30, 2009. (Dkt. 83.)

The present modifications will not adversely impact the case schedule.

For the foregoing reasons, Mformation and RIM jointly request that this Court consolidate and reset the hearings on all three pending motions to compel (Dkt. 161; Dkt. 165; and Dkt. 192) to 10:00 a.m. on Tuesday, August 3, 2010. They further request that the briefing schedule for Mformation's Motion to Compel Depositions and De-Designation (Dkt. 192) be in accordance with the Civil Local Rules.

Stipulation and [Proposed] Order Pursuant to Civ. L.R. 6-1(b), 6-2, and 7-12 to Change Dates for Hearings on Motions to Compel (Docket Numbers 161, 165, and 192)   -2-   Case No. 5:08-CV-04990-JW

1
2  Filer's Attestation: Pursuant to General Order no. 45, Section X(B) regarding signatures,
3  Maria A. Maras hereby attests that concurrence in the filing of this document has been obtained.

4  DATED: June 17, 2009                    KIRKLAND & ELLIS LLP
                                            Respectfully submitted,
5
                                            */s/ Maria A. Maras*
6                                           Maria A. Maras

7                                           Linda S. DeBruin
                                            (Admitted to this Court on September 27,1991)
8                                           Aaron D. Charfoos (*pro hac vice*)
                                            Maria A. Maras (*pro hac vice*)
9                                           Meredith Zinanni (*pro hac vice*)
                                            KIRKLAND & ELLIS LLP
10                                          300 North LaSalle
                                            Chicago, Illinois  60654
11                                          Telephone:     (312) 862-2000
                                            Facsimile:     (312) 862-2200
12                                          Email: linda.debruin@kirkland.com
                                            Email: aaron.charfoos@kirkland.com
13                                          Email: maria.maras@kirkland.com
                                            Email: meredith.zinanni@kirkland.com
14
                                            Marc H. Cohen (CA Bar No. 168773)
15                                          KIRKLAND & ELLIS LLP
                                            950 Page Mill Road
16                                          Palo Alto, CA 94304
                                            Telephone:     (650) 859-7000
17                                          Facsimile:     (650) 859-7500
                                            Email: marc.cohen@kirkland.com
18
                                            Attorney for Defendants and Counterclaim Plaintiffs
19                                          Research In Motion Limited and Research In Motion
                                            Corporation
20
21
22  Dated: June 17, 2010                    FOLEY & LARDNER LLP

23                                          By:    */s/ Amar L. Thakur*
                                                   Amar L. Thakur
24                                                 Shawn E. McDonald
                                                   Gina A. Bibby
25                                                 Justin E. Gray
                                                   Attorneys for Mformation Technologies, Inc.
26
27
28

Stipulation and Proposed Order Pursuant to Civ. L.R.    -3-                Case No. 5:08-CV-04990-JW
6-1(b), 6-2, and 7-12 to Change Dates for Hearings
on Motions to Compel (Docket Numbers 161, 165,
and 192)

1
2
3     **PURSUANT TO STIPULATION, IT IS SO ORDERED**
4
5     Date: _____ June 18 , 2010        _____
6                                                 Howard R. Lloyd
                                                  United States Magistrate Judge
7
...
28

Stipulation and [Proposed] Order Pursuant to Civ. L.R.    -4-                Case No. 5:08-CV-04990-JW
6-1(b), 6-2, and 7-12 to Change Dates for Hearings
on Motions to Compel (Docket Numbers 161, 165,
and 192)