*E-FILED 08-03-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., | No. C08-04990 JW (HRL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S 30(b)(6) DEPOSITION TESTIMONY** |
| v. | |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | [Re:  Docket No. 161] |
| Defendants. | |

In this patent case, plaintiff Mformation Technologies, Inc. (Mformation) moves for an order compelling defendants Research in Motion Limited and Research in Motion Corporation (collectively, RIM) to produce a Fed. R. Civ. P. 30(b)(6) designee for continued testimony on Topics 14(a), (c) and (d). The three subtopics in question concern the structure, operation, and functionality of BlackBerry relating to the BlackBerry Enterprise Server, BlackBerry Professional Software and use of an ITAdminQueue—testimony which Mformation says is critical to its infringement claims. On Friday, May 7, 2010, RIM produced Carl Cherry to testify as to these matters (among others). After deposing Cherry for nearly one day, Mformation claims that, for various reasons, it needs several more hours to complete its examination re the subtopics in question. Plaintiff points out that the parties have agreed that each side may take up to 42 hours of Fed. R. Civ. P. 30(b)(6) testimony. (To be clear,

1  Mformation is not, by this motion, seeking to increase its 42-hour allotment).  RIM opposes the
2  motion.  Upon consideration of the moving and responding papers, as well as the arguments of
3  counsel, this court grants the motion.

4      "Unless otherwise stipulated or ordered by the court, a deposition is limited to 1 day of 7
5  hours."  FED. R. CIV. P. 30(d)(1).  Nevertheless, "[t]he court must allow additional time
6  consistent with Rule 26(b)(2) if needed to fairly examine the deponent or if the deponent,
7  another person, or any other circumstance impedes or delays the examination."  Id.  Pursuant to
8  Fed. R. Civ. P. 26(b)(2), the court must limit the extent or frequency of discovery if it finds that
9  (a) the discovery sought is unreasonably cumulative or duplicative or can be obtained from a
10 source that is more convenient, less burdensome or less expensive, (b) the party seeking
11 discovery has had ample opportunity to obtain the information through discovery; or (c) the
12 burden or expense of the discovery sought outweighs its likely benefit, considering the needs of
13 the case, the amount in controversy, the parties' resources, the importance of the issues at stake,
14 and the importance of the discovery in resolving those issues.  FED.R.CIV.P. 26(b)(2)(C)(i)-(iii).

15     Here, neither side's characterization of the deposition proceedings is particularly
16 persuasive.  It does not seem that plaintiff's counsel was as inefficient as RIM contends.  Nor
17 was Cherry was as obstreperous as Mformation claims.  Putting aside whether RIM's offer to
18 have the examination continue into Friday evening or the next day was reasonable, the record
19 presented indicates that it was not feasible since the court reporter was not available at those
20 times.  The subtopics at issue appear to be important to key issues in dispute.  Moreover,
21 Mformation is asking for only a few more hours—which RIM apparently was willing to give,
22 but just not on a day other than Friday, May 7 or Saturday, May 8, 2010.  Having weighed
23 competing legitimate interests and possible prejudice, this court finds no undue burden in
24 having RIM produce a witness for 3 more hours on these topics.

25     Accordingly, Mformation's motion to compel is granted as follows:   RIM shall produce
26 a Fed. R. Civ. P. 30(b)(6) designee for further testimony as to Topic 14(a), (c) and (d).  The
27 continued deposition shall last no more than 3 hours and shall take place at a date, time and
28

1 location agreed to by the parties.
2        SO ORDERED.
3 Dated:   August 3, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:08-cv-04990-JW Notice has been electronically mailed to:

Aaron D. Charfoos     acharfoos@kirkland.com

Amardeep Lal Thakur     athakur@foley.com, dgrimes@foley.com

Bradford John Black     bradford.black@kirkland.com

Carl John Blickle     carl.blickle@kirkland.com

Eugene Goryunov     egoryunov@kirkland.com

Gina Ann Bibby     gbibby@foley.com, cphillips@foley.com, mlagdameo@foley.com

Justin E. Gray     jegray@foley.com, pwunsch@foley.com

Linda S. DeBruin     ldebruin@kirkland.com, bridgett.ofosu@kirkland.com, kathleen.cawley@kirkland.com, margaret.burke@kirkland.com

Marc Howard Cohen     marc.cohen@kirkland.com, frank.carlow@kirkland.com, julie.bueno@kirkland.com

Maria A. Maras     maria.maras@kirkland.com

Michael Anthony Parks     mparks@kirkland.com

Shawn Edward McDonald     SEMcDonald@foley.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.