
1  Linda S. DeBruin
   (Admitted to this Court on September 27, 1991)
2  Aaron D. Charfoos (*pro hac vice*)
   Meredith Zinanni (*pro hac vice*)
3  Maria A. Maras (*pro hac vice*)
   KIRKLAND & ELLIS LLP
4  300 North LaSalle
   Chicago, Illinois  60654
5  Telephone:     (312) 862-2000
   Facsimile:     (312) 862-2200
6  Email: linda.debruin@kirkland.com
   Email: aaron.charfoos@kirkland.com
7  Email: meredith.zinanni@kirkland.com
   Email: maria.maras@kirkland.com
8
   Marc H. Cohen (CA Bar No. 168773)
9  Bradford J. Black (CA Bar No. 252031)
   KIRKLAND & ELLIS LLP
10 P.O. Box 51827
   Palo Alto, CA 94304
11 Telephone:     (650) 859-7000
   Facsimile:     (650) 859-7500
12 Email: marc.cohen@kirkland.com

13 *Attorneys for Defendants*
   RESEARCH IN MOTION LIMITED and
14 RESEARCH IN MOTION CORPORATION

15                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
16                              SAN JOSE DIVISION

| | |
|---|---|
| 17  MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No.  5:08-CV-04990-JW |
| 18 | Jury Trial Demanded |
| 19            Plaintiff, | |
| 20       v. | [~~PROPOSED~~] ORDER GRANTING NOTICE OF WITHDRAWAL OF BRADFORD J. BLACK AS COUNSEL FOR RIM |
| 21  RESEARCH IN MOTION LIMITED, a Canadian corporation | |
| 22 | |
| 23  AND | |
| 24  RESEARCH IN MOTION CORPORATION, a Delaware corporation, | |
| 25 | |
| 26            Defendants. | |

27
28

Proposed Order Granting Notice of Withdrawal of                                   Case No. 5:08-CV-04990-JW
Bradford J. Black  as Counsel for RIM

1  Having considered the request for withdrawal of Bradford J. Black of Kirkland & Ellis LLP
2  IT IS HEREBY ORDERED THAT
3  Bradford J. Black be relieved and granted withdrawal from the above-captioned matter as
4  counsel for Defendant RIM, and be removed from receiving electronic notification of e-filings in
5  connection with this defendant.

7  DATED: August 11, 2010                          By_____
8                                                  The Honorable James Ware
                                                   United States District Court Judge

---

Proposed Order Granting Notice of Withdrawal of                               Case No. 5:08-CV-04990-JW
Bradford J. Black as Counsel for RIM