1  Linda S. DeBruin
   (Admitted to this Court on September 27, 1991)
2  Aaron D. Charfoos (*pro hac vice*)
   Meredith Zinanni (*pro hac vice*)
3  Maria A. Maras (*pro hac vice*)
   KIRKLAND & ELLIS LLP
4  300 North LaSalle
   Chicago, Illinois  60654
5  Telephone:     (312) 862-2000
   Facsimile:     (312) 862-2200
6  Email: linda.debruin@kirkland.com
   Email: aaron.charfoos@kirkland.com
7  Email: meredith.zinanni@kirkland.com
   Email: maria.maras@kirkland.com
8
   Marc H. Cohen (CA Bar No. 168773)
9  KIRKLAND & ELLIS LLP
   950 Page Mill Road
10 Palo Alto, CA 94304
   Telephone:     (650) 859-7000
11 Facsimile:     (650) 859-7500
   Email: marc.cohen@kirkland.com
12
   *Attorneys for Defendants and Counterclaim Plaintiffs*
13 RESEARCH IN MOTION LIMITED and
   RESEARCH IN MOTION CORPORATION

14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>  Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**<br><br>**HEARING REQUESTED**<br><br>Date:         October 25, 2010<br>Time:         9:00 a.m.<br>Courtroom:    8, 4th floor<br>Judge:        The Honorable James Ware |

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Notice of Motion and Motion for Summary Judgment of No Willful Infringement. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of RIM's Responses to Mformation Technology, Inc.'s ("Mformation's") Fourth Set of Interrogatories, served on April 5, 2010.

3. Attached hereto as Exhibit 2 is a true and correct copy of Mformation's Notice of Taking 30(b)(6) Deposition of RIM (Second), served on March 8, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the transcript of the May 6, 2010 Rule 30(b) Deposition of Michael J. Crowley.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the transcript of the May 14, 2010 Deposition of Upal Basu.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the transcript of the April 23, 2010 Deposition of Amit Shah.

7. Attached hereto as Exhibit 6 is a true and correct copy of Mformation's Responses to RIM's Third Set of Interrogatories, served on September 16, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Chicago, Illinois on September 20, 2010.

/s/ Meredith Zinanni
Meredith Zinanni

# CERTIFICATE OF SERVICE

I hereby certify on this 20th day of September, 2010 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: September 20, 2010

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ Frank Carlow
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*