Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation, <br><br>      Plaintiff and Counterclaim Defendant, <br><br>      v. <br><br> RESEARCH IN MOTION LIMITED, a Canadian corporation <br><br> AND <br><br> RESEARCH IN MOTION CORPORATION, a Delaware corporation, <br><br>      Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW <br><br> Jury Trial Demanded <br><br> **DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 6,970,917** <br><br> Judge:      The Honorable James Ware |

Declaration of Meredith Zinanni in Support of Notice
of Motion and Motion for Summary Judgment of
Noninfringement of U.S. Patent No. 6,970,917

Case No. 5:08-CV-04990-JW

I, Meredith Zinanni, state and declare as follows:

1.     I am an attorney at the law firm of Kirkland & Ellis LLP and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case.  I am over twenty-one years of age and not under any legal disability.  I submit this declaration in support of RIM's Notice of Motion and Motion for Summary Judgment of Noninfringement of U.S. Patent No. 6,970,917.  I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of a document entitled "BlackBerry Enterprise Server for Microsoft Exchange — Information Session."  It is Bates-stamped RIM-MF0036655-RIM-MF0036766.

3.     Attached hereto as Exhibit B is a true and correct copy of a document entitled "1999 Annual Report, Research In Motion."  It is Bates-stamped RIM-MF0102886-RIM-MF0102903.

4.     Attached hereto as Exhibit C is a true and correct copy of a document entitled "BlackBerry Enterprise Server for Microsoft Exchange, Version: 4.1 | Service Pack: 6, Feature and Technical Overview."  It is Bates-stamped RIM-MF0008885-RIM-MF0008954.

5.     Attached hereto as Exhibit D is a true and correct copy of excerpts from the transcript of the September 1, 2010 Rule 30(b)(6) Deposition of Carl Cherry.

6.     Attached hereto as Exhibit E is a true and correct copy of excerpts from Newton's Telecom Dictionary (16th ed. 2000).  It is Bates-stamped RIM-MF2634376-RIM-MF2634383.

7.     Attached hereto as Exhibit F is a true and correct copy of a document entitled "BlackBerry Enterprise Solution, Version: 5.0 | Service Pack: 1, Security Technical Overview."  It is Bates-stamped RIM-MF2634233- RIM-MF2634375.

8.     Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of the May 18, 2010 Deposition of James Godfrey.

9.     Attached hereto as Exhibit H is a true and correct copy of excerpts from the transcript of the May 7, 2010 Rule 30(b)(6) Deposition of Carl Cherry.

10.    Attached hereto as Exhibit I is a true and correct copy of excerpts from the transcript of the May 21, 2010 Deposition of Shaun Amyotte.

Declaration of Meredith Zinanni in Support of Notice
of Motion and Motion for Summary Judgment of
Noninfringement of U.S. Patent No. 6,970,917

Case No. 5:08-CV-04990-JW

11.     Attached hereto as Exhibit J is a true and correct copy of excerpts from the transcript of the June 25, 2010 Rule 30(b)(6) Deposition of Allan Lewis.

12.     Attached hereto as Exhibit K is a true and correct copy of a document entitled "Wi-Fi technology and the BlackBerry solution (Level 1)."  It is Bates-stamped RIM-MF2353224-RIM-MF2353438.

13.     Attached hereto as Exhibit L is a true and correct copy of excerpts from the 1999 edition of the Institute of Electrical and Electronics Engineers' ("IEEE's") 802.11 standard document entitled "Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications."   It is Bates-stamped RIM-MF2635617 and RIM-MF2635649-RIM-MF2635650.

14.     Attached hereto as Exhibit M is a true and correct copy of excerpts from the 2007 revision of the IEEE's 802.11 standard, a document entitled "Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications."   It is Bates-stamped RIM-MF2634385 and RIM-MF2634467.

15.     Attached hereto as Exhibit N is a true and correct copy of Mformation's Proposed Third Amended Infringement Contentions for U.S. Patent No. 6,970,917, served on September 7, 2010.

16.     Attached hereto as Exhibit O is a true and correct copy of a document entitled "BlackBerry Enterprise Server 4.0 for Microsoft Exchange, Quick Start Installation Guide."   It is Bates-stamped RIM-MF0006511-RIM-MF0006517.

17.     Attached hereto as Exhibit P is a true and correct copy of a document entitled "Installing BlackBerry Enterprise Server software version 5.0 — Screenshots." It is Bates-stamped RIM-MF1680144-RIM-MF1680159.

18.     Attached hereto as Exhibit Q is a true and correct copy of a document entitled "BlackBerry Enterprise Server Log Files and Troubleshooting Concepts." It is Bates-stamped RIM-MF2025526-RIM-MF2025672.

