Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF CLAIMS 1-12 AND 21-34 OF U.S. PATENT NO. 6,970,917**<br><br>Judge:          The Honorable James Ware |

Declaration of Meredith Zinanni ISO RIM's Reply
ISO Its Motion for Summary Judgment of
Noninfringement of Claims 1-12 and 21-34

Case No. 5:08-CV-04990-JW

1   I, Meredith Zinanni, state and declare as follows:

2   1. I am an attorney at the law firm of Kirkland & Ellis LLP and serve as counsel for
3   Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM")
4   in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I
5   submit this declaration in support of RIM's Reply in Support of Its Motion for Summary Judgment
6   of Noninfringement of Claims 1-12 and 21-34 of U.S. Patent No 6,970,917. I have personal
7   knowledge of the following facts and, if called as a witness, could and would testify competently
8   thereto.

9   2. Attached hereto as Exhibit 1 is a true and correct copy of RIM's Amended Proposed
10  Order, a copy of which was sent to Mformation for its consideration on September 30, 2010.

12  I declare under penalty of perjury under the laws of the United States that the foregoing is
13  true and correct and that this declaration was executed in Chicago, Illinois on October 11, 2010.

/s/ *Meredith Zinanni*
Meredith Zinanni

Declaration of Meredith Zinanni ISO RIM's Reply                         Case No. 5:08-CV-04990-JW
ISO Its Motion for Summary Judgment of
Noninfringement of Claims 1-12 and 21-34

# CERTIFICATE OF SERVICE

I hereby certify on this 11th day of October, 2010 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: October 11, 2010

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ Frank Carlow
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
Research In Motion Limited and Research In Motion Corporation

Declaration of Meredith Zinanni ISO RIM's Reply
ISO Its Motion for Summary Judgment of
Noninfringement of Claims 1-12 and 21-34         -2-         Case No. 5:08-CV-04990-JW