Linda S. DeBruin
(Admitted to this Court on September 27,1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: mcohen@kirkland.com

*Attorneys for Defendants*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND PROPOSED ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING TIMING FOR EXPERT REPORTS** |

1  WHEREAS Plaintiff Mformation Technologies, Inc. ("Mformation") and Defendants
2 Research In Motion Ltd. and Research In Motion Corp. (collectively, "RIM") wish to avoid any
3 dispute regarding the deadline for filing opening expert reports, Mformation and RIM hereby agree:
4  1. The parties shall file their Federal Rule of Civil Procedure 26(a)(2)(B) disclosures,
5 disclosing expert testimony on those issues for which the party bears the burden of proof, on
6 March 4, 2011, 70 days before the close of discovery set by the Court in its December 2, 2010
7 Scheduling Order (Dkt. No. 359).
8  2. The parties will not file any motions between March 4 and March 25, 2011.
9  Pursuant to L.R. 6-2(a), the Declaration of Meredith Zinanni in Support of the Stipulation
10 regarding Timing for Expert Reports is filed herewith.

11 DATED: December 21, 2010              FOLEY & LARDNER LLP

                                        By:    /s/ Shawn McDonald
13                                             Amar L. Thakur
                                               Shawn E. McDonald
14                                             Gina A. Bibby
                                               Justin E. Gray
15
                                        *Attorneys for Mformation Technologies, Inc.*
16

17 DATED: December 21, 2010              KIRKLAND & ELLIS LLP
18
                                        By:    /s/ Meredith Zinanni
19                                             Linda S. DeBruin
                                               Mark H. Cohen (CA Bar No. 168773)
20                                             Aaron D. Charfoos
                                               Maria A. Maras
21                                             Meredith Zinanni

22                                      *Attorneys for Research In Motion Limited and
                                        Research In Motion Corporation*
23

24 Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Meredith
25 Zinanni hereby attests that concurrence in the filing of this document has been obtained.
26
27
28

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: December 29, 2010

_____
James Ware
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify on this 21st day of December, 2010 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  December 21, 2010                KIRKLAND & ELLIS LLP
                                         Respectfully submitted,

                                         */s/ Frank Carlow*
                                         Frank Carlow
                                         Intellectual Property Legal Assistant

                                         Linda S. DeBruin
                                         (Admitted to this Court on September 27, 1991)
                                         Aaron D. Charfoos (*pro hac vice*)
                                         Meredith Zinanni (*pro hac vice*)
                                         Maria A. Maras (*pro hac vice*)
                                         KIRKLAND & ELLIS LLP
                                         300 North LaSalle
                                         Chicago, Illinois  60654
                                         Telephone:     (312) 862-2000
                                         Facsimile:     (312) 862-2200
                                         Email: linda.debruin@kirkland.com
                                         Email: aaron.charfoos@kirkland.com
                                         Email: meredith.zinanni@kirkland.com
                                         Email: maria.maras@kirkland.com

                                         Marc H. Cohen (CA Bar No. 168773)
                                         KIRKLAND & ELLIS LLP
                                         950 Page Mill Road
                                         Palo Alto, CA 94304
                                         Telephone:     (650) 859-7000
                                         Facsimile:     (650) 859-7500
                                         Email: marc.cohen@kirkland.com

                                         *Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*