Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>            v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>                    Defendants. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RESEARCH IN MOTION LIMITED'S AND RESEARCH IN MOTION CORPORATION'S MOTION AND MEMORANDUM TO STRIKE IMPROPER ERRATA SHEET, PRECLUDE RELIANCE ON NEWLY PRODUCED SOURCE CODE, AND FOR DISCOVERY SANCTIONS**<br><br>**Noticed Hearing Date & Time:**<br>March 22, 2011, at 10:00 a.m. in Courtroom 2<br><br>Magistrate Judge Howard R. Lloyd |

Declaration of Meredith Zinanni ISO RIM's Motion
to Strike Errata, Preclude Reliance on Source Code,
and for Discovery Sanctions

Case No. 5:08-CV-04990-JW

1

I, Meredith Zinanni, state and declare as follows:

2

1.    I am an attorney at the law firm of Kirkland & Ellis LLP and serve as counsel for

3

Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM")

4

in the above-captioned case.  I am over twenty-one years of age and not under any legal disability.  I

5

submit this declaration in support of RIM's Motion And Memorandum To Strike Improper Errata

6

Sheet, Preclude Reliance On Newly Produced Source Code, And For Discovery Sanctions.  I have

7

personal knowledge of the following facts and, if called as a witness, could and would testify

8

competently thereto.

9

**Meet and Confer**

10

2.    On February 8, 2011, Linda DeBruin, counsel for RIM, sent a letter to Amar Thakur,

11

counsel for Mformation, requesting a meet and confer regarding Rakesh Kushwaha's errata for his

12

December 9, 2010 deposition, Mformation's failure to timely produce source code, and additional

13

claims and defenses raised by the deposition of Gurinder Johar and the recent actions of Mformation

14

and Dr. Kushwaha.  (Ex. A, 2/8/11 letter L. DeBruin to A. Thakur.)  Mr. Thakur agreed to have a

15

meet and confer that afternoon.  (Ex. B, 2/8/11 email A. Thakur to L. DeBruin.)

16

3.    Linda DeBruin, Amar Thakur and I held a meet and confer via teleconference on the

17

afternoon of February 8, 2011.  During that meet and confer, Ms. DeBruin informed Mr. Thakur that

18

RIM did not believe the substantive changes made in Dr. Kushwaha's errata for his December 9,

19

2010 deposition were appropriate, and that RIM would be moving to strike that errata unless

20

Mformation agreed to withdraw the errata.

21

4.    Mr. Thakur stated that Mformation believed Dr. Kushwaha's errata was supported by

22

Dr. Kushwaha's April 2010 deposition and the source code Mformation produced on February 4,

23

2011, and offered to make Dr. Kushwaha available for a further deposition.  Mformation would not

24

agree to withdraw Dr. Kushwaha's errata.

25

5.    Ms. DeBruin stated that if Mformation would not agree to withdraw Dr. Kushwaha's

26

errata, the parties were at an impasse and RIM had complied with its meet and confer obligations.

27

Mr. Thakur agreed.

28

6.    Ms. DeBruin further informed Mr. Thakur during the February 8, 2011 meet and

Declaration of Meredith Zinanni ISO RIM's Motion        -2-              Case No. 5:08-CV-04990-JW
to Strike Errata, Preclude Reliance on Source Code,
and for Discovery Sanctions

confer that RIM intended to move to exclude Mformation from relying upon source code that was first made available for inspection on February 8, 2011.

7.   Mr. Thakur responded that Mformation believed the newly-produced source code was duplicative of source code previously produced, and that the belated production of this source code did not prejudice RIM.   Mr. Thakur again offered a further deposition of Dr. Kushwaha, which would not count against RIM's individual or 30(b)(6) deposition limits.   Mformation would not agree not to rely upon the newly-produce source code.

8.   Ms. DeBruin stated that if Mformation was going to continue to rely upon this newly-produced source code, the parties were at an impasse and RIM had complied with its meet and confer obligations.   Mr. Thakur agreed.

9.   On February 8, 2011, I sent Mr. Thakur a letter summarizing our meet and confer and confirming that Mformation agreed that RIM had satisfied its meet and confer obligations for a motion to strike the errata and preclude reliance on the newly-produced source code, as Mr. Thakur stated during our meet and confer teleconference.   (Ex. C, 2/8/11 letter M. Zinanni to A. Thakur.)

10.   Mr. Thakur responded to my letter summarizing the meet and confer on February 9, 2011.   (Ex. D, 2/9/11 letter A. Thakur to M. Zinanni.)   In that letter, Mr. Thakur did not agree to withdraw Dr. Kushwaha's errata or not to rely upon the newly-produced source code.   Nor did Mr. Thakur state that RIM had not satisfied its meet and confer obligations.   (*Id.*)

**Facts and Circumstances Supporting Motion for Sanctions**

11.   RIM's First Set of Requests for Production, dated February 6, 2009, requested "[o]ne copy of each version of each Mformation Product, including executable copies, object code, and source code."  (Ex. E, RIM's First Set of Requests for Production at No. 48.)

