Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RESEARCH IN MOTION LIMITED'S AND RESEARCH IN MOTION CORPORATION'S MOTION FOR LEAVE TO MODIFY THE SCHEDULING ORDER TO FILE THEIR AMENDED ANSWER AND COUNTERCLAIMS**<br><br>**Noticed Hearing Date & Time:**<br>April 11, 2011, at 9:00 a.m.<br><br>Judge James Ware |

Declaration of Meredith Zinanni ISO RIM's Motion
for Leave to Modify the Scheduling Order to File
Their Amended Answer and Counterclaims

Case No. 5:08-CV-04990-JW

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Motion for Leave to Modify the Scheduling Order to File Their Amended Answer and Counterclaims. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

**Meet and Confer**

2. On February 8, 2011, Linda DeBruin, counsel for RIM, sent a letter to Amar Thakur, counsel for Mformation, requesting a meet and confer regarding Rakesh Kushwaha's errata for his December 9, 2010 deposition, Mformation's failure to timely produce source code, and additional claims and defenses raised by the deposition of Gurinder Johar and the recent actions of Mformation and Dr. Kushwaha. (Ex. A, 2/8/11 letter L. DeBruin to A. Thakur.) Mr. Thakur agreed to have a meet and confer that afternoon. (Ex. B, 2/8/11 email A. Thakur to L. DeBruin.)

3. Linda DeBruin, Amar Thakur and I held a meet and confer via teleconference on the afternoon of February 8, 2011. During that meet and confer, Ms. DeBruin informed Mr. Thakur that the recent deposition of Mr. Johar and documents produced regarding Mr. Johar provided evidence of new defenses and counterclaims for RIM, and RIM intended to move to amend its Answer and Counterclaims.

4. Mr. Thakur stated that Mformation would object to RIM's motion to amend because Mformation did not believe that there is support in the record for the new defenses and counterclaims RIM would seek to add.

5. Ms. DeBruin confirmed that Mformation would not agree to allow RIM to amend its Answer and Counterclaim, and thus RIM had complied with its meet and confer obligations. Mr. Thakur agreed.

6. On February 8, 2011, I sent Mr. Thakur a letter summarizing our meet and confer and confirming that Mformation agreed that RIM had satisfied its meet and confer obligations for a motion to for leave to amend its Answer and Counterclaims, as Mr. Thakur stated during our meet

and confer teleconference.  (Ex. C, 2/8/11 letter M. Zinanni to A. Thakur.)

7.    Mr. Thakur responded to my letter summarizing the meet and confer on February 9, 2011.  (Ex. D, 2/9/11 letter A. Thakur to M. Zinanni.)  In that letter, Mr. Thakur asked RIM to provide Mformation with a copy of the Amended Answer and Counterclaims RIM would be seeking leave to file.  (*Id.*)

8.    RIM agreed to provide Mformation with a copy of the Amended Answer and Counterclaims it would be seeking leave to file.  (Ex. E, 2/10/11 letter M. Zinanni to A. Thakur.) RIM sent Mformation a copy of its Amended Answer and Counterclaims at 8:49 A.M. PST on February 18, 2011.  (Ex. F, 2/18/11 letter M. Zinanni to A. Thakur.)

**Exhibits**

9.    Attached hereto at Exhibit A is a true and correct copy of a letter from Linda DeBruin to Amar Thakur, dated February 8, 2011.

10.   Attached hereto at Exhibit B is a true and correct copy of an email from Amar Thakur to Linda DeBruin, dated February 8, 2011.

11.   Attached hereto at Exhibit C is a true and correct copy of a letter from Meredith Zinanni to Amar Thakur, dated February 8, 2011.

12.   Attached hereto at Exhibit D is a true and correct copy of a letter from Amar Thakur to Meredith Zinanni, dated February 9, 2011

13.   Attached hereto at Exhibit E is a true and correct copy of a letter from Meredith Zinanni to Amar Thakur, dated February 10, 2011.

14.   Attached hereto at Exhibit F is a true and correct copy of a letter from Meredith Zinanni to Amar Thakur, dated February 18, 2011.

15.   Attached hereto at Exhibit G is a true and correct copy of Mformation's Initial Disclosures.

16.   Attached hereto at Exhibit H is a true and correct copy of RIM's First Set of Interrogatories, dated February 6, 2009.

17.   Attached hereto at Exhibit I is a true and correct copy of an excerpt from Mformation's Responses to RIM's First Set of Interrogatories, dated March 9, 2009.

Declaration of Meredith Zinanni ISO RIM's Motion      -3-           Case No. 5:08-CV-04990-JW
for Leave to Modify the Scheduling Order to File
Their Amended Answer and Counterclaims

Case3:08-cv-04990-EMC Document398 Filed02/18/11 Page4 of 7

18. Attached hereto at Exhibit J is a true and correct copy of an excerpt from Mformation's Sixth Supplemental Responses to RIM's First Set of Interrogatories, dated February 8, 2010.

