Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>   Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF TIFFANY P. CUNNINGHAM IN SUPPORT OF RIM'S NOTICE OF MOTION AND MOTION UNDER DAUBERT TO EXCLUDE THE OPINIONS OF MR. ROY WEINSTEIN**<br><br>Judge:          The Honorable James Ware |

Declaration Of Tiffany P. Cunningham In Support Of
RIM's Notice of Motion and Motion Under Daubert
to Exclude the Opinions of Mr. Roy Weinstein

Case No. 5:08-CV-04990-JW

I, Tiffany P. Cunningham, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Notice of Motion and Motion Under Daubert to Exclude the Opinions of Mr. Roy Weinstein. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a document entitled "Expert Report of Roy Weinstein." This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt of a document entitled "Research In Motion 2010 Annual Report." The document is Bates-stamped RIM-MF2639468-9565.

4. Attached hereto as Exhibit C is a true and correct copy of a document entitled "An Analytical Solution to Reasonable Royalty Rate Calculations" authored by William Choi and Roy Weinstein.

5. Attached hereto as Exhibit D is a true and correct copy of a document entitled "Bargaining under Incomplete Information" authored by Kalyan Chatterjee and William Samuelson.

6. Attached hereto as Exhibit E is a true and correct copy of a document entitled "Rebuttal Expert Report and Disclosure of Julie L. Davis." This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

7. Attached hereto as Exhibit F is a true and correct copy of an excerpt of a document entitled "Rebuttal Expert Report of Dr. Anthony Acampora Regarding Non-Infringement of U.S. Patent No. 6,970,917." This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY - COMPUTER SOURCE CODE."

8. Attached hereto as Exhibit G is a true and correct copy of an excerpt of a document entitled "Mformation Technologies, Inc.'s Patent Local Rules 3-6 Third Amended Infringement Contentions Chart for U.S. Patent No. 6,970,917." This document has been designated

Declaration Of Tiffany P. Cunningham In Support Of -1- Case No. 5:08-CV-04990-JW
RIM's Notice of Motion and Motion Under Daubert
to Exclude the Opinions of Mr. Roy Weinstein

"CONFIDENTIAL - ATTORNEYS' EYES ONLY."

9. Attached hereto as Exhibit H is a true and correct copy of an excerpt of a document entitled "Expert Report of Vijay Madisetti, Ph.D." This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY - COMPUTER SOURCE CODE."

10. Attached hereto as Exhibit I is a true and correct copy of an excerpt of a document entitled "Exhibit C" to the Expert Report of Vijay Madisetti, Ph.D. This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

11. Attached hereto as Exhibit J is a true and correct copy of a RIM Bill of Materials. It is Bates-stamped RIM-MF2643260. This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

12. Attached hereto as Exhibit K is a true and correct copy of an excerpt from the transcript of the December 9, 2010 Deposition of Rakesh Kushwaha. This transcript has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

13. Attached hereto as Exhibit L is a true and correct copy of an internal Mformation email chain. It is Bates-stamped M1384019-21. This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

14. Attached hereto as Exhibit M is a true and correct copy of a document entitled "Exhibit 17" to the Expert Report of Mr. Roy Weinstein. This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

15. Attached hereto as Exhibit N is a true and correct copy of a document entitled "Exhibit 15" to the Expert Report of Mr. Roy Weinstein. This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

16. Attached hereto as Exhibit O is a true and correct copy of an excerpt from the transcript of the November 10, 2010 Deposition of Mark Keating. This transcript has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on March 28,

Declaration Of Tiffany P. Cunningham In Support Of   -2-   Case 5:08-CV-04990-JW
RIM's Notice of Motion and Motion Under Daubert
to Exclude the Opinions of Mr. Roy Weinstein

1    2011 in Chicago, Illinois.

*/s/ Tiffany P. Cunningham*
Tiffany P. Cunningham

Declaration Of Tiffany P. Cunningham In Support Of       -3-                Case  5:08-CV-04990-JW
RIM's Notice of Motion and Motion Under Daubert
to Exclude the Opinions of Mr. Roy Weinstein

# CERTIFICATE OF SERVICE

I hereby certify on this 28th day of March, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: March 28, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*