Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

**IT IS SO ORDERED**
Judge James Ware
4/8/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**JOINT STIPULATION OF DISMISSAL OF U.S. PATENT NO. 7,343,408 AND CLAIMS 7, 8 AND 26 OF U.S. PATENT NO. 6,970,917 PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge James Ware |

1  To streamline the issues before the Court in this litigation, the parties hereby jointly stipulate
2  as follows:
3  WHEREAS, Mformation Technologies, Inc. ("Mformation") is no longer asserting U.S.
4  Patent No. 7,343,408 ("the '408 patent") or claims 7, 8 and 26 of U.S. Patent No. 6,970,917 ("the
5  '917 patent") against Research In Motion Limited and Research In Motion Corporation (collectively,
6  "RIM") for any RIM products that exist as of, or existed prior to, the date of this stipulation;
7  THE PARTIES HEREBY AGREE:
8  Mformation dismisses with prejudice its claims of infringement regarding the '408 patent.
9  Mformation dismisses with prejudice its claims of infringement of claims 7, 8 and 26 of the
10  '917 patent.

DATED: April 6, 2011

FOLEY & LARDNER LLP
Respectfully submitted,

/s/ Amar L. Thakur

Amar L. Thakur
Shawn E. McDonald
Gina A. Bibby
Justin E. Gray

*Attorneys for Plaintiff and Counterclaim Defendant Mformation Technologies, Inc.*

| | |
|---|---|
| DATED: April 6, 2011 | KIRKLAND & ELLIS LLP<br>Respectfully submitted,<br><br>/s/ Linda S. DeBruin<br><br>Linda S. DeBruin<br>(Admitted to this Court on September 27, 1991)<br>Aaron D. Charfoos (*pro hac vice*)<br>Meredith Zinanni (*pro hac vice*)<br>Maria A. Maras (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois  60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email: linda.debruin@kirkland.com<br>Email: aaron.charfoos@kirkland.com<br>Email: meredith.zinanni@kirkland.com<br>Email: maria.maras@kirkland.com<br><br>Marc H. Cohen (CA Bar No. 168773)<br>KIRKLAND & ELLIS LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:     (650) 859-7000<br>Facsimile:      (650) 859-7500<br>Email: marc.cohen@kirkland.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation* |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, counsel for RIM  hereby attests that concurrence in the filing of this document has been obtained.

**CERTIFICATE OF SERVICE**

I hereby certify on this 6th day of April, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  April 6, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ Frank Carlow
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:    (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*