**\*E-FILED 04-21-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., | No. C08-04990 JW (HRL) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO REDACT AUGUST 3, 2010 HEARING TRANSCRIPT** |
| v. | |
| RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, | **[Re: Docket No. 394]** |
| Defendants. | |

Defendants move to redact certain portions of the transcript of the August 3, 2010 motion hearings before this court. Plaintiff opposes the motion. The matter is deemed appropriate for determination without oral argument. CIV. L.R. 7-1(b). Upon consideration of the moving and responding papers, this court grants the motion.

Defendants say that the subject information quotes or summarizes certain emails that they have designated "Confidential". Indeed, as it turns out, the transcript in question pertains to proceedings in which plaintiff sought (among other things) to de-designate those emails entirely. As reflected in that transcript and in the subsequent order, this court found no basis for defendants' "Attorneys' Eyes Only" designation, but nevertheless declined to de-designate the emails entirely and permitted defendants to designate the information as "Confidential." (See Docket No. 275 at 3-4). This court has reviewed the pertinent portions of the August 3, 2010

1   hearing transcript and grants defendants' motion to redact them.

2        SO ORDERED.

3   Dated:   April 21, 2011

4
                             HOWARD R. LLOYD
5                                UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

5:08-cv-04990-JW Notice has been electronically mailed to:

Aaron D. Charfoos     acharfoos@kirkland.com

Amardeep Lal Thakur     athakur@foley.com, dgrimes@foley.com

Carl John Blickle     carlblickle@gmail.com

Christopher R. Liro     christopher.liro@kirkland.com

Cynthia Jo Franecki     cfranecki@foley.com, lvanderboom@foley.com, mlucas@foley.com

Eugene Goryunov     egoryunov@kirkland.com

Gina Ann Bibby     gbibby@foley.com, mlagdameo@foley.com

Justin E. Gray     jegray@foley.com, dgrimes@foley.com

Linda S. DeBruin     ldebruin@kirkland.com, bridgett.ofosu@kirkland.com, kathleen.cawley@kirkland.com, margaret.burke@kirkland.com

Marc Howard Cohen     marc.cohen@kirkland.com, frank.carlow@kirkland.com, lesley.ahlberg@kirkland.com, mary.nguyen@kirkland.com

Maria A. Maras     maria.maras@kirkland.com

Meredith Zinanni     meredith.zinanni@kirkland.com, cassandra.milleville@kirkland.com, kimberly.davenport@kirkland.com

Michael Anthony Parks     mparks@kirkland.com

Michael Daley Karson     michael.karson@kirkland.com

Michael S Feldberg     michael.feldberg@allenovery.com

Shawn Edward McDonald     SEMcDonald@foley.com

Tiffany Patrice Cunningham     tiffany.cunningham@kirkland.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.