Linda S. DeBruin
(Admitted to this Court on September 27,1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: mcohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING TIMING FOR INEQUITABLE CONDUCT EXPERT SUPPLEMENTAL REPORTS AND CERTAIN DEPOSITIONS** |

1  Plaintiff and Counterclaim Defendant Mformation Technologies, Inc. ("Mformation") and Defendants and Counterclaim Plaintiffs Research In Motion Ltd. and Research In Motion Corp. (collectively, "RIM") wish to avoid any dispute regarding the deadline for serving supplemental expert reports regarding RIM's inequitable conduct claim added in its Amended Answer to Mformation's Third Amended Complaint, filed April 8, 2011, and the timing of completing the depositions of inequitable conduct experts.  Mformation's damages expert also has scheduling conflicts during the discovery period.  The scope and necessity for the continued depositions of Rakesh Kushwaha in his individual and 30(b)(6) capacities is contingent on the Court's ruling on RIM's pending motion to strike, which was heard on April 26.  Mformation and RIM hereby agree:

1.  RIM served its supplemental Federal Rule of Civil Procedure 26(a)(2)(B) disclosure regarding inequitable conduct on April 27, 2011.

2.  Mformation shall serve its supplemental rebuttal Federal Rule of Civil Procedure 26(a)(2)(B) disclosure regarding inequitable conduct on May 14, 2011.

3.  The deposition of RIM's expert on inequitable conduct will take place on May 17, 2011.

4.  The deposition of Mformation's expert on inequitable conduct will take place on May 19, 2011.

5.  The deposition of Mformation's expert on damages will take place on May 18, 2011.

6.  The deposition of RIM's expert on damages will take place on May 19, 2011.

7.  The parties will work together to schedule the continued depositions of Rakesh Kushwaha in his individual and 30(b)(6) capacities, if necessary, after the Court's ruling on RIM's pending Motion to Strike Improper Errata Sheet, Preclude Reliance on Newly Produced Source Code, and for Discovery Sanctions, D.E. 389.  The continued depositions of Rakesh Kushwaha in his individual and 30(b)(6) capacities may occur after the close of discovery, and the parties anticipate such continued depositions will be completed in one day on or before May 31, 2011.

Pursuant to L.R. 6-2(a), the Declaration of Meredith Zinanni in Support of the Stipulation Regarding Timing for Inequitable Conduct Expert Supplemental Reports and Depositions is filed

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R. 7-12 Regarding Timing For Inequitable Conduct Expert Supplemental Reports And Certain Depositions

Case No. 5:08-CV-04990-JW

herewith.

DATED:  April 29, 2011                         FOLEY & LARDNER LLP

                                                              By:     /s/ Amar L. Thakur
                                                                     Amar L. Thakur
                                                                     Shawn E. McDonald
                                                                     Gina A. Bibby
                                                                     Justin E. Gray

*Attorneys for Mformation Technologies, Inc.*

DATED:  April 29, 2011                         KIRKLAND & ELLIS LLP

                                                              By:     /s/ Meredith Zinanni
                                                                    Linda S. DeBruin
                                                                    Mark H. Cohen (CA Bar No. 168773)
                                                                    Aaron D. Charfoos
                                                                    Meredith Zinanni
                                                                    Maria A. Maras

*Attorneys for Research In Motion Limited and Research In Motion Corporation*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Meredith Zinanni hereby attests that concurrence in the filing of this document has been obtained.

Stipulation and P~~roposed~~ Order Pursuant to Civ. L.R. 7-12 Regarding Timing For Inequitable Conduct Expert Supplemental Reports And Certain Depositions       -2-       Case No. 5:08-CV-04990-JW

1
2     **PURSUANT TO STIPULATION, IT IS SO ORDERED**
3
4  Date:___May 2_____, 2011         _____
5                                          James Ware
                                           United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R.      -3-              Case No. 5:08-CV-04990-JW
7-12 Regarding Timing For Inequitable Conduct
Expert Supplemental Reports And Certain
Depositions

**CERTIFICATE OF SERVICE**

I hereby certify on this 29th day of April, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: April 29, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/* John Kanive
John Kanive
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 859-7000
Facsimile:   (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*