1  **FOLEY & LARDNER LLP**
   3579 VALLEY CENTRE DRIVE, SUITE 300
2  SAN DIEGO, CA 92130
   TEL.: (858) 847-6700
3  FAX: (858) 792-6773
   AMARDEEP (AMAR) L. THAKUR, CA BAR NO. 194025
4  ATHAKUR@FOLEY.COM
   SHAWN E. MCDONALD, CA BAR NO. 237580
5  SEMCDONALD@FOLEY.COM
   JUSTIN E. GRAY, *PRO HAC VICE*
6  JEGRAY@FOLEY.COM

7  **FOLEY & LARDNER LLP**
   150 EAST GILMAN STREET
8  MADISON, WI 53703
   TEL: (608) 257-5035
9  FAX: (608) 258-4258
   ALLEN A. ARNTSEN,(*PRO HAC VICE* PENDING
10 AARNTSEN@FOLEY.COM

11 **FOLEY & LARDNER LLP**
   321 NORTH CLARK ST., SUITE 2800
12 CHICAGO, IL 60654-5313
   TEL: (312) 832-54500
13 FAX: (312) 832-4970
   LISA M. NOLLER, (*PRO HAC VICE* PENDING)
14 LNOLLER@FOLEY.COM

15 ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANTS
   MFORMATION TECHNOLOGIES, INC.
16

17                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
18

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>       Plaintiff and Counterclaim Defendant,<br><br>       v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>       Defendants and Counterclaim Plaintiffs<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:08-cv-04990-JW (HRL)<br><br>**[PROPOSED] ORDER GRANTING NOTICE OF WITHDRAWAL OF CYNTHIA J. FRANECKI AND GINA A. BIBBY AS COUNSEL FOR MFORMATION TECHNOLOGIES, INC.** |

-1-

1  Having considered the request for withdrawal of Cynthia J. Franecki and Gina A. Bibby of
2  Foley & Lardner LLP.
3  **IT IS HEREBY ORDERED THAT**
4
5  Cynthia J. Franecki and Gina A. Bibby be relieved and granted withdrawal from the
6  above-captioned matter as counsel for Plaintiff Mformation Technologies, Inc, and be removed
7  from receiving electronic notification of e-filing in connection with this plaintiff.
8
   DATED: May 4, 2011
9
10
11                                             BY _____
12                                                 THE HONORABLE JAMES WARE
                                                   UNITED STATES DISTRICT COURT JUDGE