Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF TIFFANY P. CUNNINGHAM IN SUPPORT OF RIM'S NOTICE OF MOTION AND MOTION TO COMPEL MFORMATION TO REPRODUCE CERTAIN DOCUMENTS**<br><br>Magistrate Judge Howard R. Lloyd |

I, Tiffany P. Cunningham, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Notice of Motion and Motion to Compel Mformation to Reproduce Certain Documents. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Counsel for RIM conferred with counsel for Mformation in an attempt to resolve this dispute without the need for Court intervention. No resolution has been reached.

3. Attached hereto as Exhibit 1 is a true and correct copy of a February 1, 2010 letter from Gina Bibby to Maria Maras.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the February 17, 2011 deposition of Ms. Daddato.

5. Attached hereto as Exhibit 3 is a true and correct copy of a February 17, 2011 letter from Shawn McDonald to Meredith Zinanni.

6. Attached hereto as Exhibit 4 is a true and correct copy of a February 22, 2011 letter from Shawn McDonald to Tiffany Cunningham.

7. Attached hereto as Exhibit 5 is a true and correct copy of a document identified by bates-numbers M1969360-363.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the March 3, 2011 deposition of Mark Edwards.

9. Attached hereto as Exhibit 7 is a true and correct copy of RIM's Third Rule 30(b)(6) Notice to Mformation.

10. Attached hereto as Exhibit 8 is a true and correct copy of Mformation's Fourth Supplemental Initial Disclosures.

11. Attached hereto as Exhibit 9 is a true and correct copy of a document identified by bates-numbers M1969399-400.

12. Attached hereto as Exhibit 10 is a true and correct copy of a document identified by

1  bates-numbers M1965633-636.

2      13.    Attached hereto as Exhibit 11 is a true and correct copy of a document identified by
3  bates-numbers M1935892-893.

4      14.    Attached hereto as Exhibit 12 is a true and correct copy of excerpts from
5  Mformation's Amended Sixth Supplemental Privilege Log.

6      15.    Attached hereto as Exhibit 13 is a true and correct copy of James Wilson's profile
7  from Mesirow's web page.

8      16.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from
9  Mformation's April 8, 2011 Privilege Log in Response to Mesirow Subpoena.

10      17.    Attached hereto as Exhibit 15 is a true and correct copy of Exhibit 858 to the March
11  3, 2011 deposition of Mark Edwards, identified by bates-numbers M1934210-212.

12      18.    Attached hereto as Exhibit 16 is a true and correct copy of Mesirow's web page,
13  http://www.mesirowfinancial.com/mfc/collateral/mfc_fact_sheet0111.pdf.

14      19.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts from a Joint
15  Stipulation Regarding Mformation's Motion to Quash RIM's Subpoena to Mesirow, filed in Case
16  No. 2:11-CV-03992-PA-JC in the Central District of California.

17      20.    Attached hereto as Exhibit 18 is a true and correct copy of a document bates-stamped
18  MES0002551-552.

19      21.    Attached hereto as Exhibit 19 is a true and correct copy of a document bates-stamped
20  MES0001324-326.

21      22.    Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the March
22  25, 2011 Rebuttal Expert Report and Disclosure of Julie L. Davis.

23      I declare under penalty of perjury under the laws of the United States and the State of Illinois
24  that the foregoing is true and correct and that this declaration was executed by me on May 17, 2011
25  in Chicago, Illinois.

26

27                                */s/ Tiffany P. Cunningham*
                                    Tiffany P. Cunningham
28

Declaration Of Tiffany P. Cunningham In Support Of     -2-    Case 5:08-CV-04990-JW
RIM's Motion to Compel Mformation to Reproduce
Certain Documents

# CERTIFICATE OF SERVICE

I hereby certify on this 17th day of May, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  May 17, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 859-7000
Facsimile:    (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*