**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 847-6700
Fax: (858) 792-6773
Amardeep (Amar) L. Thakur, CA BAR NO. 194025
ATHAKUR@FOLEY.COM
Shawn E. McDonald, CA BAR NO. 237580
SEMCDONALD@FOLEY.COM
Justin E. Gray, *Pro Hac Vice*
JEGRAY@FOLEY.COM

**FOLEY & LARDNER LLP**
150 E. Gillman St.
Madison, WI 53703
Tel.: (608) 258-4293
Fax: (608) 258-4258
Allen A. Arntsen, *Pro Hac Vice*
AARNTSEN@FOLEY.COM

**FOLEY & LARDNER LLP**
321 N. Clark St., Ste. 2800
Chicago, IL 60654
Tel.: (312) 832-4363 / Fax: (312) 832-7200
Lisa M. Noller, *Pro Hac Vice*
LNOLLER@FOLEY.COM

**Attorneys for Plaintiff and Counterclaim Defendant MFORMATION TECHNOLOGIES, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-cv-04990-JW (HRL)<br><br>**DECLARATION OF AMAR L. THAKUR IN SUPPORT OF PLAINTIFF MFORMATION TECHNOLOGIES, INC.'S MOTION TO COMPEL SUPPLEMENTAL 30(b)(6) TESTIMONY ON TOPICS 1 THROUGH 4 AS LISTED IN MFORMATION TECHNOLOGIES, INC.'S NOTICE OF TAKING FIFTH 30(b)(6) DEPOSITION OF RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION**<br><br>Date: July 5, 2011<br>Time: 10:00 a.m.<br>Judge: Magistrate Judge Howard L. Lloyd |
| AND RELATED COUNTERCLAIMS | |

## DECLARATION OF AMAR THAKUR

I, Amar L. Thakur, state and declare as follows:

1. I am a partner at the law firm of Foley & Lardner LLP, lead counsel of record for Plaintiff Mformation Technologies, Inc. ("Mformation") in the above entitled matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify to the truth of the statements made herein.

2. On April 29, 2011, Mformation served its Notice of Taking Fifth 30(b)(6) Deposition of Research in Motion Limited and Research in Motion Corporation ("Notice"). A true and correct copy of the Notice is attached hereto as Exhibit A.

3. On May 20, 2011, counsel for Mformation took the 30(b)(6) deposition of RIM regarding Mformation's Notice. Mr. Keith Bilinsky was designated to discuss Topics 1 through 8 of Mformation's Notice. A true and correct copy of the deposition transcript of Mr. Bilinsky is attached hereto as Exhibit B.

4. On May 13, 2011, Mformation's counsel took the deposition of Research in Motion Limited and Research in Motion Corporation (collectively "RIM") employee Jeff Schnurr. A true and correct copy of the deposition transcript of Mr. Schnurr is attached hereto as Exhibit C.

5. During Mr. Schnurr's deposition, counsel for Mformation referred Mr. Schnurr to various RIM documents relating to RIM's customers' use of the BlackBerry Enterprise Server ("BES") within the United States. True and correct copies of those RIM documents are attached hereto as Exhibits D, E, F, G, H, N. O. P. Q. and R.

6. After notifying RIM's counsel at the close of Mr. Bilinsky's deposition that his testimony was inadequate on Topics 1 through 4 of Mformation's Notice, Mformation's counsel sent a follow-up letter on May 23, 2011 to RIM's counsel reiterating Mformation's belief that Mr. Bilinsky's testimony was inadequate, and asking for supplemental deposition testimony. A true and correct copy of that letter is attached hereto as Exhibit I.

7. Two days later, on May 25, 2011, RIM's counsel responded to Mformation's May 23, 2011 correspondence with a letter stating that RIM believes Mr. Bilinsky's 30(b)(6) testimony was adequate. A true and correct copy of that letter is attached hereto as Exhibit J.

8. I personally met and conferred with RIM's counsel on May 25, 2011 regarding the deficiencies in Mr. Bilinsky's deposition testimony. RIM's counsel, Linda DeBruin, stated during the meet and confer that RIM would agree to provide additional testimony on Topics 1 through 4 of Mformation's Notice only if the Court moved the discovery cut-off date and the trial date. I informed Ms. DeBruin that Mformation would not agree to modify the trial dates, and that Mformation would instead need to file a motion to compel additional 30(b)(6) deposition testimony on Topics 1 through 4 as listed in the Notice.

9. On May 26, 2011, RIM's counsel sent Mformation's counsel a letter following-up on the parties' meet and confer. A true and correct copy of that letter is attached hereto as Exhibit K.

10. Attached hereto as Exhibit L is a true a correct copy of an email from Maria Maras to Shawn McDonald dated May 17, 2011.

11. Attached hereto as Exhibit M is a true and correct copy of Research in Motion Limited's and Research in Motion Corporation's Objections and Responses to Mformation Technologies, Inc.'s Notice of Taking Fifth 30(b)(6) Deposition of Research in Motion Limited and Research in Motion Corporation.

12. Attached hereto as Exhibit S is a true and correct copy of Mformation Technologies, Inc.'s First Set of Requests for Production of Documents and Things to Defendants Research in Motion Limited and Research in Motion Corporation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Diego, California on May 31, 2011.

By: /s/ Amar L. Thakur
AMAR THAKUR

**CERTIFICATE OF SERVICE**

I hereby certify on this 31st day of May, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Dated: May 31, 2011

FOLEY & LARDNER LLP

By: *<u>/s/ Justin E. Gray</u>*
Amar L. Thakur
Shawn E. McDonald
Allen A. Arntsen
Lisa M. Noller
Justin E. Gray
Attorneys for
Mformation Technologies, Inc.