IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mformation Tech., Inc., | NO. C 08-04990 JW |
| Plaintiff, | **ORDER VACATING TRIAL SCHEDULE** |
| v. | |
| Research in Motion Ltd., et al., | |
| Defendants. | |

On June 1, 2011, the Court issued an Order Setting Hearing for Motions.[1] In light of the Court's June 1 Order setting hearing on dispositive Motions for September 26, 2011, the Court VACATES the current trial schedule set to commence on September 13, 2011, as well as all pretrial dates. The Court will set a Preliminary Pretrial Conference to set a new trial date in its Order addressing the anticipated Motions.

Dated:  June 2, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Order Setting Hearing for Motions; Denying Defendants' Request for a Case Management Conference as Moot, Docket Item No. 507.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen A. Arnstsen aarntsen@foley.com
Amardeep Lal Thakur athakur@foley.com
Justin E. Gray jegray@foley.com
Shawn Edward McDonald semcdonald@foley.com
Aaron D. Charfoos acharfoos@kirkland.com
Marc Howard Cohen marc.cohen@kirkland.com
Tiffany Patrice Cunningham tiffany.cunningham@kirkland.com
Linda S. DeBruin ldebruin@kirkland.com
Meredith Zinanni meredith.zinanni@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Michael Daley Karson michael.karson@kirkland.com
Christopher R. Liro christopher.liro@kirkland.com
Maria A. Maras maria.maras@kirkland.com
Michael Anthony Parks mparks@thompsoncoburn.com
Michael S Feldberg michael.feldberg@allenovery.com

**Dated:  June 2, 2011**                                             **Richard W. Wieking, Clerk**


                                                                     **By:     /s/ JW Chambers**
                                                                          **Susan Imbriani**
                                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California