Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF TIFFANY P. CUNNINGHAM IN SUPPORT OF RIM'S REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL MFORMATION TO REPRODUCE CERTAIN DOCUMENTS**<br><br>Magistrate Judge Howard R. Lloyd |

Declaration Of Tiffany P. Cunningham In Support Of RIM's Reply In Further Support Of Motion To Compel Mformation To Reproduce Certain Documents

Case No. 5:08-CV-04990-JW

I, Tiffany P. Cunningham, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Reply In Further Support Of Motion To Compel Mformation To Reproduce Certain Documents. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from Mformation's May 18, 2011 2nd Amended Sixth Supplemental Privilege Log.

3. Attached hereto as Exhibit 22 is a true and correct copy of Mformation's Proposed Order Granting Its Motion to Quash Subpoena Or, In The Alternative, For Protective Order, filed in Case No. 11-CV-03992-PA (JCx) (C.D. Cal.).

4. Attached hereto as Exhibit 23 is a true and correct copy of the Declaration of Tiffany P. Cunningham in Support of Defendants' Opposition to Plaintiff's Motion to Quash, filed in Case No. 11-CV-03992-PA (JCx) (C.D. Cal.).

5. Attached hereto as Exhibit 24 is a true and correct copy of RIM's Supplemental Memorandum in Opposition to Mformation's Motion to Quash RIM's Subpoena to Mesirow, filed in Case No. 11-CV-03992-PA (JCx) (C.D. Cal.).

6. Attached hereto as Exhibit 25 is a true and correct copy of the Declaration of Tiffany P. Cunningham in Support of RIM's Supplemental Memorandum in Opposition to Mformation's Motion to Quash RIM's Subpoena to Mesirow, filed in Case No. 11-CV-03992-PA (JCx) (C.D. Cal.).

7. Attached hereto as Exhibit 26 is a true and correct copy of Mformation's April 8, 2011 Privilege Log in Response to Mesirow Subpoena.

8. Attached hereto as Exhibit 27 is a true and correct copy of Mformation's April 19, 2011 Privilege Log in Response to Mesirow Subpoena.

9. On May 18, 2011, Mformation's damages expert, Roy Weinstein, was deposed in this

Declaration Of Tiffany P. Cunningham In Support Of RIM's Reply In Further Support Of Motion To Compel Mformation To Reproduce Certain Documents -1- Case 5:08-CV-04990-JW

case.

10. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the May 18, 2011 deposition of Mr. Weinstein.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on June 7, 2011 in Chicago, Illinois.

*/s/ Tiffany P. Cunningham*
Tiffany P. Cunningham

**CERTIFICATE OF SERVICE**

I hereby certify on this 7th day of June, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: June 7, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 859-7000
Facsimile:    (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*