*IT IS SO ORDERED*
*Judge James Ware*

1  Linda S. DeBruin
   (Admitted to this Court on September 27, 1991)
2  Christopher R. Liro (*pro hac vice*)
   Tiffany P. Cunningham (*pro hac vice*)
3  Aaron D. Charfoos (*pro hac vice*)
   Meredith Zinanni (*pro hac vice*)
4  Maria A. Maras (*pro hac vice*)
   KIRKLAND & ELLIS LLP
5  300 North LaSalle
   Chicago, Illinois  60654
6  Telephone:     (312) 862-2000
   Facsimile:     (312) 862-2200
7  Email: linda.debruin@kirkland.com
   Email: christopher.liro@kirkland.com
8  Email: tiffany.cunningham@kirkland.com
   Email: aaron.charfoos@kirkland.com
9  Email: meredith.zinanni@kirkland.com
   Email: maria.maras@kirkland.com
10
11 Marc H. Cohen (CA Bar No. 168773)
   KIRKLAND & ELLIS LLP
   950 Page Mill Road
12 Palo Alto, CA 94304
   Telephone:     (650) 859-7000
13 Facsimile:     (650) 859-7500
   Email: mcohen@kirkland.com
14
15 *Attorneys for Defendants and Counterclaim Plaintiffs*
   RESEARCH IN MOTION LIMITED and
   RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> RESEARCH IN MOTION LIMITED, a Canadian corporation <br><br> AND <br><br> RESEARCH IN MOTION CORPORATION, a Delaware corporation, <br><br> Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW <br><br> Jury Trial Demanded <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING CERTAIN DOCUMENT PRODUCTION, DEPOSITIONS, AND SUPPLEMENTAL EXPERT REPORTS** |

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R. 6-2 and 7-12 Regarding Certain Document Production, Depositions, and Supplemental Expert Reports

Case No. 5:08-CV-04990-JW

1    In this case, Defendants and Counterclaim Plaintiffs Research In Motion Ltd. and Research In Motion Corp. (collectively, "RIM") caused the Central District of California to issue a subpoena to Mesirow Financial Consulting, LLC ("Mesirow") on February 28, 2011. Plaintiff and Counterclaim Defendant Mformation Technologies, Inc. ("Mformation") moved to quash that subpoena. On June 13, 2011, the Central District of California issued a tentative ruling denying Mformation's motion to quash. At the hearing before the Central District of California on June 14, 2011, Mformation agreed to withdraw its motion to quash based on that tentative ruling.

In addition, on May 17, 2011 in this Court, RIM filed a motion to compel Mformation to produce Mesirow-related documents that Mformation previously clawed-back as attorney-client privileged. (Dkt. 497.) In that motion, RIM sought an Order from this Court instructing Mformation to withdraw its claims of privilege and produce documents withheld or redacted that relate to a valuation of Mformation's patents performed by a third party financial services advisor, Mesirow. (*Id.* at 1.) Mformation has now agreed to produce those documents as well as a Rule 30(b)(6) witness to testify as to them.

Although discovery in this case closed on May 13, 2011, RIM's subpoena to Mesirow was timely issued over two months before the close of discovery, and called for compliance prior to the close of discovery. In addition, RIM's motion to compel (Dkt. 497) was timely filed pursuant to Civ. L.R. 37-3 within 7 days of the close of discovery.

Based on those agreements and to avoid further disputes regarding discovery relating to Mesirow, Mformation and RIM hereby agree:

1.    Mformation shall produce the documents that are the subject of RIM's motion to compel in this Court (*i.e.*, the documents that Mformation previously withheld or redacted that relate to a valuation performed by Mesirow) in unredacted form on June 17, 2011.

2.    The parties will work together to schedule the continued deposition of Mformation's Rule 30(b)(6) witness, to testify as to the Mesirow-related documents on or before July 15, 2011. Mformation shall not object based on attorney-client privilege or work product protection to questioning on the Mesirow-related documents during that deposition.

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R. 6-2 and 7-12 Regarding Certain Document Production, Depositions, and Supplemental Expert Reports

Case No. 5:08-CV-04990-JW

3. RIM shall withdraw its motion to compel (Dkt. 497) as moot, after Mformation produces the documents that are the subject of RIM's motion to compel in this Court in unredacted form.

4. Mformation withdraws its objections to Mesirow producing documents pursuant to RIM's subpoena, and Mformation shall inform Mesirow that Mformation no longer objects to that production. Mformation and RIM will work with Mesirow to schedule production of those documents on or before June 22, 2011.

5. The parties will work together and with Mesirow to schedule the deposition of a Mesirow witness pursuant to RIM's subpoena on or before July 8, 2011. Mformation shall not object based on attorney-client privilege or work product protection to questioning on the Mesirow-related documents during that deposition.

6. RIM's damages expert may submit a supplemental report limited to addressing the Mesirow-related documents and deposition testimony on or before July 27, 2011. Mformation's damages expert may submit a supplemental report limited to rebuttal of this supplemental report of RIM's damages expert on or before August 9, 2011.

7. The discovery period in this case, which closed on May 13, 2011, is extended for the limited purpose of taking only the discovery detailed above in Paragraphs 1-6.

8. By entering into this stipulation, Mformation is not waiving its rights to object during the Mformation and Mesirow depositions referred to above, other than as expressly stated above. Mformation also has not waived, and hereby reserves, its rights to object at any time to the admissibility of any of the documents and testimony referred to above, on all grounds other than as expressly stated above.

1 | DATED: June 17, 2011            FOLEY & LARDNER LLP

    By:    */s/ Shawn E. McDonald*
           Amar L. Thakur
           Shawn E. McDonald
           Justin E. Gray

    *Attorneys for Mformation Technologies, Inc.*


DATED: June 17, 2011            KIRKLAND & ELLIS LLP

    By:    */s/ Tiffany P. Cunningham*
           Linda S. DeBruin
           Mark H. Cohen (CA Bar No. 168773)
           Christopher R. Liro
           Tiffany P. Cunningham
           Aaron D. Charfoos
           Meredith Zinanni
           Maria A. Maras

    *Attorneys for Research In Motion Limited and Research In Motion Corporation*


Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Tiffany P. Cunningham hereby attests that concurrence in the filing of this document has been obtained.

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R. 6-2 and 7-12 Regarding Certain Document Production, Depositions, and Supplemental Expert Reports          -3-          Case No. 5:08-CV-04990-JW

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: June 29, 2011

/s/ James Ware
James Ware
United States District Judge

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R. 6-2 and 7-12 Regarding Certain Document Production, Depositions, and Supplemental Expert Reports     -4-     Case No. 5:08-CV-04990-JW

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2011 a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: June 17, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*