IT IS SO ORDERED

*James Ware*

Judge James Ware

1  Linda S. DeBruin
   (Admitted to this Court on September 27, 1991)
2  Christopher R. Liro (*pro hac vice*)
   Tiffany P. Cunningham (*pro hac vice*)
3  Aaron D. Charfoos (*pro hac vice*)
   Meredith Zinanni (*pro hac vice*)
4  Maria A. Maras (*pro hac vice*)
   KIRKLAND & ELLIS LLP
5  300 North LaSalle
   Chicago, Illinois  60654
6  Telephone:    (312) 862-2000
   Facsimile:    (312) 862-2200
7  Email: linda.debruin@kirkland.com
   Email: christopher.liro@kirkland.com
8  Email: tiffany.cunningham@kirkland.com
   Email: aaron.charfoos@kirkland.com
9  Email: meredith.zinanni@kirkland.com
   Email: maria.maras@kirkland.com
10
11 Marc H. Cohen (CA Bar No. 168773)
   KIRKLAND & ELLIS LLP
   950 Page Mill Road
12 Palo Alto, CA 94304
   Telephone:    (650) 859-7000
13 Facsimile:    (650) 859-7500
   Email: mcohen@kirkland.com
14
15 *Attorneys for Defendants and Counterclaim Plaintiffs*
   RESEARCH IN MOTION LIMITED and
   RESEARCH IN MOTION CORPORATION
16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING CERTAIN DEPOSITIONS AND SUPPLEMENTAL EXPERT REPORTS** |

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R.          Case No. 5:08-CV-04990-JW
6-2 and 7-12 Regarding Certain Depositions and
Supplemental Expert Reports

1  In this case, on June 17, 2011, Defendants and Counterclaim Plaintiffs Research In Motion
2  Ltd. and Research In Motion Corp. (collectively, "RIM") and Plaintiff and Counterclaim Defendant
3  Mformation Technologies, Inc. ("Mformation") stipulated to RIM taking certain discovery related to
4  Mesirow Financial Consulting, LLC ("Mesirow"). (Dkt. 522.) This Court entered that stipulation
5  on June 24, 2011. (Dkt. 533.) Because of scheduling conflicts of the witnesses, their depositions
6  cannot proceed prior to the stipulated dates. To accommodate those scheduling conflicts and to
7  avoid further disputes regarding discovery relating to Mesirow, Mformation and RIM hereby agree:

8  1.  RIM will take the deposition of Mformation's Rule 30(b)(6) witness to testify as to
9  the Mesirow-related documents on July 21, 2011.

10  2.  RIM will take the deposition of a Mesirow witness pursuant to RIM's subpoena on
11  July 14, 2011.

12  3.  RIM's damages expert may submit a supplemental report limited to addressing the
13  Mesirow-related documents and deposition testimony on or before August 3, 2011. Mformation's
14  damages expert may submit a supplemental report limited to rebuttal of this supplemental report of
15  RIM's damages expert on or before August 16, 2011.

16  4.  The discovery period in this case, which closed on May 13, 2011, is extended for the
17  limited purpose of taking only the discovery detailed above in Paragraphs 1-3.

18  5.  Other than the extended dates in Paragraphs 1-3, to which the parties have stipulated
19  to accommodate scheduling conflicts of the witnesses, the parties' prior stipulation regarding the
20  Mesirow-related discovery, which the Court entered on June 24, 2011 (Dkt. 533), shall control.

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R.  Case No. 5:08-CV-04990-JW
6-2 and 7-12 Regarding Certain Depositions and
Supplemental Expert Reports

| | | |
|---|---|---|
| 1 | DATED: June 28, 2011 | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | | By:  /s/ Amar L. Thakur  |
| | | Amar L. Thakur |
| | | Shawn E. McDonald |
| 4 | | Allen A. Arntsen |
| | | Lisa M. Noller |
| 5 | | Justin E. Gray |
| 6 | | *Attorneys for Mformation Technologies, Inc.* |
| 7 | | |
| | DATED: June 28, 2011 | KIRKLAND & ELLIS LLP |
| 8 | | |
| 9 | | By:  /s/ Tiffany P. Cunningham  |
| | | Linda S. DeBruin |
| 10 | | Mark H. Cohen (CA Bar No. 168773) |
| | | Christopher R. Liro |
| 11 | | Tiffany P. Cunningham |
| | | Aaron D. Charfoos |
| 12 | | Meredith Zinanni |
| | | Maria A. Maras |
| 13 | | |
| 14 | | *Attorneys for Research In Motion Limited and Research In Motion Corporation* |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Tiffany P. Cunningham hereby attests that concurrence in the filing of this document has been obtained.

---

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R. 6-2 and 7-12 Regarding Certain Depositions and Supplemental Expert Reports       -2-       Case No. 5:08-CV-04990-JW

1
2      **PURSUANT TO STIPULATION, IT IS SO ORDERED**
3
4   Date: June 29         , 2011       _____
5                                       James Ware
                                        United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R.     -3-           Case No. 5:08-CV-04990-JW
6-2 and 7-12 Regarding Certain Depositions and
Supplemental Expert Reports

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2011 a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: June 28, 2011                KIRKLAND & ELLIS LLP
                                    Respectfully submitted,

                                    */s/ Frank Carlow*
                                    Frank Carlow
                                    Intellectual Property Legal Assistant

                                    Linda S. DeBruin
                                    (Admitted to this Court on September 27, 1991)
                                    Christopher R. Liro (*pro hac vice*)
                                    Tiffany P. Cunningham (*pro hac vice*)
                                    Aaron D. Charfoos (*pro hac vice*)
                                    Meredith Zinanni (*pro hac vice*)
                                    Maria A. Maras (*pro hac vice*)
                                    KIRKLAND & ELLIS LLP
                                    300 North LaSalle
                                    Chicago, Illinois  60654
                                    Telephone:     (312) 862-2000
                                    Facsimile:     (312) 862-2200
                                    Email: linda.debruin@kirkland.com
                                    Email: christopher.liro@kirkland.com
                                    Email: tiffany.cunningham@kirkland.com
                                    Email: aaron.charfoos@kirkland.com
                                    Email: meredith.zinanni@kirkland.com
                                    Email: maria.maras@kirkland.com

                                    Marc H. Cohen (CA Bar No. 168773)
                                    KIRKLAND & ELLIS LLP
                                    950 Page Mill Road
                                    Palo Alto, CA 94304
                                    Telephone:     (650) 859-7000
                                    Facsimile:     (650) 859-7500
                                    Email: marc.cohen@kirkland.com

                                    *Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*