Linda S. DeBruin
(Admitted to this Court on September 27,1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DISPOSITIVE MOTION BRIEFING SCHEDULE** |

1  Pursuant to this Court's Order Setting Hearing For Motions; Denying Defendants' Request
2  For A Case Management Conference As Moot (Dkt. 507), Plaintiff and Counterclaim Defendant
3  Mformation Technologies, Inc. ("Mformation") and Defendants and Counterclaim Plaintiffs
4  Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") jointly
5  stipulate to the following briefing schedule in advance of the hearing set for September 26, 2011:

6  1. RIM will file the following motions for summary judgment described in the Request
7  for Case Management Conference Regarding RIM's Dispositive Motions (Dkt. 500):

8      a. RIM's Motion For Summary Judgment That Claims 1, 4–6, 21–25, And 27 of
9         U.S. Patent No. 6,970,917 Are Invalid Under 35 U.S.C. § 112;

10     b. RIM's Motion For Summary Judgment That U.S. Patent No. 6,970,917 Is Not
11        Entitled To Claim Priority To U.S. Prov. Patent Appl. 60/251,034 And That
12        Claim 1 Of The '917 Patent Is Invalid Under 35 U.S.C. § 102;

13     c. RIM's Motion For Summary Judgment of No Infringement By RIM;

14     d. RIM's Renewed Motion For Summary Judgment Of No Infringement Under
15        The Doctrine Of Equivalents; and

16     e. RIM's Motion For Summary Judgment That Mformation Cannot Recover
17        Any Damages For Alleged Infringement Occurring Before October 27, 2008.

18 2. Mformation will file the following motions for summary judgment described in the
19 Request for Case Management Conference Regarding Mformation's Dispositive Motions (Dkt. 501):

20     a. Mformation's Motion for Summary Judgment of No Laches;

21     b. Mformation's Motion for Summary Judgment of No Prior Public Use Under
22        35 U.S.C. § 102;

23     c. Mformation's Motion for Summary Judgment of No Anticipation under 35
24        U.S.C. § 102;

25     d. Mformation's Motion for Summary Judgment of No Indefiniteness, No Lack
26        of Written Description, and No Lack of Enablement Under 35 U.S.C. § 112;
27        and

28     e. Mformation's Motion for Summary Judgment of No Inequitable Conduct.

1      3.      Opening briefs for each of the motions for summary judgment listed in paragraphs 1
2  and 2 will be filed on July 11, 2011.

3      4.      Opposition briefs for each of the motions for summary judgment listed in paragraphs
4  1 and 2 will be filed on August 1, 2011.

5      5.      Reply briefs for each of the motions for summary judgment listed in paragraphs 1 and
6  2 will be filed on August 15, 2011.

DATED:  June 29, 2011                    FOLEY & LARDNER LLP

                                         By:    /s/ Amar L. Thakur
                                                Amar L. Thakur
                                                Shawn E. McDonald
                                                Allen A. Arntsen
                                                Lisa M. Noller
                                                Justin E. Gray

                                         *Attorneys for Mformation Technologies, Inc.*

DATED:  June 29, 2011                    KIRKLAND & ELLIS LLP

                                         By:    /s/ Maria A. Maras
                                                Linda S. DeBruin
                                                Mark H. Cohen (CA Bar No. 168773)
                                                Aaron D. Charfoos
                                                Meredith Zinanni
                                                Maria A. Maras

                                         *Attorneys for Research In Motion Limited and
                                         Research In Motion Corporation*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Maria A. Maras hereby attests that concurrence in the filing of this document has been obtained.

1
2     **PURSUANT TO STIPULATION, IT IS SO ORDERED**
3
4    Date:_____June 30_____, 2011          _____
5                                                James Ware
                                                 United States District Judge
6
7
8
...
28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2011 a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: June 29, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ John Kanive
John Kanive
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*