**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TEL.: (858) 847-6700
FAX: (858) 792-6773
AMARDEEP (AMAR) L. THAKUR, CA BAR NO. 194025
ATHAKUR@FOLEY.COM
SHAWN E. MCDONALD, CA BAR NO. 237580
SEMCDONALD@FOLEY.COM
JUSTIN E. GRAY, (*PRO HAC VICE)*
JEGRAY@FOLEY.COM

**FOLEY & LARDNER LLP**
150 E. GILMAN ST.
MADISON, WI 53703
TEL: (608) 258-4293
FAX: (608) 258-4258
ALLEN A. ARNTSEN, (*PRO HAC VICE)*
AARNTSEN@FOLEY.COM

**FOLEY & LARDNER LLP**
321 N. CLARK ST., STE. 2800
CHICAGO, IL 60654
TEL: (312) 832-4363
FAX: (312) 832-4700
LISA M. NOLLER, (*PRO HAC VICE)*
LNOLLER@FOLEY.COM

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT
MFORMATION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS | Case No. 5:08-cv-04990-JW (HRL)<br><br>**DECLARATION OF AMAR L. THAKUR IN SUPPORT OF MFORMATION TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NO LACHES**<br><br>**HEARING REQUESTED**<br><br>Date: September 26, 2011<br>Time: 9:00 a.m.<br>Courtroom: 5<br>Judge: Honorable James Ware<br><br>**[REDACTED VERSION FOR PUBLIC VIEWING] [PORTIONS DESIGNATED CONFIDENTIAL–ATTORNEYS' EYES ONLY]** |

**DECLARATION OF AMAR L. THAKUR**

I, Amar L. Thakur, state and declare as follows:

1. I am lead counsel for Plaintiff Mformation Technologies, Inc. ("Mformation") in the above-captioned matter. I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify to the truth of the statements herein.

2. I filed the above-captioned lawsuit on October 31, 2008. Dkt. No. 1. Attached hereto as Exhibit A is a copy of Research in Motion Limited and Research in Motion Corporation's (collectively, "RIM")'s Amended Answer and Defenses to Mformation's Third Amended Complaint.

3. United States Patent No. 6,970,917 ("the '917 Patent") issued on November 29, 2005. A true and correct copy of the '917 Patent is attached hereto as Exhibit B.

4. [redacted] *See* excerpts of February 11, 2011 deposition of Rakesh Kushwaha, Ex. C; excerpts of March 3, 2011 deposition of Mark Edwards, Ex. D. On approximately October 31, 2006, Robins Kaplan provided Mformation with a draft retainer agreement for its consideration, but Mformation's discussions with Robins Kaplan ceased not later than November 2006. Mformation and Robins Kaplan did not reach agreement on the proposed retainer agreement.

5. In 2007, Mformation and the company's principals, including Mark Edwards, Dr. Rakesh Kushwaha and Dr. Badri Nath, engaged attorneys at the law firm of Sheppard, Mullen, Richter & Hampton, LLP ("Sheppard Mullin"), including me, to evaluate RIM's infringement of Mformation's '917 Patent. In 2007-08, Sheppard Mullin worked with Mformation to conduct a pre-suit investigation of RIM's infringement of the '917 Patent. [redacted] *See* Ex. D.

Thereafter, on October 22, 2008, Mformation revised its engagement with Sheppard Mullin to represent the company to include potential litigation against RIM for infringement of the '917 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Diego, California on July 11, 2011.

Dated: July 11, 2011

FOLEY & LARDNER LLP

By: */s/ Amar L. Thakur*
AMAR L. THAKUR
SHAWN E. MCDONALD
ALLEN A. ARNTSEN
LISA M. NOLLER
JUSTIN E. GRAY

ATTORNEYS FOR
MFORMATION TECHNOLOGIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify on the 11th day of July, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: July 11, 2011

FOLEY & LARDNER LLP

By: /s/ Justin E. Gray
JUSTIN E. GRAY

ATTORNEYS FOR
MFORMATION TECHNOLOGIES, INC.