Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT TO LIMIT PRE-SUIT DAMAGES**<br><br>Judge: The Honorable James Ware |

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Notice of Motion and Motion for Partial Summary Judgment to Limit Pre-Suit Damages. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Mformation's March 16, 2009 Disclosure of Asserted Claims and Infringement Contentions (without exhibits).

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the February 3, 2011 deposition of Rakesh Kushawaha. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Mformation's Response to RIM's First Set of Requests for Admission.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of Mformation's Seventh Supplemental Response to RIM's First Set of Interrogatories (Interrogatory Nos. 2 and 4). A portion of Mformation's Response to RIM's Interrogatory No. 4 has been designated "Confidential - Attorneys' Eyes Only."

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the February 17, 2011 Rule 30(b)(6) deposition of Kerry Daddato. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the March 4, 2011 Expert Report of Roy Weinstein. This expert report has been designated "Confidential - Attorneys' Eyes Only."

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Mformation's Fourth Supplemental Initial Disclosures.

9. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 6,970,917 ("the '917 patent") bates numbered RIM-MF1753006-3018.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on July 11, 2011 in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

**CERTIFICATE OF SERVICE**

I hereby certify on this 11th day of July, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: July 11, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ *Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*