1   Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
2   Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
3   Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
4   Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
5   300 North LaSalle
Chicago, Illinois  60654
6   Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
7   Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
8   Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
9   Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com
10
Marc H. Cohen (CA Bar No. 168773)
11  KIRKLAND & ELLIS LLP
950 Page Mill Road
12  Palo Alto, CA 94304
Telephone:     (650) 859-7000
13  Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com
14
*Attorneys for Defendants and Counterclaim Plaintiffs*
15  RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

16
17
18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No. 5:08-CV-04990-JW |
| 20          Plaintiff and Counterclaim Defendant, | Jury Trial Demanded |
| 21      v. | **DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 6,970,917** |
| 22  RESEARCH IN MOTION LIMITED, a Canadian corporation | |
| 23 | |
| 24  AND | |
| 25 | |
| 26  RESEARCH IN MOTION CORPORATION, a Delaware corporation, | Judge:        The Honorable James Ware |
| 27          Defendants and Counterclaim Plaintiffs. | |

28

Declaration of Meredith Zinanni in Support of RIM's
Notice of Motion and Motion for Summary Judgment
of Noninfringement of U.S. Patent No. 6,970,917

Case No. 5:08-CV-04990-JW

1      I, Meredith Zinanni, state and declare as follows:

2      1.      I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for

3   Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM")

4   in the above-captioned case.  I am over twenty-one years of age and not under any legal disability.  I

5   submit this declaration in support of RIM's Notice of Motion and Motion for Summary Judgment of

6   Noninfringement of U.S. Patent No. 6,970,917.  I have personal knowledge of the following facts

7   and, if called as a witness, could and would testify competently thereto.

8      2.      Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of Mformation's

9   January 28, 2011 Infringement Contentions.  This document has been designated "Confidential -

10  Attorneys' Eyes Only."

11     3.      Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the March

12  4, 2011 Expert Report of Vijay Madisetti.  This expert report has been designated "Confidential -

13  Attorneys' Eyes Only."

14     4.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the March

15  25, 2011 Rebuttal Expert Report of Anthony Acampora.  This expert report has been designated

16  "Confidential - Attorneys' Eyes Only."

17     5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the May 2,

18  2011 Deposition of Vijay Madisetti.  This deposition has been designated "Confidential - Attorneys'

19  Eyes Only."

20     6.      Attached hereto as Exhibit 5 is a true and correct copy of RIM's Fifth Notice of

21  Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6).

22     7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the June 3,

23  2011 30(b)(6) Deposition of Rakesh Kushwaha.  This transcript has been designated "Confidential -

24  Attorneys' Eyes Only."

25     8.      Attached hereto as Exhibit 7 is a true and correct copy of Deposition Exhibit 925,

26  notes provided by Dr. Rakesh Kushwaha for his June 3, 2011 deposition pursuant to Federal Rule of

27  Civil Procedure 30(b)(6).

28     9.      Attached hereto as Exhibit 8 is a true and correct copy of Deposition Exhibit 927,

Declaration of Meredith Zinanni in Support of RIM's           -1-              Case No. 5:08-CV-04990-JW
Notice of Motion and Motion for Summary Judgment
of Noninfringement of U.S. Patent No. 6,970,917

1    screenshots from the video produced at M3635893.

2        10.    Attached hereto as Exhibit 9 is a true and correct copy of Deposition Exhibit 926, a

3    screenshot bearing production number M3635894.

4        11.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from

5    Mformation's Fourth Supplemental Initial Disclosures, served on May 13, 2011.

6        12.    Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the May 20,

7    2011 30(b)(6) Deposition of Keith Bilinsky.  This transcript has been designated "Confidential -

8    Attorneys' Eyes Only."

9        13.    Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Mark

10   Hatcher, bearing production numbers M3635852-55.

11       14.    Attached hereto as Exhibit 13 is a true and correct copy of the Declaration of

12   Matthew L. Wilson, bearing production numbers M3635856-58.

13       15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from a document

14   titled "BlackBerry Enterprise Server for Microsoft Exchange – Information Session," bearing

15   production numbers RIM-MF0036655 and RIM-MF0036676.  This document has been designated

16   "Confidential - Attorneys' Eyes Only."

17       16.    Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the May 5,

18   2011 30(b)(6) Deposition of Kerry Daddato.  This transcript has been designated "Confidential -

19   Attorneys' Eyes Only."

20       17.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the February

21   11, 2011 30(b)(6) Deposition of Rakesh Kushwaha.   This transcript has been designated

22   "Confidential - Attorneys' Eyes Only."

