**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TEL.: (858) 847-6700
FAX: (858) 792-6773
AMARDEEP (AMAR) L. THAKUR, CA BAR NO. 194025
ATHAKUR@FOLEY.COM
SHAWN E. MCDONALD, CA BAR NO. 237580
SEMCDONALD@FOLEY.COM
JUSTIN E. GRAY (*PRO HAC VICE)*
JEGRAY@FOLEY.COM

**FOLEY & LARDNER LLP**
150 E. GILMAN ST.
MADISON, WI 53703
TEL: (608) 258-4293
FAX: (608) 258-4258
ALLEN A. ARNTSEN (*PRO HAC VICE)*
AARNTSEN@FOLEY.COM

**FOLEY & LARDNER LLP**
321 N. CLARK ST., STE. 2800
CHICAGO, IL 60654
TEL: (312) 832-4363
FAX: (312) 832-4700
LISA M. NOLLER (*PRO HAC VICE)*
LNOLLER@FOLEY.COM

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANTS
MFORMATION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation<br><br>Plaintiff and Counterclaim Defendant,<br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation,<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | CASE NO. 5:08-04990-JW (HRL)<br><br>**DECLARATION OF SHAWN E. MCDONALD IN SUPPORT OF MFORMATION TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**<br><br>**HEARING REQUESTED**<br><br>Date: September 26, 2011<br>Time: 9:00 AM<br>Courtroom: 5<br>Judge: Honorable James Ware |
| AND RELATED COUNTERCLAIMS | |

I, Shawn E. McDonald, declare:

1. I am an attorney at the law firm of Foley & Lardner LLP, counsel of record for Plaintiff Mformation Technologies, Inc. ("Mformation"). I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached to this Declaration as Exhibit A is a true and correct copy of United States Patent No. 6,970,917 ("the '917 patent") issued on November 29, 2005.

3. Attached to this Declaration as Exhibit B is a true and correct copy of an excerpt from the prosecution file history for the '917 patent, dated November 3, 2004, and produced in this action bearing production numbers RIM-MF1753080-089.

4. Attached to this Declaration as Exhibit C is a true and correct copy of the prosecution file history for the '917 patent, produced in this action bearing production numbers RIM-MF1753035-3170.

5. Attached to this Declaration as Exhibit D is a true and correct copy of an excerpt from the prosecution file history for the '917 patent, dated July 22, 2005, and produced in this action bearing production numbers RIM-MF1753158-168.

6. Attached to this Declaration as Exhibit E is a true and correct copy of United States Patent No. 7,343,408 ("the '408 patent") issued on March 11, 2008.

7. Attached to this Declaration as Exhibit F is a true and correct copy of an excerpt from the prosecution file history for the '408 patent, produced in this action bearing production numbers RIM-MF1753171 and RIM-MF1753237-3333.

8. Attached to this Declaration as Exhibit G is a true and correct copy of an excerpt from the prosecution file history for U.S. Patent Application No. 10/119,948, dated June 7, 2005, and produced in this action bearing production numbers RIM-MF2494696-4717.

9. Attached to this Declaration as Exhibit H is a true and correct copy of an excerpt from the prosecution file history for U.S. Patent Application No. 10/119,949, dated June 6, 2005, and produced in this action bearing production numbers RIM-MF2495199-5216.

10. Attached to this Declaration as Exhibit I is a true and correct copy of excerpts from the transcript of the January 22, 2011 deposition of Gurinder Singh Johar taken in this action.

11. Attached to this Declaration as Exhibit J is a true and correct copy of a June 21, 2001 e-mail from Dr. Rakesh Kushwaha including an attached draft patent application, produced in this action bearing production numbers UBA0006763-777.

12. Attached to this Declaration as Exhibit K is a true and correct copy of Exhibit 713 marked at the January 22, 2011 deposition Gurinder Singh Johar taken in this action.

13. Attached to this Declaration as Exhibit L is a true and correct copy of excerpts from the transcript of the December 9, 2010 deposition of Dr. Rakesh Kushwaha taken in this action.

14. Attached to this Declaration as Exhibit M is a true and correct copy of documents produced in this action bearing production numbers M3635830-840.

15. Attached to this Declaration as Exhibit N is a true and correct copy of an excerpt from the Manual of Patent Examining Procedure § 719.05 (7th Ed. Rev. 1, Feb. 2000).

16. Attached to this Declaration as Exhibit O is a true and correct copy of excerpts from the transcript of the March 25, 2010 deposition of Michael Alan Schwartz taken in this action.

17. Attached to this Declaration as Exhibit P is a true and correct copy of U.S. Provisional Patent Application No. 60/251,034, filed by Mformation on December 5, 2000.

18. Attached to this Declaration as Exhibit Q is a true and correct copy of Research in Motion Limited's and Research in Motion Corporation's Third Supplemental Responses to Mformation Technologies, Inc.'s Second Set of Interrogatories, served in this action on March 3, 2011.

19. Attached to this Declaration as Exhibit R is a true and correct copy of Research in Motion Limited's and Research in Motion Corporation's Amended Answer and Defenses to Mformation's Third Amended Complaint; Counterclaims Against Mformation Technologies, Inc., served in this action on April 8, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 11th day of July, 2011, in San Diego, California.

Dated: July 11, 2011

FOLEY & LARDNER LLP

By: */s/ Shawn E. McDonald*
AMAR L. THAKUR
SHAWN E. MCDONALD
ALLEN A. ARNTSEN
LISA M. NOLLER
JUSTIN E. GRAY

ATTORNEYS FOR
MFORMATION TECHNOLOGIES, INC.

**CERTIFICATE OF SERVICE**

I hereby certify on this 11th day of July, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Dated: July 11, 2011

FOLEY & LARDNER LLP

By: */s/ Justin E. Gray*
JUSTIN E. GRAY

ATTORNEY FOR
MFORMATION TECHNOLOGIES, INC.