Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S MOTION FOR SUMMARY JUDGMENT THAT CLAIMS 1, 4-6, 21-25, AND 27 OF U.S. PATENT NO. 6,970,917 ARE INVALID UNDER 35 U.S.C. § 112**<br><br>Judge: The Honorable James Ware |

Declaration of Meredith Zinanni in Support of RIM's Motion for Summary Judgment that Claims 1, 4-6, 21-25, and 27 of U.S. Patent No. 6,970,917 are Invalid under 35 U.S.C. § 112

Case No. 5:08-CV-04990-JW

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Motion for Summary Judgment that Claims 1, 4-6, 21-25, and 27 of U.S. Patent No. 6,970,917 are Invalid Under 35 U.S.C. § 112. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,970,917 ("the '917 patent").

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the May 13, 2011, deposition of Dr. Vijay Madisetti. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the December 9, 2010, Rule 30(b)(6) deposition of Dr. Rakesh Kushwaha. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the May 11, 2011, deposition of Dr. Anthony Acampora. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only," but the attached excerpts do not contain any confidential information.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the March 4, 2011, Expert Report of Dr. Vijay Madisetti. This expert report has been designated "Confidential - Attorneys' Eyes Only."

7. Attached hereto as Exhibit 6 is a true and correct copy of Section 2173.05(e) of the Manual of Patent Examining Procedure.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on July 11, 2011 in Chicago, Illinois. |
| 2 | |
| 3 | |

*/s/ Meredith Zinanni*
Meredith Zinanni

Declaration of Meredith Zinanni in Support of RIM's Motion for Summary Judgment that Claims 1, 4-6, 21-25, and 27 of U.S. Patent No. 6,970,917 are Invalid under 35 U.S.C. § 112      -2-      Case 5:08-CV-04990-JW

**CERTIFICATE OF SERVICE**

I hereby certify on this 11th day of July, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: July 11, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*