1  Linda S. DeBruin
   (Admitted to this Court on September 27, 1991)
2  Aaron D. Charfoos (*pro hac vice*)
   Maria A. Maras (*pro hac vice*)
3  Meredith Zinanni (*pro hac vice*)
   KIRKLAND & ELLIS LLP
4  300 North LaSalle
   Chicago, Illinois  60654
5  Telephone:    (312) 862-2000
   Facsimile:    (312) 862-2200
6  Email: linda.debruin@kirkland.com
   Email: aaron.charfoos@kirkland.com
7  Email: maria.maras@kirkland.com
   Email: meredith.zinanni@kirkland.com
8
   Marc H. Cohen (CA Bar No. 168773)
9  KIRKLAND & ELLIS LLP
   950 Page Mill Road
10 Palo Alto, CA 94304
   Telephone:    (650) 859-7000
11 Facsimile:    (650) 859-7500
   Email: marc.cohen@kirkland.com
12
   *Attorneys for Defendants and Counterclaim Plaintiffs*
13 RESEARCH IN MOTION LIMITED and
   RESEARCH IN MOTION CORPORATION

14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>        v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>        Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO VACATE SEPTEMBER 1, 2011 SETTLEMENT CONFERENCE**<br><br> **AS AMENDED BY COURT**<br><br>Magistrate Judge Elizabeth Laporte |

Stipulation and Proposed Order To Vacate                                  Case No. 5:08-CV-04990-JW
September 1, 2011 Settlement Conference

1  Mformation and Research In Motion request that the settlement conference scheduled for
2 September 1, 2011 be vacated.  Judge Ware has rescheduled the hearing on additional summary
3 judgment motions from July 11, 2011 to September 26, 2011.  Mformation and Research In Motion
4 agree that any further settlement discussions should be deferred until after Judge Ware has ruled on
5 the pending summary judgment motions.

6 DATED:  July 15, 2011                                    KIRKLAND & ELLIS LLP
                                                          Respectfully submitted,

                                                          */s/ Linda S. DeBruin*
                                                          Linda S. DeBruin

                                                          Linda S. DeBruin
                                                          (Admitted to this Court on September 27,1991)
                                                          Aaron D. Charfoos (*pro hac vice*)
                                                          Maria A. Maras (*pro hac vice*)
                                                          Meredith Zinanni (*pro hac vice*)
                                                          KIRKLAND & ELLIS LLP
                                                          300 North LaSalle
                                                          Chicago, Illinois  60654
                                                          Telephone:     (312) 862-2000
                                                          Facsimile:     (312) 862-2200
                                                          Email: linda.debruin@kirkland.com
                                                          Email: aaron.charfoos@kirkland.com
                                                          Email: maria.maras@kirkland.com
                                                          Email: meredith.zinanni@kirkland.com

                                                          Marc H. Cohen (CA Bar No. 168773)
                                                          KIRKLAND & ELLIS LLP
                                                          950 Page Mill Road
                                                          Palo Alto, CA 94304
                                                          Telephone:     (650) 859-7000
                                                          Facsimile:     (650) 859-7500
                                                          Email: marc.cohen@kirkland.com

                                                          *Attorney for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*

Dated:  July 15, 2011                                     FOLEY & LARDNER LLP

                                                          By:     */s/ Amar L. Thakur*
                                                                  Amar L. Thakur
                                                                  Shawn E. McDonald
                                                                  Gina A. Bibby
                                                                  Justin E. Gray

                                                          *Attorneys for Mformation Technologies, Inc.*

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED** The parties shall notify the Court as soon as a ruling on the summary judgment motion has issued and propose available dates for a further settlement conference to take place shortly thereafter.

Date: __July 21_____, 2011

                                              Magistrate Judge Elizabeth Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*