Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S OPPOSITION TO MFORMATION'S MOTION FOR SUMMARY JUDGMENT OF NO ANTICIPATION UNDER 35 U.S.C. § 102**<br><br>Judge:      The Honorable James Ware |

Declaration of Meredith Zinanni in Support of RIM's Opposition to Mformation's Motion for Summary Judgment of No Anticipation Under 35 U.S.C. § 102

Case No. 5:08-CV-04990-JW

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Opposition to Mformation's Motion for Summary Judgment of No Anticipation Under 35 U.S.C. § 102. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a table summarizing the evidence cited in Exhibits A to G of the Declaration of Dr. Anthony Acampora, including documents and testimony. The exhibits cited in Exhibit 1 are all exhibits to this declaration.

3. Attached hereto as Exhibit 2 is a true and correct copy of an October 13, 2010 slip opinion authored by Chief Judge Rader of the Federal Circuit in *IP Innovation, LLC v. Red Hat, Inc.*, Case No. 2:07-cv-447 (RRR) (E.D. Tex. Oct. 13, 2010) (Rader, C.J., sitting by designation).

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the March 4, 2011 Expert Report of Vijay Madisetti. The report has been designated "Confidential - Attorneys' Eyes Only - Computer Source Code."

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from CA-Unicenter/STAR, Integrated Client/Server Systems Management Software For The MVS Environment, Administrator Guide, Release 1.0 (Computer Associates Int'l, Inc. 1994). The original document bears bates numbers CA_MFORM0000001-498 and has been designated "Attorneys' Eyes Only."

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the January 6, 2011 deposition of Salvatore Lazzaro. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Unicenter TNG Framework, Administrator Guide v2.1 (Computer Associates Int'l, Inc. 1997). The original document bears bates numbers RIM-MF2593046-213.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Unicenter


TNG, Administrator Guide, Release 2.1 (Computer Associates Int'l, Inc. 1997). The original document bears bates numbers CA_MFORM0010043-762 and has been designated "Attorneys' Eyes Only."

9. Attached hereto as Exhibit 8 is a true and correct copy of "Computer Associates to Offer Highly Manageable Wireless Application Infrastructure By Leveraging Alliances with 3Com and PageNet," July 26, 1999. This document bears bates numbers RIM-MF2632890-891.

10. Attached hereto as Exhibit 9 is a true and correct copy of "Look What Unicenter Is Managing Now," 1999. This document bears bates numbers RIM-MF2640774.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the March 25, 2011 Expert Report of Vijay Madisetti Regarding Validity of U.S. Patent No. 6,970,917. The report has been designated "Confidential - Attorneys' Eyes Only."

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Rick Sturm, Working with Unicenter TNG (Que 1998). The original document bears bates numbers RIM-MF2593301-695.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Unicenter TNG Framework, ManagedPC OEM Kit (Computer Associates Int'l, Inc. 1998). The original document bears bates numbers RIM-MF2593237-300.

14. Attached hereto as Exhibit 13 is a true and correct copy of U.S. Patent 5,734,820 to Howard, *et. al*. The document bears bates numbers RIM-MF0000041-56.

15. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from General Binder Overview, Mobitex Interface Specification (October 26, 1992). The original document bears bates numbers RIM-MF2636850-7760.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts from An Overview of the RAM Mobile Data, Inc. Mobitex Packet Radio Networks Including a Summary of Radio/Modem and Terminal Design Requirements and Guidelines for Application Specific Software Design, Issue 2 (RAM Mobile Data, August 1990). The original document bears bates numbers RIM-MF2636198-261.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts from RAD-I/O

Connectivity Tools, Developer's Guide, v2.51 (Research In Motion, Ltd. 02/22/1996). The original document bears bates numbers RIM-MF2640831-933 and has been designated "Confidential - Attorneys' Eyes Only."

18. Attached hereto as Exhibit 17 is a true and correct copy of "Development Tools Facilitate Wireless Data Communications" (Research In Motion, Ltd. 11/14/1994). The document bears bates number RIM-MF2640326.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from RAD I/O Connectivity Tools, User's Guide & Technical Reference, v3.00 (Research In Motion, Ltd. 04/24/1997). The original document bears bates numbers RIM-MF2640934-1115 and has been designated "Confidential - Attorneys' Eyes Only."

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts from Mobile Data Communication Guide to Mobitex, Edition 1 (Ericsson Mobile Communications AB, March 1993). The original document bears bates numbers RIM-MF2636740-840.

21. Attached hereto as Exhibit 20 is a true and correct copy of U.S. Patent No. 6,636,489 to Fingerhut. The document bears bates numbers RIM-MF0000019-31.

22. Attached hereto as Exhibit 21 is a true and correct copy of excerpts from RemoteWare Server for Windows NT Reference Manual v3.0 (XcelleNet, Inc. 1996). The original document bears bates numbers RIM-MF0036090-536.

