# Exhibit 1

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| **The Unicenter TNG System** | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **Unicenter TNG Evidence** |
| **"remotely managing a wireless device over a wireless network"** | Ex. 5, Jan. 6, 2011 Lazzaro Dep. at 21:8-19, 21:23-22:17, 60:19-61:16, 63:13-23, 65:7-16, 66:12 - 67:17, 84:2-18, 232:12-233:2, and 257:2-7.<br><br>Ex. 8, "Computer Associates to Offer Highly Manageable Wireless Application Infrastructure By Leveraging Alliances with 3Com and PageNet" (RIM-MF2632890-891).<br><br>Ex. 9, "Look What Unicenter Is Managing Now" (RIM-MF2640774).<br><br>Ex. 50, "Riverbed Technologies and CA Partner to Extend Management of Handheld Computing Devices in the Enterprise" (RIM-MF2632908-911).<br><br>Ex. 51, "Products, partnerships extend enterprise to mobile devices" (RIM-MF2632906-907).<br><br>Ex. 52, "3Com and Computer Associates Team to Integrate Enterprise Management with Palm Computing Platform" (RIM-MF2632904-905).<br><br>Ex. 53, "New IT development can help you manage your fleet" (RIM-MF2632899-902).<br><br>Ex. 54, "Computer Associates Announces UniFleet, Automotive Industry's Most Advanced Fleet Management" (RIM-MF2632896-898).<br><br>Ex. 55, "Computer Associates Helps put the West McLaren Mercedes Team in the Winners' Circle" (RIM-MF2632894-895). |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| **The Unicenter TNG System** | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **Unicenter TNG Evidence** |
| **"verifying the registration information at the server"** | Ex. 5, Jan. 6, 2011 Lazzaro Dep. at 48:8-51:16, 52:19-54:23, 58:17-59:11, 59:12-23, 64:7-15, 80:18-82:21, and 84:2-18.<br><br>Ex. 6, TNG Administrator Guide, pp. 1-8, 2-8, and 2-18 (RIM-MF2593046 at 3055, 3074, and 3084).<br><br>Ex. 7, Unicenter TNG Administrator Guide, pp. 1-8, 2-8 and 2-18 (CA_MFORM0010043 at 10064, 10097, and 10107).<br><br>Ex. 12, ManagedPC, p. 3-7 (RIM-MF2593237 at 3257). |
| **"without a request from the wireless device . . . establishing a mailbox for the wireless device at the server"** | Ex. 5, Jan. 6, 2011 Lazzaro Dep. at 100:21-102:7, 103:20-104:10, 104:25-106:8, 107:8-17, 108:2-13, 114:8-115:17, 116:6-18, 116:25-117:24, 117:25-120:18, 130:17-131:10, 131:16-22, 132:3-133:10, 134:15-135:17, 152:3-154:12, 166:3-20, 241:22-242:17 and 242:18-243:9.<br><br>Ex. 6, TNG Administrator Guide, pp. 1-13, 1-18, and 2-19 (RIM-MF2593046 at 3060, 3065, and 3085).<br><br>Ex. 7, Unicenter TNG Administrator Guide, pp. 1-13, 1-30, 2-19, 4-33, and Glossary-24 (CA_MFORM0010043 at 00069, 10086, 10108, 10266, and 10726).<br><br>Ex. 11, Working with Unicenter TNG, pp. 12, 13, 42, 93, 163, and 215-16 (RIM-MF2593301 at 3327, 3328, 3357, 3408, 3478, and 3530-31).<br><br>Ex. 12, ManagedPC, pp. 3-7-3-8, 4-1, and 4-11 (RIM-MF2593237 at 3257-58, 3268, and 3278). |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| The Unicenter TNG System | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **Unicenter TNG Evidence** |
