# Exhibit 6

# Unicenter® TNG™ Framework

Version 2.1

## Administrator Guide

COMPUTER ASSOCIATES®
Software superior by design.

© Copyright 1997 Computer Associates International, Inc.
One Computer Associates Plaza, Islandia, NY 11788-7000
All rights reserved.
Printed in the United States of America

Computer Associates International, Inc.
Publisher

Earth Image: ©1997 The Living Earth, Inc./Earth Imaging. Copyright 1997 The Living Earth, Inc./Earth Imaging, Santa Monica CA.

This documentation contains, and is part of a computer software program which is, proprietary and confidential information owned by Computer Associates International, Inc. No part of this documentation may be copied, photocopied, reproduced, translated, microfilmed, or otherwise duplicated on any medium without the express written consent of Computer Associates International, Inc.

Use of the software programs described herein and this documentation is subject to the Computer Associates License Agreement enclosed in the software package.

All product names referenced herein are trademarks of their respective companies.

# Welcome to Unicenter TNG

Unicenter TNG is the comprehensive, open management solution that provides cohesive, integrated administration of all IT resources in your enterprise. These resources can include network devices, such as routers and hubs, databases, business applications for desktop systems and mainframes, and all servers between.

A client/server application with fully-integrated components, Unicenter TNG can run on one machine or many, and may span thousands of miles, different support organizations, platforms, and databases. More than a product, Unicenter TNG is a strategy that can manage your enterprise as a whole, or subdivide it into localized or functional domains, each with its own process views and requirements. Because Computer Associates understands your enterprise landscape can change rapidly and often, we have designed Unicenter TNG so that you can:

- Manage a variety of networks and databases
- Support small- and large-scale infrastructures
- Plug in third-party and in-house tools
- Manage proprietary and open systems
- Utilize the latest in user interface technology
- Develop and deploy your applications, and manage the environment on which those applications run

Unicenter TNG furnishes the components, functions, and all other tools needed to achieve enterprise-wide *end-to-end management* of your enterprise, from any remote location, and from a single console.

Case 3:08-cv-04990-EMC Document 586-6 Filed 08/01/11 Page 5 of 11 PageID #: 17794



### Auto Discovery






Auto Discovery automatically detects and identifies workstations, routers, systems, databases, applications, network devices, and topology, and then populates the Unicenter TNG Common Object Repository with objects that represent these devices and their relationships.

Once defined, these objects can be viewed and monitored through the 3-D Real World GUI, the 2-D Map GUI, and other interfaces. The entities they represent can be managed by Enterprise Management applications, such as Security Management and Event Management, by Agent Technology and, as well, by third-party manager applications.

Using Auto Discovery, you can:

- Specify the types of resources to be discovered
- Discover all resources in the infrastructure or just the ones belonging to a subnetwork
- Run multiple instances of Auto Discovery at the same time
- Start Auto Discovery automatically or manually

Auto Discovery discovers IP devices; therefore, Auto Discovery provides network configuration management by discovering the *complete* networking environment of your organization, not just isolated elements.



RIM-MF2593055

Case 3:08-cv-04990-EMC Document 586-6 Filed 08/01/11 Page 6 of 11 PageID #: 17795



### WorldView Browsing Tools

Unicenter TNG Framework offers views of information stored in the Common Object Repository as well as other data stores. These views display and organize complicated information and allow a simplified, yet comprehensive, look at your IT infrastructure. All of these views are accessible from either the 2-D or 3-D Map; some are also accessible from the WorldView program group.

**Class Browser**

The Class Browser presents the Unicenter TNG classes and their properties. It provides a comprehensive look at all the classes in the repository.

**Object Browser**

The Object Browser lists objects derived from each Unicenter TNG class. Using this browser, you can view class-specific and object-specific information.

**Topology Browser**

The Topology Browser provides a view of dependencies and topology among managed objects, such as a router and the workstations connected to it. It also displays the hierarchical relationships and links (parent-child) among your managed objects.

**ObjectView**

Many of the managed objects in the Common Object Repository represent network devices. ObjectView provides performance statistics and other information on a device from its agent. Depending on the device and its agent, examples of this information are the number of devices connected, which interfaces are down, and the number of packets coming in compared with the number going out. This makes ObjectView a great troubleshooting tool.

Device performance can be graphed for further analysis using the Graph Wizard. The Graph Wizard, which is accessed through ObjectView, provides you with the tools necessary for creating various types of dynamic graphs. Since Microsoft Excel is supported, the data collected can be displayed in Excel spread sheets.



RIM-MF2593060

Case 3:08-cv-04990-EMC Document 586-6 Filed 08/01/11 Page 7 of 11 PageID #: 17796



## Event Management




Event Management is a status/exception management facility. Using Event Management, you can define policies that instruct Unicenter TNG to intercept selected messages, respond to the messages automatically, and single out unusual conditions that require additional attention. By defining Event Management policies, you can:

- Respond to the message.
- Suppress the message.
- Issue Unicenter TNG commands.
- Start other programs or scripts.
- Send information to a network management application.
- Forward the message to other managed platforms.
- Issue commands to be executed on other platforms.
- Interpret the results of any action to decide if additional actions are warranted.
- Define or update objects in the Unicenter TNG Common Object Repository.

