# Exhibit 7
# (Submitted Under Seal)

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**MANUAL FILING NOTIFICATION RE: EXHIBIT 7 TO THE DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S OPPOSITION TO MFORMATION TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO ANTICIPATION UNDER 35 U.S.C. § 102**<br><br>**DOCUMENT SUBMITTED UNDER SEAL**<br><br>Judge: The Honorable James Ware |

**MANUAL FILING NOTIFICATION**

**RE: EXHIBIT 7 TO THE DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S OPPOSITION TO MFORMATION TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO ANTICIPATION UNDER 35 U.S.C. § 102**

This filing has been made in paper form only because the underlying document is being submitted under seal. A hard copy of the document is being delivered to chambers and will be served on the parties in this case in shortly.

DATED: August 1, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ Marc H. Cohen

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*