# Exhibit 8

# Computer Associates to Offer Highly Manageable Wireless Application Infrastructure By Leveraging Alliances with 3Com and PageNet.(Company Business and Marketing)

Cambridge Telecom Report , p NA
July 26 , 1999
Text:

Computer Associates International, Inc. (NYSE: CA; CA), leveraging its alliances with 3Com Corporation (Nasdaq: COMS), and PageNet Monday announced a highly manageable wireless application infrastructure that allows companies to roll out a new robust generation of untethered applications to enterprise mobile computing users.

Dubbed "TWIST" -'The Wireless Intelligent Infrastructure Support Technology' -this initiative combines CA's industry-leading enterprise and information management software and services, PageNet's extensive wireless application services, and the Palm Computing platform to deliver a mobile-computing solution that provides enterprise-class manageability and functionality. TWIST's components include:

-CA's Unicenter TNG enterprise management solution, including the Wireless Extension for Unicenter TNG and the Jasmine TND intelligent information infrastructure.

-A comprehensive suite of services from CA's Global Professional Services (GPS) organization, including design, development and deployment of wireless solutions.

-PageNet's worldwide wireless communications network, as well as its expertise in the development of wireless applications.

-The Palm Computing platform for handheld devices.

Through Unicenter TNG, TWIST helps to ensure the availability, integrity and security of services being delivered to devices that may only be intermittently connected to the enterprise over wireless links. Jasmine TND supports the efficient use of diverse data sources by applications, as well as the effective presentation of information interfaces to diverse wireless and network-connected devices.

GPS will work with the customer support team of PageNet's Advanced Wireless Integration Group (AWIG), now part of the company's VAST Wireless Solutions subsidiary, to assist clients in deploying new wireless applications and re-engineering legacy applications to meet the needs of an increasing number of enterprise mobile-computing workforce. GPS is already using TWIST to support its own worldwide base of mobile-computing professionals.

Armed with TWIST's manageable application infrastructure and associated support services, clients will be able to send and receive business and management data from virtually any untethered device, including handheld devices, vending machines and kiosks, cars and trucks, industrial equipment and robotic tools. This ability to use information on an anywhere/anytime basis can lead to a substantial reduction of costs, an improvement in the responsiveness to customer requirements and an increase in competitive advantage.

"In today's information-based economy, knowledge workers have become increasingly dependent on networked IT services to maintain their personal productivity, generate revenue, capitalize on business opportunities and meet the expectations of their customers. In this kind of working environment, application mobility has become a critical bottom-line issue," said Charles B. Wang, Chairman and CEO of CA. "Together with our partners PageNet/AWIG and 3Com/Palm, CA is giving IT departments a solid wireless application platform that they can broadly apply to a wide range of business process re-engineering -from the operation of mobile sales staffs to the tracking and deployment of equipment assets in the field."

"As more enterprises deploy wireless handheld computing devices, higher reliability and security of information becomes increasingly important," said Eric Benhamou, chairman and CEO of 3Com Corporation. "A

secure and reliable infrastructure will speed the deployment of handheld wireless solutions, and CA's TWIST provides an optimum platform for supporting and managing next- generation enterprise wireless applications."

"All the technologies needed to develop high-value wireless business solutions -including the end-user devices, the development tools, the management facilities and the wireless connectivity itself -already exist," said John P. Frazee, Jr., chairman and CEO of PageNet. "What we've done with TWIST is to bring them together in a package that will greatly speed time-to- market and reduce deployment costs by eliminating the need to re-invent all the integration work that we can deliver out-of-the-box."

The three companies also pledged to continue collaborating to deliver high-value business solutions for their combined client bases around the world.

Computer Associates International, Inc. (NYSE: CA), the world leader in mission-critical business computing, provides software, support and integration services in more than 100 countries around the world. CA has more than 14,000 employees and had revenue of $5.3 billion in fiscal year 1999. FMI: http://www.cai.com.

With more than 200 million customers worldwide, 3Com Corporation connects more people to information in more ways than any other networking company. 3Com delivers innovative information access products and network system solutions to large, medium and small enterprises; carriers and network service providers; PC OEMs; and consumers. 3Com - More Connected. For further information, visit 3Com's World Wide Web site at http://www.3com.com or the Palm Computing site at http://www.palm.com.

PageNet is the leading provider of wireless messaging and information services with approximately 10 million subscribers in all 50 states, the District of Columbia, the U.S. Virgin Islands, Puerto Rico and Canada. The company offers a full range of paging and advanced messaging services, including assured-delivery messaging, two-way wireless e-mail, and global messaging. This year, PageNet's wholly-owned subsidiary, VAST Wireless Solutions, plans to introduce a variety of customizable information services for pagers and other devices, partnering with content providers such as Yahoo!, CNN, ESPN and others. Additionally, VAST Wireless Solutions, through its Advanced Wireless Integration Group develops integrated wireless solutions to increase productivity and improve performance for major corporations. Detailed information and coverage maps for PageNet and VAST Wireless Solutions services are available on the Internet at http://www.pagenet.com.

THIS IS THE FULL TEXT: COPYRIGHT 1999 EDGE Publishing Subscription: Published weekly. Contact Edge Publishing, P.O Box 471, Hackettstown, NJ 07840. Phone (908) 852-7217. FAX (908) 850-8304.

COPYRIGHT 1999 Gale Group