# Exhibit 9

# Look What Unicenter Is Managing Now.






*Unicenter TNG's Real World Interface™ analyzes critical performance measures such as front and rear brake pressure impact on car speed.*

When we say Unicenter® can manage anything, anywhere, we mean it.

As this Formula One MP4/14 car races along at speeds in excess of 210 miles per hour, pulling G forces that rival a jet fighter plane, it broadcasts hundreds of megabytes of critical telemetry data back to the pit crew. They use it to make split-second decisions that often mean the difference between victory and defeat.

Unicenter TNG® helps the West McLaren Mercedes race team—one of the winningest teams in Formula One history—interpret this vital information through Unicenter TNG's sophisticated manager/agent technology, and a revolutionary 3-D interface. Everything that's happening, from the pressure on the left rear brake pad to the downforce of the chassis set-up, can be monitored and managed through Unicenter TNG.

By looking at this data in a whole new way, the West McLaren Mercedes race team can now make smarter decisions in less time. In a business where hundredths of a second can mean the world, Unicenter TNG is making a difference.

This is just one example of how Unicenter TNG today is managing all kinds of non-IT devices for all kinds of organizations.

Call us to find out how Unicenter TNG can help you be more competitive.

**Call 1-888-UNICENTER, or visit www.cai.com**

COMPUTER® ASSOCIATES
*Software superior by design.*

# Unicenter TNG®

©1997-1999 Computer Associates International, Inc., Islandia, NY 11749. All product names referenced herein are trademarks of their respective companies.