# Exhibit 11

Your Implementation Guide to Working with Advanced Technology



- Learn how to better manage your network, systems, and software
- Solve Web, storage, and security problems from a central point of control

# Working with Unicenter TNG®

QUE

Rick Sturm



# Working with Unicenter TNG®

QUE®
201 West 103rd Street, Indianapolis, Indiana 46290



# Working with Unicenter TNG®

Rick Sturm

QUE®

## Working with Unicenter TNG

**Copyright © 1998 by Que**

All rights reserved. No part of this book shall be reproduced, stored in a retrieval system, or transmitted by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. No patent liability is assumed with respect to the use of the information contained herein. Although every precaution has been taken in the preparation of this book, the publisher and author assume no responsibility for errors or omissions. Neither is any liability assumed for damages resulting from the use of the information contained herein.

International Standard Book Number: 0-7897-1765-4

Library of Congress Catalog Card Number: 98-86422

Printed in the United States of America

First Printing: August 1998

00 99 98 4 3 2 1

This book was produced digitally by Macmillan Computer Publishing and manufactured using computer-to-plate technology (a film-less process) by GAC/Shepard Poorman, Indianapolis, Indiana.

# Trademarks

All terms mentioned in this book that are known to be trademarks or service marks have been appropriately capitalized. Que cannot attest to the accuracy of this information. Use of a term in this book should not be regarded as affecting the validity of any trademark or service mark.

# Warning and Disclaimer

Every effort has been made to make this book as complete and as accurate as possible, but no warranty or fitness is implied. The information provided is on an "as is" basis. The authors and the publisher shall have neither liability or responsibility to any person or entity with respect to any loss or damages arising from the information contained in this book or from the use of the CD or programs accompanying it.

**EXECUTIVE EDITOR**
Bryan Gambrel

**ACQUISITIONS EDITOR**
Bryan Gambrel

**DEVELOPMENT EDITOR**
Bryan Gambrel

**MANAGING EDITOR**
Patrick Kanouse

**PROJECT EDITOR**
Rebecca Mounts

**COPY EDITOR**
Tonya Maddox

**INDEXER**
Christine Nelsen

**TECHNICAL EDITOR**
Computer Associates, Inc.

**SOFTWARE DEVELOPMENT SPECIALIST**
Computer Associates, Inc.

**PRODUCTION**
Carol Bowers
Mona Brown
Ayanna Lacey
Gene Redding

**COVER DESIGNER**
Nathan Clement

**BOOK DESIGNERS**
Ruth Harvey
Nathan Clement

The Object Browser lists objects derived from each Unicenter TNG class. It allows the user to view class-specific and object-specific information; see Figure 1.5.

FIGURE 1.5
The Object Browser displays the object instances of a given class.



The Topology Browser displays the inclusion relationship between objects as they appear on the map. It provides you with a view of the relationships between managed objects.

The 2D map and Topology Browser demonstrate the multi-view approach used in Unicenter TNG. Different views of the same information are shown in Figures 1.6 and 1.7. In the first illustration, successive double-clicks drill down from the level of the city of Chicago to the devices on a token ring segment. In the second illustration, the Topology Browser displays the same information in file folder fashion.

FIGURE 1.6
In an example of the 2D map, the numbered gray arrows indicate double mouse clicks drilling down to successive (deeper) levels of information about a network.



Figure 1.7 displays the same information in tabular format through the Topology Browser.



FIGURE 1.7
The same information that's displayed in Figure 1.6, viewed through the Microsoft Explorer-style Topology Browser.

Many of the managed objects in the Common Object Repository represent network devices. ObjectView provides details on the performance of devices, the number of devices connected, which interfaces are down, and the number of packets coming in compared with the number going out.

Device performance can be graphed for further analysis via the Graph Wizard. The Graph Wizard, located in the DashBoard (accessed through ObjectView), provides the tools necessary for creating various types of dynamic graphs.

## Agents and Managers

A distributed computing enterprise includes many varieties of hardware and software, often from different vendors, widely dispersed across a network. Indeed, even a single business application often consists of multiple software components distributed across multiple disparate platforms. Management software needs to monitor, manage, and control all of these hardware, software, and application pieces, regardless of location.

