# Exhibit 12

# Unicenter® TNG™ Framework™

## ManagedPC OEM Kit

COMPUTER ASSOCIATES®
Software superior by design.

© Copyright 1997, 1998 Computer Associates International, Inc.
One Computer Associates Plaza, Islandia, NY 11788-7000
All rights reserved.
Printed in the United States of America

Computer Associates International, Inc.
Publisher

This documentation contains, and is part of a computer software program which is, proprietary and confidential information owned by Computer Associates International, Inc. No part of this documentation may be copied, photocopied, reproduced, translated, microfilmed, or otherwise duplicated on any medium without the express written consent of Computer Associates International, Inc.

Use of the software programs described herein and this documentation is subject to the Computer Associates License Agreement enclosed in the software package.

All product names referenced herein are trademarks of their respective companies.

## What Each OEM Must Provide

You must insure that the necessary software components that the Unicenter TNG Framework calls upon to complete the ManagedPC setup and configuration are available in your packaging. These components include:

- **Windows NT workstation or Windows 95 installation CD**

  The ManagedPC setup and configuration facilities provided with the Unicenter TNG Framework are used to assemble a network-installable image of the Windows NT workstation or Windows 95 operating system for ManagedPCs.

  One of the mandatory raw materials for that assembly process is a Windows NT or Windows 95 installation image that includes all the special drivers and requisite service packs, as well as the maintenance components that your particular ManagedPC model requires.

  This installation image, typically provided on a CD, is called for by the Unicenter TNG ManagedPC Wizard that creates the network-installable version of Windows NT or Windows 95.

  **Note:** Appendix B, Operating System Disk Specifications, describes what the Unicenter TNG Framework expects to find on the Windows NT workstation and Windows 95 CDs.

- **A DOS boot image floppy diskette and a DOS utilities floppy diskette**

  A preboot image and, in some cases, an initial set of DOS executables are transferred from the server running the Unicenter TNG Framework to the ManagedPC. This DOS executable image contains files provided by both Computer Associates and you.

  You must also create and package a DOS utilities floppy diskette.

  The DOS boot image floppy diskette is referred to as the "OEM Floppy Boot Image Disk #1" by the Unicenter TNG ManagedPC Wizard, and the DOS utilities floppy diskette is referred to as the "OEM Floppy Boot Image Disk #2." Appendix C, File Specifications, contains a complete listing of the files contained on both the DOS boot image floppy diskette and the DOS utilities floppy diskette.

  ***Important!*** *The DOS boot image floppy diskette that you produce must be write-enabled when you package it.*

**Note:** Computer Associates expects all licenses for the operating system software to be provided by the OEM. The Unicenter TNG Framework cannot be shipped without valid licenses for the operating system software.

2. From the NT directory in the Unicenter TNG Framework CD, enter:

   **`setup -nt`*`path`*`\tngsetup.rsp`**

   Where:

   *path* – is the fully qualified path of the response file (TNGSETUP.RSP).

   For example:

   `setup -ntC:\tngsetup.rsp`

The Unicenter TNG Framework is now installed. The only remaining tasks are the setup and configuration of the Framework by the end users.

For your end users to accomplish these tasks, you must also ship with each of your product packages:

- A DOS boot image floppy diskette and a DOS utilities floppy diskette—These diskettes contain the files supplied by both Computer Associates and you that are required to establish a basic operating environment on the ManagedPC.
- The appropriate ManagedPC operating system installation CDs—Both Windows NT workstation and Windows 95 operating systems can be downloaded by the Unicenter TNG Framework to ManagedPCs.

## Delivering as Parts for the User to Install

You may, instead, want to deliver the Unicenter TNG Framework and its supporting ManagedPC components as parts to be installed by your users. In that case, you would ship with each of your product packages:

- A Unicenter TNG Framework CD—The CD's jacket includes basic installation instructions and requirements, and the online documentation explains, in detail, the use of the standard Unicenter TNG Framework features. An intuitive installation wizard assists your users in quickly and easily installing the Framework.

  **Note:** Appendix A, Windows NT Server Requirements, provides the special installation requirements for the server supporting the Unicenter TNG Framework and the management of ManagedPCs.

System administrators are then prompted for the second diskette, containing the DOS utilities (OEM Floppy Boot Image Disk #2). These files are copied into the *TNGINSTALLPATH*\MANAGEDPC\CAMENU directory. The DOS utilities in the CAMENU directory are used by the ManagedPCs when they are booted via a DOS boot image.

**Note:** Additional information concerning how system administrators can create customized DOS boot images can be found later in this chapter in the section, "Customizing the Framework's ManagedPC Configuration."

When system administrators access the final wizard screen and click Finish, all the necessary updates to the Windows NT environment on the server (including Registry updates and services registering) are automatically performed, and the Unicenter TNG Framework is ready to begin managing the ManagedPCs in the system administrator's enterprise.

