# Exhibit 13

US005734820A

# United States Patent [19]

Howard et al.

[11] Patent Number: 5,734,820

[45] Date of Patent: Mar. 31, 1998

[54] SECURITY APPARATUS AND METHOD FOR A DATA COMMUNICATIONS SYSTEM

[75] Inventors: **Ricky D. Howard**, Victorville; **Ramzi Khaouli**, Orange, both of Calif.

[73] Assignee: **Sterling Commerce, Inc.**, Dallas, Tex.

[21] Appl. No.: **647,425**

[22] Filed: **Mar. 11, 1996**

[51] Int. Cl.[6] .............................. **G06F 15/16**; H04L 9/00

[52] U.S. Cl. ....................................... **395/186**; 395/187.01

[58] Field of Search ............................... 395/186, 187.01, 395/188.01, 200.06, 200.09, 492, 493, 494, 495, 496; 380/4, 24, 25

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,396,983 | 8/1983 | Segara et al. | 395/200.03 |
| 4,430,728 | 2/1984 | Beitel et al. | 395/95 |
| 4,486,828 | 12/1984 | Kitamura et al. . | |
| 4,500,960 | 2/1985 | Babecki et al. | 395/280 |
| 4,766,542 | 8/1988 | Pilarczyk | 364/413 |
| 5,191,611 | 3/1993 | Lang | 380/25 |
| 5,381,534 | 1/1995 | Shi | 395/706 |

*Primary Examiner*—Ly Hua
*Attorney, Agent, or Firm*—Baker & Botts, L.L.P.

[57] ABSTRACT

A data communication system includes a host (**12**) having a memory and a remote (**16**) that communicate data. A security system (**14**) is coupled to the remote (**16**) and the host (**12**), and spawns an interactive process in response to the remote (**16**) requesting access to the host (**12**). The interactive process has selected access to the memory of the host (**12**), and interacts with the remote (**16**) to provide the selected access. The security system (**14**) may include a communications module (**50**), a control module (**60**), a mailbox module (**62**), an auto connect module (**64**), a log module (**66**), and an exits module (**68**).

**27 Claims, 7 Drawing Sheets**




10
12
4
6
8
24
22
28
5
IP
7
IP
9
IP
66
LOG
68
EXITS
14
72
RSD
74
MCD
CONTROL
60
MB
AC
62
MED
64
ACD
76
78
CPD
50
51
52
54
70
56
CONV
BSC
FTP
ASYNC
40
42
44
46
16
36
38
32
34
18
20
80
84
86
82

FIG. 1


10
12c
22
24
28
60
CONTROL
LOG
66
RSD
MCD
80
72
74
12d
22
24
28
64
AC
EXITS
68
ACD
78
80
82
80
12a
22
24
28
62
MB
BSC
52
MED
CPD
76
70
40
80
12b
22
24
28
54
FTP
ASYNC
56
70
CPD
40
42
44
46
16
36
38
32
34
18
36
38
32
34
20
36
38
32
34

FIG. 2


START
100
INVOKE CONTROL MODULE
104
IDENTIFY DESIRED NON-CONTROL MODULES
106
LOAD IDENTITY OF DESIRED NON-CONTROL MODULES INTO STATUS TABLE
108
CONTROL MODULE OPENS WKP
NON-CONTROL MODULE DETERMINES WKPN AND IP ADDRESS OF CONTROL MODULE
112
NON-CONTROL MODULE ESTABLISHES COMMUNICATIONS WITH NON-CONTROL MODULE
114
NON-CONTROL MODULE COMMUNICATES ITS IDENTITY AND EPN TO CONTROL MODULE
116
CONTROL MODULE TRANSMITS WAIT MESSAGE TO NON-CONTROL MODULE
118
120
ALL DESIRED REGISTERED ?
NO
YES
CONTROL MODULE TRANSMITS READY MESSAGE TO EACH NON-CONTROL MODULE CONTAINING EPN AND IP ADDRESS OF ALL OTHER NON-CONTROL MODULES
122
INITIALIZATION COMPLETE

*FIG. 3*


START
REMOTE ESTABLISHES COMMUNICATIONS WITH COMM
200
COMM DETERMINES ID INFORMATION ASSOCIATED WITH REMOTE
202
COMM REPORTS SIGN-ON ATTEMPT AND SENDS ID INFORMATION TO CONTROL
204
CONTROL CONSULTS RSD TO VERIFY MB ID FROM REMOTE
206
MB ID VERIFIED ?
208
NO
YES
CONTROL OBTAINS PASSWORD FROM RSD
212
COMMUNICATE VERIFICATION AND PASSWORD TO COMM
214
PROMPT FOR PASSWORD
216
PASSWORD CORRECT?
218
YES
NO
CONTROL SENDS REFUSE ACCESS MESSAGE TO COMM
210
SESSION CANCELLED
COMM SPAWNS CHILD COMM
220
COMM CONTINUES MONITORING PORTS
222
MB CONTACTED TO PROVIDE THE SELECTED ACCESS
224
MB DETERMINES THE SELECTED ACCESS
226
MB SELECTS DATA BATCHES ACCORDING TO THE SELECTED ACCESS
228
MB SPAWNS CHILD MB TO PROVIDE THE SELECTED ACCESS
230
CHILD MB SENDS READY MESSAGE TO CHILD COMM
232
BEGIN DATA COMMUNICATIONS

*FIG. 4*


FROM FIG. 5B
C
START
300
AUTO CONNECT REQUESTED ?
YES
NO
302
AUTO CONNECT SCHEDULED ?
NO
YES
WAIT FOR A PREDETERMINED PERIOD
304
AC SPAWNS CHILD AC TO PROCESS THE AUTO CONNECT
306
CHILD AC DETERMINES REMOTE TO CONTACT AND ACCESS PARAMETERS
308
FROM FIG. 5B
B
CHILD AC SELECTS APPROPRIATE COMM
310
CHILD AC TELLS COMM TO CONTACT REMOTE AND PROVIDE SELECTED DATA IN ACCORDANCE WITH REMOTE ACCESS PARAMETERS
312
COMM OBTAINS REMOTE COMMUNICATION PARAMETERS FROM CONTROL
314
COMM SPAWNS CHILD COMM TO PROCESS REMOTE COMMUNICATIONS
316
A
TO FIG. 5B

