# Exhibit 14

# General Binder Overview

### 3.2.1 Text/HP-data/data traffic

One of the main services of MOBITEX is sending and receiving text and data messages. A message can be a status message, a text message, a data message or an HP- data message containing freely coded data.

Messages can be both sent and received by:

* fixed terminal subscriptions
* mobile terminal subscriptions
* personal subscriptions

Group numbers for messages can only receive traffic, not initiate.

If a message does not reach an addressee, e.g. if the addressee's terminal is switched off, the sender is given notification of this. Such messages can be stored in a network mailbox and sent to the addressee when available again.

When generating status, text or data messages the terminal may request that an acknowledgement is sent as a positive response from the network. This positive acknowledge will be sent to the originator when the message is delivered to the addressed terminal. The positive acknowledgment service can be used when communicating with mobile terminals or a personal subscription logged-in to mobile terminal. In other traffic cases the message will be returned to the sender.

If more text or data is to be transmitted than can be contained in one message, the transmission must be divided into several sub-messages. The network does not control the order in which the different sub-messages are delivered to the receiver. Such control must be managed by the terminals if required by the application.

A text message is coded according to national standards and can contain up to 512 characters. This coding permits the reception of alert messages and inter-company traffic. The maximum text length is 512 characters.

Freely coded user data is transmitted in the form of data messages of varying lengths. User data must be formatted as complete octets. A data message may contain up to 512 octets of user data. Coding and decoding of information is determined by the user application.

### 3.2.8 *Data interruption in a line connection*

*This function allows a subscription which is engaged in a line connection to be interrupted momentarily for transmission of any text/data/status messages which are addressed to the subscription. Only mobile terminals may have this function (data and speech can be sent simultaneously to fixed terminals at any time).*

### 3.2.9 Mailbox

The mailbox service means that messages for a subscriber who cannot be reached for some reason (e.g. the terminal is switched off or the personal subscription is logged-out) are stored in a network mailbox.

When sending a message, the sender can state whether it may be stored in a mailbox or not.

As soon as contact with the subscription is established again the messages in the mailbox are sent automatically to the subscriber.

### 3.2.10 Serial number check

The electronic serial number (ESN) is stored together with the terminal subscription MAN in the mobile terminal. Use of this number is intended to protect the mobile terminal from unauthorized use. ESN is checked by the network.

At the network level it is also possible for the system to request and receive information about the ESN from a specific terminal.

The ESN of the terminal is checked by the terminal itself when the power is switched on. For further information see "Mobile Terminal Requirements, General"

### 3.2.11 Inter-network traffic

The link layer frames between the base radio station and the mobile terminal contain a frame synchronization pattern which also serves as a network identification code. The network identification code allows different MOBITEX networks to exist in the same area and use the same frequency band. It also prevents mobile terminals from unnecessarily changing between networks (no automatic change of network is allowed).

When changing network, which is done manually at the mobile terminal, the frame synchronization is replaced. As a result, mobile terminals can only receive roaming signals and other traffic from the network currently selected.

This means that base stations belonging to different networks transmit different frame synchronization patterns.

### 6.2.4 Network control center (NCC)

The Network Control Center (NCC) includes an operation and maintenance function together with a subscription information handler function.

This is where the subscription information is entered and then sent to the main exchanges.

Charging information is collected by this unit during periods of low traffic. After totalling, the necessary basis for accounting is created which can then be sent out by another administrative system.

The operation and maintenance functions consist of collecting central alarms and operating statistics, test function initiation, setting of operating parameters and program loading of all network nodes.

### 6.2.5 Connections

The combination of both data and speech connections in MOBITEX, means that digital transmission systems are preferable to analog connections between nodes.

For data connections between network nodes, two different interfaces can be used, either ISO/HDLC or X.25.

### 3.2.3 Traffic State

Traffic state (octet 7, bit 6-8)

The packet's traffic state is stated by 3 bits and can have the decimal values 0-7.

A packet can have one of the following eight states:

**State = 0** **OK**

Meaning: 'OK'
No problems have occurred during switching.

Action: Presents the message to the user (please refer to "Application Services"). The traffic state need not be stated.

**State = 1** **FROM_MAIL**

Meaning: 'From mailbox'.
This message comes from the network mailbox.

