# Exhibit 15

# The

# RAM Mobile Data, Inc.

# PACKET RADIO NETWORKS

RAM
MOBILE
DATA

# AN OVERVIEW

of

# THE RAM MOBILE DATA, INC.

# MOBITEX PACKET RADIO NETWORKS

including a summary of

# RADIO/MODEM AND TERMINAL DESIGN REQUIREMENTS

and

# GUIDELINES FOR APPLICATION SPECIFIC SOFTWARE DESIGN

Issue 2
August 1990

**FEATURE: Non-Proprietary Over-The-Air Protocol** - Specifications for the MOBITEX over-the-air protocol are available to any vendor desiring to make compatible radio modems, terminals and applications software.

**BENEFITS: Competitive Bidding Among Vendors, Customized Hardware and Software** - Most mobile data systems use a proprietary protocol, limiting system users' options as to the source and style of their hardware and software; usually that source is the vendor which supplied the system infrastructure. Users of the RMD network are under no such constraint, as they can put their equipment needs out for competitive bids and expect numerous vendors to respond. In additon to Ericsson, MOBITEX-compatible terminals are presently manufactured by MDI-Mobile Data International, Nokia-Mobira, Philips, Mitsubishi, Gandalf, Kustom and others, with many other vendors expected to unveil MOBITEX products in the coming months. The modularity of MOBITEX products allows users to interface various radio modems with different terminals and peripherals, such as printers, bar code readers, credit card validators and monitors. RMD network users can get the products most suited to their particular application, at competitive prices.

FEATURE: RMD MOBITEX is a Data-Only Packet Switched Network - Unlike data-over-cellular and data-over-trunked-voice systems, the RMD network has been optimized for the specific demands of data communications, supporting real time as well as store and forward capability, closed user groups, dedicated network connections and transaction-based billing.

**BENEFITS: Reliability, Security and Cost Effectiveness** - With store and forward capability, outbound messages which cannot be delivered immediately are stored in the network, to be forwarded to the mobile unit upon its re-registration with the network. Closed user groups assure network users that sensitive data is accessible only to those for whom it was intended. Dedicated network connections for fixed terminals -- either via radio to the nearest base station, or via leased line to the nearest local switching node -- assure easy and rapid access to the network. Finally, the user is billed only for successfully-transmitted packets, in increments appropriate to the nature of the application.

## 2. THE RMD MOBITEX NETWORK STRUCTURE

The RMD MOBITEX network's basic structure is hierarchical, with up to five levels -- including the mobile/portable units. Furthermore, base radio stations can operate on multiple channels simultaneously. This overall approach provides numerous advantages in terms of reliability, availability, traffic capacity, traffic handling efficiency, and expandability, as will become clear from the material that follows.

The RMD network nodes: base radio stations (BAS), area exchanges (MOX), main exchange (MHX) and the network control center (NCC), follow the hierarchy shown in the figure below.

The network node directly below the NCC in the hierarchy is called the top node (MHX). User messages are not routed higher that this top node. With growth of the network an additional level of MHXs can be added. Regional NCCs can also be added.

The MOBITEX system turns around messages between subscribers at the lowest common network node ensuring quick response times and efficient traffic handling within the network.



## 2.1 NETWORK CONTROL CENTER (NCC)

The NCC is used by RMD personnel to configure, control, manage, monitor and operate the network. It is centralized and equipped with:

- computers
- system terminals for:
  - operation and maintenance
  - subscription handling
  - configuration generation and PROM programming
  - dial-up of nodes
- fixed and mobile MOBITEX terminals for test purposes.

The Network Control Center includes an operations and maintenance function (OM), and a subscription authorization manager function (SAM), where subscription information is entered, stored and distributed to the network nodes.

Billing and traffic data are collected at the NCC. Twenty-four hours a day, seven days a week, monitoring of the system is handled from the RMD Network Control Center, which is located in Woodbridge, New Jersey. A secondary NCC is situated at another location, to provide backup in case of primary NCC failure. An NCC will also be installed in the U.K. for network control there.



## 2.4 BASE RADIO STATIONS (BAS)

Base radio stations are the access nodes for mobile terminals. They are also turn-around points for mobile-to-mobile traffic within the station's radio coverage area.

The base radio station includes a stored program control packet switch. It is based on a computer unit, similar to the MHX and MOX type, and a switch unit. The base radio station comprises two main units:

- a computer unit
- a radio unit with associated antennas

Battery back-up at all sites and generator support at many sites permit uninterrupted operation of the RMD radio equipment.





RIM-MF2636215

## 3. SUBSCRIPTION TYPES

Each subscriber can specify his own communication system by using MOBITEX as a link between customized terminals. A subscription type is chosen according to where and how the subscriber wants to use the terminals. A number of services are available for each type of subscription. The services are made available to the user by RAM when opening or updating a subscription.

A subscription to MOBITEX can either be a terminal subscription, a personal subscription or a broadcast group subscription. Various services can be linked to each subscription type.

Access security can be implemented through the use of personal subscriptions with password protection and through closed user groups which limit communications to within a specified set of subscriptions.

Information about the subscription type and services is stored in both the network nodes and the terminal itself. The fixed subscription information stored in the network includes:

-the definition of subscription and services, e.g.:
- subscription type
- subscription number
- group numbers
- password

-technical data about terminal equipment, e.g.:
- radio frequencies
- terminal type

The fixed subscription information is registered in the NCC by RMD when the subscription is ordered by the customer.

Variable subscription information is stored in network nodes (except the NCC) and includes:

- roaming information for traffic routing
- message sequence numbers
- subscriber status
- active (logged-in) personal subscriptions.

