# Exhibit 17

RESEARCH IN MOTION

Research In Motion Limited
180 Columbia Street West
Waterloo, Ontario CANADA N2L 3L3
Tel: (519) 888-7465 Fax: (519) 888-6906

Press Release

*For immediate release* *November14, 1994*

# DEVELOPMENT TOOLS FACILITATE WIRELESS DATA COMMUNICATIONS

**Las Vegas, NV--** At Comdex today, **Research In Motion (RIM)** demonstrated development tools that advance the adoption of wireless data communications technology. The new tools, RAD-I/O and RAD-AT, minimize the integration and application development efforts required by VARs, systems integrators and developers. Ericsson will be bundling RAD-I/O and RAD-AT with the Mobidem wireless modem.

"These new tools from RIM provide the critical first step for developers to design wireless applications quickly and inexpensively," said Martin Levetin, senior vice president, systems and technology, RAM Mobile Data. "By introducing tools like RAD-I/O and RAD-AT, RIM is helping to create standards that further the explosive growth of the wireless digital data industry."

RAD-I/O provides a simple, powerful MS Windows or Macintosh interface to RAM's wireless data communications networks enabling any application to send information wirelessly with a file-based protocol. Mobile executives can use RAD-I/O with Microsoft Word to send faxes wirelessly via their company's fax server around the world.

Interfaces between RAD-I/O and existing applications can be created quickly and easily, to add wireless capabilities without modifying the original application. For new wireless application development, RAD-I/O dramatically reduces the development cycle from months to weeks or days. RAD-AT drivers installed in PCs or other computing devices allow applications based on the industry standard Hayes AT modem command set to use Mobitex networks worldwide.

Mike Lazaridis, president, Research In Motion, says RIM's goal is to make global wireless data communications based on the MOBITEX® standard a reality. "The world is moving toward open interfaces and standard communications technologies," Lazaridis said. "As an international standard already in use in 12 countries, MOBITEX represents tremendous benefits for mobile users, particularly those with multinational interests."

Founded in 1984, Research In Motion is based in Waterloo, Ontario and has been manufacturing Mobitex-compatible products since 1988. RIM supplies MOBITEX network operators throughout the world with a range of products including radio-modems, terminals, protocol converters, custom application devices using integrated radio-modems, X.25 gateway software, application development tools and protocol stacks used as imbedded systems in radio-modems.

*For further information contact:*

Don McMurtry
Research In Motion
519-888-7465 ext. 231