# Exhibit 19

Small Box

Received
5/31/06

# Mobile Data Communication Guide to Mobitex



ERICSSON

"We define mobile communication as a way for customers to extend their computer, or MIS system (Management Information System), so that it is accessible from a mobile environment, giving organizations with mobile personnel the potential to increase the efficiency of their operation."

Mobile Data Communication
Guide to Mobitex

LZT EN/123 689

Edition 1, March 1993

Published by **Ericsson Mobile Communications AB,**
Mobile Data Division, S-164 80 Stockholm, Sweden.
Phone: +46 8 757 35 00. Fax: +46 8 751 60 79.

Translation and original production: MERK AB,
Uppsala, Sweden, 1993.
Printed by: Nermans Trycksaker, Karlstad 1993.

**HDLC.** High Data Level Link Control. Synchronous link layer protocol which can be used between MOX and different types of computers.

**Logging/Statistics.** This function is integrated in certain communication products on the fixed side of the Mobitex connection. It can be designed in different ways but usually it provides supervision and concise information on pending traffic or traffic history to and from the host computer.

**Mailbox.** A function in Mobitex to which the user can subscribe. Every time a packet of information is transmitted the sender can choose to leave it in the mailbox if the recipient is unavailable. All messages in a mailbox are automatically transmitted as soon as the recipient is active in Mobitex again.

**MASC.** Mobitex Asynchronous Communication. Asynchronous protocol on link level in Mobitex. Specially adapted for communication between the radio modem and peripheral equipment to withstand particularly high levels of interference from surrounding electrical equipment.

**MPAK for Interaction with the Network.** Packet types used for system information and for using Mobitex optional services. The packets manage the following:
*Alert management:* This is used to transmit and acknowledge alarms.
*Portable subscriptions:* Packets which are used for logging in to a portable subscription.

**MPAK for Managing User Data.** MPAK is the packet unit which is routed through the entire Mobitex network when user data is transmitted. By using the different types of MPAK an application can be shaped for better performance and can even help reduce communication costs for the user. There are a number of different kinds of MPAK:
*Data:* A packet of maximum 512 octets of user data which can be freely coded.
*HPdata:* A data packet with an extra field with information to indicate which type of Higher Protocol (Transport Protocol MTP/1) that is used in the data part of the packet.
*Alert:* A high priority text message used in alarm applications.
*Status:* An octet of data. A cheap and quick way to handle messages that are transmitted often. They are encoded by a single character between 0 and 255.
*Text:* A packet of information in standard ASCII code in order to send messages to a printer which is directly connected to the radio modem. It has a capacity of 512 characters.

**MOX.** Mobitex area exchange. A junction or node as it is known in the internal Mobitex network. The central company computer is connected to a MOX. This is called the fixed connection.

**NCC.** Network Communication Control. A Network control center managed by an operator. NCC consists mainly of operating and supervision functions for an entire Mobitex network. All subscriber data is also gathered and recorded by the NCC for every network user.

**NMEA.** National Marine Electronics Association. An organization which has defined a protocol, NMEA 0183, for GPS receivers. The protocol is used for communication between GPS receivers and the data gathering unit in the mobile environment. To communicate with an application on Mobitex you should use OVLS.

**OSI.** Open Systems Interconnection. The generally accepted reference model for communication products and protocols.