# Exhibit 22

# RemoteWare® Server for Windows NT®

*Reference Manual*

XcelleNet

United States • Canada • United Kingdom • France • Germany

**XcelleNet® RemoteWare® Server for Windows NT® Reference Manual**

**Software Release 3.1 for use with Microsoft® Windows NT computers**

© 1996 XcelleNet, Inc. All rights reserved.

This manual, as well as the software described in it, is furnished under license and may be used or copied only in accordance with the terms of such license. Companies, names, and data used in examples herein are fictitious unless otherwise noted. The information in this manual is furnished for informational use only and is subject to change without notice.

Except as permitted by such license, no part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, recording, or otherwise, without the prior written permission of XcelleNet, Inc.

XcelleNet, Inc., 5 Concourse Parkway, Suite 850, Atlanta, Georgia 30328 United States, (770) 804-8100

XcelleNet, Inc., 1200 McGill College, Suite 1100, Montreal, Quebec, H3B 4G7 Canada, (514) 393-8546

XcelleNet Ltd, XcelleNet House, Amersham Hill, High Wycombe, Bucks HP13 6NA
United Kingdom, +44 (0) 1494 558000

XcelleNet, 168 avenue François Arago, 92000 Nanterre, France, +33 (1) 47 86 36 72

InstallShield is a registered trademark of InstallShield Corporation. InstallShield Corporation is a business unit of Stirling Technologies, Inc. Windows, Windows NT, and Windows 95 are registered trademarks of Microsoft Corporation in the United States and/or other countries. Novell and NetWare are registered trademarks of Novell, Inc. BasicScript © 1992-1996 Summit Software Company. XcelleNet and RemoteWare are registered trademarks of XcelleNet, Inc. All other product and company names are trademarks or registered trademarks of their respective companies.

Portions of the RemoteWare technology are patent pending.

Printed in the United States of America.

Part number: NS-000-700-3100 (9/96)

## CLIENT PROFILE AT A GLANCE

A Client consists of the RemoteWare Client software on a computer other than the Server. The Client and Server use the Client software to connect and exchange information.

Client Profile consists of the property pages listed in Table 1. Property pages for Clients describe the operating system, available connection methods, communication session framework, resource information, and optional contact information.

A Client group is a collection of Clients that have common characteristics (such as the same project, work object or session requirements, geographical area, or affiliation, for example). Client groups simplify the management of large numbers of Clients. Assign work objects or sessions once to a Client group instead of having to assign individual Clients to sessions or work objects. The Server then executes sessions or work objects for each Client in the group.

Client group property pages in Table 1 show assignments and inclusions for Clients, other groups, work objects, and sessions.

*Table 1. Client Profile property pages*

| Property page | Description |
|---|---|
| **Pages specific to the Clients:** | |
| Client List | Displays Client and group names, descriptions, and status.<br>Convenient access for status changes, security reset, or installation kit creation. |
| General | Specify attributes specific to the Client, not including connection methods.<br>Set Client and secondary Server access options, as well as Client level file transfer options (for example, ESD and Applications). |
| Client | Define up to five (5) Client based connection methods.<br>Set Inbound Schedule, enabling the Client to automatically connect at a preset time. |
| Server | Specify the primary and alternate connection methods for outbound connections to the Client, including the Client's phone number or network address. |
| Assignments | Select which work objects or object groups execute each time the Client establishes a connection. |
| Information | View Client disk space and memory availability, as well as the current inbound session assignment. |
| Comments | Optionally specify the Client's contact information and any other facts pertinent to this Client. |
| **Pages specific to Client groups:** | |
| Members | Display, add, or remove Clients from the selected group. |
| Parents | Make this group a member of another group (or groups), or view which Client groups contain this group. |
| Objects | List which work objects are associated to this group, either directly or through another Client group. Assign work objects, or unassign work objects that have been directly assigned to this group. |
| Sessions | Show the sessions assigned to this group, either by direct assignment or through other Client groups. Assign sessions, or unassign them if they're directly assigned to the group. |

# WORK OBJECT EDITOR AT A GLANCE

Work objects are lists of instructions that execute during a connection with a Client or as part of a session. Work objects perform tasks using events, which are commands used to instruct RemoteWare to complete an operation. Further, object groups can be used to organize one or more work objects as one unit instead of as separate objects.

