# Exhibit 24

Copyright 1995 Business Wire, Inc.
Business Wire

March 14, 1995, Tuesday

**DISTRIBUTION:** Business Editors

**LENGTH:** 941 words

**HEADLINE:** McCaw's Wireless Data Division Forms Strategic Alliance With XcelleNet To Bring New Applications to Mobile WorkersMobile Workers Using XcelleNet RemoteWare, and McCaw's AirData Will Be Able To Remotely Query Databases, Check Inventories, Update Entries and Execute Orders in a Single Session

**DATELINE:** KIRKLAND, Wash.

**BODY:**

March 14, 1995--The Wireless Data Division of McCaw Cellular Communications Inc. today announced it has formed a strategic alliance with XcelleNet Inc., a leading developer of agent-based client-server software used to implement systems that support mobile-computing activities for a variety of organizations.

"We are enthusiastic about our relationship with XcelleNet, because RemoteWare is designed to efficiently manage remote communications and supports the needs of a large number of corporate users," explained Allison Koenig, manager of ISV strategic relations for McCaw's Wireless Data Division. "With XcelleNet's RemoteWare system and McCaw's AirData network, mobile users will be able to remotely query databases, check inventories, update order entries, and execute orders during a single session."

Through this alliance, developers of applications for mobile workers in field sales and financial or professional service industries will be able to develop and implement new wireless applications easily for use over McCaw's Cellular Digital Packet Data (CDPD) network, called AirDataSM. Developed by McCaw and a group of the nation's cellular providers, CDPD sends data over the existing cellular infrastructure and is well suited for a variety of applications and equipment options.

"Working with software developers such as XcelleNet, a company with the tools and expertise that come from more than five years of experience in mobile computing, will help McCaw meet its goal of ensuring high-quality solutions are developed and delivered to McCaw's customers," added Koenig.

XcelleNet(R) RemoteWare(R) systems cost effectively manage the flow of information between an organization's central computing enterprise and field personnel, business partners, customers or suppliers, regardless of their locations and without requiring a dedicated or wire-line connection.

According to Koenig, there are several factors that must be taken into consideration when delivering effective communications to people in the field. First, software must be designed to accommodate the bandwidth limitations inher-

ent in a remote wireless communications environment. Second, tools that facilitate software distribution in a timely and efficient manner are critical to the success of any solution. Finally, software such as XcelleNet RemoteWare must manage the task of synchronizing information flow between various enterprise systems and mobile devices compatible with Windows(R), Macintosh(R) or DOS.

"We are pleased to be working with an industry leader such as McCaw's Wireless Data Division," said John Bacon, president of XcelleNet. "They have been instrumental in establishing the CDPD standard, which will make wireless communications a viable option for mobile computing. The more than 50 pilot customers working with the Wireless Data Division are strong evidence that McCaw's AirData service is a practical wireless network solution for a wide range of industries."

XcelleNet's software also provides a straight-forward interface that is simple to use, giving the end user a well-designed and well-structured approach for accessing application data across a broad range of systems. One way XcelleNet accomplishes this is through RemoteWare FORMS, a development environment that allows end-user organizations, value-added resellers and systems integrators to create custom graphical forms for mobile workers to access central-site applications and data.

"XcelleNet and McCaw have listened to what mobile users want and need," explained Gerry Purdy, editor in chief of Mobile Letter. "XcelleNet RemoteWare delivers the power of client-server computing and, when coupled with the AirData network, results in a solution that will be highly effective in meeting the needs of a mobile workforce. This is another example of McCaw demonstrating leadership to enable enterprises in developing CDPD-enabled applications."

XcelleNet Inc. (NASDAQ "XNET") develops and markets RemoteWare, a suite of client-server system development tools used to automate time-sensitive information delivery processes such as order entry, inventory query or price list and product catalog updates. More than 690 organizations worldwide have licensed RemoteWare to manage the exchange of information between central systems, over 213,000 remote or mobile field personnel, customers, suppliers, channels of distribution or other corporate constituents.

McCaw Cellular Communications Inc. is the nation's largest provider of cellular services offering wireless voice and data communications. McCaw is a wholly owned subsidiary of AT&T Corp. McCaw owns a 52 percent interest in LIN Broadcasting Corp., which is engaged in cellular telephone operations and specialty publishing. McCaw Cellular Communications is the nation's fifth-largest messaging service provider and a world leader in air-to-ground communications services.

-0-

Note to editors: AirData is a service mark of McCaw Cellular Communications Inc. XcelleNet and RemoteWare are registered trademarks of XcelleNet Inc. Windows is either a registered trademark or a trademark of Microsoft Corp. in the United States and/or other countries. Macintosh is a registered trademark of Apple Computer Inc.

CONTACT: Waggener Edstrom, Portland, Ore.
Teresa Fausti-Flora or Jennifer Gehrt, 503/245-0905
or
XcelleNet Inc.
Terrie O'Hanlon, 404/698-8650, ext. 111

**LOAD-DATE**: March 15, 1995