# Exhibit 27

# RemoteWare Server® for Windows NT®

*Administrator's Guide*

XcelleNet

United States • Canada • United Kingdom • France • Germany

**XcelleNet RemoteWare Server for Windows NT® Administrator's Guide**

**Software Release 3.1 for use with Microsoft® Windows NT computers**

© 1996 XcelleNet, Inc. All rights reserved.

This manual, as well as the software described in it, is furnished under license and may be used or copied only in accordance with the terms of such license. Companies, names, and data used in examples herein are fictitious unless otherwise noted. The information in this manual is furnished for informational use only and is subject to change without notice.

Except as permitted by such license, no part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, recording, or otherwise, without the prior written permission of XcelleNet, Inc.

XcelleNet, Inc., 5 Concourse Parkway, Suite 850, Atlanta, Georgia 30328 United States, (770) 804-8100

XcelleNet, Inc., 1200 McGill College, Suite 1100, Montreal, Quebec, H3B 4G7 Canada, (514) 393-8546

XcelleNet Ltd, XcelleNet House, Amersham Hill, High Wycombe, Bucks HP13 6NA
United Kingdom, +44 (0) 1494 558000

XcelleNet, 168 avenue François Arago, 92000 Nanterre, France, +33 (1) 47 86 36 72

InstallShield is a registered trademark of InstallShield Corporation. InstallShield Corporation is a business unit of Stirling Technologies, Inc. Windows and Windows NT are registered trademarks and Windows 95 is a trademark of Microsoft Corporation in the United States and/or other countries. BasicScript © 1992-1996 Summit Software Company. XcelleNet and RemoteWare are registered trademarks of XcelleNet, Inc. All other product and company names are trademarks or registered trademarks of their respective companies.

Portions of the RemoteWare technology are patent pending.

Printed in the United States of America.

Part number: NS-000-701-3100 (9/96)

## INSTALLATION CHECKLIST FORM

To assist you with the information and procedures you'll need during the entire installation, use or copy Table 6 to fill in values, accounts, and passwords as you proceed through RemoteWare's setup. The information you enter may also be useful after installation to help you find systems, files, and settings you selected during installation.

■ An example of "large" or "heavy" might be 1000 users, each generating 10 messages per day, or 100 users and 100 messages per day.

*Table 6. RemoteWare installation checklist*

| Task to complete before installing RemoteWare | Write your answers here |
|---|---|
| **1** What's the NT computer name of the SQL Server? | **SQL Server computer name:** |
| **2** Record the name and password of the SQL account assigned to RemoteWare. | **SQL Server account name:**<br>**SQL Server account password:** |
| **3** Will this RemoteWare site serve a large number of users or experience heavy messaging activity? | ❑ **No.** Go to question 4.<br>❑ **Yes.** Go to question 6. |
| **4** If you answered "No" to question 3, create one database to be shared by all Messaging subsystems. You can give the table any name, such as RW_DIRECTORY_DB. | **Record the database name:** |
| **5** In the ODBC Control Panel, assign and record a System Data Source Name for the database. | **Record the Data Source Name here:** |
| **6** If you answered "Yes" to question 3, create a separate database for each subsystem. ➜ | **7** In the ODBC Control Panel, assign and record the System Data Source Names. Record the database names below. |
| **User Directory:** | **User Directory:** |
| **Outgoing Queue:** | **Outgoing Queue:** |
| **Incoming Queue:** | **Incoming Queue:** |
| **Messaging Log:** | **Messaging Log:** |
| **8** What is the NT computer name, the user account, and the password you will use for the RemoteWare Server service? | **NT Computer name:**<br>**User account name:**<br>**User account password:** |
| **9** What products are to be installed? | ❑ **RemoteWare Server**<br>❑ **RemoteWare Workstation**<br>❑ **RemoteWare Developer's Kit**<br>❑ **RemoteWare Messaging Services** |
| **10** Will the execution and data paths be identical for each RemoteWare product? | ❑ **Yes.** Fill in the Server path name in question 11; let the other values use the default.<br>❑ **No.** Go to question 11 and complete all questions. |

***Continued on next page.***