# Exhibit 28

# CHRISTOPHER E. (CHRIS) FOLEY

[redacted]

## PROFILE

**Accomplished Executive and Technology Product Pioneer** with exceptional achievements in all facets of product development, management, and marketing. Visionary leader who has an innate ability to take products from ideation through development and commercialization. Strengths lie in recognizing market gaps and conceiving innovative technologies that disrupt the existing product space and threaten the competitive landscape.

Leverages leading-edge technologies and applies them to solve real-world business problems. Sought after Subject Matter Expert and Product Evangelist who has a career history of building and maintaining credibility with industry analysts. Launched and grew 3 successful startup companies. Expertise in RFID and M2M (Machine-to-Machine) software space. Thrives on driving new business by creating innovative industry solutions for diverse clientele. Polished presenter with outstanding business process consulting background, and the ability to communicate effectively across all organizational levels and functional areas.

## STRENGTHS

| | | |
|---|---|---|
| Product Development / Launch | Product Marketing / Management | Technology Adoption Lifecycle |
| Market Identification / Competitive Analysis | Global Business Development | Strategic Alliances / Partnerships |
| Analyst / Media Relations | Early Stage Value Creation | Emerging Technologies |
| Professional Services / Consulting | Client Relationship Management | Communication / Presentation |

## EXPERTISE

Mobile Computing ▪ RFID; M2M (Machine-to-Machine) ▪ Disruptive Technologies ▪ Exploiting Wide-Area Wireless Data and TCP/IP WAN/LAN Architectures ▪ Product Adoption ▪ Product Management ▪ Market Validation

## EXPERIENCE

FOLEY CONSULTANCY LLC — 2009-Present

**Principal**

- Operate technology and product marketing consulting services firm specializing in RFID and sensor-based data collection and process integration. Vertical markets served include retail, restaurant, food processing and agricultural commodity brokers, growers, packers and shippers. Food Safety and Product Traceability are primary functional areas of focus.

SYBASE *(Sybase acquired XCELLENET in 2004, which was spun off from STERLING COMMERCE)* — 1998 - July 2009
*(leader in business intelligence (BI) software including database management, data warehousing and data mining)*

**Channel Account Manager** (2009) / **Director, Partner Development** (2008)

- Managed Systems Integration (SI) and reseller partner sales in Southeast US region.
- Identified and recruited key strategic partner, Fuzzy Logix, a provider of advanced analytic solutions that deliver high-volume, high-speed quantitative analytics for industries including telecom, banking, life science and others.
- Promoted Fuzzy Logix internally with product management and executive leadership; facilitated product evangelism with industry analysts and reseller partners for the latest release of company's market-leading BI product, Sybase IQ.
- Managed SI and reseller partner relationships with Accenture, EDS/HP, and EMC.
- Established $1+ million revenue stream by negotiating new reseller channel agreement with EMC [EMC Select].

**Director, RFID and Sensor Technologies Partner Development** (2007) / **Director, RFID Solutions** (2004-2006)

- Initiated and set up SI,VAR, hardware, and vertical domain expert partner channels for Sybase RFID/Sensor products.
- Forged key relationships and provided extensive support to field organizations in Germany, France and the UK.
- Established market presence and credibility with European SI/VAR channels in emerging technology space.
- Provided critical support to Sybase consulting partners on client engagements for Cardinal Health and Medtronic.
- Spearheaded planning and execution of global RFID field operations, including sales, channel partner recruitment and solutions development; generated significant product and services revenue.
- Secured early-adopter customers (ProPath, Cesar Castillo) and lighthouse accounts (CH Robinson, Sun-Maid Raisins).

DEPOSITION EXHIBIT
731

# CHRISTOPHER E. (CHRIS) FOLEY

[redacted]

**Director, Technology Planning, XcelleNet** (2003) / **Director, Mobile Business Solutions, XcelleNet** (2002)

- Identified/evaluated acquisition candidates and opportunities for organic growth by assessing technology/market needs.
- Maintained technology roadmap; tracked proximate technologies, market gaps, and customer issues; with CTO, presented new product development and marketing proposals to Board of Directors.
- Developed M2M (Machine-to-Machine) software concept, wrote business case, and created comprehensive business plan for XcelleNet's entry into RFID and M2M software market.
- Secured $1 million funding from executive leadership to execute RFID/M2M business plan including P&L responsibility and charter to achieve 1st year revenue projections of $1.5 million, prior to Sybase's acquisition of XcelleNet.
- Conducted competitive assessment and staffed organization. Launched new products within 1 year, well below budget, and sold software to reference-able early adopter customers based on pre-release code.

**Sr. Technical Product Manager, XcelleNet** (2000-2002)

- Recruited by CTO to manage platform/server-side components of Afaria mobile device management product line.
- Key role in new account wins at BNP Paribas and Merck Pharmaceuticals by providing support to field sales.
- Honored with XcelleNet 2001 Employee of the Year Award.
- Named with 3 other engineers on U.S. Patent granted for **Dynamic Bandwidth Throttling** product invention, a unique solution that optimizes and manages bandwidth use for remote users.
- Selected to travel to Germany, France, and the UK as corporate representative during sales kick-offs of Afaria.

**Product Line Manager, Sterling Commerce** (1999-2000) **Systems Architect, Sterling Commerce** (1998-1999)

- Helped pioneer development of CONNECT:Manage (renamed Afaria) mobile device management product line.
- Created demand for product in the market and garnered attention of industry analysts including Gartner and IDC.
- Promoted technology and evangelized product at US and international technology conferences.
- Managed projects and consulting engagements with clients including Burger King, Albertsons, TAP Pharmaceuticals, Wendy's, The Gap, Friendly's Ice Cream and others.

MICROSERVE, INC. / SPORTS APPLICATIONS, INC. (SAI) — 1985 - 1998

**President**

- Launched SAI, a database applications firm specializing in solutions for the NHL. Customers included Philadelphia Flyers, New York Islanders, New Jersey Devils, St. Louis Blues, Detroit Red Wings, Vancouver Canucks, Montreal Canadiens, New York Rangers, Florida Panthers, Hartford Whalers and the NHL.
- Expanded SAI client base and services to include development/sale of business database, accounting and communications applications for SMB accounts across diverse sectors, including hospitality, accounting, construction, manufacturing, public safety, printing and legal services.
- SAI eventually became MicroServe, Inc, with client base of more than 100 diverse companies.

NEW JERSEY DEVILS, NHL — 1982 - 1985

**Head of Computer Operations / Public Relations Coordinator**

- Developed and implemented applications designed to manage and improve usability of data related to season ticket sales, pro/amateur scouting, operations, coaching, PR and accounting.
- Created and generated reports to analyze scouting data at the NHL entry draft. First person to develop software solutions specific to the NHL.
- Managed communications and data exchange with the NHL, minor-league organizations and junior/European hockey clubs.

## EDUCATION & AFFILIATIONS

**Goethe Institute** - Completing German grammar courses in preparation for Zertifikat Deutsch examination and fluency certification.

**Microsoft Certifications** - MCSE, MCP+I, TCP/IP Networking, Windows NT, March 1997 – January 1998

Political Science, Computer Science, **University of Georgia**, 1977 - 1979
Political Science, **Emory University**, 1975 -1977

## RECOGNITION

Patent Inventor U.S. Patent No. 7,171,482 B2 (System and Method for Managing Bandwidth Utilization) Employee of the Year, XcelleNet, 2001