# Exhibit 30

AFARIA
Managing Mobile Business™

XcelleNet Launches Afaria™ for the Microsoft Windows-powered Pocket PC Platform
**Afaria allows enterprises using Pocket PCs to deploy and manage critical business applications**

**ATLANTA — (May 22, 2000)** — XcelleNet, Inc., the leading provider of management solutions for the mobile enterprise, today announced Afaria™ for the Microsoft™ Windows-powered Pocket PC platform. Afaria provides centralized control of these mobile devices as well as the business critical applications that are running on them.

Afaria for the Pocket PC automates connections and transactions between the handheld devices and the corporate information systems. Afaria allows a user to operate the Pocket PC as a standalone device or as an extension of his/her laptop or desktop PC. The end user has several options for connecting, such as modem to transmitter, modem via wireless or wireline connection, in addition to the traditional cradle to companion PC.

"The ability to provide mobile workers with access to their essential information and critical application software any time and from anywhere is key to success for many enterprises today."

Microsoft's Pocket PCs are small, powerful devices that not only store calendar and contact information, but also are equipped with business applications such as specially developed "Pocket" versions of Microsoft Internet Explorer, Microsoft Outlook, Microsoft Word and Excel. Microsoft has worked with a wide range of hardware and software partners to ensure that the versatility of the Pocket PC is unsurpassed. The specifications for the Pocket PCs range from — 16 to 32MB of RAM, 133 to 206 MHz processors, 16-bit color screens displaying more than 65,000 colors, resulting in a fast and powerful mobile device small enough to stow in a coat pocket.

"Microsoft's Pocket PCs are designed for mobile workers to have immediate access to the information and tools necessary to stay connected to their company and their customers, no matter where they are working," said Joan E. Herbig, CEO of XcelleNet. "With more powerful applications in the hands of these mobile workers, IT managers need Afaria's comprehensive management functionality to support Microsoft's Pocket PCs in the field."

"The ability to provide mobile workers with access to their essential information and critical application software any time and from anywhere is key to success for many enterprises today," said Rogers Weed, director of marketing for the Mobile Devices Division at Microsoft Corp. "As Pocket PCs become an even more integral part of the way companies do business, we are pleased that management infrastructure solutions like XcelleNet's Afaria are available for helping to successfully integrate mobile devices into complex business processes."

Afaria provides comprehensive management capabilities, including the following:

- Software Distribution — Allows IT managers to deliver, install and maintain applications on the Pocket PCs from a single, remote location while providing criteria-based support. This automates the process of deploying and managing thousands of devices. In addition, it assures that the critical business applications are functioning reliably and properly.
- Asset Tracking — Collects device appropriate hardware and software information such as installed applications, device model, available memory, battery level and OS version. A systems administrator can access inventory data from a ODBC-compliant database, making it easy to target software distributions based on a specific inventory criteria.
- Session Scripting — Creates management tasks through the use of a powerful scripting tool designed for administrators, not programmers. This feature provides organizations with an automated mechanism for easy distribution and retrieval of data. In addition, it allows administrators to manage a system's configuration to a desired state.

**About PocketPC**
Windows-powered Pocket PCs, the next generation mobile devices from Microsoft (NASDAQ: MSFT) and industry partners, offer customers the best way tot connect to their most essential information while away form their desk, yet are flexible enough to satisfy the personal needs of today's busy mobile lifestyle. Pocket PCs already include a broad range of business and personal productivity applications, yet can easily be expanded to adapt to each customers changing needs through a continually growing number of enterprise solutions and services. Pocket PCs were designed to meet the corporate mobile device requirements of security, connectivity, and manageability.

**About XcelleNet**
XcelleNet is a leading provider of management solutions for the mobile enterprise. The explosive growth of the mobile economy, and the race to implement Internet-enabled mobile applications has created a new challenge for IT: management of smart mobile devices, including laptop computers, handhelds, smartphones and interactive pagers. XcelleNet's Afaria family of solutions enables enterprises to manage these mobile devices and the business-critical applications on these devices. XcelleNet's RemoteWare™ is a world-class retail polling and management solution for remote PCs and Point of Sale devices. A pioneer in remote and mobile device management with 2,300 customers worldwide, XcelleNet serves a broad range of industries, including healthcare, insurance, retail, manufacturing and pharmaceutical. XcelleNet solutions reduce total cost of ownership, accelerate end-user productivity and enable the management of applications and content to a desired configuration from a central location.

XcelleNet and RemoteWare are trademarks of XcelleNet, Inc. Afaria is a trademark of Afaria, Inc. XcelleNet and Afaria make no claims of ownership to all other products and company names mentioned herein which may be the trademarks or registered trademarks of their respective owners.

**Contact:**
Deborah Cox
XcelleNet, Inc.
phone: 678-585-7133
deborah.cox@xcellenet.com

**Contact:**
Ed Harrison or Chris Stamm
Schwartz Communications
phone: 781-684-0770
cstamm@schwartz-pr.com

Close this Window