# Exhibit 31

AFARIA
Managing Mobile Business™

XcelleNet Expands Services and Consulting Offerings for Handheld Management

**Newly-independent company extends award-winning customer service support to help customers administer and control large deployments of mobile devices, from laptops to handhelds to interactive pagers, with its Afaria products**

**ATLANTA — (August 30, 2000) —** XcelleNet, Inc., the leader of the fast-growing market for mobile resource management, today announced that it has extended its services and consulting offerings for managing mobile and handheld devices. The company has a longtime dedication to consulting services, having helped to integrate and deploy remote and mobile management solutions to customers of all sizes, across a multitude of vertical industries.

Since returning as an independent company after its divestiture by Sterling Commerce in February, XcelleNet has renewed its focus on Consulting Services by expanding service offerings, especially for mobile device deployments. The company's Consulting Services Team offers a mix of standard consulting packages — including a five-step plan to remote and mobile management — and customized services. The five-step plan helps customers by understanding its current infrastructure, developing a project plan, developing and integrating management software, conducting system testing and rollout, and providing sustained services, including comprehensive help-desk and onsite support.

"We've taken great pride in bringing our consulting group back in-house to the new XcelleNet, and the positive feedback and compliments from our customers validates the need for such services." -- Pete Gunnoe

In addition, at the time of the divestiture, the company re-gained complete control of its help-desk and on-site support efforts. This has lead to a renewed commitment to provide the highest level of day-to-day customer support. In a recent customer satisfaction survey XcelleNet's customers ranked them measurably above the industry average, in fact more than 25 percent of the respondents said that they had expectations that had been **exceeded** by XcelleNet. The vast majority (86 percent) of the respondents said that they would unequivocally recommend XcelleNet's products and/or services to a colleague in need of a similar solution. And when it comes to training, their customers ranked them with an unprecedented superior rating in all three areas of interest — content, delivery/presentation, and perceived value. All of this is a definite indication of high levels of overall customer satisfaction.

With the launch of XcelleNet's new Afaria™ for Handheld family of solutions, the company is now moving beyond fixed-site remote solutions and laptops by offering consulting services specifically geared toward helping enterprises manage handheld devices, including those running on the Palm OS, Microsoft's PocketPC and RIM's Blackberry pager. Industry analysts peg the market for software and related services in this market to reach more than $1 billion by 2004.

"XcelleNet is committed to providing its large customer base with the most comprehensive suite of consulting services for managing their mobile enterprise, regardless of device," said Pete Gunnoe, XcelleNet's vice president – customer support. "We've taken great pride in bringing our consulting group back in-house to the new XcelleNet, and the positive feedback and compliments from our customers validates the need for such services."

"Since the transition over to XcelleNet, the company's tech support has improved greatly," said Webster Rogers, night operations manager with Hub Data, a subsidiary of Advent Software and provider of enterprise-wide data solutions to institutional investors. "As a client services representative myself, I'm

attuned to what makes customer service work. First and foremost is speed-of-assistance. Before, it seemed that many of the support calls that I had placed would be resolved with little help from the helpdesk. All the calls I have placed since the transition have been resolved quickly through the XcelleNet helpdesk."

**About XcelleNet**
XcelleNet is the leader of the fast-growing market for mobile resource management. The explosive growth of the mobile economy, and the race to implement Internet-enabled mobile applications has created a new challenge for IT: management of smart mobile devices, including laptop computers, handhelds, smartphones and interactive pagers. XcelleNet's Afaria™ family of solutions enables businesses to implement and maintain web-enabled applications and content for mobile resources that depend on wire-line or wireless communications. Afaria's products keep mobile devices up and running, business applications current and available, information fresh and accessible, and the people that count on them productive and competitive. XcelleNet's RemoteWare® is a world-class retail polling and management solution for remote PCs and Point of Sale devices. A pioneer in remote and mobile resource management with 2,300 customers worldwide, XcelleNet serves a broad range of industries, including healthcare, insurance, retail, manufacturing and pharmaceutical. XcelleNet solutions reduce total cost of ownership, accelerate end-user productivity and enable the management of applications and content to a desired configuration from a central location. More information is available at http://www.xcellenet.com.

XcelleNet and RemoteWare are registered trademarks of XcelleNet, Inc. Afaria is a trademark of Afaria, Inc. XcelleNet and Afaria make no claims of ownership to all other products and company names mentioned herein which may be the trademarks or registered trademarks of their respective owners.

**Contact:**
Deborah Cox
XcelleNet, Inc.
phone: 678-585-7133
deborah.cox@xcellenet.com

**Contact:**
Chris Stamm or Jim McKeown
Schwartz Communications
phone: 781-684-0770
cstamm@schwartz-pr.com

Close this Window