# Exhibit 32

BlackBerry

Home > Newsroom > News > Partner Press Release >

# Partner Press Release

***October 11, 2000***

## XcelleNet Extends the Reach of Afaria's Mobile Resource Management to the RIM BlackBerry

**XcelleNet's Afaria to Accelerate Enterprise Acceptance of Latest "Must Have" Handheld Device**

*Atlanta, GA* - XcelleNet, Inc., the leader of the fast-growing market for mobile resource management, today announced that the company's Afaria solution now supports the Research In Motion (NASDAQ: RIMM) BlackBerry® interactive operating platform. Afaria is the first and only management product that provides asset management for the BlackBerry, the hottest new interactive pager/wireless email devices on the market. With the powerful Afaria solution, network administrators can centralize management of the feature-laden pagers, both the 950 & 957 models carried on the BellSouth Mobitex network by BellSouth in the U.S. and Rogers/AT&T Network in Canada, as well as the 850 & 857 models that use Motient's DataTAC network in the U.S. The Afaria client supports devices running either the BlackBerry 1.6 or 2.0 operating systems.

XcelleNet is currently demonstrating its Afaria solution as part of the BlackBerry Pavilion, booth 753, at the Microsoft Exchange and Collaboration Solutions Conference 2000 in Dallas through October 13th.

We offer IT professionals a solution [Afaria] to centrally manage these interactive pagers, putting them on the same level as other mobile devices such as laptops and handhelds, and ultimately accelerating their corporate deployment and acceptance.
- Joe Owen

Afaria's comprehensive mobile resource management capabilities, combined with the BlackBerry's industry-leading wireless device technology and advanced wireless networks, deliver a major breakthrough in business-device mobility. Afaria's management solution provides the only asset management capability for the BlackBerry. This allows IT managers to track where each device is located, to determine what software is running on that device, to verify implementation of corporate security standards and to monitor current memory and battery capacity. In this way enterprises can identify users as well as the current state of each BlackBerry device in the field. In addition, with Afaria, an enterprise can guarantee secure and successful email delivery, with targeted emails or alerts to certain groups of BlackBerry users within the organization.

"Interactive handhelds and pagers, such as the BlackBerry, are being rapidly deployed throughout organizations as a bone fide business tools. Our support of the RIM platform will allow IT manages to more effectively support the needs of the growing number of workers that demand constant access to information with their mobile devices and will leverage Afaria's ability to make a broad range of mobile devices more productive tools for entire companies, not just individuals," said Joe Owen, CTO of XcelleNet.

XcelleNet has a long history of providing management technology for mobile workers that rely on laptops or handheld computing devices away from centralized information resources. Owen continued, "Because of our experience in the mobile world, especially our proven back-end server expertise, we were able to develop the BlackBerry client in less than three months. By adding this support to Afaria, we offer IT professionals a solution to centrally manage these interactive pagers, putting them on the same level as other mobile devices such as laptops and handhelds, and ultimately accelerating their corporate deployment and acceptance."

About Research In Motion Ltd.

Research In Motion Limited is a leading designer, manufacturer and marketer of innovative wireless solutions for the mobile communications market. Through development and integration of hardware, software and services, RIM provides solutions for seamless access to time-sensitive information including email, messaging, Internet and intranet-based applications. RIM technology also enables a broad array of third

party developers and manufacturers in North America and around the world to enhance their products and services with wireless connectivity. RIM's portfolio of award-winning products includes the RIM Wireless Handheld™ product line, BlackBerry™ wireless email solution, wireless personal computer card adapters, embedded radio-modems and software development tools. Founded in 1984 and based in Waterloo, Ontario, RIM is listed on the Nasdaq Stock Market (Nasdaq: RIMM) and the Toronto Stock Exchange (TSE: RIM). Investors may contact investor_relations@rim.net. Customers may contact info@rim.net or info@blackberry.net. Web sites: http://www.rim.net and http://www.blackberry.net.

About XcelleNet, Inc.

XcelleNet is the leader of the fast-growing market for mobile resource management. The explosive growth of the mobile economy, and the race to implement Internet-enabled mobile applications has created a new challenge for IT: management of smart mobile devices, including laptop computers, handhelds, smartphones and interactive pagers. XcelleNet's Afaria™ family of solutions enables enterprises to manage these mobile devices and the business-critical applications on these devices. XcelleNet's RemoteWare® is a world-class retail polling and management solution for remote PCs and Point of Sale devices. A pioneer in remote and mobile device management with 2,500 customers worldwide, XcelleNet serves a broad range of industries, including healthcare, insurance, retail, manufacturing and pharmaceutical. XcelleNet solutions reduce total cost of ownership, accelerate end-user productivity and enable the management of applications and content to a desired configuration from a central location. More information is available at http://www.XcelleNet.com.

XcelleNet and RemoteWare are trademarks of XcelleNet, Inc. Afaria is a trademark of Afaria, Inc. XcelleNet and Afaria make no claims of ownership to all other products and company names mentioned herein which may be the trademarks or registered trademarks of their respective owners.