# Exhibit 34

# CONNECT:Manage Software Manager

*Administrator's Guide*

Version 3.0

STERLING COMMERCE

North America • Europe • Asia Pacific

**CONNECT:Manage Software Manager Administrator's Guide**
Version 3.0

This document was prepared to assist licensed users of CONNECT:Manage by Sterling Commerce, Inc.; its contents may not be used for any other purpose without prior written permission. The material contained herein is supplied without representation or warranty of any kind and is based on typical use. Any unusual use may produce unpredictable results. Sterling Commerce, therefore, assumes no responsibility and shall have no liability of any kind arising from the supply or use of this document or the material contained herein. Companies, names, information, and data used in examples herein are fictitious unless otherwise noted. The information in this document is furnished for informational use only and is subject to change without notice.

References in this manual to Sterling Commerce products, programs, or services do not imply that Sterling Commerce intends to make these available in all countries in which Sterling Commerce operates.

**Restricted Rights:** Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in FAR 52.227–19.

© 1997-1999 Sterling Commerce, Inc., and/or its suppliers. All Rights Reserved.

Portions of the CONNECT:Manage technology are Patented.

All rights reserved, including the right to reproduce this document or any portion thereof in any form.

Printed in the United States of America.

CONNECT:Manage is a trademark of Sterling Commerce, Inc. All other brand or product names are trademarks or registered trademarks of their respective companies.

Adobe, the Adobe logo, Acrobat, the Acrobat logo, and Acrobat Reader are trademarks of Adobe Systems Incorporated. Microsoft, Windows, and Windows NT are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Netscape and Netscape Navigator are registered trademarks of Netscape Communications Corporation, which may be registered in other countries.

# Getting to know Software Manager's features

The Channel Administrator is the central location within CONNECT:Manage for defining and maintaining channels. You access Software Manager here, as well as the Document Manager, Session Manager, and Inventory Manager.

■ Please see the *CONNECT:Manage Channel Viewer User's Guide* for more information on the Channel Viewer.

CONNECT:Manage uses a centralized *transmitter* to create *channels*. Your Client users can access these channels through Channel Viewer—the Client-side application that delivers and then installs the channels that you create—or from a web page using the CONNECT:Manage Browser Client.

- **Transmitter** equates to one CONNECT:Manage Server and is the starting point of contact for a CONNECT:Manage Client.
- **Channel** is an item that delivers specific content or services to a Client, such as content delivery, file transfers, and session management.

Software Manager is specifically designed to work efficiently in the remote and mobile environment where connections are often slow, unreliable, and expensive. It automates the delivery and updating of files and applications whether receiving files electronically during a communications session, or copying applications from a network drive.

Compression of files ensures that connections are efficient and quick. Checkpoint restart is used to resume failed transfers at the point of failure, rather than from the beginning. Incremental updating transfers only updated or missing files, not an entire channel, providing cost-effective software distribution.

## Simplifying end-user interaction

■ Please see the *CONNECT:Manage Server Administrator's Guide* for more information on the Channel Administrator.

In the Channel Administrator, you make channels available to the Client by "pushing" the channels during a connection. Pushing forces the channel to Client users when they connect to a transmitter. Updated files and software are automatically delivered in the background without having to interrupt the users' work. Automated "push" delivery and installation eliminates the need for detailed technical knowledge or intervention by Client users, and ensures that they have the latest software.

From the Channel Viewer, Client users subscribe to and then install available channels by "pulling" the software applications as needed. CONNECT:Manage includes built-in error checking to ensure that users never receive damaged or incomplete files that could render an application unusable.

**4** Click the **Install** tab.

Use the Install property page to start the installation automatically at the Client, select the size of the installation status window, define installation attributes for Setup based channels, and create installation shortcuts for Non-Setup based channels.







To more information about using this page, see **"Defining Channel Installation" on page 99.**

## Answering the questions you'll need to edit a channel

The answers you provide to the following questions will help you edit your channels in the Software Manager Channel Editor:

- **For Setup based installations, should the Client user receive a guidance file?** A guidance file contains any information the Client user may need to run the installation. Ensure that it can be displayed at the Client using a standard Windows application, such as Notepad or Wordpad.
- **For Non-Setup based installations, which files should be kept up to date and which should be checked only when the channel has been updated at the Server?** You can define your software channels to always check a channel's files at the Client, or only check the files at the Client if the channel files at the Server have been updated. You can also specify whether to send files to the Client that are newer on the Server, or send them if they're different on the Server, such as older.
- **Should installation proceed automatically on the Client?** Selecting this option instructs Software Manager to automatically start the installation after the software channel has been successfully transferred to the Client, requiring no action from the Client user. In LAN based channels installation starts immediately, or if criteria checking is enabled, after the Client has passed the criteria check.
- **For Setup based installations, does the installation program support an *answer response file*?** The answer response file is often used when no Client user interaction is desired. For example, if you want all of your users to install custom template files, provide an answer response file that installs those specific files.

■ **Answer response file:** A file that provides a predetermined set of responses to questions posed by a Setup program.

