# Exhibit 35

# CONNECT:Manage Session Manager

*Administrator's Guide*

Version 3.0

STERLING COMMERCE

North America • Europe • Asia Pacific

**CONNECT:Manage Session Manager Administrator's Guide**
Version 3.0

This document was prepared to assist licensed users of CONNECT:Manage by Sterling Commerce, Inc.; its contents may not be used for any other purpose without prior written permission. The material contained herein is supplied without representation or warranty of any kind and is based on typical use. Any unusual use may produce unpredictable results. Sterling Commerce, therefore, assumes no responsibility and shall have no liability of any kind arising from the supply or use of this document or the material contained herein. Companies, names, information, and data used in examples herein are fictitious unless otherwise noted. The information in this document is furnished for informational use only and is subject to change without notice.

References in this manual to Sterling Commerce products, programs, or services do not imply that Sterling Commerce intends to make these available in all countries in which Sterling Commerce operates.

**Restricted Rights:** Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in FAR 52.227–19.

© 1997-1999 Sterling Commerce, Inc., and/or its suppliers. All Rights Reserved.

Portions of the CONNECT:Manage technology are Patented.

All rights reserved, including the right to reproduce this document or any portion thereof in any form.

Printed in the United States of America.

CONNECT:Manage is a trademark of Sterling Commerce, Inc. All other brand or product names are trademarks or registered trademarks of their respective companies.

Adobe, the Adobe logo, Acrobat, the Acrobat logo, and Acrobat Reader are trademarks of Adobe Systems Incorporated. Microsoft, Windows, and Windows NT are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Netscape and Netscape Navigator are registered trademarks of Netscape Communications Corporation, which may be registered in other countries.

# Getting to know Session Manager's features

The Channel Administrator is the central location within CONNECT:Manage for defining and maintaining channels. You access Session Manager, as well as Document Manager, Software Manager, and Inventory Manager, here.

■ Please see the *CONNECT:Manage Channel Viewer User's Guide* for more information on the Channel Viewer.

CONNECT:Manage uses a centralized *transmitter* to create *channels*. Your Client users can access these channels through Channel Viewer—the Client-side application that delivers, and then installs, the channels that you create—or from a web page using the CONNECT:Manage Browser Client.

- **Transmitter** equates to one CONNECT:Manage Server and is the starting point of contact for a CONNECT:Manage Client.
- **Channel** is an item that delivers specific content or services to a Client, such as content delivery, file transfers, and session management.

## Automating session management

■ For instructions on creating worklists and sendlists, see **"Creating worklists and sendlists" on page 25.**

Using the Session Manager Channel Editor, you can create *worklists* and *sendlists* that perform tasks during communications with a Client or as part of a session. You determine how and when these tasks execute.

- **Worklists** typically perform file and directory management, notifications, and system registry management tasks.
- **Sendlists** electronically distribute files that reside on the Server. Sendlists can also contain events that execute before or after the send events.

### Understanding events

■ For more information about events, see **"Examining event details" on page 32.**

Worklists and sendlists are composed of events, which specify the action to occur when an object executes. Some events are valid for worklists only; others for both worklists and sendlists. All events are categorized by function.

- **File/Disk Operation** events perform file-level data exchange, administration, and information gathering on the Server and Client.
- **Variables** events manipulate place holders whose contents you control. You can use the predefined Session Manager variables or create your own user-defined variables. User-defined variables can be used in all worklists and sendlists contained within an individual channel. You can also use the these events to perform system registry tasks.
- **Session Control** events control how Session Manager structures and progresses through an object's list of events.
- **Miscellaneous** events display save file and message dialogs, execute programs, send commands to other Windows NT computers, and run events in an external file.

3 Click **Finish**. The new channel appears in the left pane of the Session Manager Channel Editor.




## Creating worklists and sendlists

■ **Events** are commands that complete an action, such as file transfers, file and directory management, notifications, and system registry management.

After you create the session channel, you'll create a list of instructions to execute during a connection with a Client, or as part of a session. These instructions are called *worklists* or *sendlists*, and are made up of *events*.

**Worklists** use events that perform file and directory management, notifications, and system registry management tasks.

**Sendlists** use events that electronically distribute files that reside on the Server.

For information about optimizing the use of worklists and sendlists, see **"Optimizing event execution" on page 58.**

Any new worklist or sendlist that you create is automatically assigned to the channel that's selected in the left pane of the Session Manager Channel Editor.

**To create a worklist or sendlist:**

1 In the Session Manager Channel Editor, select **File → New → Worklist Object** on the menu bar. The New Worklist Object window appears.




You can also click **New Worklist** on the toolbar.

