# Exhibit 36

# CONNECT:Manage Server

*Administrator's Guide*

Version 3.0

STERLING COMMERCE

North America • Europe • Asia Pacific

**CONNECT:Manage 3.0 Server Administrator's Guide**
Version 3.0

This document was prepared to assist licensed users of CONNECT:Manage by Sterling Commerce, Inc.; its contents may not be used for any other purpose without prior written permission. The material contained herein is supplied without representation or warranty of any kind and is based on typical use. Any unusual use may produce unpredictable results. Sterling Commerce, therefore, assumes no responsibility and shall have no liability of any kind arising from the supply or use of this document or the material contained herein. Companies, names, information, and data used in examples herein are fictitious unless otherwise noted. The information in this document is furnished for informational use only and is subject to change without notice.

References in this manual to Sterling Commerce products, programs, or services do not imply that Sterling Commerce intends to make these available in all countries in which Sterling Commerce operates.

**Restricted Rights:** Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in FAR 52.227–19.

© 1997-1999 Sterling Commerce, Inc., and/or its suppliers. All Rights Reserved.

Portions of the CONNECT:Manage technology are Patented.

All rights reserved, including the right to reproduce this document or any portion thereof in any form.

Printed in the United States of America.

CONNECT:Manage is a trademark of Sterling Commerce, Inc. All other brand or product names are trademarks or registered trademarks of their respective companies.

## Getting to know CONNECT:Manage

Using Sterling Commerce's CONNECT:Manage, you can define an unlimited number of customized, intranet, Extranet and Internet-based delivery channels for distributing software and information to remote and mobile users. You can "pull" content through Client user subscriptions or "push" content to connected Client users.

Client users can access these channels three ways:

**Channel Viewer Client**. With Channel Viewer's Explorer-style interface, users can view the contents of multiple transmitters, subscribe to selected channels, and schedule automatic channel updates.




For more information on Channel Viewer, see the *CONNECT:Manage Channel Viewer User's Guide* on the CONNECT:Manage CD.




**Browser Client**. With Browser Client, users can access channels published on a Web page through their Internet browser. You automatically install Browser Client when you install Channel Viewer. You can also install Browser Client at the Client as a standalone application. Client users can run CONNECT:Manage channels without Channel Viewer. You can control how these Web-based channels execute at the Client.

**Client API**. Users can access channels within the context of custom applications, which administrators can enable by channel using the CONNECT:Manage API. For more information on Client APIs, see Appendix A, "CONNECT:Manage Client API."

# Reviewing CONNECT:Manage channel types

CONNECT:Manage channels contain all the instructions for exchanging information and working with Clients. You can make channels available to both Channel Viewer and Browser Clients.

When you start Channel Administrator for the first time, only the transmitter appears in the left pane. Once you have added channels and folders to your transmitter, you can use the plus and minus signs to view a transmitter's or folder's contents or to collapse a folder's or transmitter's contents into one level.

Channel Administrator provides five channel types, each with its own functions and purposes. Your CONNECT:Manage license, however, determines the specific channels you can create. For more information on CONNECT:Manage licensing, contact your Sterling Commerce representative.

CONNECT:Manage provides the following channel types:

**Document Manager channels**. Using Document Manager, you can publish groups of documents so Clients can access them. Document Manager channels can include text files, bitmaps, and HTML files. Once you make Document Manager channels available to your Clients, you can "force" content to connected Clients or allow them to subscribe to channels. Users can subscribe to an entire channel or to selected documents in a channel.

**Inventory Manager channels**. Using Inventory Manager, you can scan hardware and software on remote and mobile users' systems. The inventory scanning software "silently" detects installed hardware and software at the Client and stores the results in a file. During communications sessions, it transfers the results to a SQL or MS Access database. You can view the results from each Client in several formats.

**Software Manager channels**. Using Software Manager you can distribute and automatically install commercial or custom-built software applications for both your Channel Viewer and Browser Clients. You can "push" channels to your Clients after they initiate a connection, eliminating the need for Client intervention and ensuring that users have the latest software. Using CONNECT:Manage, you can create Software Manager channels that Client users can subscribe to, so that they can install only the software they need.

**Session Manager channels**. Session Manager channels enable you to automate electronic file distribution, file and directory management, notifications, and system registry management tasks. Session Manager channels are composed of work objects that you create to meet your specific needs. These work objects are the fundamental units of activity for all work on and between the CONNECT:Manage Server and Clients.

**Transmitter Listing channels**. Transmitter Listing channels allow you to publish lists of transmitters that Channel Viewer users can add to their personal list of transmitters. Using this channel type is a convenient way to make multiple transmitters available to Channel Viewer Clients without requiring users to specifically add them to their Channel Viewer. You define the name, address, and description of each transmitter in the channel list. When the Client user connects to your transmitter, the Transmitter Listing channel content is automatically sent to the Client. The user can receive content without subscribing to the Transmitter Listing channel. You cannot publish Transmitter Listing channels on a Web page.

**Autosubscribe**
An option in Channel Administrator that "forces" or "pushes" channel content to the Client when the Client connects to the transmitter. This option removes the Client's ability to unsubscribe to a channel. See also *Subscribe*.

## B

**Browser Client**
The CONNECT:Manage Client software that enables users to access channels published on a Web page via their Internet browser. See also *Channel Viewer Client*; *Client*.

**Byte-level differencing**
The CONNECT:Manage feature that detects differences between file versions at the Server and Client and sends only the differences to the Client, reducing the time required to update files and software. The administrator can choose to difference all files in a channel, or specific files only.

## C

**Cache**
**1** The location in which a computer temporarily stores data.
**2** In CONNECT:Manage Menu, the property page used to specify the percentage of disk space to use for the compressed file cache. See also *Compressed file cache*.

**Case sensitive**
An option that causes the computer to distinguish between uppercase and lowercase alphabetic characters. Therefore, "API" and "Api" are interpreted differently if case sensitivity is enabled.

**Catalog**
See *Software Catalog*.

**Catalog Editor**
See *Software Catalog Editor*.

**Channel**
An item that delivers specific content or services to a Client, such as delivery and installation of software, file transfers, and session management. Channel Administrator provides the tools necessary to create and define a number of different channel types. Channel types include Document Manager, Inventory Manager, Session Manager, Software Manager, and Transmitter Listing channels.

**Channel Administrator**
The CONNECT:Manage application used to create, define, organize, and manage the various CONNECT:Manage channel types. Channel Administrator is accessed via CONNECT:Manage Menu.

**Channel Editor**
The program accessed from within Channel Administrator that is used to define and edit the various CONNECT:Manage channel types. CONNECT:Manage provides a channel editor for each channel type.

**Channel refresh rate**
The rate at which CONNECT:Manage automatically updates channel content to reflect dynamically changing data.

**Channel set**
In Channel Administrator, a group of channels that allows Clients to access more than one channel from a Web page by clicking only one hyperlink.

**Channel Viewer Client**
The CONNECT:Manage Client software that provides users an Explorer-style interface from which they can view the contents of multiple transmitters, subscribe to selected channels, and schedule automatic channel updates. See also *Browser Client*.

**Check if newer**
In Session Manager, this event option, applicable to file transfers events, only sends the file if the source file has a more recent time and date stamp and version information than the destination file.