# Exhibit 37

# CONNECT:Manage Inventory Manager

*Administrator's Guide*

Version 3.0

STERLING COMMERCE

North America • Europe • Asia Pacific

**CONNECT:Manage Inventory Manager Administrator's Guide**
Version 3.0

This document was prepared to assist licensed users of CONNECT:Manage by Sterling Commerce, Inc.; its contents may not be used for any other purpose without prior written permission. The material contained herein is supplied without representation or warranty of any kind and is based on typical use. Any unusual use may produce unpredictable results. Sterling Commerce, therefore, assumes no responsibility and shall have no liability of any kind arising from the supply or use of this document or the material contained herein. Companies, names, information, and data used in examples herein are fictitious unless otherwise noted. The information in this document is furnished for informational use only and is subject to change without notice.

References in this manual to Sterling Commerce products, programs, or services do not imply that Sterling Commerce intends to make these available in all countries in which Sterling Commerce operates.

**Restricted Rights:** Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in FAR 52.227–19.

© 1997-1999 Sterling Commerce, Inc., and/or its suppliers. All Rights Reserved.

Portions of the CONNECT:Manage technology are Patented.

All rights reserved, including the right to reproduce this document or any portion thereof in any form.

Printed in the United States of America.

CONNECT:Manage is a trademark of Sterling Commerce, Inc. All other brand or product names are trademarks or registered trademarks of their respective companies.

Portions Copyright © 1992, 1999 Intel Corporation.

# About CONNECT:Manage Inventory Manager

## CONNECT:Manage components

■ Please see the *CONNECT:Manage Server Administrator's Guide* for more information on CONNECT:Manage components, including the Channel Administrator.

CONNECT:Manage is a line of remote systems management products that manages software distribution and content delivery to remote users via corporate intranets or the Internet. CONNECT:Manage uses a transmitter to allow you to define delivery channels, which are items that deliver specific services to a Client computer, such as delivery and installation of software, scripting, and inventory management.

### Channel Administrator

The Channel Administrator is the central location within CONNECT:Manage for defining and maintaining channels. After you create a channel, you "publish" it in the Channel Administrator to make it available to Client users. For information on publishing channels in the Channel Administrator, refer to the *CONNECT:Manage Server Administrator's Guide*.

### Inventory Manager

Inventory Manager is the CONNECT:Manage component that you use to create and edit inventory channels. You access Inventory Manager, as well as other system management components, from within the Channel Administrator.

Inventory Manager provides centralized monitoring and reporting of hardware and software resources installed on CONNECT:Manage Clients. The inventory scanning software executes "silently" on the Client, detecting installed hardware and software and storing the results in a file. During communication sessions, results from scans are transferred to a SQL Server or Microsoft Access database used by the CONNECT:Manage Server.

Using Inventory Manager, you can automatically control how and when hardware and software inventory scans are performed on remote and mobile users' systems. Using the Inventory Manager Console, you can also view the centrally stored resource information for each Client in a variety of formats. You access the Console from the CONNECT:Manage Menu.

### Channel Viewer

Channel Viewer is the client-side application that delivers channels to the user. The Channel Viewer user subscribes to channels you create in Inventory Manager, or you can force an inventory channel to a Client by selecting the Autosubscribe option in Channel Administrator. For more information about the Autosubscribe option, see the *CONNECT:Manage Server Administrator's Guide*.

- **On**. If you selected Week(s) or Month(s) as the Interval type, use this list box to specify the day on which to run the inventory scan. For weekly schedules, select a day of the week (for example, Monday). For monthly schedules, select the numerical day of the month; for example, selecting 3 runs the scan on the third day of the month.
- **Starting on**. Use this field to select the date on which this scanning schedule will start. By default, the schedule uses the current date. To change this date, click the arrow and use the calendar provided to select a new start date.
- **At**. Use this field to select the time at which the scanning schedule will start. By default, the schedule uses the current time. To use a different start time, click a portion of the time (hours, minutes, or seconds) and use the arrows to adjust it to the desired time.

## Exiting the Inventory Manager Channel Editor

To exit Inventory Manager and save any changes you have made to the channel, click **OK** at the bottom of the Channel Editor. To discard all changes you made to the channel, click **Cancel**. Clicking the ☒ **Close** button in the upper right corner of the Inventory Manager Channel Editor also discards changes.

## Making channels available to Clients

After you create a channel, you "publish" it in the Channel Administrator to make it available to Client users. You also use the Channel Administrator to set channel options, such as the Autosubscribe feature. This option "forces" or "pushes" channel content to the Client, removing the Client's ability to unsubscribe to the channel. You can use the Autosubscribe feature to automate inventory scanning throughout your organization. Clients must first connect to the transmitter before Autosubscribe can occur.

Please refer to the *CONNECT:Manage Server Administrator's Guide* for information on the following general topics:

- Making a working copy of a channel
- Cutting, copying, and pasting channels
- Setting channel options, such as Autosubscribe and Authentication
- Defining schedules for channels
- Publishing channels
- Assigning channels to sets
- Deleting channels