19.     Attached hereto as Exhibit R is a true and correct copy of a document entitled "BlackBerry Enterprise Server Tips and Tricks: The BlackBerry Policy Service."  It is Bates-

Declaration of Meredith Zinanni in Support of Notice          -2-          Case No. 5:08-CV-04990-JW
of Motion and Motion for Summary Judgment of
Noninfringement of U.S. Patent No. 6,970,917

stamped RIM-MF1798009-RIM-MF1798066.

20.    Attached hereto as Exhibit S is a true and correct copy of a document entitled "KB15823-Advantages of using a central configuration database."   It is Bates-stamped RIM-MF2634232.

21.    Attached hereto as Exhibit T is a true and correct copy of a document entitled "Administration Guide, BlackBerry Enterprise Server for Microsoft Exchange, Version: 4.1 | Service Pack: 6."  It is Bates-stamped RIM-MF0008649- RIM-MF0008823.

22.    Attached hereto as Exhibit U is a true and correct copy of a document entitled "BlackBerry Enterprise Server, Version 5.0, Upgrade Planning Guide."  It is Bates-stamped RIM-MF0005124- RIM-MF0005154.

23.    Attached hereto as Exhibit V is a true and correct copy of a document entitled "Policy Server component overview, Version: 0.4."   It is Bates-stamped RIM-MF0035797-RIM-MF0035820.

24.    Attached hereto as Exhibit W is a true and correct copy of U.S. Patent No. 6,970,917 ("the '917 patent").  It is Bates-stamped RIM-MF1753006-RIM-MF1753018.

25.    Attached hereto as Exhibit X is a true and correct copy of excerpts from the transcript of the November 20, 2009 *Markman* hearing in this case.

26.    Attached hereto as Exhibit Y is a true and correct copy of Mformation's original Infringement Contentions for U.S. Patent No. 6,970,917, served on March 16, 2009.

27.    Attached hereto as Exhibit Z is a true and correct copy of excerpts from the transcript of the August 27, 2009 Deposition of Alan Panezic.

28.    Attached hereto as Exhibit AA is a true and correct copy of a November 15, 2006 Amendment from the certified file history of U.S. Patent No. 7,343,408.  It is Bates-stamped RIM-MF1753171 and RIM-MF1753494-RIM1753520.

29.    Attached hereto as Exhibit BB is a true and correct copy of a July 6, 2005 Amendment from the certified file history of U.S. Patent No. 6,970,917.  It is Bates-stamped RIM-MF1753035 and RIM-MF1753141-RIM-MF1753157.

Declaration of Meredith Zinanni in Support of Notice          -3-          Case No. 5:08-CV-04990-JW
of Motion and Motion for Summary Judgment of
Noninfringement of U.S. Patent No. 6,970,917

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct and that this declaration was executed in Chicago, Illinois on September 20, 2010.

3                                                    /s/ *Meredith Zinanni*
                                                     Meredith Zinanni
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Meredith Zinanni in Support of Notice          -4-                    Case No. 5:08-CV-04990-JW
of Motion and Motion for Summary Judgment of
Noninfringement of U.S. Patent No. 6,970,917

1

## <u>CERTIFICATE OF SERVICE</u>

2        I hereby certify on this 20th day of September, 2010 that a copy of the foregoing was filed

3   electronically through the Court's CM/ECF system, with notice of case activity automatically

4   generated and sent electronically to all parties.

5

6    DATED:  September 20, 2010                    KIRKLAND & ELLIS LLP
                                                   Respectfully submitted,
7

8                                                  /s/
                                                   Frank Carlow
9                                                  Intellectual Property Legal Assistant

10                                                 Linda S. DeBruin
                                                   (Admitted to this Court on September 27, 1991)
11                                                 Aaron D. Charfoos (*pro hac vice*)
                                                   Meredith Zinanni (*pro hac vice*)
12                                                 Maria A. Maras (*pro hac vice*)
                                                   KIRKLAND & ELLIS LLP
13                                                 300 North LaSalle
                                                   Chicago, Illinois  60654
14                                                 Telephone:     (312) 862-2000
                                                   Facsimile:     (312) 862-2200
15                                                 Email: linda.debruin@kirkland.com
                                                   Email: aaron.charfoos@kirkland.com
16                                                 Email: meredith.zinanni@kirkland.com
                                                   Email: maria.maras@kirkland.com
17
                                                   Marc H. Cohen (CA Bar No. 168773)
18                                                 KIRKLAND & ELLIS LLP
                                                   950 Page Mill Road
19                                                 Palo Alto, CA 94304
                                                   Telephone:     (650) 859-7000
20                                                 Facsimile:     (650) 859-7500
                                                   Email: marc.cohen@kirkland.com
21
22                                                 *Attorneys for Defendants and Counterclaim Plaintiffs*
                                                   *Research In Motion Limited and Research In Motion*
23                                                 *Corporation*

24

25

26

27

28

Declaration of Meredith Zinanni in Support of Notice       -5-                Case No. 5:08-CV-04990-JW
of Motion and Motion for Summary Judgment of
Noninfringement of U.S. Patent No. 6,970,917