12.   When Mformation produced source code in response to Patent Local Rule 3-2 and RIM's First Set of Requests for Production, it did not include source code for Mformation's prototype software.   (Ex. F, 6/18/09 letter E. Goryunov to G. Buccigross; Ex. G, 7/8/09 letter E. Goryunov to G. Buccigross.)

13.   On September 9, 2009, RIM identified Mformation products for which no source code had been produced.   (Ex. H, 9/9/09 letter E. Goryunov to G. Buccigross.)   This included a

Declaration of Meredith Zinanni ISO RIM's Motion          -3-          Case No. 5:08-CV-04990-JW
to Strike Errata, Preclude Reliance on Source Code,
and for Discovery Sanctions

1   request for the source code for the prototype software that was demonstrated in the summer of 2000.

2   (*Id.*)

3       14. On January 6, 2010, RIM asked Mformation to confirm that all source code

4   corresponding to RIM's requests as outlined in its September 9, 2009 letter, as well as the source

5   code written in the first half of 2000 that Mformation identified in its own interrogatory responses,

6   had been produced.  (Ex. I, 1/6/10 letter M. Maras to G. Bibby.)

7       15. Mformation confirmed that "all of the Mformation source code for the relevant time

8   period" was produced and available for inspection on January 22, 2010.  (Ex. J, 1/22/10 email

9   G. Bibby to M. Maras.)

10       16. On February 8, 2011, Mformation made available for inspection, for the first time, the

11   source code for the prototype version of its software.  (Ex. CC, letter from J. Gray to E. Goryunov;

12   Goryunov Decl. at ¶¶ 1-7.)

13       17. The source code for the Mformation prototype software was located on a computer on

14   Harish Magam's desk.  (Ex. K, 2/3/11 Kushwaha Dep. at 222:22–24.)  Mr. Magam's computer hard

15   drive was copied as part of Mformation's document collection efforts on February 19, 2009.  (Ex. L,

16   Lallkissoon Dep. at 58:16–25; Ex. M, Electronic Documents Collection Chart.)

17   **Exhibits**

18       18. Attached hereto at Exhibit A is a true and correct copy of a letter from Linda DeBruin

19   to Amar Thakur, dated February 8, 2011.

20       19. Attached hereto at Exhibit B is a true and correct copy of an email from Amar Thakur

21   to Linda DeBruin, dated February 8, 2011.

22       20. Attached hereto at Exhibit C is a true and correct copy of a letter from Meredith

23   Zinanni to Amar Thakur.

24       21. Attached hereto at Exhibit D is a true and correct copy of a letter from Amar Thakur

25   to Meredith Zinanni.

26       22. Attached hereto at Exhibit E is a true and correct copy of an excerpt of RIM's First

27   Set of Requests for Production, dated February 6, 2009.

28       23. Attached hereto at Exhibit F is a true and correct copy of a letter from Eugene

Declaration of Meredith Zinanni ISO RIM's Motion  -4-  Case No. 5:08-CV-04990-JW
to Strike Errata, Preclude Reliance on Source Code,
and for Discovery Sanctions

Goryunov to Gray Buccigross, dated June 18, 2009.

24.     Attached hereto at Exhibit G is a true and correct copy of a letter from Eugene Goryunov to Gray Buccigross, dated July 8, 2009.

25.     Attached hereto at Exhibit H is a true and correct copy of a letter from Eugene Goryunov to Gray Buccigross, dated September 9, 2009.

26.     Attached hereto at Exhibit I is a true and correct copy of a letter from Maria Maras to Gina Bibby, dated January 6, 2010.

27.     Attached hereto at Exhibit J is a true and correct copy of an email from Gina Bibby to Maria Maras, dated January 22, 2010.

28.     Attached hereto at Exhibit K is a true and correct copy of excerpts from the February 3, 2011 deposition of Rakesh Kushwaha.

29.     Attached hereto at Exhibit L is a true and correct copy of excerpts from the March 17, 2010 deposition of Raymond Lallkissoon, 30(b)(6) designee of Mformation.

30.     Attached hereto at Exhibit M is a true and correct copy of a document entitled "Mformation Electronic Document Collections Chart," Exhibit 501 to the March 17, 2010 deposition of Raymond Lallkissoon, 30(b)(6) designee of Mformation.

31.     Attached hereto at Exhibit N is a true and correct copy of RIM's Fourth 30(b)(6) Deposition Notice to Mformation, dated November 3, 2010.

32.     Attached hereto at Exhibit O is a true and correct copy of excerpts from the December 9, 2010 deposition of Rakesh Kushwaha, 30(b)(6) designee of Mformation.

33.     Attached hereto at Exhibit P is a true and correct copy of an excerpt from Mformation's Responses to RIM's First Set of Interrogatories, dated March 9, 2009.

34.     Attached hereto at Exhibit Q is a true and correct copy of an excerpt from Mformation's Fifth Supplemental Responses to RIM's First Set of Interrogatories, dated December 10, 2009.

35.     Attached hereto at Exhibit R is a true and correct copy of an excerpt from Mformations Sixth Supplemental Responses to RIM's First Set of Interrogatories, dated February 8, 2010.