19. Attached hereto at Exhibit K is a true and correct copy of an email from Maria Maras to Gina Bibby, dated August 26, 2010.

20. Attached hereto at Exhibit L is a true and correct copy of RIM's Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action directed to Gurinder Singh Johar, dated September 8, 2010.

21. Attached hereto at Exhibit M is a true and correct copy of an email from Maria Maras to Ryan Smith, dated September 30, 2010.

22. Attached hereto at Exhibit N is a true and correct copy of an email from Ryan Smith to Maria Maras, dated October 4, 2010.

23. Attached hereto at Exhibit O is a true and correct copy of a letter from Carl Blickle to Ryan Smith, dated November 1, 2010.

24. Attached hereto at Exhibit P is a true and correct copy of an email from Ryan Smith to Maria Maras, dated October 25, 2010.

25. Attached hereto at Exhibit Q is a true and correct copy of an email from Ryan Smith to Carl Blickle, dated November 12, 2010.

26. Attached hereto at Exhibit R is a true and correct copy of RIM's Subpoena To Testify At A Deposition In A Civil Action directed to Gurinder Singh Johar, dated November 16, 2010.

27. Attached hereto at Exhibit S is a true and correct copy of a letter from Carl Blickle to Ryan Smith, dated December 30, 2010.

28. Attached hereto at Exhibit T is a true and correct copy of an email from Shawn McDonald to Carl Blickle, dated January 3, 2011.

29. Attached hereto at Exhibit U is a true and correct copy of an email from Carl Blickle to Shawn McDonald, dated January 6, 2011.

30. Attached hereto at Exhibit V is a true and correct copy of RIM's Fifth Set Of Requests For Production Of Documents And Things, dated November 19, 2010.

Declaration of Meredith Zinanni ISO RIM's Motion for Leave to Modify the Scheduling Order to File Their Amended Answer and Counterclaims       -4-       Case No. 5:08-CV-04990-JW

1   31.     Attached hereto at Exhibit W is a true and correct copy of a letter from Carl Blickle to
2   Shawn McDonald, dated January 3, 2011.

3   32.     Attached hereto at Exhibit X is a true and correct copy of an email from Amar Thakur
4   to Aaron Charfoos, dated January 18, 2011.

5   33.     Attached hereto at Exhibit Y is a true and correct copy of a document with a subject
6   line of "Gurinder Johar v. mFormation Technologies." It is Bates-stamped M3628563–M3628565.

7   34.     Attached hereto at Exhibit Z is a true and correct copy of an email thread between
8   Aaron Charfoos and Amar Thakur, dated January 19, 2011.

9   35.     Attached hereto at Exhibit AA is a true and correct copy of excerpts from the
10  January 22, 2011 deposition of Gurinder Johar.

11  36.     Attached hereto at Exhibit BB is a true and correct copy of an email thread between
12  Amar Thakur and Aaron Charfoos, dated January 21, 2011.

13  37.     Attached hereto at Exhibit CC is a true and correct copy of a letter from Joel Sandler
14  to Meredith Zinanni, dated February 3, 2011.

15  38.     Attached hereto at Exhibit DD is a true and correct copy of an untitled document,
16  Exhibit 713 to the January 22, 2011 deposition of Gurinder Johar. It is a print-out of a native format
17  file produced by Mformation bearing Bates-stamp M1405276.

18  39.     Attached hereto at Exhibit EE is a true and correct copy of excerpts from
19  Mformation's Second Amended Sixth Supplemental Responses to RIM's First Set of Interrogatories,
20  dated January 24, 2011.

21  40.     Attached hereto at Exhibit FF is a true and correct copy of excerpts from the April 20,
22  2010 deposition of Rakesh Kushwaha, 30(b)(6) designee of Mformation.

23  41.     Attached hereto at Exhibit GG is a true and correct copy of a letter Rakesh Kushwaha
24  to Gurinder Johar, dated July 25, 2002 with a subject line of "Separation Agreement and General
25  Release." It is exhibit 727 to the January 22, 2011 deposition of Gurinder Johar and is Bates-stamped
26  M3628579–M3628581.

27  42.     Attached hereto at Exhibit HH is a true and correct copy of a letter from Jeffrey
28  Friedel to Nicole Seevers, dated July 25, 2002. It is Bates-stamped M3628993.

Declaration of Meredith Zinanni ISO RIM's Motion         -5-         Case No. 5:08-CV-04990-JW
for Leave to Modify the Scheduling Order to File
Their Amended Answer and Counterclaims

43. Attached hereto at Exhibit II is a true and correct copy of a document entitled "List of Patents, Trademarks, and Copyrights." It is Bates-stamped M3628994.

44. Attached hereto as Exhibit JJ is a true and correct copy of RIM's Third Amended Invalidity Contentions, dated January 28, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Chicago, Illinois on February 18, 2011.

/s/ *Meredith Zinanni*
Meredith Zinanni

**CERTIFICATE OF SERVICE**

I hereby certify on this 18th day of February, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  February 18, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ Frank Carlow
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*