23       18.    Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the February

24   3, 2011 Deposition of Rakesh Kushwaha.  This transcript has been designated "Confidential -

25   Attorneys' Eyes Only."

26       19.    Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the May 14,

27   2010 Deposition of Upal Basu.  This transcript has been designated "Confidential - Attorneys' Eyes

28   Only."

Declaration of Meredith Zinanni in Support of RIM's         -2-                    Case  5:08-CV-04990-JW
Notice of Motion and Motion for Summary Judgment
of Noninfringement of U.S. Patent No. 6,970,917

20.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from the April 23, 2010 Deposition of Amit Shah.  This transcript has been designated "Confidential - Attorneys' Eyes Only."

21.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts from a document titled "BlackBerry Enterprise Server Version 5.0, Upgrade Planning Guide," bearing production numbers RIM-MF0005124-25, RIM-MF0005135, and RIM-MF0005152.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from a document titled "BlackBerry Mail Store Service, BlackBerry Enterprise Server Version 5.0," bearing production numbers RIM-MF0004173-74, RIM-MF0004176, and RIM-MF0004187.

23.     Attached hereto as Exhibit 22 is a true and correct copy of excerpts from the May 6, 2010 30(b)(6) Deposition of Michael Crowley.

24.     Attached hereto as Exhibit 23 is a true and correct copy of excerpts from a document titled "BlackBerry Enterprise Server for Microsoft Exchange Version 4.1.6, Feature and Technical Overview," bearing production numbers RIM-MF0008885-86, RIM-MF0008896, RIM-MF0008913, and RIM-MF0008952.

25.     Attached hereto as Exhibit 24 is a true and correct copy of excerpts from a document titled "BlackBerry Enterprise Server for Microsoft Exchange Version 5.0, Feature and Technical Overview," bearing production numbers RIM-MF0009752-53, RIM-MF0009768, RIM-MF0009806, and RIM-MF0009863.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on July 11, 2011 in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

Declaration of Meredith Zinanni in Support of RIM's                    -3-                          Case  5:08-CV-04990-JW
Notice of Motion and Motion for Summary Judgment
of Noninfringement of U.S. Patent No. 6,970,917

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify on this 11th day of July, 2011 that a copy of the foregoing was filed

3    electronically through the Court's CM/ECF system, with notice of case activity automatically

4    generated and sent electronically to all parties.

5

6     DATED:  July 11, 2011                          KIRKLAND & ELLIS LLP
                                                      Respectfully submitted,
7

8                                                     /s/
                                                      Frank Carlow
9                                                     Intellectual Property Legal Assistant

10                                                    Linda S. DeBruin
                                                      (Admitted to this Court on September 27, 1991)
11                                                    Christopher R. Liro (*pro hac vice*)
                                                      Tiffany P. Cunningham (*pro hac vice*)
12                                                    Aaron D. Charfoos (*pro hac vice*)
                                                      Meredith Zinanni (*pro hac vice*)
13                                                    Maria A. Maras (*pro hac vice*)
                                                      KIRKLAND & ELLIS LLP
14                                                    300 North LaSalle
                                                      Chicago, Illinois  60654
15                                                    Telephone:     (312) 862-2000
                                                      Facsimile:     (312) 862-2200
16                                                    Email: linda.debruin@kirkland.com
                                                      Email: christopher.liro@kirkland.com
17                                                    Email: tiffany.cunningham@kirkland.com
                                                      Email: aaron.charfoos@kirkland.com
18                                                    Email: meredith.zinanni@kirkland.com
                                                      Email: maria.maras@kirkland.com
19
                                                      Marc H. Cohen (CA Bar No. 168773)
20                                                    KIRKLAND & ELLIS LLP
                                                      950 Page Mill Road
21                                                    Palo Alto, CA 94304
                                                      Telephone:     (650) 859-7000
22                                                    Facsimile:     (650) 859-7500
                                                      Email: marc.cohen@kirkland.com
23
                                                      *Attorneys for Defendants Research In Motion*
24                                                    *Limited and Research In Motion Corporation*

25

26

27

28

Declaration of Meredith Zinanni in Support of RIM's          -4-                    Case  5:08-CV-04990-JW
Notice of Motion and Motion for Summary Judgment
of Noninfringement of U.S. Patent No. 6,970,917