23. Attached hereto as Exhibit 22 is a true and correct copy of excerpts from RemoteWare Server for Windows NT Reference Manual v3.1 (XcelleNet, Inc. 1996). The original document bears bates numbers RIM-MF2641621-2083.

24. Attached hereto as Exhibit 23 is a true and correct copy of excerpts from the March 31, 2010 deposition of Joe Owen. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

25. Attached hereto as Exhibit 24 is a true and correct copy of "McCaw's Wireless Data Division Forms Strategic Alliance With XcelleNet To Bring New Applications to Mobile Workers Using XcelleNet RemoteWare, and McCaw's AirData Will Be Able To Remotely Query Databases, Check Inventories, Update Entries and Execute Orders in a Single Session," March 14, 1995. The

document bears bates numbers RIM-MF2609430-32.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the January 26, 2011 deposition of Chris Foley. The transcript of this deposition has been designated "Attorneys' Eyes Only."

27. Attached hereto as Exhibit 26 is a true and correct copy of PCT Publication WO 96/19064, Systems and Methods for Automatically Sharing Information Among Remote/Mobile Nodes (June 20, 1996). The document bears bates numbers RIM-MF2642084-2127.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from RemoteWare Server for Windows NT Administrator's Guide v3.1 (XcelleNet, Inc. 1996). The document bears bates numbers RIM-MF2641402-1620.

29. Attached hereto as Exhibit 28 is a true and correct copy of Chris Foley's Resume with his personal information redacted. The document is marked as Deposition Exhibit 731 to the January 26, 2011 deposition of Chris Foley.

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from Rick Sturm, Working with Unicenter TNG (Que 1998). The original document bears bates numbers CA_MFORM0003324-3719 and has been designated "Attorneys' Eyes Only."

31. Attached hereto as Exhibit 30 is a true and correct copy of "XcelleNet Launches Afaria for the Microsoft Windows-powered Pocket PC Platform," May 22, 2000. The document bears bates numbers RIM-MF2593698-3699.

32. Attached hereto as Exhibit 31 is a true and correct copy of "XcelleNet Expands Services and Consulting Offerings for Handheld Management," August 30, 2000. The document bears bates numbers RIM-MF2593696-3697.

33. Attached hereto as Exhibit 32 is a true and correct copy of "XcelleNet Extends the Reach of Afaria's Mobile Resource Management to the RIM BlackBerry," October 11, 2000. The document bears bates numbers RIM-MF2593700-3701.

34. Attached hereto as Exhibit 33 is a true and correct copy of Afaria Release History dated April 27, 2009. The document bears bates numbers RIM-MF2623034-38 and has been designated "Confidential - Attorneys' Eyes Only."

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from CONNECT:Manage Software Manager, Administrator's Guide Version 3.0 (Sterling Commerce, Inc. 1999). The original document bears bates numbers RIM-MF2594373-4548.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from CONNECT:Manage Session Manager, Administrator's Guide Version 3.0 (Sterling Commerce, Inc. 1999). The original document bears bates numbers RIM-MF2594245-4372.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from CONNECT:Manage Server, Administrator's Guide Version 3.0 (Sterling Commerce, Inc. 1999). The original document bears bates numbers RIM-MF2594082-4244.

38. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from CONNECT:Manage Inventory Manager, Administrator's Guide Version 3.0 (Sterling Commerce, Inc. 1999). The original document bears bates numbers RIM-MF2593969-4077.

39. Attached hereto as Exhibit 38 is a true and correct copy of CONNECT:Manage 3.0 Frequently Asked Questions (Sterling Commerce, Inc. Oct. 13, 1999). The document bears bates numbers RIM-MF2593890-3898.

40. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from CONNECT:Manage Document Manager, Administrator's Guide Version 3.0 (Sterling Commerce, Inc. 1999). The original document bears bates numbers RIM-MF2593806-3889.

41. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from CONNECT:Manage Channel Viewer, User's Guide Version 3.0 (Sterling Commerce, Inc. 1999). The original document bears bates numbers RIM-MF2593702-3805.

42. Attached hereto as Exhibit 41 is a true and correct copy of excerpts from MRS600 Mobitex Product Catalogue, System Overview R14 (Ericsson Mobile Communications AB Mar. 1993). The original document bears bates numbers RIM-MF2640720-0773.

43. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from Cantel Mobitex, Technical Brief (Rogers Cantel Mobile, Inc. 01/01/1990). The original document bears bates numbers RIM-MF2640281-0325.

44. Attached hereto as Exhibit 43 is a true and correct copy of excerpts from Cantel

Mobitex, Terminal Specification (Rogers Cantel Mobile, Inc. 1989).  The original document bears bates numbers RIM-MF2639627-40280.

45. Attached hereto as Exhibit 44 is a true and correct copy of excerpts from Technical Reference, RAD-I/O Connectivity Tools, Version 2.5 (Research In Motion, Ltd. 07/27/1995).  The original document bears bates numbers RIM-MF2640451-0641.