| **"accepting the contents of the mailbox at the wireless device"** | Ex. 5, Jan. 6, 2011 Lazzaro Dep. at 91:11-92:22, 97:8-99:12, 99:15-19, 99:22-100:17, 100:21-102:7, 104:25-106:8, 108:2-13, 116:25-117:24, 117:25-120:18, 123:11-17, 123:18-22, 124:2-125:11, 129:8-13, 132:3-133:10, 134:15-135:17, 145:22-147:4, 152:3-154:12, 163:6-164:4, 164:18-24, 166:3-20, 168:8-14, 170:18-171:17, 171:18-172:10, 173:4-12, 202:6-12, 204:7-22, 242:18-243:9, and 243:16-244:2.<br><br>Ex. 6, TNG Administrator Guide, p. 1-14 (RIM-MF2593046 at 3061).<br><br>Ex. 7, Unicenter TNG Administrator Guide, pp. 1-20, 4-8, 4-9, 4-33, and Glossary-24 (CA_MFORM0010043 at 0076, 0241, 0242, 0266, and 0726).<br><br>Ex. 11, Working with Unicenter TNG, pp. 17, 26, 52-53, 196, 208-9, 212, 213, 215-16, and 219 (RIM-MF2593301 at 3332, 3341, 3367-68, 3511, 3523-24, 3527, 3528, 3530-31, and 3534).<br><br>Ex. 12, ManagedPC, pp. 2-2, 2-4, 3-7-3-8, 3-10, and 4-11 (RIM-MF2593237 at 3247, 3249, 3257-58, 3260, and 3278).<br><br>Ex. 56, Administrator Guide HP-UX, p. 2-18 (CA_MFORM0007906 at 7952).<br><br>Ex. 57, Administrator Guide Solaris, pp. 1-4, 1-12, 2-29, 2-42, 2-53 (CA_MFORM0001884 at 1897, 1905, 1938, 1951, and 1962).<br><br>Ex. 58, User's Guide Enterprise View, p. 10-8-10-9 (CA_MFORM0009148 at, 9411-12).<br><br>Ex. 59, HP OpenView and CA-Unicenter, p. 3-21 (CA_MFORM0000920 at 0963). |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| The Howard Patent | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **Howard Disclosure** |
| **"transmitting registration information relating to the wireless device from the wireless device to the server"** | Ex. 13, Howard at Fig. 4, 3:5-13, 5:5-8, 5:11-13, 5:23-27, 9:23-27, 9:27-28, 9:32-35, 9:58-61, 9:67-10:4, and 12:45-49 (RIM-MF0000041 at 45, 50, 51, 53, and 54). |
| **"verifying the registration information at the server"** | Ex. 13, Howard at Fig. 4, 5:5-8, 5:11-13, 5:23-27, 9:23-27, 9:39-46, 9:67-10:4, and 12:45-49 (RIM-MF0000041 at 45, 51, 53, and 54). |
| **"without a request from the wireless device . . . establishing a mailbox for the wireless device at the server"** | Ex. 13, Howard at Fig. 4, 1:56-60, 2:8-14, 2:67-3:4, 6:46-50, and 10:51-65 (RIM-MF0000041 at 45, 49, 49-50, 51, and 53). |
| **"without a request from the wireless device . . . placing a command for the wireless device in the mailbox at the server"** | Ex. 13, Howard at 6:1-7, 11:41-45, 12:21-24, 12:30-35, Claim 15, and Claim 16 (RIM-MF0000041 at 51, 54, and 56). |
| **"accepting the contents of the mailbox at the wireless device"** | Ex. 13, Howard at Fig. 5b, 6:1-7, 11:19-45, 12:6-11, 12:30-35, 12:60-63, Claim 15, and Claim 16 (RIM-MF0000041 at 47, 51, 54, and 56). |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| **The Mobitex System** | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **Mobitex Evidence** |