Event Management can be configured to process messages on individual servers and/or redirect them to a central server or other Unicenter TNG Event Management servers and, by extension, their consoles. Event Management makes it easy for you to collect related messages network-wide for display at a single location, or send them to multiple locations, as needed.



RIM-MF2593061

The following illustration provides a high-level schematic of the correspondence between the "layers" in the Unicenter TNG architecture and the APIs that are included with the Software Development Kit.




As the illustration shows, the WorldView layer contains the Real World Interface, which displays information from the Common Object Repository accessed and updated by applications in the Enterprise Management layer. Information is gathered by agents that communicate between the resources they instrument and management applications.

**Note:** This discussion assumes a basic familiarity with TCP/IP network and SNMP principles and the concept of router connectivity. Briefly, Auto Discovery uses router connectivity information to establish a network's logical connectivity. A TCP/IP network is divided into subnets that are interconnected through routers. The discovery process automatically locates and identifies all the routers in the network.

### Auto Discovery Methods

Auto Discovery provides three distinct operating methods for discovery: Ping Sweep, ARP Cache, and Fast ARP

- *Ping Sweep*—The Ping Sweep method pings all the devices on the network based on the subnet mask, finds IP devices, and then retrieves SNMP information. If no SNMP information is retrieved, just the IP address is retrieved and the device is created as an Unclassified_TCP device.
- *ARP Cache*—The ARP (Address Resolution Protocol) Cache method starts at the gateway address of the router nearest to the Unicenter TNG machine running Auto Discovery and uses the gateway's ARP Cache to determine information about the devices.

  Auto Discovery retrieves the gateway address from the machine on which it is running (the machine on which Unicenter TNG is installed) and gets the IP list from the ARP Cache on that router. It then discovers the subnets nearest that router and for each subnet it discovers, queries its gateway, doing the same thing over and over again. For each device found in the ARP Cache, an SNMP request is initiated. If the device does not respond, it is assumed to be a non-SNMP device, just the IP address is retrieved and the device is created as an Unclassified_TCP device.
- *Fast ARP*—The Fast ARP method saves time by only checking the ARP Cache of routers. Fast ARP is the best method for updating the Common Object Repository when you do not want to use the more intensive searches provided by Ping Sweep and ARP Cache.

Class hierarchy is a relationship between classes. Classes can be structured to have a single root class that contains the most general characteristics common to all the subclasses below it. Class hierarchy dictates inheritance.

**Note:** You can find specific information about the Unicenter TNG implementation of object-oriented programming principles, the class structure, and predefined classes in the online *SDK Programmer's Guide*. Understanding these foundations will make creating or modifying Unicenter TNG classes much easier.

### Classified, Unclassified, and Conflict Objects

As Auto Discovery locates each valid device, it compares information about the device to the list of subclasses that are defined as objects of the ManagedObject class in the Common Object Repository. If a matching class is found, an object of that class is created using the MIB information Auto Discovery found for the device. These objects are considered *classified*. If a matching class cannot be found, Auto Discovery is unable to categorize this device and an object representing this device is created under the generic class Unclassified. Objects of this type are considered *unclassified.*

- *Classified Objects* have an SNMP-compliant MIB agent and a matching Unicenter TNG class definition. By default, all classified objects are visible on the 2-D and 3-D Maps.

  An example of a classified object is a UNIX workstation.

- *Unclassified Objects* may be non-SNMP devices, or may simply be a device model that has no corresponding Unicenter TNG class.
- *Conflict Objects* may have IP, MAC address, or name conflicts.

**Note:** The instance-level property Hidden controls whether an object is visible on the 2-D and 3-D Maps. For more information on how to set instance-level properties for an object, refer to the online Help for the Managed Object Notebook.

Case 3:08-cv-04990-EMC Document 586-6 Filed 08/01/11 Page 11 of 11
PageID #: 17800



**Reclassifying Unclassified Objects**




The Object Browser facility may be used to view Unicenter TNG objects. It also gives access to notebooks and dialogs that assist you in maintaining your Common Object Repository. You can use the Object Browser to modify existing objects, create new objects, and reclassify unclassified objects found during Auto Discovery.

Reclassifying objects is accomplished by using the Class Transfer dialog to assign objects to another, more appropriate class. The easiest way to access this dialog is through the Unicenter TNG Object Browser. Expand Unclassified_Class in the tree in the left pane and then double-click the Unclassified_TCP subclass. Right-click the object you want to reclassify and choose **Reclassify Object** from the popup menu.

**Note:** You also can access the Class Transfer dialog through an MS DOS command line prompt.

For information on how to access the Class Transfer dialog from the DOS command line, refer to the UNCLASS command in the online *Reference Guide.*

Step-by-step procedures for reclassifying an unclassified object are provided in the online *Procedures Guide* under the topic Reclassifying Unclassified Objects.

**Starting IPX Discovery**

Unicenter TNG IPX Discovery searches for Novell NetWare servers and network segments which utilize the IPX protocol. Objects representing the NetWare servers and their associated segments are stored in the Common Object Repository. The objects are displayed on the 2-D and 3-D Maps under the IPX Network icon.

Use the TNG Auto Discovery Distributed Services container to start the IPX Discovery Setup Wizard.



RIM-MF2593085