An infrastructure comprised of robust agents and managers is the key to handling the scalability and complexity demands characteristic of such distributed management systems and environments. The agents reside on or near the managed resources, gather data about the resources, and filter the data to identify and report the most important information to managers. The agents may perform some control actions themselves, and they execute instructions on behalf of managers.

- Improve the integrity and reliability of critical computing resources, especially the information stored on external media
- Effectively secure the computing environment without disrupting valuable work time



## Unicenter TNG Base Management Functions

The following sections address these Unicenter TNG functions:

- Event Management
- Workload Management
- Automated Storage Management
- Security Management
- Problem Management
- Performance Management

**Event Management** The Event Management function enables users to do the following:

- Define policies that identify important activities, such as messages, log entries, and network events
- Respond to these events automatically
- Take immediate action as appropriate

The Event Management Console, an advanced tool for systems management, serves as the interface to the Event Management function. The console is a special window in the Unicenter TNG Enterprise Management GUI that enables the user to monitor system events as they occur. As a master console, it provides a complete view of the ongoing event processing across a network of systems.

Event Management lets the user identify events to which a response is desired and specify one or more actions that should be initiated automatically. This means that once a user defines a message and an associated action, the system will automatically perform the specified action whenever Unicenter TNG encounters the related event.

**Workload Management** Workload Management enables cross-platform job scheduling. An operator using Unicenter TNG on a Windows NT platform can coordinate jobs between the mainframe schedulers and UNIX or other TNG-enabled platforms. The system can operate upon and track a task once it's defined.

Unicenter TNG Workload Management controls crucial operations, such as scheduling jobs, monitoring job sequence, monitoring job failure, adhering to time requirements, and matching jobs to the machines where there are sufficient resources for them to run most efficiently.

Workload Management automatically selects, schedules, and submits jobs and job sets on the right day(s), at the right time, and in the right order based on the policies stored in the Workload Management database.

Depicting tangible and abstract computing resources via a common visual metaphor enables the creation of business-specific points of view called *Business Process Views*. Business Process Views help define, organize, and present technical information in a business context by integrating it meaningfully for specific business roles and managers. Business Process Views also better leverage human capabilities and intuitive navigation tools, which resolves enterprise management problems quickly.

## Event Management

Managing events is a central capability of the Unicenter TNG Framework. Event management is the critical function; it's essential for enterprise management because it enables proactive and reactive responses to changes in object status. The hub of event management is the enterprise's central control console. Potentially, the system may send so many messages to this enterprise network's central status window that a human operator would be overwhelmed. Unicenter TNG Framework addresses this challenge in multiple, sophisticated ways. It can filter out unimportant messages and forward warnings to other specialized operators, and critical events can trigger automated response, without requiring manual intervention. This flexibility reduces errors and improves overall management efficiencies.

Unicenter TNG Framework's event management capabilities include, besides the Event Console itself, the capability to send and receive SNMP traps, filtering, correlation, escalation, automated actions, and event forwarding to other consoles. In a heterogeneous environment, systems that have the framework installed on them can act as event agents to other systems, enabling cross-platform manager/agent event management. This provides the robust event management features essential for the tight integration of the management applications.

## Desktop Support

Managing desktop systems requires a capability to view asset configuration data. The Unicenter TNG Framework includes two standards-based management browsers that make it possible for an operator to connect with remote desktops and network elements. There is an MIB browser for network elements and systems running an SNMP agent, as well as an MIF browser for DMI 2.0–compliant PCs. These built-in components allow a Unicenter TNG Framework operator to remotely inspect and modify configuration parameters in order to resolve deployment or operational errors.

## Calendar Management

Most people use calendars to track appointments, special occasions, or other events that depart from the realm of routine. Computers have no natural routine per se, but programs can instruct them to perform as though they were using calendars to define special occasions and daily, weekly, monthly, or yearly routines.

Calendar management in the Unicenter TNG Framework lets users define calendar objects that any management function built on the Framework can use. These shared objects provide flexibility, ease-of-use, and coordination of changes that affect the business policies of an organization. By using shared calendars, all management applications can deliver a much higher level of integration and enforce the same business policies across the enterprise.

**Screen Layout** The Topology browser is the easiest way to navigate directly to where you want to look in the 2D and 3D maps. The Control Panel allows you to step forward and back through windows you have recently viewed. Looking at two parts of a problem you are trying to diagnose is an example. You'll find that an arrangement of the screen similar to that shown in Figure 2.19 works well. All the tools for navigating through the map are close at hand.