## Default ManagedPC Behavior

In most cases, when a ManagedPC is booted, its BIOS broadcasts a message to the network, requesting a download of a boot file. If the ManagedPC does not receive a reply from the network within its predefined timeout period, the ManagedPC attempts to boot from its local hard drive. If the local hard drive has a preinstalled operating system or the ManagedPC has a local installation procedure, the ManagedPC uses the operating system on the hard drive or follows the local procedure.

If a Unicenter TNG Framework server is on the same network as the ManagedPC and it receives the request for a download from the ManagedPC, the Framework responds to the ManagedPC's request by creating an object corresponding to the ManagedPC in Unicenter TNG's Common Object Repository and sending the ManagedPC instructions to boot from its local hard drive.

If the ManagedPC does not have an operating system on its local hard drive or, for some reason, the local hard drive has become corrupt, the ManagedPC user must then contact the system administrator to request that an operating system be downloaded to the user's ManagedPC.

Once contacted, the system administrator locates the user's ManagedPC in the Common Object Repository using the Unicenter TNG Object Browser, and using the browser's Set ManagedPC Boot Option utility, the system administrator configures the ManagedPC to receive either:

- A copy of the staged DOS boot image and Windows 95 operating system, or
- A copy of the staged DOS boot image and Windows NT workstation operating system, or
- A menu from which the ManagedPC user can select the operating system to be downloaded.

After the system administrator has configured the appropriate boot option for the ManagedPC, the ManagedPC user must reboot the ManagedPC to receive the menu or the operating system that the system administrator has selected.

**Note:** Chapter 4, Using the Framework with ManagedPCs, contains detailed information on how system administrators configure individual ManagedPCs with the Unicenter TNG Object Browser's Set ManagedPC Boot Option utility.

# Customizing the Framework's ManagedPC Configuration

Once the Unicenter TNG Framework is installed and set up to manage ManagedPCs, system administrators can change various aspects of the Framework's default management behavior. In this section, instructions are provided on how to:

- Change the ManagedPCs' required responses to the Framework. These responses enable the installation of the downloaded operating systems on the ManagedPCs.
- Change the Framework's default values for ManagedPCs.
- Create customized DOS boot images that can be downloaded to the ManagedPCs.
- Change the menu entries that can be displayed to the ManagedPC user.

The following table shows the default values of the ManagedPC Registry keys and the ManagedPC object properties defined in the Common Object Repository. If a ManagedPC is newly discovered, its behavior is determined by the values of the Registry Keys in the shaded area.

| **Registry Key** | **Value** | | |
|---|---|---|---|
| BootFirst | BootHD | | |
| RunFirst | <null> | **Property** | **Value** |
| (3a)BootFile | BootHD | (2a)boot_file | <null> |
| (3b)RunFile | <null> | (2b)run_file | <null> |
| | | (1a)boot_once | <null> |
| | | (1b)run_once | <null> |

Once the ManagedPC has been defined as a specific object in Unicenter TNG's Common Object Repository, its behavior is determined by the sequence enumerated in the unshaded area. Therefore, if the system administrator has not specified Common Object Repository property values for a ManagedPC (i.e., the values of those properties are <null>), the ManagedPC inherits the behavior defined for all ManagedPCs by the BootFile and RunFile Registry keys.

## If ManagedPCs Are Newly Discovered

When a ManagedPC first identifies itself to the Unicenter TNG Framework, requesting a download of a boot file, the Framework responds by sending it the default preboot image, BootHD, which instructs the ManagedPC to boot off its local hard drive.

**Note:** A preboot image is a small executable program that is needed to tell the ManagedPC where to boot from (which, in some cases, can be from a DOS boot image).

This default behavior is determined for all newly discovered ManagedPCs by the BootFirst and RunFirst Registry key values. The BootFirst key's default value, BootHD, is the name of the preboot image that is sent to the ManagedPC, instructing it to attempt to boot from its local hard drive. The corresponding RunFirst Registry key does not have a value (i.e., it is <null>), since the name of a DOS boot image is not required in this instance.

# Chapter 4
# Using the Framework with ManagedPCs

## Overview

Once set up and configured, the Unicenter TNG Framework allows system administrators to manage the ManagedPCs in their enterprises quickly and efficiently, performing many of the management tasks automatically. This chapter shows how system administrators can use the Unicenter TNG Framework to accomplish many of the typical ManagedPC management tasks.

## Inventorying and Classifying ManagedPCs

Maintaining an inventory of the ManagedPCs discovered by the Unicenter TNG Framework is automatically done for system administrators. The following Unicenter TNG Object Browser screen shows how the discovered ManagedPCs are inventoried and classified in the Unicenter TNG Common Object Repository.






RIM-MF2593268

The following Unicenter TNG 2-D Map shows how easily system administrators are able to send the Power On command to a powered off ManagedPC:




To send the Power On command:

1. Select the object from the 2-D Map.
2. Click the right mouse button.
3. Select the Power On menu option.



RIM-MF2593278