*FIG. 5A*


FROM FIG. 5A
A
318
CHILD COMM ATTEMPTS TO CONTACT REMOTE
320
REMOTE CONTACTED ?
YES
NO
332
REPORT CONTACT TO CONTROL
322
REPORT FAILURE TO CONTROL
324
ANOTHER COMM AVAILABLE?
YES
B
TO FIG. 5A
334
CHILD COMM TELLS MB TO SEND DATA IN ACCORDANCE WITH REMOTE ACCESS PARAMETERS
NO
326
336
MB LOOKS FOR DATA
340
NO
RESCHEDULE AUTO CONNECT ?
REPORT FAILURE TO LOCATE DATA
YES
338
RESCHEDULE AUTO CONNECT
328
DATA LOCATED ?
NO
YES
CHILD AC AND CHILD COMM EXIT
330
342
MB SENDS DATA TO CHILD COMM
C
344
CHILD COMM SENDS DATA TO REMOTE IN PROPER FORMAT
TO FIG. 5A

*FIG. 5B*

*FIG. 6*


BEGIN
400
REMOTE LOGS IN USING SECURITY PARAMETERS
402
SECURI EXIT ENABLED ?
NO
YES
404
YES
REASON TO DENY ACCESS ?
NO
REMOTE ATTEMPTS COMMAND EXECUTION
406
408
REMOTE COMMAND EXIT ENABLED?
YES
410
NO
YES
COMMAND AUTHORIZED ?
416
OTHER PRE-EXECUTION EXITS ENABLED ?
422
NO
NO
EXECUTE REMOTE COMMAND
413
418
YES
MODIFY COMMAND PARAMETERS
NO
TOP REMOT COMMAND?
424
ANY POST-EXECUTION EXITS ENABLED ?
NO
YES
YES
REPORT STOP TO REMOTE
420
REPORT UNAUTHORIZED COMMAND
NO
MODIFY COMMAND PARAMETERS ?
YES
415
412
NO
CANCEL SESSION ?
YES
414
SESSION CANCELED

# SECURITY APPARATUS AND METHOD FOR A DATA COMMUNICATIONS SYSTEM

## TECHNICAL FIELD OF THE INVENTION

This invention relates in general to the field of data communications systems, and more particularly to a security apparatus and method for a data communications system.

## BACKGROUND OF THE INVENTION

Many data communication systems include a collection of interconnected devices, which may include a host and a plurality of remotes. Multiple users may desire access to the processing and storage capabilities of these systems. For example, a user of a remote may access the processing and storage capabilities of the host using an electronic mailbox.

As data communications systems become larger and more complex to serve a variety of users, system administrators may desire to limit access to the processing and storage capabilities of the system according to the needs and authorization of a particular user. A known security technique allows users unlimited access to processing and storage capabilities of a host upon furnishing appropriate access information, such as an identifier and a password. However, unauthorized users may thwart this security technique by appropriating the access information. Further, once a user has accessed the host, whether authorized or not, the user may have unlimited access to the processing and storage capabilities of the host.

## SUMMARY OF THE INVENTION

In accordance with the present invention, the disadvantages and problems associated with security in a data communications system have been substantially reduced or eliminated.

In accordance with one embodiment of the present invention, a data communication system includes a remote that communicates data. A host having a memory is coupled to the remote and communicates data with the remote. A security system is coupled to the remote and the host, and spawns an interactive process in response to the remote requesting access to the host. The interactive process has selected access to the memory of the host, and interacts with the remote to provide the selected access.

In another embodiment of the present invention, a method of initializing a data communications system includes invoking a plurality of non-control modules operable to determine a well-known port number for a control module, communicating the ephemeral port numbers for the non-control modules to the control module using the well-known port for the control module, and communicating a ready signal from the control module to each of the non-control modules, the ready signal having the ephemeral port numbers for each of the non-control modules.

Important technical advantages of the present invention include providing a security apparatus and method that associates a data repository within the memory of the host with a user, and limits the user's access to the memory of the host to access to the user's associated data repository. Access to the data repository associated with the user may be specified and approved according to access information associated with the particular user. The data repository associated with the user is isolated from data repositories associated with other users, such that each user's access to the memory of the host is limited to access to the particular user's associated data repository. The present invention is



therefore able to service a number of users simultaneously and without conflict, while providing security for the memory of the host.

Another important technical advantage includes providing a security apparatus and method that may be distributed to operate on a number of different processing platforms to provide increased portability, modularity, and adaptability. Further technical advantages of the present invention include a mailbox module that spawns a separate interactive process for each user that accesses the system, a communications module that receives communications from users in a number of different protocols, and an auto connect module that initiates communications between the system and a user at predetermined times. Other technical advantages are readily apparent to one skilled in the art from the following figures, descriptions, and claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and for further features and advantages, reference is now made to the following description taken in conjunction with the accompanying drawings, in which:

FIG. 1 illustrates a data communication system;

FIG. 2 illustrates a data communication system distributed to operate on a plurality of different processing platforms;

FIG. 3 is a flow chart of a method for initializing a data communication system;

FIG. 4 is a flow chart of a method for establishing a data communications session between a remote and a host using a security system;

FIG. 5A and FIG 5B are flow charts of a method for initiating automatic data communications in a data communication system; and

FIG. 6 is a flow chart of a method for implementing system exits in a data communication system.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 illustrates a data communication system **10** that includes a host **12**, a security system **14** running on host **12**, and a plurality of remotes **16**, **18**, and **20**. In one embodiment, host **12** is a mainframe computer, mini-frame computer, personal computer, or other processing device having data processing and storage capabilities. In general, system **10** manages access by remotes **16**, **18**, and **20** to the processing and storage capabilities of host **12**.

Host **12** comprises a memory **22** and a processor **24** that together operate to store, process, or manipulate data. Memory **22** and processor **24** are coupled to security system **14** using link **28**. Generally, host **12** may be any processing device coupled to any suitable wireline or wireless link to communicate data with other processing devices. In one particular embodiment, host **12** comprises a mainframe computer operable to communicate data using the IBM 3770 data communications protocol.