Action: This message is presented in the same way as other incoming messages (please refer to "Application Services"). It should also be presented to the user, stating at which time the message was placed in the mailbox. The meaning of the state should be apparent from the presentation.

**State = 2:** **IN_MAIL**

Meaning: 'Has been placed in the mailbox'.
The addressee cannot be reached at the moment. This message has been placed in the network mailbox.

Action: This returned message copy is presented in the same way as other incoming messages (please refer to "Application Services"). In certain cases, the presentation of text and data in the type dependent component can be omitted. The meaning of the state should be apparent during the presentation.

## 4.2 Activation/Inactivation

In order to avoid transmission attempts to contact terminals which cannot be reached, an activation/inactivation procedure is included at the terminals.

**Inactivation:**

The terminal should deactivate itself by automatically transmitting an INACTIVE packet to the network

1) before it is powered off.

2) when the terminal's message buffer is full and the terminal is incapable of handling more packets from the network.

A terminal may also be deactivated by the network. This occurs if the network repeatedly fails to reach the terminal with traffic.

The terminal and its personal subscriptions are then regarded as inactive by the network until it receives <u>any</u> packet from the terminal. When a subscription is inactive, traffic to it is forwarded to the network mailbox, or returned to the sender without attempting to reach the terminal. Messages are stored in the network mailbox according to the principle described in the chapter 'Mobitex network mailbox' in this section.

If contact is lost during an attempt to transmit the INACTIVE packet no further attempts are made. If contact is already lost when INACTIVE is to be sent, no transmission at all is attempted.

### 4.3 Alert traffic

The handling of alert traffic can be given priority in the network and should also be given priority in terminals.

When an alert message reaches a terminal, the user should immediately be given clear notice that the alert message has arrived. It may also be possible for the message to interrupt another activity so that it can be presented immediately in its entirety.

When an alert signal is initiated, the sending of the alert signal from the terminal should be given priority over the sending of other messages. Assume that the user has ordered the terminal to send a text message. An alert message is initiated by the user at the same time as the text message is to be transmitted. In this case the transmission of the text message should be interrupted, and the alert message should be transferred.

### 4.4 Mobitex network mailbox

Terminal and personal subscriptions can subscribe to the Mobitex network mailbox facility.

If the addressee of a message cannot be reached by the network, the message can be stored in the network mailbox. A message is stored in the network mailbox if:

1) the sender of the message indicates so by using the subscription flag MAILBOX_F and

2) the addressee subscribes to the mailbox service.

If the message is stored in the mailbox, a copy of the message will also be returned to the sender with traffic state IN_MAIL.

If it is not possible to store the message in the receivers mailbox it will be returned to sender. If the network can't deliver the returned message it will be stored in the mailbox belonging to the sender.

When a subscription is activated *or has completed a real time connection*, the packets which have been placed in the mailbox are sent to the subscriber. If the packet had traffic state OK when it arrived at the mailbox the traffic state of the packet is changed to FROM_MAIL when it is sent from the mailbox to the subscription. Packets with traffic states other than OK will pass the mailbox with an unchanged traffic state (e.g returned messages).

Otherwise there is no change in the contents of the packet.

## 4.5 Positive Acknowledgements

A positive acknowledgement can be requested by a terminal when sending to a mobile terminal or a personal subscription logged-in to a mobile terminal. The request is made by raising the POSACK_F flag. When a packet is transferred to an addressee, a copy of the packet is made and sent back to the sending terminal with the POSACK_F flag raised. If the addressee can not be reached and the packet is put in a mailbox, the positive acknowledgement is sent back to the sending terminal when the addressee receives the mailbox packets. If the addressee is a personal subscription not logged in anywhere, the packets will be put in a mailbox and the positive acknowledgement is sent back to sending terminal. If the personal subscription then loggs in to a fixed terminal the mailbox packets will be returned to the sending terminal with traffic state illegal.

The sending terminal identifies a received positive acknowledge by doing the following checks:

- If the POSACK_F flag is raised.
- If the terminal MAN or the personal subscription MAN matches the SENDER field in the packet.
- If the traffic state is either OK or FROM_MAIL.