## 4. MESSAGING

Messages in the MOBITEX system are sent in the form of packets containing up to 512 bytes of user information. A minimum size message, containing one byte of information, is called a STATUS message. Longer messages are sent in a standardized text format, or as data coded in any form appropriate to a particular application.

By using a set of 256 numerically encoded STATUS message codes, many standard messages can be sent quickly and economically through the network.

More complex digital information can be sent as:

- Text (up to 512 characters, coded according to national ASCII standards),
- Data (up to 512 bytes, unrestricted coding), or
- HP-Data (sub-messages of messages longer than 512 bytes, unrestricted coding).

Message broadcast capability is available over limited geographic regions through the use of group messages which are broadcast from a predefined list of base stations. (See the description of group messaging in section 3.4.)

A "store and forward" capability is available for the case where the addressee of a MOBITEX message is temporarily out of contact with the network. The message will be stored in the network until the addressee is again in contact with the network.

As described in section 3.5, messaging may also be constrained to pre-defined sets of subcribers, known as closed user groups.

The following services are planned for initial availability:

| Service | Mobile | Fixed | Personal | Group |
|---|---|---|---|---|
| TEXT/DATA/HP-DATA | X | X | X | X |
| STATUS | X | X | X | X |
| PASSWORD | | | X | |
| GROUP MESSAGES | X | X | | |
| STORE AND FORWARD | X | X | X | |
| CLOSED USER GROUPS | X | X | X | X |

## 4.3 STORE AND FORWARD

If the addressee of a MOBITEX message cannot be reached, e.g., because the destination terminal has been temporarily turned off, or because of radio shadow or passage through a tunnel, the message will be temporarily stored in the network. A copy of the message, and an acknowledgement that the message has been placed in storage, is returned to the sender. The sender of the original message may choose not to place the message in storage. This request is made before the message is sent.




When the receiving subscription registers with the network, stored messages are sent to the subscriber. The subscriber will also be informed that the message had been stored in the network.

The "mailbox" used to store undeliverable messages has a capacity of 10 messages per subscription. Once a "mailbox" is full, new messages are returned to the sender. Messages not retrieved within several hours (a system parameter typically set between 12 and 24 hours) will be deleted.

# Appendix D.3 - MOBITEX Network Protocol

The MOBITEX network layer protocol defines the data communications and control functionality provided by the RMD network to user applications and terminal equipment. The various packets supported by this protocol are grouped into the following two classes:

PSUBCOM - standard SUBscription COMmunications which include several types of data encoding and an address list option

DTESERV - Data TErminal SERVice packets which provide network level status information and control capabilities

The packets which make up each of these classes are summarized in the following tables:

| PSUBCOM Packets | Originating MAN | Receiving MAN | Function |
|---|---|---|---|
| STATUS | TERM<br>PERS | TERM<br>PERS<br>GROUP | Send one byte status code |
| STATUS with SENDLIST | TERM<br>PERS | TERM<br>PERS<br>GROUP | Send one byte status code to a list of addressees |
| TEXT | TERM<br>PERS | TERM<br>PERS<br>GROUP | Send ASCII coded text message |
| TEXT with SENDLIST | TERM<br>PERS | TERM<br>PERS<br>GROUP | Send ASCII coded text message to a list of addressees |
| DATA | TERM<br>PERS | TERM<br>PERS<br>GROUP | Send transparent data message |
| DATA with SENDLIST | TERM<br>PERS | TERM<br>PERS<br>GROUP | Send transparent data message to a list of addressees |
| HPDATA | TERM<br>PERS | TERM<br>PERS<br>GROUP | Send transparent data message using specified higher level protocol |
| HPDATA with SENDLIST | TERM<br>PERS | TERM<br>PERS<br>GROUP | Send transparent data message using specified higher level protocol to a list of addressees |
| EXTPAK | EXT network<br>TERM<br>PERS | EXT network<br>TERM<br>PERS<br>GROUP | Send data packet to external network |

| DTESERV Packets | Originating MAN | Receiving MAN | Function |
|---|---|---|---|
| LOGINREQ | TERM | NETWORK | Request for PERS login |
| LOGINGRA | NETWORK | TERM | Grant PERS login |
| LOGINREF | NETWORK | TERM | Refuse PERS login |
| LOGOUT | PERS | NETWORK | Logout PERS subscription |
| LOGOUTORD | NETWORK | TERM | Logout PERS subscription |
| BORN | TERM | NETWORK | (Re) Initialize terminal registration |
| ACTIVE | TERM | NETWORK | Activate network registration |
| INACTIVE | TERM | NETWORK | Deactivate network registration |
| DIE | NETWORK | TERM | Stop terminal from sending user traffic |
| LIVE | NETWORK | TERM | Lift previous "DIE" order |
| ROAMORD | NETWORK | TERM | Request terminal to send ROAM |
| ROAM | TERM | NETWORK | Provide network with ROAM message |
| GROUPLIST | NETWORK | TERM | Update list of groups that TERM occupies |
| FLEXREQ | NETWORK | TERM | Request updated list of PERS that are logged-in |
| FLEXLIST | NETWORK<br>TERM | TERM<br>NETWORK | Provide updated list of PERS that are logged-in |
| INFOREQ | NETWORK | TERM | Request info on terminal characteristics |
| INFO | TERM | NETWORK | Provide info on terminal characteristics |
| TIME | NETWORK | TERM | Provide network time update |
| AREALIST | NETWORK | TERM | Provide list of allowed areas in which to traffic |
| ESNREQ | NETWORK | TERM | Request terminal serial number check |
| ESNINFO | TERM | NETWORK | Provide terminal serial number |