The Work Object Editor consists of the property pages listed in Table 1. These property pages define the object's execution basis, performed tasks, and assignments to other RemoteWare components.

*Table 1. Work Object Editor property pages*

| **Property page** | **Description** |
|---|---|
| Objects | Display defined work object names, owner, type, and status. From this page, define new objects or view, filter, copy, rename, delete, enable, or disable objects. |
| General Attributes | Set execution limits and enable/disable the object. Limits include by Client type, daily window, or active dates and times. |
| Application Attributes | Application work objects use this page to define the application, its working path, command line input, and launch mode at the Client. |
| Schedule Attributes | Application work objects use this page to set the starting and ending date/time, and the interval between executions. |
| Events | Create, view, and edit events that make up a worklist or ESD object. Appendix A discusses the individual events in detail. |
| Members | The group and application group objects use this page to list individual objects (not groups) in their group. Use to display, add, or remove objects from the group. |
| Sessions | List which sessions are assigned to this object, either directly or through another object group. Objects assigned to a session are scheduled to run based on the object's and session's characteristics. |
| Clients | Show the Clients assigned to this object. Objects assigned to a Client run when the Client connects, based on the object's, Client's, and session's characteristics. |
| Users | From an application or application group object, use the Users page to view, add, and remove user assignments to this object. Objects with user assignments execute whenever that user connects with the Server. |
| Parents | Display which group and application group objects include this object on their Members page. Assign this object to a group, and run this object whenever the parent group executes. |

#### WORK OBJECT TYPES

There are five types of work objects, all of which you build using the Work Object Editor. When and how an object runs depends on settings on the General Attributes property page and the object's assignments.

- **ESD (Electronic Software Distribution)**. An ESD work object is a set of events that are optimized to electronically distribute software or files residing on the Server. The ESD work object may also contain events that execute before and/or after the ESD events.
- **Worklist**. A Worklist object is a set of events that execute during a communication session between the Server and Client. Worklist objects may also be used to perform tasks at the Server (such as deleting or renaming files) without a Client connection.
- **Group**. Group objects may contain existing ESD and Worklist objects. Use groups to collect a set of related work objects, or to group similar objects that perform differently based on the executing environment (for example, similar tasks for different Client types in the RWS System ESD group object).
- **Application**. Application objects consist of already defined ESD, Worklist, or Group objects. Application objects distribute, maintain, and execute applications at the Client.
- **Application Group**. Application Group objects consist of Application objects that you have already built. Grouping application objects makes complex application assignments easier.

#### EXECUTION

Some of the reasons objects may or may not execute include General Attributes settings, object assignments, session restrictions, Server restrictions, and Client task selections.

The General Attributes property page allows you to limit or restrict work object execution for any object. These controls provide the ability to:

- Enable or disable the object.
- Define an execution window, specifying the daily active timespan for the object.
- Set an activation and/or deactivation date, setting the date and time when an object may execute.
- Limit the object's execution to one or more Client type(s).
- Assign a priority to order the object's execution within a session.

Work object assignments on the Clients, Sessions, and Users pages also determine when an object runs.

- **Clients**. Assign worklist, ESD, or group work objects to a Client to have the object executed each time a connection takes place with an assigned Client.
- **Sessions**. Assign worklist, ESD, or group work objects to a session to automatically execute the object whenever that session runs.
- **Users**. Assign application objects and application group objects to users and/or user groups to run the object each time a connection takes place with an assigned user's Client.

A Client may be given the ability to execute selected session work objects if the **Inbound Work Object Selection** option is enabled on the Client Profile General page. The Client user can select which work objects execute during an inbound connection to the Server. A Client can only select objects with an execution type of Default or Requestable, assigned to an inbound session, assigned to the Client, or to the user.