- **Should Software Manager perform a byte-level inspection on all files in the channel, specific files, or no files?** You can instruct Software Manager to detect, extract, and send only byte-level file differences when delivering software channels.
- **How much status information should appear at the Client during installation?** Software Manager lets you select the installation status window size that displays at the Client, as it relates to the software channel. However, you can't specify how much of the application's setup program is visible at the Client.
- **Should a message appear before or after installation?** For Non-Setup based installations, you can display a message prior to, or after an installation. Setup based installations can only display a message prior to installation.
- **For Non-Setup based installations, should the channel create menu items or add icons to the Client desktop?** Any executable file, and many non-executable files, may be selectively added to the Client's desktop, the root of the Start menu, and/or a folder within the Programs folder on the Start menu.

- **Should there be specific delivery and installation timeframes for the channel?** You can specify a daily time period during which channel delivery is valid. You can also define a date range and time period during which the channel can be installed.
- **Are there minimum hardware requirements for the Software Manager channel?** After you determine how much hard disk or memory is necessary to install and run a channel, you can enforce those requirements at the Client.
- **Are there any files or registry keys that should or should not exist at the Client?** Determine if specific information is on the Client, and require the existence or absence of that information prior to delivery and installation. This is very useful for preventing the installation of conflicting or similar programs. It can also be used to locate a file used in staged installations, or to require a file as a prerequisite before further installations.
- **Is there a required operating system and service pack for the Client?** Send the software channel to Clients that possess the correct operating system and service pack. Avoid delivering an installation designed for another operating system or one that can render the software or the computer inoperable. Current operating system choices are Windows 95, Windows 98, Windows NT 4.0 Workstation, or Windows NT 4.0 Server. There are several service packs available for each operating system.
- **When you must change a file's destination, how will the "destination switch" affect the channel's installation?** When you delete a file from the list of installed files and then add it back with a different destination, Software Manager recognizes that the file has "changed destinations" and sends it to the new location. Software Manager considers each directory destination that you specify a different destination.
- **Do your Windows NT Clients require special privileges in order to receive software channels?** Some channel installations at a Windows NT Client require special administrator privileges to install a channel. Most users don't have these rights, so Windows NT uses "impersonation" to allow a process to run with elevated privileges. Software Manager supports impersonation at the Windows NT Client.

Case 3:08-cv-04990-EMC Document 586-34 Filed 08/01/11 Page 8 of 10
PageID #: 18034



# Setting up channel installation

Use the Install property page to specify how a channel installs at the Client. You can choose to start the installation automatically, as well as select the size of the installation status window. Depending on the installation type, you can include an answer response file, or configure application shortcuts.

## Defining a Setup based channel's installation

In addition to starting an installation automatically and choosing an installation status window, Software Manager lets you include command line parameters and an optional answer response file for all Setup based channels.

**To define the installation program for a Setup based channel:**

■ An **unpublished** channel doesn't have a green dot to the left of the item's icon.

**1** In the left pane of the Channel Administrator, double-click an *unpublished* Software Manager channel. The Software Manager Channel Editor, General property page appears.

To access the Channel Administrator, see **"Starting Software Manager" on page 22.**




**2** Verify that the Type field displays Setup based, if not, see **"Defining a Non-Setup based channel's installation" on page 105.**

RIM-MF2594472

**3** Click the **Install** tab to display that property page.

**Note:** Software Manager doesn't control the user interface displayed by the application's setup program, instead the setup program's options control the user interface that Software Manager displays.




## Starting the Setup based installation automatically

**4** Select the **Start installation automatically on the client** check box.

**Note:** You can "force" a software channel to the Client by selecting **Autosubscribe** on the Properties page in the Channel Administrator. **Autosubscribe** automatically delivers the channel files to the Client the next time the Client user connects to the Server. Selecting **Start installation automatically on the client** and **Autosubscribe** runs the installation as soon as the files are delivered to the Client. By selecting **Present no install status window**, the install process is hidden; see **"Selecting the appropriate installation status window" on page 103.**



### *Defining Windows NT Client shortcuts*

**7** In the Windows NT client shortcuts group box, choose one of these options:

- **Install for currently logged in user** if you want Software Manager to only create a shortcut for the Client user that's currently logged in (default).
- **Install for all users** if you want Software Manager to create a shortcut available to any user that logs in at the Client.




## Starting the Non-Setup based installation automatically at the Client

Software Manager can automatically install a Non-Setup based channel to minimize the amount of interaction required of the Client user.




**8** Select the **Start installation automatically on the client** check box.

**Note:** You can "force" a software channel to the Client by selecting the **Autosubscribe** check box on the Properties page in the Channel Administrator. **Autosubscribe** automatically delivers the channel files to the Client the next time the Client user connects to the Server. Selecting **Start installation automatically on the client** and **Autosubscribe** runs the installation as soon as the files are delivered to the Client. By selecting **Present no install status window**, the install process is hidden; see **"Selecting the appropriate installation status window" on page 109.**