RIM-MF2594269

## Adding events to worklists and sendlists

Worklists and sendlists use events to perform actions during communication between the CONNECT:Manage Server and Client. When Session Manager recognizes an event, it executes and completes tasks according to the instructions specified.

Before you begin adding events to a worklist or sendlist, it's important to understand basic event concepts.

### Understanding event types

Session Manager events are organized into four major event categories based on their function. These categories make up the Add Events menu commands in the Session Manager Channel Editor.




- **File/Disk Operations** events perform file-level data exchange, administration, and information gathering on the Server and Client.
- **Variables** events manipulate placeholders whose contents you control. These events also perform system registry tasks, such as creating a new registry key, or deleting a registry value.
- **Session Control** events govern how Session Manager structures and progresses through the list of events. These events include conditional statements and events that stop the worklist or sendlist, session, and connection.
- **Miscellaneous** events access save file and message dialogs, execute programs, send commands to other Windows NT computers, and run events in an external file.

**Note:** The Add Events menu commands differ for worklist and sendlist events. For a list of events that can be used for worklists, sendlists, or both, **see "Events by type" on page 32.**

RIM-MF2594271

# Examining event details

The following table lists all of the events by type and briefly describes each event's specific function. Some events are applicable only to worklists; others can be used in sendlists. When an event is valid for use in sendlists, the ♦ symbol displays to the left of the event name, and the menu path to this event is noted.

*Table 5. Events by type*

| Category | Event (♦valid for sendlists) | Description |
|---|---|---|
| File/Disk Operations | Get File from Client | Retrieves Client files and places them on the Server. |
| | ♦ Send File to Client | Transfers files from Server to Client. (For sendlists, select **Add Events** → **File Transfer** → **Send File to Client** on the menu bar.) |
| | Append File | Combines one or more files. |
| | ♦ Check File | Checks file time stamp and size. (For sendlists, select **Add Events** → **Operating System** → **Check File** on the menu bar.) |
| | Set Directory Attributes | Sets or clears the attributes for a directory. |
| | Set File Attributes | Sets or clears the attributes for a single file specification or wildcard. |
| | Copy File | Duplicates files on the same computer. |
| | Delete File | Removes files from the computer. |
| | File Status | Determines if a file exists. |
| | Find File | Sets a variable name to the full path for the specified file. |
| | Rename File | Changes a file's name. |
| | Wait for File to Exist | Pauses until a file appears, but continues if the time is exceeded. |
| | Directory Listing | Places a list of directories and files in a text file on the Server. |
| | ♦ Make Directory | Creates a new directory. (For sendlists, select **Add Events** → **File Transfer** → **Make Directory** on the menu bar.) |
| | Remove Directory | Deletes an empty directory. |
| | Check Disk | Retrieves storage characteristics of a disk. |

# Choosing the right event

The following section provides a detailed description of each Session Manager event, whether it's valid for a worklist or sendlist, the available fields and options, and examples of how it's used. Refer to this information when adding new events to a worklist or sendlist, or when editing existing events.

## Append File Event

| | |
|---|---|
| Applies To | Worklist Objects |
| Description | Use the Append event to add the contents of one or more files to the end of another file. To add this event to a worklist, select **File/Disk Operations → Append File** on the **Add Events** menu, or double-click **Append File** in the Events box.<br>Available on the Client and the Server. |
| Event Specific Fields | **Source Filename or wildcard.** The path name, file name, or wildcard parameter for one or more files to be appended to the destination file. Click the **Select File** button to choose a Server file, or enter the path name and file name in this field.<br>**Target Filename.** Specifies the name of the file to which the source file is being added. Click the **Select File** button to choose a file, or enter the path and file name in this field. |
| Syntax | [Param 1] Source filename. Example: C:\Docs*.*<br>[Param 2] Target filename. Example: C:\DailyDocs\Daily.txt |
| Options | Delete after (-)<br>Make target path<br>Not required for successful session<br>Critical event (*)<br>Conditional (True/False) |
| Remarks | If the destination file exists prior to this event, the file won't append to itself and won't be included in the list of source files.<br>Supports the "Make target path" option so that the Target file(s), including any subdirectories, in the filespec that don't exist will be created. |
| Returned Value | N/A |