Declaration of Meredith Zinanni ISO RIM's Motion     -5-     Case No. 5:08-CV-04990-JW
to Strike Errata, Preclude Reliance on Source Code,
and for Discovery Sanctions

6.     Attached hereto at Exhibit S is a true and correct copy of an email exchange between Aaron Charfoos and Amar Thakur, dated December 14, 2010.

37.     Attached hereto at Exhibit T is a true and correct copy of RIM's Patent Local Rule 3-3, 3-4, and 3-6 Second Amended Invalidity Contentions regarding U.S. Patent No. 6,970,917, in draft form as sent to Mformation on December 14, 2010 (minus exhibits).

38.     Attached hereto at Exhibit U is a true and correct copy of a letter from Aaron Charfoos to Amar Thakur, dated December 15, 2010.

39.     Attached hereto at Exhibit V is a true and correct copy of an email exchange between Meredith Zinanni and Amar Thakur, dated December 21, 2010.

40.     Attached hereto at Exhibit W is a true and correct copy of Dr. Rakesh Kushwaha's January 24, 2011 errata sheet for his December 9, 2010 deposition.

41.     Attached hereto at Exhibit X is true and correct copy of a document prepared by counsel for RIM illustrating the changes made to Dr. Kushwaha's December 9, 2010 testimony based upon his January 24, 2011 errata sheet in blackline form.

42.     Attached hereto at Exhibit Y is a true and correct copy of an email from Sharon Zeman to Cassandra Milleville, dated February 3, 2011.

43.     Attached hereto at Exhibit Z is a true and correct copy of an excerpt from Mformation's Second Amended Sixth Supplemental Responses to RIM's First Set of Interrogatories, dated January 24, 2011.

44.     Attached hereto at Exhibit AA is a true and correct copy of Mformation's Initial Disclosures.

45.     Attached hereto at Exhibit BB is a true and correct copy of a letter from Justin Gray to Eugene Goryunov, dated February 4, 2011.

46.     Attached hereto at Exhibit CC is a true and correct copy of a letter from Eugene Goryunov to Gray Buccigross, dated February 8, 2009.

47.     Attached hereto at Exhibit DD is a true and correct copy of a letter from Linda DeBruin to Amar Thakur, dated February 9, 2011.

48.     Attached hereto at Exhibit EE is a true and correct copy of an email from Amar

Declaration of Meredith Zinanni ISO RIM's Motion          -6-          Case No. 5:08-CV-04990-JW
to Strike Errata, Preclude Reliance on Source Code,
and for Discovery Sanctions

Thakur to Linda DeBruin, dated February 9, 2011.

49.     Attached hereto at Exhibit FF is a true and correct copy of excerpts from the April 20, 2010 deposition of Rakesh Kushwaha, 30(b)(6) designee of Mformation.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Chicago, Illinois on February 14, 2011.

/s/ *Meredith Zinanni*
Meredith Zinanni

Declaration of Meredith Zinanni ISO RIM's Motion     -7-          Case No. 5:08-CV-04990-JW
to Strike Errata, Preclude Reliance on Source Code,
and for Discovery Sanctions

1

## CERTIFICATE OF SERVICE

2       I hereby certify on this 14th day of February, 2011 that a copy of the foregoing was filed

3   electronically through the Court's CM/ECF system, with notice of case activity automatically

4   generated and sent electronically to all parties.

5

6   DATED:  February 14, 2011             KIRKLAND & ELLIS LLP
                                    Respectfully submitted,

7

8                                       /s/ Frank Carlow
                                    Frank Carlow

9                                       Intellectual Property Legal Assistant

10                                      Linda S. DeBruin
                                    (Admitted to this Court on September 27, 1991)

11                                      Aaron D. Charfoos (*pro hac vice*)
                                    Meredith Zinanni (*pro hac vice*)

12                                      Maria A. Maras (*pro hac vice*)
                                    KIRKLAND & ELLIS LLP

13                                      300 North LaSalle
                                    Chicago, Illinois  60654

14                                      Telephone:    (312) 862-2000
                                    Facsimile:     (312) 862-2200

15                                      Email: linda.debruin@kirkland.com
                                    Email: aaron.charfoos@kirkland.com

16                                      Email: meredith.zinanni@kirkland.com
                                    Email: maria.maras@kirkland.com

17                                      Marc H. Cohen (CA Bar No. 168773)

18                                      KIRKLAND & ELLIS LLP
                                    950 Page Mill Road

19                                      Palo Alto, CA 94304
                                    Telephone:    (650) 859-7000

20                                      Facsimile:     (650) 859-7500
                                    Email: marc.cohen@kirkland.com

21

22                                      *Attorneys for Defendants and Counterclaim Plaintiffs*
                                    Research In Motion Limited and Research In Motion

23                                      Corporation

24

25

26

27

28

Declaration of Meredith Zinanni ISO RIM's Motion      -8-      Case No. 5:08-CV-04990-JW
to Strike Errata, Preclude Reliance on Source Code,
and for Discovery Sanctions