46. Attached hereto as Exhibit 45 is a true and correct copy of Apostolis Salkintzis and Christodoulos Chamzas, Mobile Packet Date Technology: An Insight into MOBITEX Architecture (IEEE 1997).  The document bears bates numbers RIM-MF0000081-89.

47. Attached hereto as Exhibit 46 is a true and correct copy of Kourosh Para, The Mobitex* Packet-Switched Radio Data System (IEEE 1992).  The document bears bates numbers RIM-MF2636193-6196.

48. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the September 15, 2010 deposition of David Castell.  The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

49. Attached hereto as Exhibit 48 is a true and correct copy of excerpts from Ericsson Internal Information Functional Specification regarding Support for Over the Air Activation (Ericsson Mobile Communications AB Aug. 28, 1997).  The original document bears bates numbers RIM-MF2638212-8243.

50. Attached hereto as Exhibit 49 is a true and correct copy of excerpts from Network Operator Information (Bellsouth Wireless Data Jun. 1, 1998).  The original document bears bates numbers RIM-MF2640390-0429.

51. Attached hereto as Exhibit 50 is a true and correct copy of "Riverbed Technologies and CA Partner to Extend Management of Handheld Computing Devices in the Enterprise," July 19, 1999.  The document bears bates numbers RIM-MF2632908-2911.

52. Attached hereto as Exhibit 51 is a true and correct copy of "Products, partnerships extend enterprise to mobile devices," September 1999.  The document bears bates numbers RIM-MF2632906-2907.

53. Attached hereto as Exhibit 52 is a true and correct copy of "3Com and Computer

1  Associates Team to Integrate Enterprise Management with Palm Computing Platform," July 19,
2  1999. The document bears bates numbers RIM-MF2632904-2905.

3      54. Attached hereto as Exhibit 53 is a true and correct copy of "New IT development can
4  help you manage your fleet," Jakarta Post, August 9, 1999. The document bears bates numbers
5  RIM-MF2632899-2902.

6      55. Attached hereto as Exhibit 54 is a true and correct copy of "Computer Associates
7  Announces UniFleet, Automotive Industry's Most Advanced Fleet Management," Business Wire,
8  March 1, 1999. The document bears bates numbers RIM-MF2632896-2898.

9      56. Attached hereto as Exhibit 55 is a true and correct copy of "Computer Associates
10 Helps put the West McLaren Mercedes Team in the Winners' Circle," Financial Times Information,
11 November 13, 1998. The document bears bates numbers RIM-MF2632894-2895.

12     57. Attached hereto as Exhibit 56 is a true and correct copy of excerpts from CA-
13 Unicenter, Integrated Client/Server Systems Management Software for the HP-UX Environment,
14 Administrator Guide, Release 1.1 (Computer Associates Int'l, Inc. 1994). The original document
15 bears bates numbers CA_MFORM0007906-8577 and has been designated "Attorneys' Eyes Only."

16     58. Attached hereto as Exhibit 57 is a true and correct copy of excerpts from CA-
17 Unicenter/Systems Alert, Integrated Client/Server Systems Management Software for the Solaris
18 Environment, Administrator Guide, Release 1.1 (Computer Associates Int'l, Inc. 1995). The original
19 document bears bates numbers CA_MFORM0001884-2242 and has been designated "Attorneys'
20 Eyes Only."

21     59. Attached hereto as Exhibit 58 is a true and correct copy of excerpts from CA-
22 Unicenter AgentWorks, Enterprise View, User's Guide, Release 2.0.0 (Computer Associates Int'l,
23 Inc. 1992). The original document bears bates numbers CA_MFORM0009148-9445 and has been
24 designated "Attorneys' Eyes Only."

25     60. Attached hereto as Exhibit 59 is a true and correct copy of excerpts from CA-
26 Unicenter, Integrated Client/Server Systems Management Software for the HP-UX Environment,
27 Integrating HP OpenView Network Node Manager and CA-Unicenter, Release 1.1 (Computer
28 Associates Int'l, Inc. 1995). The original document bears bates numbers CA_MFORM0000920-

Declaration of Meredith Zinanni in Support of RIM's
Opposition to Mformation's Motion for Summary
Judgment of No Anticipation Under 35 U.S.C. § 102          -7-          Case 5:08-CV-04990-JW

1035 and has been designated "Attorneys' Eyes Only."

61. Attached hereto as Exhibit 60 is a true and correct copy of excerpts from RemoteWare Windows Client User's Guide (XcelleNet, Inc. 1996). The original document bears bates numbers RIM-MF0036537-607.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on August 1, 2011 in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

Declaration of Meredith Zinanni in Support of RIM's Opposition to Mformation's Motion for Summary Judgment of No Anticipation Under 35 U.S.C. § 102       -8-       Case 5:08-CV-04990-JW

# CERTIFICATE OF SERVICE

I hereby certify on this 1st day of August, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 1, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*