| **"without a request from the wireless device . . . establishing a mailbox or the wireless device at the server"** | Ex. 14, Mobitex Interface Specification, pp. 4:16 and 4:21 (RIM-MF2636850 at 6898 and 6903).<br><br>Ex. 15, RAM Mobile Mobitex, pp. 9, 10, 13, and 16 (RIM-MF2636198 at 6211, 6212, 6215, and 6218).<br><br>Ex. 16, RAD-I/O Connectivity Tools, p. 8 (RIM-MF2640831 at 0842).<br><br>Ex. 17, "Development Tools Facilitate Wireless Data Communications" (RIM-MF2640326).<br><br>Ex. 18, RAD-I/O Connectivity Tools, pp. 2, 10, 13, 20, 61, and 62 (RIM-MF2640934 at 0942, 0948, 0951, 0958, 0998, and 0999).<br><br>Ex. 19, Mobitex Guide, p. 91 (RIM-MF2636740 at 6837).<br><br>Ex. 20, Fingerhut at 4:42-46 and 4:64-67 (RIM-MF0000019 at 26).<br><br>Ex. 41, System Overview R14, pp. 6, 18, 27, 41, and 42 (RIM-MF2640720 at 0726, 0738, 0747, 0761, and 0762)<br><br>Ex. 42, Cantel Technical Brief, pp. 5 and 11 (RIM-MF2640281 at 0290 and 0296).<br><br>Ex. 43, Cantel Terminal Specification, p. 22 (RIM-MF2639627 at 9663).<br><br>Ex. 44, RAD-I/O Connectivity Tools, pp. 7, 8, 12, and 15 (RIM-MF2640451 at |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| The Mobitex System | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **Mobitex Evidence** |
| | 0459, 0460, 0464, and 0467). |
| **"without a request from the wireless device . . . placing a command for the wireless device in the mailbox at the server"** | Ex. 14, Mobitex Interface Specification, pp. 4:9, 4:16, 7:18, 7:26, 7:28, 8:86, 8:88, and 9:78 (RIM-MF2636850 at 6891, 6898, 7022, 7030, 7032, 7137, 7139, and 7250).<br><br>Ex. 15, RAM Mobile Mobitex, pp. 21 and 24 (RIM-MF2636198 at 6223 and 6225).<br><br>Ex. 16, RAD-I/O Connectivity Tools, pp. 8 and 92 (RIM-MF2640831 at 0842 and 0925)<br><br>Ex. 18, RAD-I/O Connectivity Tools, pp. 2, 13, 20, and 62 (RIM-MF2640934 at 0942, 0951, 0958, 0998, and 0999).<br><br>Ex. 19, Mobitex Guide, p. 91 (RIM-MF2636740 at 6837).<br><br>Ex. 20, Fingerhut at 5:3-5 and 7:19-23 (RIM-MF0000019 at 27 and 28).<br><br>Ex. 41, System Overview R14, pp. 23, 27, and 41 (RIM-MF2640720 at 0743, 0747, and 0761)<br><br>Ex. 42, Cantel Technical Brief, p. 19 (RIM-MF2640281 at 0304).<br><br>Ex. 43, Cantel Terminal Specification, pp. 16 and 59-60 (RIM-MF2639627 at 9657 and 9958-9959). |

EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA

| The Mobitex System | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **Mobitex Evidence** |
| | Ex. 44, RAD-I/O Connectivity Tools, pp. 4, 7, 8, 12, 15 and 61 (RIM-MF2640451 at 0456, 0459, 0460, 0464, and 0467).<br><br>Ex. 45, Salkintzis, p. 12 (RIM-MF0000081 at 0083).<br><br>Ex. 46, Parsa, pp. 534 and 535 (RIM-MF2636192 at 6192 and 6193). |