FIGURE 2.19
Customize the screen layout to make navigation easy.

**Object Browser** The Object browser presents a Microsoft Explorer-style tree of all the objects in the repository; this is shown in Figure 2.20. The Object browser is a standalone application, like the 2D map.

To run the Object browser, select Start, Programs, CA-Unicenter TNG WorldView, Object Browser from the Windows NT taskbar's Start menu; alternatively, you can click the Object Browser icon in the WorldView folder.



FIGURE 2.20
Object browser.



FIGURE 2.37
The Message Detail window's Annotations tab.



FIGURE 2.38
A New Annotation message window.

Select the message with a single-click and select Message, Acknowledge from the pull-down menu to acknowledge a held message.

To reply to a held message, select the message with a single-click and select Message, Reply from the pull-down menu. The user program that has been waiting for the reply will receive the text you enter. Take a look at Figure 2.39.



FIGURE 2.39
Replying to a message.

**Commands** The Event Console's command area allows you to enter a command just as you would in a command-line window or at the DOS prompt. Commands will execute in either a local or a remote context.

*Local* commands execute on the user's desktop, in the context of the user who is logged on, and using the Event Console. Local commands are useful in launching a GUI that will place its output on the local screen. The log does not track local commands. For example, entering the

local command `notepad todo.txt` would run the Notepad text editor on the file todo.txt in your default directory.

*Remote* commands execute under the control of the Event Agent for the machine whose log you are viewing. The log tracks remote commands and any output they produce. Remote commands generally run tests on a system or control a system. For example, you might stop and restart the print spooler with a remote command if you found that the printer appeared to be hung.

```
net stop service Spooler
net start service Spooler
```

The log shows the output of those commands as messages. Figure 2.40 shows the result of issuing these two commands.



FIGURE 2.40
The result of the remote commands.



To select whether a command is executed locally or remotely, select Options, Command, Local, or try Options, Command, Remote from the pull-down menu. The one with a check mark is currently in effect.

**Command Buttons** You can assign commonly used commands to one of 16 command buttons. Clicking a button enters the command just as if you had typed it in the command area.

***Customizing Buttons*** To assign a command to one of the buttons, choose Options, Settings from the Event Console's pull-down menu; you then select the Buttons tab—you'll see what's shown in Figure 2.41. Enter the label for each button and the actual command in the appropriate field. There are two check boxes, Local and Auto, with each button.

Checking Local instructs the system to execute the command locally, while leaving it unchecked causes the system to execute the command remotely (on the agent machine).

creation of formulas behind these performance gauges, making their data meaningful for non-technical personnel. Unicenter TNG's Response Management Option (RMO) should be installed, however, for actual end-to-end network performance monitoring, including analysis of historical data.

## ObjectView

ObjectView is primarily a performance tool. It provides performance statistics on a device based on the agent's monitoring of the device. Additionally, it provides device configuration information based on the device's MIB.

ObjectView is commonly used for monitoring network performance (see Figure 3.19). Examples of ObjectView-provided information are the number of devices connected, which interfaces are down, and the number of packets coming in compared with the number going out. This information makes ObjectView a good troubleshooting tool and performance monitor.

FIGURE 3.19
Monitoring network performance with ObjectView.



ObjectView also allows system managers to visually display the monitored attributes in various types of graphs, meters, and tables. System managers select the attributes they want to monitor and add them to Excel or to the ObjectView DashBoard (see Figure 3.20).

## Response Management Option (RMO)

Unicenter TNG Response Manager Option is a client/server performance manager for the distributed network. It measures service levels, capacity utilization, and errors for LAN segments and server machines. It also provides information on Ethernet segments, WAN links, and Cisco routers.

The Response Manager Option's historical database shares object identifiers with the repository, enabling the Response Manager Option to use Unicenter TNG's discovery of the environment while enhancing it with non-IP network resources. Performance alerts are sent directly to Unicenter TNG's repository, displayed on the map, and accessible through the Unicenter TNG Event browser.

Just like physical memory, virtual memory is a limited resource. The size of the page files determines the total virtual memory available. When a system exhausts virtual memory, the system can't proceed unless some processes are stopped and free the virtual memory they have used.