Memory **22** may be any suitable memory, such as dynamic or static random access memory (RAM), read only memory (ROM), magnetic media, optical media, CD-ROM, or other suitable volatile or non-volatile storage media. Memory **22** stores information in files, directories, or any other suitable arrangement that may be accessed by security system **14** and processor **24**. Memory **22** contains instructions for processor **24** to execute in managing the operation of security system **14**. Memory **22** also contains data reposi-

tories 4, 6, and 8 operable to store data associated with the plurality of remotes 16, 18, and 20, respectively. Data repositories 4, 6, and 8 are accessible to remotes 16, 18, and 20 using security system 14 and processor 24.

In general, remotes 16, 18, and 20 may be any logical entities in hardware and/or software that desire access to the processing and storage capabilities of host 12. Remotes 16, 18, and 20 each include a memory 32 and a processor 34 that together operate to store, process, or manipulate data. Memory 32 and processor 34 of remotes 16, 18, and 20 are coupled to an interface 36 using link 38. Interfaces 36 for remotes 16, 18, and 20 couple to interface 40 of security system 14 using links 42, 44, and 46, respectively.

Generally, remotes 16, 18, and 20 may be any processing device coupled to any suitable wireline or wireless link 42, 44, and 46, respectively, to communicate data with other processing devices. For example, remotes 16, 18, and 20 may be miniframes or personal computers and links 42, 44, and 46, respectively, may communicate data using FTP, ASYNC, BISYNC, TCP/IP, SLIP, SDLC/SNA, X.25, X.400, or any other suitable communications protocol. For example, the ASYNC family of protocols may include specific implementations, such as XMODEM, YMODEM, ZMODEM, KERMIT, or other standards of asynchronous data communications. A protocol is generally any format, definition, or specification for the communication of data, whether implemented in software, hardware, or both software and hardware. A protocol may include, without limitation, transmission rates, frame formats, blocking formats, text formats, stop/start indicators, framing and heading indicators, field definitions, checksum values, carriage return and line feed (CR/LF) indicators, and any other suitable information that specifies the content or nature of the communicated data.

As described above, security system 14 operates on host 12 and is coupled to remotes 16, 18, and 20 using interface 40. In a particular embodiment, interface 40 comprises one or more Emulex DCP 286 boards, serial board/ports, or TCP/IP network interfaces suitable to support BISYNC, ASYNC, FTP or other communications protocol between remotes 16, 18, and 20 and security system 14. Interface 40 is coupled to and interacts with the communications module 50 of security system 14.

Although security system 14 is shown as integral to host 12, security system 14 may be integral to or separate from host 12. Security system 14 may operate on one or more computers associated with host 12. A computer 80 operating in association with host 12 may include an input device 82, such as a keypad, touch screen, or other device that can accept information. An output device 84 may convey information associated with the operation of security system 14, including digital or analog data, visual information, or audio information. Both input device 82 and output device 84 may include fixed or removable storage media, such as a magnetic computer disk, CD-ROM, or other suitable media to both receive output from and provide input to security system 14. Computer 80 may have a processor 86 and an associated volatile or nonvolatile memory execute instructions and manipulate information in accordance with the operation of security system 14.

Security system 14 establishes and conducts communications sessions using communications subsystem 50, which allows host 12 and remotes 16, 18, and 20 to exchange data. Host 12 and remotes 16, 18, and 20 may operate using different communications protocols. Communications subsystem 50 may include a plurality of communications modules 52, 54, and 56. Each communications module 52, 54, and 56 may have an associated protocol for establishing and conducting communications sessions with any of the remotes 16, 18, and 20 that operate using that particular associated protocol.

Although communications subsystem 50 includes communications modules 52, 54, and 56 associated with bisynchronous, file transfer, and asynchronous protocols, respectively, the present invention contemplates as many communications modules as desired to allow the plurality of remotes 16, 18, and 20 to effectively communicate data with host 12. In one embodiment, communications subsystem 50 includes a protocol converter 51 that receives first data from remote 16 in a first protocol, translates the first data into second data in a second protocol, and communicates the second data to host 12 in the second protocol. U.S. patent application Ser. No. 08/582,536 entitled "Protocol Converter Apparatus and Method," filed by Sterling Commerce, Inc., describes a suitable protocol converter, and is herein incorporated by reference.

Communications subsystem 50 is coupled to communications port definitions files (CPD) 70. In one embodiment, each CPD 70 supports a different communications protocol and is associated with a different communications module 52, 54, or 56. Each CPD 70 contains protocol-oriented coordination information for protocol-dependent communications between each remote 16, 18, or 20 and its associated communications module 52, 54, or 56. CPD 70 may, for example, specify the communications resources, including ports and devices, associated with communications modules 52, 54, and 56, respectively, and the manner in which communications modules 52, 54, and 56 may communicate with those communications resources. CPD 70 may include, without limitation, communications module start-up options, communications port identifiers and initialization rates, path specifications, server information, modem information and identifiers, communications hardware information, bisynchronous emulation specifications, line switching specifications, inbound and outbound data block-size specifications, maximum inactivity interval settings, asynchronous interactivity mode settings, sign-on and password prompts, and any other information suitable for supporting protocol-dependent communications between communications modules 52, 54, and 56 and remotes 16, 18, and 20.

Control module 60 is coupled to and coordinates communications between communications subsystem 50, mailbox module 62, auto connect module 64, log module 66, and exits module 68. Control module 60 manages the operation of security system 14 by providing remotes 16, 18, and 20 selected access to the processing and storage capabilities of host 12. The processing and storage capabilities of host 12 include memory 22 and processor 24. Mailbox module 62 manages the communication of data to and from the data repositories 4, 6, and 8. Auto connect module 64 initiates communications between host 12 and remotes 16, 18, and 20. Log module 66 stores status information generated by system 10. Exits module 68 implements a plurality of user-supplied exits before and during a data communications session between remotes 16, 18, and 20 and host 12. In one embodiment, communications subsystem 50, control module 60, mailbox module 62, auto connect module 64, log module 66, and exits module 68 operate as separate processes running on host 12 to provide selected access to the processing and storage capabilities of host 12.

Control module 60 is coupled to remote site definition files (RSD) 72 and mailbox control definition files (MCD)

74. RSD 72 contain information which further specify the manner in which data communications are established and conducted with remotes 16, 18, and 20, in addition to the protocol-oriented coordination information provided by CPD 70. In one embodiment, RSD 72 identifies the remotes 16, 18, and 20 that are authorized to access the processing and storage capabilities of host 12 and identifies operational characteristics of authorized remotes 16, 18, and 20. As used herein, remote 16 refers generally to any remote requesting access to the processing and storage capabilities of host 12.