Packets that are addressed to fixed terminals, groups or personal subscription logged-in to fixed terminals are returned to the sending terminal with traffic state: ILLEGAL.

If a packet is sent with a sendlist, a positive acknowledge will be sent for every addressee in the sendlist.

## 5 RELEVANT PACKETS FOR FIXED AND MOBILE TERMINALS

Each terminal type should be capable of receiving all packets without any malfunction.

The absolute minimum required of a terminal to be approved for connection to MOBITEX is that it is capable of handling the following packets in the correct manner:

mobile terminal:
DTESERV.BORN
ACTIVE
INACTIVE
DIE
LIVE
ROAMORD
ROAM
GROUPLIST
INFOREQ
INFO
TIME
AREALIST
ESNREQ
ESNINFO

fixed terminal:
DTESERV.BORN
ACTIVE
INACTIVE
DIE
LIVE
GROUPLIST
TIME

If personal subscriptions are permitted the following packets must also be handled:

DTESERV.LOGINREQ
LOGINGRA
LOGINREF
LOGOUT
LOGOUTORD
FLEXREQ
FLEXLIST

If alert traffic is permitted the following packets must also be handled :

PSOSCOM.SOS
SOSINFO

optional to alert receivers:

PSOSCOM.SOSACK
DTESERV.VICESOSRX
SOSRX

## 6.9 DIE (the terminal may not send packets):

Designated sender:

The network.

Designated addressee:

Terminal subscription.

Raised flags:

No raised flags.

Criteria for generating the packet:

The network generates this packet in order to prevent a terminal from send any user traffic to the network.

The network's normal action when receiving a packet:

The network does not normally receive the packet.

Normal response of terminal when it receives the packet:

After the reception of DIE, the terminal must not send any user traffic (PSUBCOM, *CSUBCOM*, PSOSCOM). Only DTESERV packets are permitted until a LIVE packet has been received. It should also be shown to the user, that the terminal has received a DIE, and cannot send any user traffic.

Exceptions:

1) *A CSUBCOM 'speech request' received by the terminal should result in a DISCON sent to the network.*

2) The terminal may return packets to the network with the UNKNOWN_F raised.

Length of the packet: 8 octets.

### 6.10 LIVE (the terminal may send packets again):

Designated sender:

The network.

Designated addressee:

Terminal subscription.

Raised flags:

No raised flags.

Criteria for generating the packet:

The terminal has previously received 'DIE' but is now permitted to send user traffic again.

Normal response of network when it receives the packet:

The network does not normally receive the packet.

The terminal's normal action when receiving the packet:

The terminal may resume sending user traffic again. It should also be shown to the user, that the terminal has received a LIVE, and can resume sending user traffic.

Length of the packet:

8 octets.

## 17 DIE - LIVE

The network generates 'DIE' and 'LIVE' according to the criteria and with the format stated in "Network Layer, Packet Formats".

When the terminal receives 'DIE' it is not allowed to send any user traffic to the network, until a 'LIVE' has been received. User traffic is defined as packets included in the packet classes; PSUBCOM, PSOSCOM and *CSUBCOM*. The terminal may send DTESERV packets.

**Dialogue 17.1:**

The terminal may not send user traffic.




'DIE' is stored in the network mailbox if the B-party is not active. The packet is sent out according to Dialogue 15.2 when the B party is active again.

**Dialogue 17.2:**

The terminal may send packets again.




'LIVE' is stored in the network mailbox if the B-party is not active. The packet is sent out according to dialogue 15.2 when the B-party is active again.

# 1 GENERAL

## 1.1 Data flow diagram

The data flow diagram below shows the interaction between the network layer and the other two layers; the data link layer and the application.




Signals to/from Data Link Layer.

| | |
|---|---|
| 1 | MPAK_transmitted, MPAK_not_transmitted, MPAK_received, roaming, activation |
| 2 | MPAK_to_transmit, order_to_return_MPAK, group_list_information, area_list_information |

Signals to/from Application.

| | |
|---|---|
| 3 | MPAK_received, returned_MPAK_with_code, die, live, buffer_full |
| 4 | MPAK_to_transmit, hook_on, hook_off, power_off, manual_mode_on |

RIM-MF2637265