#### WHEN AN OBJECT DOESN'T EXECUTE

Although a work object may be defined and enabled, it is not executed unless it is assigned to a session, Client, or user. You assign sessions and Clients to ESD, worklist, and group objects. You assign users to application and application group objects.

Certain other conditions may cause the object not to execute if:

- It is an ESD or application object and the **ESD** or **Applications** checkbox is not selected at the Server Profile Settings page, Client Profile General page, or Session Editor Options page.
- The Limit execution to assigned Session Objects option is selected for the session.
- The object is disabled.
- The object is outside the object execution window.
- The object is limited to certain Client types.
- The object has exceeded the deactivation time.
- The object is deactivated at the Client.

For or a list of additional reasons why an object may not execute, see Table 8 in the "Schedule Manager" chapter later in this book.

## GENERAL ATTRIBUTES PAGE

The General Attributes property page contains the object's status, priority, and execution criteria. This page automatically appears after you create and name a new object.

To display the General Attributes page, highlight an object on the Objects page and click the **General Attributes** tab, or select **Pages → General Attributes**.




The object's name is always displayed on the title bar. The General Attributes page allows you to view or set this information:

**Owner**. Displays the object's owner. All objects you create have the owner USER; RemoteWare objects display the owner SYSTEM, RWWORKSHOP, or RWSUB.

**Enabled**. The checkbox is disabled by default. Check this checkbox to allow the object to execute. In order to avoid an object from executing unexpectedly, you may want to keep an object disabled until you have completely defined it.

**Execution**. Determines how the Client can control execution of this work object. Click the down arrow to the right of this field to display or set other values. The default value is Default; possible values are:

- **Default**. Default work objects normally execute unless they are disabled by the Client. Clients can only disable this object if it is assigned to an inbound session, the Client can perform inbound connections, and the Inbound Work Object Selection checkbox is enabled on the Client Profile General page.
- **Forced**. The work object cannot be disabled by the Client.
- **Requestable**. This work object is never executed unless explicitly requested by a Client. Since Clients can only request objects assigned to inbound sessions, requestable work objects assigned to outbound sessions never execute. In addition, the Client must

Case 3:08-cv-04990-EMC Document 586-22 Filed 08/01/11 Page 9 of 18
PageID #: 17940



■ See "Optimizing event execution" in Appendix A for other details about designing effective sessions.

The Server uses the session to complete these tasks during a communication session:

1 Read and validate work objects assigned to the Client.

2 Read and validate work objects assigned to the session.

3 Sort work objects by priority and remove any duplicate objects.

4 If ESD is disabled, then remove all ESD work objects.

5 If Applications are disabled, then remove all application work objects.

6 Build the master worklist. This worklist contains a list of events, partially resolved file names, and variables that the Server dynamically updates and executes.

7 Execute BEFORE events.

8 Initiate a connection to the Client.

9 Start processing ESD events. Build a list of temporary files in the Server's memory.

10 Execute DURING events once the connection is established.

■ Step 11 is one of the major advantages of ESD objects versus worklist objects. ESD objects check all Client files in one operation, while worklists must check each file separately.

11 Check the Client's file system when executing the first ESD work object. Rebuild the master worklist with the needed ESD events.

12 Continue to execute DURING events. Rebuild the master worklist as the Server acquires updates to unresolved variables or processes conditional events.

13 The Server terminates the communication link.

14 Execute AFTER events.

## MENU COMMANDS

The Session Editor program uses the menu commands in Table 2. All of these commands are available from the Sessions page. These commands are in addition to the general commands available in all RemoteWare programs, and listed in "The RemoteWare Interface" chapter earlier in this book.