## Check File Event

| | |
|---|---|
| Applies To | Worklist and Sendlist Objects |
| Description | The Check File event compares the time, date, and file size for a Server and Client file. This event is often used to test the state of a file before a transfer event. To add this event to a worklist, select **File/Disk Operations** → **Check File** on the **Add Events** menu, or double-click **Check File** in the Events box.<br>To add this event to a sendlist, select **Operating System** → **Check File** or double-click **Check File** in the Events box. |
| Event Specific Fields | **Server Filename.** The drive, path, and file name of the Server file to be compared with the Client file. Click the **Select File** button to choose the Server file, or enter the path and file name in this field.<br>**Client Filename.** Specifies the drive, path, and file name for the Client file. |
| Syntax | [Param 1] Server filename. [Param 2] Client filename.<br>Example: C:\Doc\Daily.doc Example: C:\Doc\ClientDaily.doc |
| Options | Check if newer<br>Not required for successful session<br>Critical event (*)<br>Conditional (True/False)<br>Use Version Information |
| Remarks | N/A |
| Returned Value | N/A |

## Delete File Event

| | |
|---|---|
| Applies To | Worklist Objects |
| Description | The Delete File event permanently removes one or more files from the Server or Client. To add this event to a worklist, select **File/Disk Operations → Delete File** on the **Add Events** menu, or double-click **Delete** in the Events box. |
| Event Specific Fields | **Filename or wildcard.** The path, file name, or wildcard parameter for one or more files to delete. If the event occurs on the Server, click the **Select File** button to choose a file, or enter the path and filename in this field. |
| Syntax | [Param 1] Filename or wildcard.<br>Example: C:\Docs*.doc |
| Options | Ignore Hidden Files<br>Not required for successful session<br>Critical event (*)<br>Conditional (True/False)<br>Include subdirectories |
| Remarks | Supports the “Ignore Hidden Files” option, which instructs the Server to ignore hidden files in events using wildcards.<br>Supports a file exclusion mask, which appends a vertical bar, followed by a file specification to indicate the files to exclude from that operation. For example, to copy all files except .PST files from the “C:\Exchange” directory, enter this command:<br>COPY “C:\Exchange*.*|*.pst” TO “D:\Backup\Exchange*.*” |
| Returned Value | N/A |

## Execute Program Event

| | |
|---|---|
| Applies To | Worklist Objects |
| Description | The Execute Program event provides the same capability as the DOS command line for running programs. This event launches the program via the information in the Command Line field. To add this event to a worklist, select **Miscellaneous → Execute Program** on the **Add Events** menu, or double-click **Execute Program** in the Events box. |
| Event Specific Fields | **Command line.** Enter the path and name of the application's executable file. Include command line options after the file name. |
| Syntax | [Param 1] Command line.<br>Example: C:\WINNT\SYSTEM32\NOTEPAD.EXE |
| Options | Not required for successful session<br>Conditional (True/False) |
| Remarks | To execute .bat files on the Server, access the Services window in Control Panel, and then stop the server. Click the **Startup** button and in the Service window, select **Allow Service to Interact with DeskTop**. Click **OK**, and then re-start the server. |
| Returned Value | N/A |

## File Save Dialog Event

| | |
|---|---|
| Applies To | Worklist Objects |
| Description | Typically, files are transferred to the Client's Temp directory. The File Save Dialog event displays a window at the Client that prompts the user to save the specified directory or file. To add this event to a worklist, select **Miscellaneous → File Save Dialog** on the **Add Events** menu, or double-click **File Save Dialog** in the Events box. |
| Event Specific Fields | **Filename or directory.** Enter the file name to save, or the directory that contains the files to save. |
| Syntax | [Param 1] Filename or directory.<br>Example: C:\Temp |
| Options | N/A |
| Remarks | If the specified directory doesn't exist, or if this event follows a Send File to Client event with multiple files, an error message appears at the Client instead of the File Save Dialog. |
| Returned Value | N/A |

## File Status Event

| | |
|---|---|
| Applies To | Worklist Objects |
| Description | The File Status event determines whether a file exists at the specified location. It also sets the <FileStatCount> and <FileStatSize> variables. Use this event to set the conditional value to true or false, based on a file's presence. This event most often precedes a conditional event, or an event with the Conditional option enabled. To add this event to a worklist, select **File/Disk Operations → File Status** on the **Add Events** menu, or double-click **File Status** in the Events box. |
| Event Specific Fields | **Filename or wildcard.** The Server attempts to locate the file name or wildcard parameter at the specified path. If the event occurs on the Server, click the **Select File** button to choose the file. |
| Syntax | [Param 1] Filename.<br>Example: C:\Docs\Daily.doc |
| Options | Ignore Hidden Files<br>Not required for successful session<br>Critical event (*)<br>Conditional (True/False) |
| Remarks | Supports the "Ignore Hidden Files" option, which instructs the Server to ignore hidden files in events using wildcards.<br>Supports a file exclusion mask, which appends a vertical bar, followed by a file specification to indicate the files to exclude from that operation. For example, to copy all files except .PST files from the "C:\Exchange" directory, enter this command:<br>COPY "C:\Exchange*.*\|*.pst" TO "D:\Backup\Exchange*.*" |
| Returned Value | N/A |