| **"accepting the contents of the mailbox at the wireless device"** | Ex. 14, Mobitex Interface Specification, pp. 4:9, 7:29, 7:41, 8:86, 8:88, 9:78, and 10:4 (RIM-MF2636850 at 6891, 7033, 7045, 7137, 7139, 7250, and 7265).<br><br>Ex. 15, RAM Mobile Mobitex, pp. 5, 10, 16, 24, and 56-57 (RIM-MF2636198 at 6208, 6212, 6218, 6225, and 6256-57).<br><br>Ex. 16, RAD-I/O Connectivity Tools, pp. 3, 8, and 92 (RIM-MF2640831 at 0837, 0842, and 0925).<br><br>Ex. 18, RAD-I/O Connectivity Tools, pp. 2, 13, 17, 20, 61, and 62 (RIM-MF2640934 at 0942, 0951, 0955, 0958, 0998, and 0999).<br><br>Ex. 19, Mobitex Guide, p. 91 (RIM-MF2636740 at 6837).<br><br>Ex. 20, Fingerhut at 5:3-5, 5:56-62, 5:66-6:3, 6:62-7:1, 7:19-23, and Claim 19 (RIM-MF0000019 at 27, 28, and 29).<br><br>Ex. 41, System Overview R14, pp. 27 and 41 (RIM-MF2640720 at 0747 and 0761). |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| The Mobitex System | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **Mobitex Evidence** |
| | Ex. 42, Cantel Technical Brief, p. 20 (RIM-MF2640281 at 0305).<br><br>Ex. 43, Cantel Terminal Specification, pp. 59-60 (RIM-MF2639627 at 9958-9959).<br><br>Ex. 44, RAD-I/O Connectivity Tools, pp. 4, 7, 8, 12, 13, and 15 (RIM-MF2640451 at 0456, 0459, 0460, 0464, 0465, 0467).<br><br>Ex. 45, Salkintzis, p. 12 (RIM-MF0000081 at 0083).<br><br>Ex. 47, Sept. 15, 2010 Castell Dep. at 114:18-115:5 and 224:7-25.<br><br>Ex. 48, Functional Specification, pp. 4, 5, 6, and 27 (RIM-MF2638212 at 8215, 8216, 8217, and 8238).<br><br>Ex. 49, BellSouth Network Operator Information, p. 6:37 (RIM-MF2640390 at 0428). |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| The RemoteWare System | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **RemoteWare Evidence** |
| **"remotely managing a wireless device over a wireless network"** | Ex. 23, Mar. 31, 2010 Owen Dep. at 33:19-34:1, 34:15-35:9, 35:17-36:8, 36:22-37:12, 38:1-39:4, 47:3-9, 53:2-54:3, 67:11-18, and 76:4-7.<br><br>Ex. 24, "McCaw's Wireless Data Division Forms Strategic Alliance With XcelleNet To Bring New Applications to Mobile Workers Using XcelleNet RemoteWare, and McCaw's AirData Will Be Able To Remotely Query Databases, Check Inventories, Update Entries and Execute Orders in a Single Session" (RIM-MF2609430-432)<br><br>Ex. 25, Jan. 26, 2011 Foley Dep. at 48:9-15, 48:16-22, 68:21-73:11, 75:17-76:15, 78:11-80:15, 81:1-82:24, 132:23-133:19, 134:9-25, 135:11-23, 202:23-203:8, and 208:4-14.<br><br>Ex. 26, PCT Publication WO 96/19064, Systems and Methods for Automatically Sharing Information Among Remote/Mobile Nodes at 3:6-14, 10:34-11:35 (RIM-MF2642084 at 2088, 2095, and 2096).<br><br>Ex. 30, "XcelleNet Launches Afaria for the Microsoft Windows-powered Pocket PC Platform" (RIM-MF2593698-99).<br><br>Ex. 31, "XcelleNet Expands Services and Consulting Offerings for Handheld Management" (RIM-MF2593696-97).<br><br>Ex. 32, "XcelleNet Extends the Reach of Afaria's Mobile Resource Management to the RIM BlackBerry" (RIM-MF2593700-01). |