This is a simplified description of the way virtual memory works. More detailed explanations are available in books like *Special Edition Using Windows NT* from Que.

TNG's Performance Scope can chart various metrics that show the performance of NT's virtual memory system. One important metric is the Page File Percent Usage. If this gets too high, the system will eventually fail. Another metric is various paging rates. Page Faults/sec measures the total number of page faults. Some of those page faults will be satisfied by pages still in memory. The actual I/O performed is measured by Pages Input/sec and Pages Output/sec (Pages/sec is the total of the two). While systems vary, five Pages/sec indicates that you ought to look at your memory. See Figure 4.58.

If the system is paging too much, your best bets are either to reduce the load on the system or buy more physical memory.

## How to Use ObjectView for Performance Management

To use ObjectView, right-click a system or agent icon in one of the Real World Interface browsers, and choose ObjectView from the pop-up menu. You will see a window like that in Figure 4.59.

In the left pane is a tree of groups and tables (tables are represented by their entries) in the MIBs known to be supported by the agent. Clicking the plus sign expands the tree to show the variables below it. For groups, you see the group variables in the group; for tables, you see a list of the table variables in the table. Clicking a group in the tree shows all of the group variables in the right pane (displayed as a single line). Clicking a group variable shows just that variable in the right pane. Clicking a table in the tree shows the full table in the right pane. Clicking a table variable in the tree shows a single column of the table in the right pane.

You can adjust the width of columns in the right pane display by clicking the bar separating the headers of the columns, and dragging it left or right. You can adjust the order of the columns by clicking a column header and dragging it left or right to the position you want.

**Viewing Another Agent** Above the two main panes of the ObjectView display is a toolbar that shows, from left to right, the IP address, DNS name, MIB, get community name, set community name, and port of the agent being viewed. In the toolbar you can select any of these fields and change them. Alternatively, you can click the small button at the left end of the toolbar, and the window shown in Figure 4.60 will appear where you can enter any of the fields. Note that once you connect to an agent, you will not see anything in the right pane until you select a group, table, or variable in the tree.

files on a business unit or group level, even in a heterogeneous environment. This is important, because every operating system has its own set of key files, and configuration control must be set up accordingly. You can define any ASCII file as a configuration file. The database can store up to nine different versions of the same file. After the system has reached that threshold, it discards the oldest version of a file whenever it collects a new version of that file. The Configuration Control utility can also retrieve text files (log files and so on) that custom applications and utilities may produce.

## Locking Configuration Files

Asset Management contains a Secure System Files function that enables the system administrator to ensure that the configuration file is controlled from the console and cannot be changed locally. The system compares the configuration file (usually CONFIG.SYS) on the local client to the configuration file set up on the asset management console. That comparison is done every time the workstation connects to the network. If the Secure System Files function detects any difference between the two files, it copies the configuration file on the console to the workstation and overwrites the existing one. You can lock any configuration file. The "lock job" can also reboot the workstation automatically after a restore. You can use this feature to enforce configurations across groups as well (see Figure 5.7).

FIGURE 5.7
The Select Revision window.



## Configuration Control

Under DOS and 16-bit Windows (version 3.x), control of AUTOEXEC.BAT, CONFIG.SYS, WIN.INI, and SYSTEM.INI is the most important. The system can also monitor and control these files under 32-bit Windows (Windows 95 or Windows NT). On these systems, however, it is more important that you control the Registry.

The AMO script language can read, edit, and change any Registry setting. If Registry backup were requested, the method would be to export the critical part of the Registry to an ASCII file and then define that file for configuration control. If special monitoring needs to exist, you can use the scripting language for monitoring any file, including the Windows 95 or Windows NT Registry.

- Identify installed software that has not been distributed or registered through Software Delivery.
- Create customized installation diskettes, or a directory for automatic registration, for site-written applications that can utilize the CA-Installer program.

## Software Delivery Architecture

The Software Delivery structure consists of the following (see Figure 5.11):

- An optional Central Site, from which the Enterprise Administrator can send programs, documents, and orders to Local Sites. The Central Site database, which includes the Enterprise library and Local Site distribution and installation data registers, is maintained on the Enterprise Server at the Central Site.