A separate RSD 72 is associated with each authorized remote 16 according to a mailbox ID associated with the particular remote 16. RSD 72 may include, without limitation, remote protocol information and specifications, protocol enhancement options, remote linetype settings, remote IP addresses, remote phone numbers, remote port numbers, inbound and outbound data format information, ASCII translation file identifiers, outbound data batch separation information, wait interval specifications, directory command format specifications, and any other information suitable for allowing control module 60 to establish data communications sessions between host 12 and remotes 16, 18, and 20. RSD 72 may further specify a password corresponding to each mailbox ID that must be communicated from the particular associated remote 16 before security system 14 approves selected remote access to the processing and storage capabilities of host 12. In one embodiment, control module 60 opens and reads a particular RSD 72 each time a data communications session is established between the remote 16 associated with the particular RSD 72 and security system 14.

Mailbox control definition files (MCD) 74 contain information for controlling the operation of security system 14 to provide remotes 16, 18, and 20 with the selected access to the processing and storage capabilities of host 12. In one embodiment, MCD 74 allows remotes 16, 18, and 20 to add batches of data to data repositories 4, 6, and 8, respectively, if MCD 74 includes a valid mailbox ID corresponding to the particular remote 16, 18, or 20 attempting to add the data batches. MCD 74 may specify, without limitation, system names, administrator passwords, data batch security information limiting inbound data batches to those from remotes having valid mailbox IDs, valid mailbox ID lists, module polling frequency specifications, mailbox maximum data message size settings, exit identifiers and activation information, and other information suitable for allowing control module 61 to provide remotes 16, 18, and 20 with selected access to the processing and storage capabilities of host 12 using mailbox module 62.

Mailbox module 62 is coupled to mailbox engine definition files (MED) 76. In general, MED 76 contain information for configuring the processing and storage capabilities of host 12 to allow security system 14 to add, store, and retrieve data batches from data repositories 4, 6, and 8 in memory 22. MED 76 may specify, without limitation, directory paths, the maximum number of data batches to which system 10 may provide selected access, the minimum number of bytes of freespace to be maintained in memory 22, and any other information suitable for configuring the processing and storage capabilities of host 12 to allow security system 14 to add, store, and retrieve data from data repositories 4, 6, and 8 in memory 22.

Auto connect module 64 is coupled to auto connect definition files (ACD) 78. In general, auto connect module 64 initiates communications between host 12 and remote 16 at predetermined times based on scheduling information in ACD 78 or in response to requests from an operator of host 12. Communications initiated by auto connect module 64 may include, for example, data transfers from host 12 to remote 16, data transfers from remote 16 to host 12, commands from host 12 that cause remote 16 to execute a process, and any other communications between host 12 and remote 16 suitable for automatic initiation using auto connect module 64. In one embodiment, each ACD 78 defines a chronological auto connect list that specifies the remotes 16, 18, and 20 with which auto connect module 64 needs to communicate, the time to communicate, and the task to perform. Each auto connect list may specify a plurality of remotes 16, 18, and 20 that have different associated communications protocols.

ACD 78 may specify, without limitation, remotes with which to establish communications, dates and times at which auto connects are scheduled to be initiated, dates and times at which scheduled auto connects will not be initiated, maximum concurrent remote communications sessions quantities, wait intervals between auto connect session completion and subsequent auto connect session initiation, maximum session inactivity intervals preceding session termination, whether to establish communications with a remote if no data is to be communicated, how many attempts are made to establish communications with a remote, how many times specified resources are requeued for a remote on the auto connect list with which communications are established and delay intervals between requeues, and any other information suitable for automatically initiating communications between host 12 and remote 16. ACD 78 may further specify remote-specific information associated with a particular remote 16 on an auto connect list to replace or override the remote-specific information associated with the particular remote 16 and included in RSD 72.

In operation, security system 14 spawns a separate interactive process 5, 7, or 9 each time, for example, one of the plurality of remotes 16, 18, or 20, respectively, requests access to the processing and storage capabilities of host 12. The selected access of each interactive process 5, 7, or 9 to the processing and storage capabilities of host 12 is limited to its associated data repository 4, 6, or 8, respectively. Interactive processes 5, 7, and 9 interact with remotes 16, 18, and 20, respectively, to provide the selected access.

For example, remotes 16, 18, and 20 may desire to establish communications with host 12 in order to access the particular processing and storage capabilities of host 12 that include memory 22. In response to communications from remotes 16, 18, and 20, security system 14 is operable to use mailbox module 62 to spawn a separate interactive process 5, 7, or 9 to interact with each remote 16, 18, or 20, respectively. Each separate interactive process 5, 7, or 9 has selected access to its associated data repository 4, 6, or 8, respectively, according to its associated remote 16, 18, or 20, respectively. Each separate interactive process 5, 7, or 9 therefore interacts with remote 16, 18, or 20, respectively, to provide remote 16, 18, or 20, respectively, with the selected access to its associated data repository 4, 6, or 8, respectively.

Security system 14 may include one or more application program interfaces (API) to facilitate communications between communications subsystem 50, control module 60, mailbox module 62, auto connect module 64, and exits module 68. In one embodiment, each API is a C function call embedded in an application program associated with security system 14. There may be multiple such application programs. Each application program may communicate with processes operating on host 12 or processes operating remotely from host 12. Each application program may be

distributed to operate on multiple processing platforms located within the same or different local area or wide area networks. Each API may be customizable to faciliate data communications to, from, and within security system **14** according to particular needs. The present invention contemplates other suitable methods of facilitating communications within security system **14** and between security system **14** and one or more remotes **16**, **18**, and **20** using an API.

Although host **12** is shown as a single device, host **12** may include one or more computers that maintain and execute the instructions to implement security system **14**. An important technical advantage of security system **14** is the use of communications subsystem **50**, control module **60**, mailbox module **62**, auto connect module **64**, log module **66**, and exits module **68** running as software processes on security system **14**. In one embodiment, security system **14** may therefore be distributed to operate on a plurality of different processing platforms.