*Table 2. Session Editor menu commands*

| **Toolbar icon** | **Command (★ are a shortcut)** | **Description** |
|---|---|---|
|  | File → New... | Create a session. |
|  | ★ File → Copy... | Make a new session using an existing definition. |
| | ★ File → Rename... | Change the name of a session. |
|  | ★ File → Delete... | Permanently remove a session definition from the list. |
| | ★ Commands → Enable Session<br>★ Commands → Disable Session | Make this session available (or unavailable) for scheduling. Can also be toggled to remove unwanted blocked sessions from the Schedule Manager program. |
| | Filter → ... | See "Filter menu options" in the "Sessions page" section later in this chapter. |

RIM-MF2641785

## EVENT TYPES

The events in Table 1 are part of four major event categories. These categories make up the **Add Events** menu item on the Work Object Editor's Events property page or in the Worklist Editor:

- **File Transfer**. Events that perform file-based data exchange between the Client and the Server.
- **Operating System**. System commands, such as DIR or COPY, on either the Server or on the Client.
- **Session Control**. Controls how the Server progresses through the list of events. Includes conditional statements, events that set and test variables, and events that test Client inclusion in groups.
- **Server**. Events specific to the Server. Used to process external event files, set alarms, contact other NT servers via named pipes, and exchange message queues.

*Table 1. Event categories and overview*

| Category | Events (★ are valid for ESD) | Description |
|---|---|---|
| File Transfer | GET file(s) from Client | Retrieves Client files and puts them on Server. |
| | ★ SEND file(s) to Client | Transfers file from Server to Client. |
| Operating System | APPEND file(s) to another | Combine one or more files. |
| | ASCII APPEND file(s) to another | Combine one or more text files. |
| | CHECK DISK | Retrieve storage characteristics for a disk drive. |
| | ★ CHECK file | Compares file timestamp and size. |
| | COPY file(s) | Duplicates files on the same computer. |
| | DELETE file(s) | Removes files from the computer. |
| | DIRectory listing | Places the list of directories and files in a text file. |
| | EXECUTE program | Run an application. |
| | get FILE STATUS | Determine if a file exists. |
| | ★ MAKE DIRectory | Create a new directory. |
| | REMOVE DIRectory | Delete an empty directory. |
| | RENAME file(s) | Change file names on the same computer. |
| | SET Client TIME | Syncs the time based on Server time and timezone. |
| | WAIT for file to exist | Pause until file appears; continue if time exceeded. |
| Session Control | ★ COMMENT | Include a non-executable remark. |
| | ELSE IF | Begins an alternate case of events. |
| | END IF | Ends an IF or ELSE IF block of events. |
| | END REPEAT | Ends a REPeat block. |
| | END SESSION | Stops a session and ends communication. |
| | IF previous event FALSE | Executes an event block when previous event is false. |
| | IF previous event TRUE | Executes an event block when previous event is true. |
| | REPeat IF previous event FALSE | Repeatedly runs events when previous event is false. |
| | REPeat IF previous event TRUE | Repeatedly runs events when previous event is true. |
| | SET VARiable | Defines variables for this object. |
| | TEST VARiable | Compares variables and text. |
| | TEST if Client is in GROUP | Determine if a Client is a member of a group. |
| Server | EXCEPTION worklist | Executes events in an event file when a session fails. |
| | NOTIFY nt server | Sends a message to an NT server. |
| | USER defined ALARM | Display a user alarm in the Message Log. |
| | insert WORKLIST | Execute events in an event file. |
| | MESSAGE EXCHANGE | Exchange message queues on the Client and Server. |

### ★ SEND FILE(S) TO CLIENT

The Send file(s) to Client event transfers one or more Server files to a file or directory on the Client. Using wildcards with this event transfers a group of Server files whose names have something in common or that are in the same directory. Select **Add Events → File Transfer → SEND file(s) to Client** to add this event to a worklist. Double click a SEND event in the Work Object Editor Events window to edit an existing SEND event.




These event specific fields appear at the top half of the Event Details window:

**Server Filename or Wild Card**. Indicates which directory or files to send to the Client. Enter the file name, path name, or directory on the Server. Use the Select File button to choose a file, or use wildcards to send files of the same type or that exist in one directory. RemoteWare uses the <ServerData>\ directory as a default if this field is left blank or if the file name has no path.