## Insert Worklist Event

| | |
|---|---|
| Applies To | Worklist Objects |
| Description | The Insert Worklist event lets you insert one or more events from an external worklist file into a worklist's list of events.<br>To add this event to a worklist, select **Miscellaneous → Insert Worklist** on the **Add Events** menu, or double-click **Insert Worklist** in the Events box. |
| Event Specific Fields | **Worklist filename or @indirect file.** The name of the file that contains the worklist file. Click the **Select File** button to choose the file, or enter the file name in this field. Indirect files must use the @ symbol before the file name. |
| Syntax | [Param 1] Worklist filename or @indirect file.<br>Example: C:\Events\Insert.evf or @C:\Indirect\Insert.ind |
| Options | Not required for successful completion<br>Critical event (*)<br>Conditional (True/False) |
| Remarks | N/A |
| Returned Value | N/A |

## Make Directory Event

| | |
|---|---|
| Applies To | Worklist and Sendlist Objects |
| Description | The Make Directory event creates a new Client or Server directory. As part of a sendlist, this event only creates the directory if necessary.<br>To add this event to a worklist, select **File/Disk Operation → Make Directory** on the **Add Events** menu, or double-click **Make Directory** in the Events box.<br>To add this event to a sendlist, select **Operation → Make Directory** or double-click **Make Directory** in the Events box. |
| Event Specific Fields | **Directory path.** Specifies the path and directory name of the new directory. |
| Syntax | [Param 1] Directory path.<br>Example: C:\Dir1\Dir2\Dir3 |
| Options | Not required for successful session<br>Critical event (*)<br>Conditional (True/False) |
| Remarks | N/A |
| Returned Value | N/A |

## Remove Directory Event

| | |
|---|---|
| Applies To | Worklist Objects |
| Description | The Remove Directory event deletes a Client or Server directory. The directory must be empty of files before it can be removed.<br>To add this event to a worklist, select **File/Disk Operations → Remove Directory** on the **Add Events** menu, or double-click **Remove Directory** in the Events box. |
| Event Specific Fields | **Directory path.** The path and name of the directory to be removed. |
| Syntax | [Param 1] Directory path.<br>Example: C:\ServerDocs |
| Options | Not required for successful session<br>Critical event (*)<br>Conditional (True/False)<br>Include subdirectories |
| Remarks | Supports the "Include Subdirectories" option so that empty subdirectories of the directory will also be removed. |
| Returned Value | N/A |

## Send File to Client Event

| | |
|---|---|
| Applies To | Worklist and Sendlist Objects |
| Description | The Send File to Client event transfers one or more Server files to a file or directory on the Client. Using wildcards with this event transfers a group of Server files whose names have something in common, or that are in the same directory. To add this event to a worklist, select **File/Disk Operations → Send File to Client** on the **Add Events** menu, or double-click **Send File to Client** in the Events box. To add this event to a sendlist, select **File Transfer → Send File(s) to Client** on the **Add Events** menu, or double-click **Send File to Client** in the Events box. |
| Event Specific Fields | **(Source) Server filename or wildcard.** Indicates the directory or files to send to the Client. Enter the file name, path name, or directory on the Server. Click the **Select File** button to choose a file, or use wildcards to send files of the same type or that exist in one directory.<br>**(Target) Client filename or wildcard.** Places one or more Server files in this location at the Client. Specify the file name, wildcard parameter, or directory for the Client file(s). |
| Syntax | [Param 1] Server filename or wildcard.[Param 2] Client filename or wildcard.<br>Example: C:\ServerDocs\Daily.doc Example: C:\ClientDocs\Daily.doc |
| Options | Do not overwrite<br>Safe transfer<br>Check updates only<br>Check if newer<br>Delete after (-)<br>Make target path<br>Ignore Hidden Files<br>Not required for successful session<br>Turn compression off<br>Critical event (*)<br>Conditional (True/False)<br>Include subdirectories<br>File Differencing<br>Use Version Information |
| Remarks | Supports the "Safe transfer" option so that the Server doesn't create a destination file until it has been successfully transferred.<br>Supports the "Check updates only" option so that the Server transfers only files with different sizes or dates.<br>Supports the "Make target path" option so that the Server files, including any directories, in the filespec that don't exist will be created.<br>Supports the "Ignore Hidden Files" option, which instructs the Server to ignore hidden files in events using wildcards. |