| **"without a request from the wireless device . . . establishing a mailbox for the wireless** | Ex. 21, RemoteWare Server for Windows NT Reference Manual (RIM- |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| The RemoteWare System | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **RemoteWare Evidence** |
| **device at the server"** | MF0036090 at 6182).<br><br>Ex. 22, RemoteWare Server for Windows NT Reference Manual (RIM-MF2641621 at 1715 and 2074).<br><br>Ex. 23, Mar. 31, 2010 Owen Dep. at 42:10-44:17 and 90:7-14.<br><br>Ex. 25, Jan. 26, 2011 Foley Dep. at 57:9-58:16, 94:5-15, 110:24-111:9, 111:10-112:13, 119:15-121:4, 122:5-123:4, 126:16-127:15, 137:19-138:10, 204:20-205:12, and 205:20-207:12.<br><br>Ex. 27, RemoteWare Server for Windows NT Administrator's Guide (RIM-MF2641402 at 1430).<br><br>Ex. 33, Afaria Release History (RIM-MF2623034-38). |
| **"accepting the contents of the mailbox at the wireless device"** | Ex. 21, RemoteWare Server for Windows NT Reference Manual (RIM-MF0036090 at 6220, 6221, 6222, 6229, 6257, 6400, 6410, 6412, 6419, 6422, 6426, and 6499).<br><br>Ex. 22, RemoteWare Server for Windows NT Reference Manual (RIM-MF2641621 at 1751, 1752, 1753, 1760, 1785, 1964, 1980, 1982, 1989, 1992, 1996, and 2066-67).<br><br>Ex. 23, Mar. 31, 2010 Owen Dep. at 38:1-39:4, 42:10-44:17, and 90:7-14.<br><br>Ex. 25, Jan. 26, 2011 Foley Dep. at 51:20-55:5, 57:9-58:16, 116:22-117:5, 119:15-121:4, 124:16-125:17, 125:20-126:13, 138:24-139:7, 139:8-140:2, 140:12-142:1, |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| The RemoteWare System | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **RemoteWare Evidence** |
| | 161:5-24, 162:21-164:11, 164:18-165:16, 166:14-20, 167:7-168:4, 168:5-169:15, and 171:1-172:14.<br><br>Ex. 26, PCT Publication WO 96/19064, Systems and Methods for Automatically Sharing Information Among Remote/Mobile Nodes at 5:23-29, 13:24-31, 14:30-15:4, Claim 1, Fig. 6A, Fig. 6B (RIM-MF2642084 at 2090, 2098-2100, 2107, 2122, and 2123).<br><br>Ex. 34, CONNECT:Manage Software Manager, Administrator's Guide (RIM-MF2594373 at 4384, 4397, 4405-4406, 4472-73, and 4480).<br><br>Ex. 35, CONNECT:Manage Session Manager, Administrator's Guide (RIM-MF2594245 at 4254, 4269, 4271, 4276, 4311, 4313, 4317, 4324, 4325, 4331, 4335, and 4339).<br><br>Ex. 36, CONNECT:Manage Server, Administrator's Guide (RIM-MF2594082 at 4093, 4139-40 and 4221).<br><br>Ex. 37, CONNECT:Manage Inventory Manager, Administrator's Guide (RIM-MF2593969 at 3980 and 3996).<br><br>Ex. 38, CONNECT:Manage Frequently Asked Questions (RIM-MF2593890 at 3890).<br><br>Ex. 39, CONNECT:Manage Document Manager, Administrator's Guide (RIM-MF2593806 at 3814-15).<br><br>Ex. 40, CONNECT:Manage Channel Viewer, User's Guide (RIM-MF2593702 at |

**EVIDENCE CITED IN EXHIBITS A THROUGH G TO DECLARATION OF DR. ANTHONY ACAMPORA**

| **The RemoteWare System** | |
|---|---|
| **Claim Element Raised by Mformation (Dkt. 547)** | **RemoteWare Evidence** |
| | 3763 and 3764).<br><br>Ex. 60, RemoteWare Windows Client User's Guide (RIM-MF0036537 at 6572). |