**FIGURE 5.11** Software Delivery architecture.

- One or more Local Sites, each of which may be managed by its own Local Administrator. A Local Site consists of a local server and all computers networked to that server on which the Software Delivery Agent has been installed. The agent is the program that maintains communication between a local server and its networked computers.

- A local server is the server from which software distribution orders are sent to the target computers. A local server maintains registers with information on all machines in the Local Software Delivery network and the software installed on them.
- Optional Fanout Servers, which function as "traffic concentrators," to reduce network load on the Enterprise Server for distributions to the Local Sites.
- Optional Staging Servers, each of which is a connection between a local server and agent computers. The agent computers communicate with a Staging Server, and the Staging Server communicates with the local server on behalf of its agents. This can reduce traffic between the local server and the target computers.
- Several target computers, on which software packages will be installed and monitored. For a computer to receive software distributions and communicate with the local server, the Software Delivery Agent must be installed.

## Fanout Servers

Fanout Servers provide an optional level of traffic control between the Central and Local Sites (see Figure 5.12). For example, the DALLAS, HOUSTON, and IRVING Local Sites may be registered with the TEXAS Fanout Server. When a distribution is targeted for any or all of those sites, the distribution is first sent to the TEXAS Fanout Server. From there it is sent to the individual Local Sites. By operating as a network traffic concentrator, the Fanout Server reduces the network load that would ordinarily be on the Enterprise Server.

**FIGURE 5.12**
Fanout Servers relay distributions from the Enterprise to selected Local Sites.



Each folder contains a main access icon (Main Jobs for the local server; Main Distribution Jobs for the Enterprise Server) from which all Software Delivery administrative tasks can be performed. It also contains several specialized icons that perform specific tasks, such as defining a computer group or reviewing the Enterprise Log.

These icon selections and the subsequent differences in dialog boxes reflect the different responsibilities and authority levels allotted to the Enterprise and Local Administrators.

**Distributing Software** The distribution of software through Software Delivery is a three-step process. First, the software must be defined to Software Delivery through the *registration* process. This can be done in either the Enterprise or the Local library, depending on the intended target computers and on the distribution structure and policies employed. Second, the software must be sent from the library to the target computers through the creation of *orders*. If the orders are *distributed* from the Enterprise Server, they are bundled into a *container*. If they are sent from the local server, they are issued as individual jobs. Third, the orders are *monitored* to ensure that no errors occur.

## Registration

Library item *registration* actually requires two actions. First, the item is identified (by name, version, and so on) to Software Delivery. Then the requisite files are copied into the appropriate library.

The amount and type of information that must be supplied when the item is identified depends on the type of library item being registered.

**Registering Documents** Documents do not have embedded item procedures; therefore, you only need to provide a name and version when registering documents.

**Registering Programs** Registering programs with embedded item procedures requires further steps to identify additional parameters, such as startup procedures.

When registering programs, you can take on the files that make up the package from a variety of sources, including diskette, CD-ROM, directory, or tape.

Once the library item and its associated item procedures have been registered in the library, they can be distributed throughout the Software Delivery network.

**Automatic Registration** If you have a large site with multiple Enterprise Servers, an existing program registration in one Enterprise library can be copied to its original source medium (directory, diskettes, tapes, writeable CD-ROMs) and used to perform an automatic registration in subsequent Enterprise libraries. All details provided during the initial registration of the program (name, version, parameters, location, and so on) will be copied along with the actual program files and will not have to be re-entered.

Automatic Registration can also be used to register the software programs supplied with Software Delivery (the Admin Client, agents). Completed registration information files are already included with each component.

## Distribution

Once a software package has been registered in either the Enterprise or Local library, you can distribute it to other networked computers by creating and sending an *order.*

**Orders** Software Delivery uses several types of orders, each designed to perform a specific task:

- Registration Orders—Distribute registered items and item procedures from the Enterprise library to a Local library.
- Installation and Uninstallation Orders—Install or uninstall a program on a computer or computer group.
- Fetch Item Orders—Retrieve or "fetch" a specific file or files from the Local Sites to a designated place on the Enterprise Server.
- Deregistration Orders—Deregister and delete items from the Local library.
- Activation Orders—Start a program. For example, an activation order can be used to trigger the start of an archive program on a remote machine.
- Configuration Orders—Initiate changes in the configuration files on a remote machine. When orders are sent from the Enterprise to a Local Site(s), they are bundled into *containers.* When an order is sent from the local server to individual computers at that site, each order is distributed as a single *job.*

When an order is received and activated on a targeted computer, it proceeds as if the item procedure was initiated directly on that computer (see Figure 5.17).