FIG. **2** illustrates a data communications system **10** having a distributed security system **14**. Communications from remotes **16**, **18**, and **20** are received at interfaces **40** coupled to hosts **12***a* and **12***b*. Interfaces **40** are operable to communicate data from remotes **16**, **18**, and **20** to the distributed communications modules **52**, **54**, and **56** operating on selected hosts **12***a* and **12***b*. For example, BSC communications module **52** operates on host **12***a*, whereas FTP communications module **54** and ASYNC communications module **56** operate on host **12***b*. Although only hosts **12***a*, **12***b*, **12***c*, and **12***d* are shown, the present invention contemplates as many hosts **12** as is compatible with the desired distribution of security system **14**. Further, although interfaces **40** are shown coupled only to hosts **12***a* and **12***b*, the present invention contemplates interfaces **40** coupled to each host **12** on which a communications module **52**, **54**, or **56** is operating.

Mailbox module **62** and BSC communications module **52**, FTP communications module **54** and ASYNC communications module **56**, log module **66** and control module **60**, and auto connect module **64** and exits module **68** are coupled, respectively, to an interface **80** associated with the host **12** supporting the particular modules. Although mailbox module **62** and BSC communications module **52** are shown running on the same host **12***a*, FTP communications modules **54** and ASYNC communications module **56** are shown running on the same host **12***b*, log module **66** and control module **60** are shown running on the same host **12***c*, and auto connect module **64** and exits module **68** are shown running on the same host **12***d*, the present invention contemplates any suitable distribution of these modules among two or more hosts **12** in data communications system **10**.

Interfaces **80** are coupled to one another using communications network **82**, which may include a local area network (LAN), a wide area network (WAN), or any other suitable wireline or wireless network to support data communications among hosts **12***a*, **12***b*, **12***c*, and **12***d*. In one embodiment, communications network **82** includes a messaging layer that allows communications between hosts **12** that use different communications protocols or provide different processing platforms. For example, the messaging layer of communications network **82** may use Socket Interface Parameter Structures (SIPS) or other suitable message based protocols for communications between hosts **12**. In one embodiment, each Socket interface Parameter Structure communicates a separate message between two or more hosts **12** irrespective of platform specific data storage formats. For example, a first host **12** operating on an Intel® data storage format can communicate with a second host **12** operating on a Motorola® data storage format, and a third host **12** that uses a Big Endian data storage format can communicate with a fourth host **12** that uses a Little Endian data storage format.

Using interfaces **80** and communications network **82**, communications modules **52**, **54**, and **56**, control module **60**, mailbox module **62**, auto connect module **64**, log module **66**, and exits module **68** can be distributed to operate on a plurality of different processing platforms. The increased portability, modularity, and adaptability associated with the distributability of security system **14** provides an important technical advantage of system **10**.

FIG. **3** is a flow chart of a method for initializing the components of security system. The method begins at step **100** where control module **60** is invoked. Control module **60** may be invoked automatically, manually, or in any other manner suitable to initiate the operation of control module **60**. At step **104**, control module **60** identifies the non-control modules desired to be included in security system **14**. The desired non-control modules may include, without limitation, one ore more of the following: communications modules **52**, **54**, and **56**, mailbox module **62**, auto connect module **64**, exits module **68**, and any other processes running on security system **14** that are desirable for data communications and processing. The identities of the desired non-control modules are loaded into a status table at step **106**.

Control module **60** opens a well-known port (WKP) at step **108**. Any one of the non-control modules determines the well-known port number (WKPN) and Internetwork Protocol (IP) address of control module **60** at step **112**, and establishes communications with control module **60** at step **114**. At step **116**, the non-control module communicates its identity and ephemeral port number (EPN) to control module **60**. The ephemeral port of the non-control module allows control module **60** to communicate with the non-control module before the non-control module has established a well-known port. In response to the communications from the non-control module at step **116**, control module **60** transmits a wait message to the non-control module at step **118**. In one embodiment, the non-control module enters a suspended operating state in response to the wait message and remains in the suspended operating state until a ready message is received from control module **60**.

At step **120**, control module **60** determines whether all the desired non-control modules have registered with control module **60** in the manner described above in connection with steps **112** through **118**. If all the desired non-control modules have not yet registered, steps **112** through **118** are repeated for another non-control module. Steps **112** through **118** are repeated for each successive non-control module identified at step **104** until all the non-control modules have registered with control module **60** by communicating their identities and ephemeral port numbers to control module **60**. Although the flow chart shows the non-control modules registering with control module **60** in a serial fashion, the present invention contemplates registration of all the non-control modules simultaneously, or in any other relative order or temporal distribution suitable for effectively initializing the components of security system **14**.

After all the non-control modules have registered with control module **60**, control module **60** transmits a ready message to each non-control module at step **122**. In one embodiment, the ready message contains the ephemeral port numbers and IP addresses of the other non-control modules.

Providing the ephemeral port number and IP address of a particular non-control module to the other non-control modules transforms the ephemeral port of the particular non-control module to a well-known port. Once the ephemeral ports of the non-control modules are transformed to well-known ports, the port number of each non-control module being a well-known port number known by the other non-control modules, initialization of the components of security system **14** is complete.

FIG. **4** is a flow chart of a method to establish a communication session between remote **16** and host **12** using security system **14**. The method begins at step **200** where remote **16** establishes communications with communications subsystem **50**. As discussed above in connection with FIGS. 1 and 2, communications subsystem **50** may include a plurality of communications modules **52**, **54**, and **56**, each having a different associated communications protocol. Further, communications modules **52**, **54**, and **56** may be distributed to run on a plurality of different processing platforms. As used herein, communications module **52** refers generally to any one of the plurality of communications modules **52**, **54**, and **56**.

Communications module **52** determines identification information associated with remote **16** at step **202**. Identification information may include a username, password, mailbox ID, or any other information suitable to identify or authorize remote **16**. Identification information may be determined either non-interactively or interactively. Whether communications module **52** determines the identification information non-interactively or interactively may depend upon the particular communications protocol used for communications between remote **16** and host **12**. In one embodiment, remote **16** is interactively prompted to communicate a mailbox ID associated with remote **16** to communications module **52**. Communications module **52** reports the remote sign-on attempt and communicates the identification information to control module **60** at step **204**.