**Client Filename or Wild Card or Directory**. Places one or more Server files in this location at the Client. Specify the file name, wildcard parameter, or directory for the Client file(s). The default path value is the <ClientInstall>\ directory.

⚠ ***Note:*** *For multiple files, the Server always assumes that the destination is a directory. For single files, directories must use a backslash "\" as the last character in the path name, otherwise the Server assumes the name to be the destination file name. See the examples below.*

Table 9 lists the options available for the SEND event. Details on these options are available in the "Options area" section earlier in this chapter.

Case 3:08-cv-04990-EMC Document 586-22 Filed 08/01/11 Page 12 of 18
PageID #: 17943



## OPERATING SYSTEM EVENTS

Operating system events execute system level commands on either the Server or the Client. Events marked with ★ are valid for ESD events. Operating system events include:

- APPEND file(s) to another
- ASCII APPEND file(s) to another
- CHECK DISK
- ★ CHECK file
- COPY file(s)
- DELETE file(s)
- DIRectory listing
- EXECUTE program
- get FILE STATUS
- ★ MAKE DIRectory
- REMOVE DIRectory
- RENAME file(s)
- SET Client TIME
- WAIT for file to exist

### APPEND FILE(S) TO ANOTHER

Use the APPEND event to add the contents of one or more binary files to the end of a file. (See ASCII APPEND if you are working with text files.) Select **Add Events** → **Operating System** → **APPEND file(s) to another** to add this event to a worklist. Double click an APPEND event in the Work Object Editor Events window to edit an existing event.




The Event Details window for the APPEND event displays these event specific fields:

RIM-MF2641982

#### Examples

To copy one file on the Server before a communications session begins (or for a Process Only session):

```
SB COPY <ServerData>\File.TXT E:\Archives\File.TXT
```

To copy one or more Client files to the same directory without changing their file names:

```
CD COPY D:\*.DOC D:\
```

To copy one or more Server files to a different directory:

```
SA COPY <ServerData>\Storage\File.TXT E:\Archives\File.TXT
```

### DELETE FILE(S)

Permanently remove one or more files from the Server or Client. Select **Add Events → Operating System → DELETE file(s)** to add this event to the worklist, or double click an existing DELETE event to display the Events Detail window.




**Filename or Wild Card**. The path, file name, or wildcard parameter for one or more files to delete. The Select File button allows you to choose a file if the event occurs on the Server, or you can type the value in the text box. The event uses the default <ServerData>\ or <ClientInstall>\ directory if the field is blank or if there is no path.

Case 3:08-cv-04990-EMC Document 586-22 Filed 08/01/11 Page 14 of 18
PageID #: 17945



#### Examples

List every file in the Client's \FILES directory:

```
CD DIR <ServerData>\Listings\Files.DIR FROM C:\FILES\
```

List the Client's \FILES directory (not its files) if it exists (note that the event omits the last backslash to list the actual directory):

```
CD DIR <ServerData>\Listings\Filedir.DIR FROM C:\FILES
```

Generate a directory listing of all .bas files in a Server directory before a communications session begins (or for a Process Only session):

```
SB DIR <ServerData>\BASLIST.TXT FROM <ServerData>\PROG\*.bas
```

### EXECUTE PROGRAM

The EXECUTE event provides the same capability as the DOS command line for running programs. It launches the program via the information in the Command Line field. Choose **Add Events → Operating System → EXECUTE program** to display the Event Detail and add this event to your worklist. Double click an existing EXECUTE event to display the Event Detail window.

EXECUTE does not monitor the status or completion of the program that is being executed.




**Command Line**. Enter the path and name of the application's executable file. Include command line options after the file name. See the examples for more information.

Only two options listed in Table 17 are relevant for the EXECUTE event. Details on these options are available in the "Options area" section earlier in this chapter.