**FIGURE 5.17**
Flow of orders from the Enterprise Server to the local server to target computers.




**Distributing Orders from the Enterprise** Orders are distributed from the Enterprise Server to the local sites through the use of a *container.* A container is basically a "to-do list," or list of orders, sent from the Central Site to Local Sites. Containers can include any of the orders listed previously (see Figure 5.18).

The container may include one or more orders selected from the Order menu of the Container dialog box. A sample container with one order is shown. Although the example contains a single order, there is no limit to the number of orders that can be included in a single container.

Containers can be distributed to a Local Site(s), Local Site Group(s), or computer group(s); they cannot be distributed to individual computers.

When orders from the Enterprise are received at the Local Site(s), the appropriate jobs (installation, uninstallation, activation, and so on) are automatically created and sent to the target computers at that site.

Orders are executed in the same sequence that they are listed in the container. Therefore, if you place a software installation order and its corresponding registration order in the same container, you must place the registration order in the container first, because a library item must be registered in a Local library before it can be installed on a computer or computer group at a Local Site.

***Distributing from the Local Library*** The local server Library dialog box (see Figure 5.19) lists all the items in the library, along with their version number, type, time, and date of registration.

FIGURE 5.19
The local Library dialog box.




To begin distribution from the Local library, you would first select the appropriate software package and item procedure. Second, you would select the computers that will be targeted to receive this package. This approach is helpful when you know which computers to target, but you still need to review the list of available software packages.

***Distributing from the Computer List*** The Computers dialog box (see Figure 5.20) displays the list of all computers attached to the local server that have the Software Delivery Agent installed.

This dialog box lists the name, owner, operating system, and (communication) state of each computer. Since Windows, NetWare, OS/2, and UNIX computers are in constant communication with their local server, the value listed in the State column for Windows NT and UNIX computers indicates whether that computer is on or off.

Ch 5

Case 3:08-cv-04990-EMC Document 586-11 Filed 08/01/11 Page 21 of 22
PageID #: 17832



FIGURE 5.20
The Computers dialog box.



Communication between Windows 3.x and Windows 95 computers and the local server is intermittent; therefore, the State column for those types of computers will always display N/A (for Not Applicable). The attributes information listed for these computers is only as current as the last communication.

To distribute an order from the Computers dialog box, select the target computer from the list of candidates and proceed to the library to determine which software package and item procedure will be sent. This approach is helpful when you need to review the list of suitable targets before distributing software.

**Enabling an Item Procedure for the Software Catalog** The Software Catalog is a feature of Software Delivery that enables agent users to request software from their Local Site library by means of a graphical user interface. Agent users can only request items that have been enabled for Catalog selection. For an item to be enabled, the local administrator must check Include in Catalog when registering the item procedure. A sample Register Item Procedure dialog box can be seen in Figure 5.21.

FIGURE 5.21
The Register Item Procedure window.



RIM-MF2593531

**Viewing Installations by Item** Starting from the Local Server Library, you can see on which computers a designated library item has already been installed (see Figure 5.25).

FIGURE 5.25
The Library - Installations window.



This screen displays the name of the item and all computers on which it was installed. Also, this screen displays the name of the item procedure and the date and time the item was installed. This option is very useful if you are a local administrator who wants to check the number of machines—and their names—on which a particular item was installed.

## Unicenter TNG Integration

Software Delivery is a Unicenter TNG option. As such it works in conjunction with Unicenter TNG on the Enterprise and local servers. Software Delivery directly interacts with the following Unicenter functions:

- Event Management to track and manage events distributed from the Software Delivery event logs
- Security Management to control access to Software Delivery assets, such as the Libraries and Logs

In addition to these two functions, once a Software Delivery message has been sent to the Unicenter Event Management console, the Machine-Generated Problem Tracking (MGPT) function of Problem Management can be used to automate how that message is received and what type of response is issued.

**Event Management** All Software Delivery Log entries are automatically sent to the Unicenter console and are indicated by the prefix CASWD. Events, commands, and messages monitored by Event Management can be associated with the following:

Ch 5