In response to the communications from communications module **52** at step **204**, control module **60** attempts to verify that remote **16** has communicated a valid mailbox ID to communications module **52** and is authorized to access the processing and storage capabilities of host **12** that are associated with the particular mailbox ID. In one embodiment, control module **60** consults RSD **72** to verify the mailbox ID at step **206**. If the mailbox ID communicated by remote **16** does not match the mailbox ID associated with remote **16** and contained in RSD **72**, control module **60** transmits a refuse access message to communications module **52** at step **210** and communications between remote **16** and host **12** are canceled.

If the mailbox ID from remote **16** matches the mailbox ID associated with remote **16** in RSD **72**, control module **60** retrieves the password associated with the matched mailbox ID using RSD **72** at step **212**. At step **214**, control module **60** communicates the verification of the mailbox ID to communications module **52**, along with the associated password. For communications sessions using an interactive communications protocol, such as file transfer protocol (FTP), communications module **52** then prompts remote **16** to communicate the associated password at step **216**.

If the password communicated by remote **16** does not match the password associated with remote **16** retrieved from RSD **72**, control module **60** transmits a refuse access message to communications module **52** at step **210** and communications between remote **16** and host **12** are canceled. If remote **16** communicates the correct associated password at step **218**, which matches the password retrieved from RSD **72** at step **212**, communications module **52** spawns a child communications module to manage data communications between remote **16** and host **12** at step **220**. In one embodiment, the spawned child communications module is a separate process, application, or instantiation of communications module **52**.

After spawning the child communications module, communications module **52** continues to monitor its associated communications ports at step **222**. Repeating steps **202** through **220**, communications module **52** may spawn a separate child communications module each time one of a plurality of remotes **16**, **18**, and **20** contacts communications module **52** and is authorized to access selected processing and storage capabilities of host **12** by control module **60**. Although the flow chart shows each remote **16**, **18**, and **20** contacting security system **14** in a serial fashion, the present invention contemplates communications with remotes **16**, **18**, and **20** simultaneously, or in any other relative order or temporal distribution suitable for establishing data communications sessions between remotes **16**, **18**, and **20** and host **12**.

Mailbox module **62** is contacted at step **224** in order to provide remote **16** with selected access to the processing and storage capabilities of host **12** according to the identification information associated with remote **16**. In one embodiment, mailbox module **62** accesses data repositories **4**, **6**, and **8** in memory **22** to store data in individual batches identified by batch ID. Mailbox module **62** tracks the data batches using an indexed control file in which one control file record exists for each data batch stored in data repositories **4**, **6**, and **8**. The control file may be tracked and indexed, for example, according to a batch number associated with each data batch, a batch ID associated with each data batch, which may include a user-supplied description of the batch contents, a mailbox ID, a combination of batch number, batch ID, and mailbox ID, or in any other manner suitable for tracking and indexing the batches of data in data repositories **4**, **6**, and **8**.

At step **226**, mailbox module **62** determines the selected portion of the processing and storage capabilities of host **12** that remote **16** is authorized to access. Remote **16** may be authorized, for example, to access only particular data batches and file directories. In one embodiment, mailbox module **62** associates each batch ID with a particular mailbox ID using the indexed control file. One mailbox ID may have one or more associated batch IDs depending upon the particular implementation. The batch IDs associated with a particular mailbox ID correspond to the data batches in memory **22** accessible by the remote **16** having the particular mailbox ID.

Mailbox module **62** specifies the data batches in memory **22** that are accessible by remote **16** at step **228**. In one embodiment, the particular data batches accessible by each remote **16**, **18**, or **20** are selectively differentiated from the remaining data batches in memory **22** to provide data repositories **4**, **6**, and **8**, respectively. The selected access of each particular remote **16**, **18**, or **20** to the processing and storage capabilities of host **12** is then limited to the data batches in data repositories **4**, **6**, and **8**, respectively. At step **230**, mailbox module **62** spawns a child mailbox module to interactively provide remote **16** with the selected access in accordance with the mailbox ID associated with remote **16**. In one embodiment, the spawned mailbox module is a separate process, application, or instantiation of mailbox module **62**. After spawning the child mailbox module, mailbox module **62** may spawn additional child mailbox modules each time security system **14** is to provide one of

a plurality of remotes **16**, **18**, and **20** with selected access to the processing and storage capabilities of host **12**. The child mailbox module sends a ready message to the child communications module at step **232**, indicating that data communications between remote **16** and host **12** may begin in accordance with the selected access remote **16** has to the processing and storage capabilities of host **12**.

FIG. **5** is a flow chart of a method for establishing an auto connect data communications session between host **12** and remote **16**. The method begins at step **300**, where an auto connect may be requested. Auto connect requests may be initiated manually by a system administrator or operator, automatically by host **12** or security system **14** in response to some other event, or in any other suitable manner. If an auto connect has not been requested, the method proceeds to step **302**, where it is determined whether an auto connect has been scheduled to occur at that predetermined time. If an auto connect has not been scheduled, security system **14** waits for a predetermined period at step **304** before returning to step **300**. If an auto connect has been requested at step **300** or scheduled at step **302**, auto connect module **64** spawns a child auto connect module to manage the auto connect at step **306**.

At step **308**, the child auto connect module consults ACD **78** to determine the remote **16** to contact, the time to contact remote **16**, and the task to be performed. In one embodiment, each ACD **78** defines a chronological auto connect list specifying a plurality of remotes **16**, **18**, and **20** to contact, the time to contact remotes **16**, **18**, and **20**, and the task to be performed. ACD **78** may further specify remote-specific information associated with a particular remote **16** on an auto connect list to replace or override the remote-specific information associated with the particular remote **16** and included in RSD **72**. The child auto connect module selects an appropriate communications module **52**, **54**, or **56** to communicate with remote **16** at step **310** using information contained in RSD **72** coupled to control module **60**, ACD **78**, or both RSD **72** and ACD **78**. At step **312**, the child auto connect module tells communications subsystem **50** to establish communications with remote **16** and to provide remote **16** with selected data. In one embodiment, the selected data provided to a particular remote **16** is contained in data repository **4** associated with the particular remote **16**, and specified in accordance with the mailbox ID associated with the particular remote **16**.

Communications module **52** obtains remote communication parameters from RSD **72** coupled control module **60**, ACD **78**, or both RSD **72** and ACD **78** at step **314**. Communications module **52** then spawns a child communications module to process communications between host **12** and remote **16** at step **316**. At step **318**, the child communications module attempts to contact remote **16** using the appropriate protocol and communications parameters. If remote **16** is not contacted at step **320**, the method proceeds to step **322** where the failure is reported to control module **60**.