*Table 17. Options for the EXECUTE program event*

| Option | Remarks |
|---|---|
| Not required for successful session | Marks this event as successful even if did not successfully complete. |
| Conditional (True/False) | Executes this event only if previously executed event ended with a true/successful value or false/failed value. |
| Execute | On Client: During only.<br>On Server: Before, During, and After. |

RIM-MF2641992

Table 19 lists the options for the MAKE DIRectory event. See the “Options area” section earlier in this chapter for details on these options.

*Table 19. Options for the MAKE DIRectory event*

| Option | Remarks |
| --- | --- |
| Not required for successful session | Marks this event as successful even if did not successfully complete. |
| Critical event (Retry) | Stops the session if this event fails.<br>When enabled, disables the Not required for successful session option. |
| Conditional (True/False) | Executes this event only if previously executed event ended with a true/successful value or false/failed value. |
| Execute | On Client: During only.<br>On Server: Before, During, and After. |

#### Examples

To create a directory on the Server before a communications session begins (or during a process only session):

```
SB MAKE DIR <ServerData>\NEWDIR
```

### REMOVE DIRECTORY

REMOVE DIR deletes a Client or Server directory. The directory must be empty of subdirectories or files before it can be removed. Choose **Add Events** → **Operating System** → **REMOVE DIRectory** to add the event to a worklist, or double-click a RE-MOVE DIR event in the worklist to display its Event Detail window.




**Directory Path**. The path and name of the directory to be removed.

Table 20 lists options for the REMOVE DIRectory event. See the “Options area” section earlier in this chapter for details on these options.

**Directory Manager**
A RemoteWare Server program that appears when RemoteWare Messaging Services has been installed. Creates, manages, and assigns RemoteWare users to user groups and Clients.

**Disable**
A state where the item cannot be used in an active system. An item or feature may be disabled by design, by operator choice, or because the item is not properly configured.

**Distribution list**
In RemoteWare Messaging Services, refers to an option available for user groups. A distribution list consists of a user group that is available to RemoteWare Extended Client users. Users may select one or more distribution lists to simplify message sending. See also user group.

**Docked menu**
See also Tearaway menu. A set of commands or options in a toolbar that are part of the surrounding window. These menus can be removed from the window and placed as a separate window.

**Domain groups**
Two or more Windows NT computers that share a common domain database and security policy.

**Double click**
The action of placing the mouse pointer over an item and pressing a mouse button twice in rapid succession. This action is typically used to launch or start an program.

**Down (Server)**
A Server state indicating that a portion of the Server is not functioning. This may result from a Server that is still starting up or one that is experiencing problems. Network Status, Administrator, and Server Profile display the status of all Servers on the network. Use the Server Log to determine the cause of the downed Server.

**Drive (letter)**
Any letter from A to Z representing a storage device (such as floppy disks, hard drives, network volumes, RAM disks, and CD-ROMs).

**Drop-down menu**
A collection of commands or options that appear when you click or select the down arrow on a field. May also refer to the menus in the menu bar.

**During event**
A task that is set up to execute only when the Server is connected to the Client. Many events can be set up as during events, but file transfer events and messaging events require a connection and therefore must be defined as during.

# E

**ECF**
See External Configuration File.

**Editor**
Any program that allows you to manipulate data in a file. Some examples in RemoteWare are the *Dial Script Editor*, *Subscriber Editor*, and the *Workshop Editor*.

**ECF Server**
A process that runs on the Server and processes ECF data files placed in a watched directory. By default, the watched directory is \ecf on the data drive.

**Electronic Software Distribution**
Commonly called ESD. The ability to check and conditionally update Client files using a master copy at the Server. System and User ESD objects automatically update files if the existence, date, time, or size differ from the Server's file.

**Enable**
An option, resource, or item that is functioning, implemented, or ready for use.

**Environment variable**
A symbol defined in the System Environment Variables section of the System control panel. The variable may be used in a RemoteWare event by referencing it as <$*variable name*>. Environment variables cannot be set from RemoteWare and retain the same value across all events and objects.

**ESD**
See Electronic Software Distribution.

**Events**
In the Work Object Editor or Worklist Editor, the smallest unit of work in a work object or worklist. Events perform file transfer, system commands, conditional execution flow, and other functions.