If remote **16** supports another communications protocol and another appropriate communications module **52**, **54**, or **56** is available at step **324**, the method returns to step **310**. Steps **312** through **320** are then repeated using the selected alternate communications module **52**, **54**, or **56**. If another appropriate communications module is not available, auto connect module **64** determines whether an auto connect session should be rescheduled at step **326**. If appropriate, the auto connect session is rescheduled at step **328**, and the child auto connect module and the child communications module terminate processing at step **330**. If an auto connect session is not to be rescheduled at step **326**, the method proceeds directly to step **330** where the child auto connect module and the child communications module terminate processing. Whether or not an auto connect session is rescheduled, the method returns to step **300**.

If communications are established with remote **16** at step **320**, the successful contact is reported to control module **60** at step **332**. At step **334**, the child communications module requests mailbox module **62** to retrieve selected data from memory **22** and to communicate the selected data to remote **16**. Although establishing an auto connect session with remote **16** is discussed in the context of communicating data from host **12** to remote **16** using security system **14**, the present invention contemplates establishing auto connect sessions to communicate data from remote **16** to host **12** or any other processing platform coupled to security system **14**, to request remote **16** to execute a process on itself, host **12**, or any other processing platform coupled to security system **14**, or to perform any other task suitable for automatic initiation using auto connect module **64**.

After the child communications module tells mailbox module **62** to communicate the selected data at step **334**, mailbox module **62** searches memory **22** for the appropriate data batches using the indexed control file at step **336**. Mailbox module **62** may perform this task or may spawn a child mailbox module to perform this task, as described above in connection with FIG. **4**. If the selected data batches are not located at step **338**, the failure is reported at step **340**. The method then returns to step **326**, where the auto connect may be rescheduled. If mailbox module **62** locates the appropriate data batches at step **338**, mailbox module **62** communicates the selected data to the child communications module at step **342**. The child communications module then communicates the selected data to remote **16** in a format appropriate for remote **16** at step **344**.

FIG. **6** is a flow chart of a method for implementing user-supplied exits before and during the data communications session between remote **16** and host **12**, using exits module **68**. In general, exits module **68** is coupled to control module **60** and may modify access by remote **16** to the processing and storage capabilities of host **12** in response to communications from remote **16**. In one embodiment, MCD **74** specifies which exits are enabled at any particular time and for any particular remote **16**.

The method begins at step **400** where remote **16** successfully signs on using identification information particular to remote **16**. Identification information may include, for example, a username, a mailbox ID, a password, or any other identification information associated with remote **16**. If the security exit is enabled at step **402**, the method determines at step **404** whether there is any reason to deny remote **16** access to the processing and storage capabilities of host **12**, despite remote **16** having successfully signed on at step **400**. Reasons to deny remote **16** access may include, for example, past or present payment delinquencies, past attempts to execute unauthorized or invalid commands, and any other past or present condition making it desirable to deny remote **16** access to the processing and storage capabilities of host **12** despite remote **16** having successfully signed on at step **400**. If there is a reason to deny remote **16** access, the session is canceled. If there is no reason to deny remote **16** access, the method proceeds to step **406** where remote **16** attempts to execute a command. If the security exit is not enabled at step **402**, the method proceeds directly from step **402** to step **406**.

If the remote command exit is not enabled at step **408**, the method proceeds directly to step **416**. If the remote com-

mand exit is enabled, exits module 68 determines whether the command remote 16 attempted to execute was authorized at step 410. If the remote command was not authorized, exits module 68 determines at step 412 whether to modify command parameters associated with the remote command so as to place the remote command in an authorized condition. Exits module 68 may modify command parameters associated with a remote command to add data to memory 22, for example, in response to exits module 68 recognizing that the data is incompatible with the access remote 16 has to memory 22. If the remote command parameters are to be modified, the remote command parameters are modified at step 413 and the method returns to step 410, where it is again determined whether the remote command is authorized. If the remote command parameters are not to be modified, the method determines whether or not to cancel the session at step 414. If the session is not canceled, the user is informed of the unauthorized command at step 415, and the method returns to step 406, where remote 16 must attempt to execute another command.

If the remote command is authorized at step 410, whether as initially communicated or as modified at step 413, other pre-execution exits may be enabled at step 416. Although the other pre-execution exits are discussed in connection with step 416, these other pre-execution exits may be invoked before or after the security exit and/or the remote command exit are invoked or otherwise initiated. Other pre-execution exits may include, without limitation: an initialization exit specifying whether control module 60 invokes an exit in response to its initialization processing; a session initiation exit specifying whether communications subsystem 50 invokes an exit in response to a data communications session being established with remote 16; and any other exit suitable to modify access by remote 16 to the processing and storage capabilities of host 12 before a remote command is executed. If other pre-execution exits are enabled, the remote command may be stopped at step 418 and the stop reported to remote 16 at step 420. The method then proceeds to step 414 to determine whether or not to cancel the session. As discussed above, the session may either be canceled or the method may return to step 406, where remote 16 must attempt to execute another command.

If the remote command is not stopped at step 418, the remote command is executed at step 422. If any post-execution exits are enabled at step 424, the method proceeds to step 414 to again determine whether or not to cancel the session. As discussed above, the session may either be canceled or the method may return to step 406, where remote 16 must attempt to execute another command. If no post-execution exits are enabled, the method proceeds directly from step 424 to step 406. Post-execution exits may include, without limitation: a batch receive exit specifying whether mailbox module 62 invokes an exit in response to receiving a data batch from remote 16 or otherwise adding a data batch to memory 22; a batch send exit specifying whether communications subsystem 50 invokes an exit in response to successful communication of a data batch to remote 16; a data input exit specifying whether communications subsystem 50 invokes an exit in response to data being received from remote 16; a data output exit specifying whether communications subsystem 50 invokes an exit in response to data being communicated to remote 16; a session termination exit specifying whether communications subsystem 50 invokes an exit before data communications between remote 16 and host 12 are terminated; a termination exit specifying whether control module 60 invokes an exit during shutdown of system 10; an application program interface (API) function exit specifying whether the API invokes an exit before an operation requested by a command line utility or user-written API is executed; and any other exit suitable to modify access by remote 16 to the processing and storage capabilities of host 12 once a remote command has been executed.