**Exception worklist**
A collection of events in an external file that is referenced by an EXCEPTION worklist event in a work object. This worklist executes only after a Failed-Final session and can be used to run recovery or salvage tasks.

**Execute**
**1** Begin an operation or instruct an program to start processing data, events, or commands.
**2** In the Work Object Editor or Worklist Editor, an event that can be used to start a Server or Client program.

**Execute now**
In the Schedule Manager, a menu command that begins a session immediately. This type of scheduled session is independent of any other session appearing with the same name and does not affect the scheduling or rescheduling of other sessions.

**Execution drive**
The drive letter or network volume containing active files of the \system directory. Servers generally possess their own separate execution drives, which is usually the local hard drive.

**Execution Server**
A program at the Server that processes the NOTIFY and EXECUTE events that can be in a Work Object Editor work object, Worklist Editor worklist, or command from the Interactive Session program.

**Execution type**
A work object attribute that determines if the object executes based on choices from the Client. The object can be set to always execute (see Forced execution), execute only if the Client enables the object (see Requestable execution), or execute unless the Client disables the object (see Default execution).

**Execution window**
From the Session Editor Schedule page, a timespan formed by the combination of the *Start Session* time, *Stop trying outbound calls after n hour(s)* value, and *Do this session early if a Client calls within n hour(s) before scheduled outbound start time*. A session that does not execute in its execution window generates an OUT OF RANGE message in the Session Log.

**Exit**
A menu item or control used to stop an program or close a window.

**Export**
Copy data to an external file. The file may be a text file or data that can be referenced or imported by another program. Work Object Editor, Worklist Editor, Workshop, and Subscriber Editor provide an export option.

**Extended Client**
A RemoteWare Client that, in addition to its communications, also supports RemoteWare Subscriber and RemoteWare Workshop.

**Object Linking and Embedding (OLE)**
A set of object-based programming standards, developed by Microsoft and incorporated into Windows. OLE enables development of reusable and shared software components, so that objects can communicate with each other. RemoteWare for Windows NT conforms to version 2.0 standards of Object Linking and Embedding.

**ODBC**
See Open Database Connectivity.

**OK**
In RemoteWare, a window control that acknowledges a message, begins an action, or accepts the current settings in a window.

**OLE**
See Object Linking and Embedding

**Open Database Connectivity (ODBC)**
An interface and set of programming standards that allows different systems to access database data. ODBC provides a vendor-neutral way of accessing data from any ODBC-compliant database. RemoteWare uses ODBC to access messaging-related data on the Client and the Server.

**Outbound**
In RemoteWare, indicates that the Server initiated and established a connection with a Client. The Server is always used as the starting point when determining whether a session is inbound or outbound.

**Outgoing queue**
RemoteWare Messaging Services uses the outgoing queue to store messages destined for the remote computer. On the Client, these messages are sent to the Server during a communication session. On the Server, the Message Transfer Agent processes messages and places them in the outbound queue for each recipient.

## P

**Packet**
A unit of information transmitted as a whole from one device to another on a network. RemoteWare transmits packets that can be configured from 120 to 16,384 bytes.

**Packet size**
The number of bytes in a packet. RemoteWare supports sizes from 128 to 16,384 bytes. The line conditions, equipment, and other factors determine the maximum effective packet size.

**Page**
See Property page.

**Page tab**
See Tab.

**Pane**
In a window, two or more viewing areas that can be adjusted using a split bar. Network Status contains 2 panes separated by a vertical split bar.

**Parents**
In the Client Profile and Work Object Editor programs, a property page that lists the groups that include the current item as a member.

**Partial success**
In RemoteWare Messaging Services, and specifically in the Messaging Log, a partial success indicates that a message was delivered successfully to at least one recipient, but at least one recipient did not receive the message. The Server Administrator can use the Messaging Log detail to determine which recipient did not receive the message, and the Client user receives a non-delivery receipt (NDR) for the recipients not contacted.