Although the present invention has been described with several embodiments, a myriad of changes, variations, alterations, transformations, and modifications may be suggested to one skilled in the art, and it is intended that the present invention encompass such changes, variations, alterations, transformations, and modifications as fall within the spirit and scope of the appended claims.

What is claimed is:

1. A data communications system, comprising:

a remote associated with one of a plurality of users, the remote operable to communicate data;

a host coupled to the remote and having a memory, the host operable to communicate data with the remote;

a plurality of data repositories within the memory of the host, each data repository associated with a particular user; and

a security system coupled to the remote and the host, the security system operable to spawn an executable program in response to the remote requesting access to the host, the executable program having selected access to the memory of the host, the executable program operable to interact with the remote to provide the selected access, the selected access comprising access to the data repository associated with one of the plurality of users.

2. The system of claim 1, wherein the security system is operable to establish a separate executable program each time one of a plurality of remotes requests access to the host, each executable program having an associated remote, each executable program having selected access to the memory of the host.

3. The system of claim 1, wherein the security system spawns the executable program according to access information associated with the one of the plurality of users, the access information specifying the selected access.

4. The system of claim 3, wherein the access information comprises a mailbox identifier associated with the one of the plurality of users.

5. The system of claim 1, wherein the security system is distributed to operate on a plurality of different processing platforms.

6. The system of claim 1, wherein the security system further comprises:

a communication module operable to receive communications from the remote and to transmit an access signal in response; and

a mailbox module operable to spawn the executable program in response to the access signal.

7. The system of claim 6, wherein the mailbox module spawns the executable program according to access information associated with the one of the plurality of users, the access information specifying the selected access.

8. The system of claim 6, wherein the communications module comprises a protocol converter operable to receive first data from the remote in a first protocol and translate the first data into second data in a second protocol, the protocol converter operable to communicate the second data to the host in the second protocol.

9. A security system for providing selected access to a memory of a host, comprising:

a communications module coupled to a remote and the host, the remote being associated with one of a plurality of users, the communications module operable to receive communications from the remote and to transmit an access signal in response;

a control module coupled to the communications module, the control module operable to receive the access signal and, in response, to approve selected access to the memory of the host, the memory of the host comprising a plurality of data repositories, each data repository associated with a particular user, the control module operable to transmit a spawn signal in response to approving the selected access; and

a mailbox module coupled to the control module, the mailbox module operable to receive the spawn signal and to spawn an executable program in response, the executable program having the selected access to the memory of the host and operable to interact with the remote to provide the selected access, the selected access comprising access to the data repository associated with the one of the plurality of users.

**10.** The system of claim **9**, wherein the security system is operable to establish a separate executable program each time one of a plurality of remotes requests access to the host, each executable program having an associated remote, each executable program having selected access to the memory of the host.

**11.** The system of claim **9**, wherein the mailbox module spawns the executable program according to access information associated with the one of the plurality of users, the access information specifying the selected access.

**12.** The system of claim **9**, further comprising an exits module coupled to the control module and operable to modify the selected access in response to commands communicated from the remote.

**13.** The system of claim **9**, further comprising a remote site definitions file coupled to the control module and associated with the remote, the remote site definitions file operable to specify communications parameters for establishing communications between the remote and the host.

**14.** The system of claim **9**, further comprising:

an auto connect definitions file specifying communications to be established at predetermined times between the security system and the remote; and

an auto connect module coupled to the control module and operable to initiate communications between the security system and the remote at the predetermined times specified in the auto connect definitions file.

**15.** The system of claim **14**, wherein the communications between the security system and the remote comprise a command operable to cause the remote to execute a program.

**16.** The system of claim **14**, wherein the communications between the security system and the remote comprise information operable to override remote-specific information associated with the remote.

**17.** The system of claim **9**, further comprising an exits module coupled to the control module and operable to modify parameters associated with a remote command if the command is incompatible with the selected access.

**18.** The system of claim **9**, further comprising an exits module coupled to the control module and operable to determine a reason to deny the one of the plurality of users the selected access.

**19.** The system of claim **9**, further comprising an exits module coupled to the control module and operable to invoke an exit selected from the group consisting of:

an exit invoked in response to initialization of the system;

an exit invoked in response to a communications session being established with the remote;

an exit invoked in response to receiving data from the remote;

an exit invoked in response to the addition of data to the memory of the host;



an exit invoked in response to communicating data to the remote;

an exit invoked during shutdown of the system; and

an exit invoked in response to a request to execute an operation.

**20.** A method of data communications, comprising:

receiving communications from a remote at a host having a memory, the remote being associated with one of a plurality of users, the memory comprising a plurality of data repositories, each data repository associated with a particular user;

approving selected access to the memory of the host in response to the communications from the remote, the selected access comprising access to the data repository associated with the one of the plurality of users;

transmitting a spawn signal in response to approving the selected access; and

spawning an executable program in response to the spawn signal, the executable program operable to interact with the remote to provide the selected access.

**21.** The method of claim **20**, wherein a separate executable program is established each time access by one of a plurality of remotes is approved, each executable program having an associated remote, each executable program having selected access to the memory of the host.

**22.** The method of claim **20**, wherein spawning the executable program determines the selected access to the memory of the host, the selected access specified by access information associated with the one of the plurality of users.

**23.** The method of claim **20**, wherein receiving the communications from the remote at the host comprises:

receiving first data from the remote in a first protocol;

translating the first data into second data in a second protocol using a protocol converter; and

communicating the second data to the host in the second protocol.

**24.** The method of claim **20**, further comprising:

establishing communications between the remote and a communications module coupled to the host in response to receiving the communications from the remote;

spawning a child communications module to manage communications with the remote; and

reporting the communications from the remote to a control module, the control module operable to approve the selected access.

**25.** A method of initializing a data communications system, comprising:

coupling a plurality of non-control modules to a control module, the non-control modules operable to determine a well-known port number for the control module;

communicating ephemeral port numbers for the non-control modules to the control module using the well-known port for the control module; and

communicating a ready signal from the control module to each of the non-control modules to initialize the data communications system, the ready signal having the ephemeral port numbers for each of the non-control modules.

**26.** The method of claim **25**, further comprising:

loading the identities of the non-control modules into a status table.

**27.** The method of claim **25**, wherein the non-control modules comprise a communications module and a mailbox module.

* * * * *