# Exhibit 38

# CONNECT:Manage 3.0 Frequently Asked Questions

*See Also*

Quick Start

Tutorials

Newsgroups

## What is CONNECT:Manage?

CONNECT:Manage is a suite of remote system management tools specifically designed to manage software distribution and content delivery to remote users via intranets, extranets or the Internet. The CONNECT:Manage suite consists of a set of intranet systems management tools. CONNECT:Manage provides:

**Document Manager**.
: Publishes, delivers, and maintains business documents from a central location to mobile and remote users. Allows system administrators to organize, distribute, and automatically maintain content of all types.

**Inventory Manager**.
: Enables you to easily collect, organize, and display all remote and mobile asset hardware and software configuration information.

**Session Manager**.
: A robust session scripting tool that allows system administrators to automate complex management tasks.

**Software Manager**.
: Designed to deliver, install, and maintain packaged software applications.

CONNECT:Manage is a Web-based product designed to efficiently and securely manage the distribution of software and content to corporate intranet users.

CONNECT:Manage is specifically designed to work efficiently in the remote and mobile environment where connections are often slow, unreliable and expensive. File compression, automated delivery, encryption, and offline capabilities ensure reliable, secure, and cost-effective software and content distributions.

## Frequently Asked Questions


- What's a Transmitter? Channel? Client?
- What is Channel Administrator?
- What is Channel Viewer?

- What is Document Manager?
- What is Inventory Manager?
- What is Session Manager?
- What is Software Manager?
- How do I get CONNECT:Manage?
- Is there a sample of what CONNECT:Manage can do?
- What are the CONNECT:Manage system requirements?
- What browsers does CONNECT:Manage support?
- What is the log viewer? How do I know where to find the information I need?

- How is security handled within CONNECT:Manage?
- Can a Client communicate with more than one transmitter (CONNECT:Manage Server)?
- When a CONNECT:Manage script or event is executing, does the user have to stay on the Web page that executed it?
- Will I be able to use CONNECT:Manage if my site uses a firewall?

- How do I insert a CONNECT:Manage control into an HTML document?
- Why does the XEC parameter file appear in my browser?
- Why did my browser ask to open or save an XEC file?
- What graphics can be assigned to the Web control? How do I get them to show up on the HTML page?
- I've placed the HTML code in my Web page, but the link doesn't launch the Client.
- Why did my Software Manager channel fail to deliver its package?
- I have comments or questions that are not answered in this document, the electronic documentation, or the online help.


---

**What's a Transmitter? Channel? Client?**

A **Transmitter** is the server-side component of CONNECT:Manage. All channels are defined on the transmitter and the transmitter distributes updates to the Clients when they connect. Clients can contact many transmitters, and all connections are initiated by the Client.

CONNECT:Manage uses channels to perform system management tasks. You can create channels that deliver software, update content, capture asset information or manage the configuration on mobile systems and store them on the transmitter, or server. Users then tune into the channels using one of three client interfaces: a Web browser, a familiar

Windows Explorer-style interface, or via a custom application using APIs.

A **Channel** is an item that delivers specific services to a Client computer. It is created by an administrator and performs tasks such as scripting and session management, delivery and installation of software, and other systems management tasks. Currently there are five channel types: Software Manager, Session Manager, Inventory Manager, Document Manager, and Transmitter Listing. End users interface with channels using a Web browser or using Channel Viewer, an Explorer-style 32-bit Windows application. Channel Viewer allows them to subscribe (or request) the services of one or more channels. After subscribing to a channel, the Client receives the contents.

A **Client** is a remote computer that runs the CONNECT:Manage Client software. With this software, the computer can connect to multiple transmitters. A Client can reach transmitters from a Web browser or from the CONNECT:Manage Channel Viewer program. The Channel Viewer displays available transmitters and channels much like the Channel Administrator at the transmitter.

---

**What is Channel Administrator?**

Channel Administrator is the central point of administration for defining and maintaining channels. The channels you create and publish in Channel Administrator are accessible to Clients from a browser or through the CONNECT:Manage Channel Viewer.

---

**What is Channel Viewer?**

Channel Viewer is one of three client interfaces available for CONNECT:Manage. With Channel Viewer, users can:

- View all available channels and scheduling from an Explorer-style interface
- Schedule the frequency with which all channel software packages and content are serviced
- Subscribe to software package channels and information to be delivered and continuously monitored for automatic updating
- Use RAS dial-up network connections
- Receive automatic software updates
- Review their connection history

Channel Viewer is available for Windows NT, Windows 95, and Windows 98 computers.

---

**What is Document Manager?**

Document Manager is an optional CONNECT:Manage component that allows system administrators to organize, distribute, and automatically maintain content of all types.

---

**What is Inventory Manager?**

Inventory Manager is an optional CONNECT:Manage component that allows system administrators to collect, organize, and display all hardware and software asset information, from BIOS information, to directory and file structures. The Inventory Manager component can be scheduled to collect asset information on the remote or mobile system before, during, or after a connection is made.

Inventory Manager collects all available hardware and software asset information. This information includes all information provided from the hardware and software that conform to the Desktop Management Information standards as well as other information that can be "sniffed" out. Examples of this information include:

- Processor type and speed
- BIOS manufacturer and setting information
- System Manufacturer information
- Software applications installed
- Operating System and registry information
- User information and settings

---

**What is Session Manager?**

Session Manager is an optional CONNECT:Manage component that provides a robust GUI-based scripting tool that allows system administrators to automate complex system management tasks without requiring any programming skills.

---

**What is Software Manager?**

Software Manager is an optional CONNECT:Manage component that provides administrators with the ability to efficiently, securely, and cost-effectively deliver and maintain software to remote users. Software Manager provides centralized, automated management of software distribution, helping organizations lower the cost of ownership.

---

**How do I get CONNECT:Manage?**

Just go to the Sterling Commerce CONNECT:Manage Web page. You can order an evaluation copy of CONNECT:Manage... all for free.

Or contact Sterling Commerce at 1-800-322-3366 (in North America) or +44 (0) 1494 558111 (in the United Kingdom) for purchasing information.

---

**Is there a sample of what CONNECT:Manage can do?**

Follow the CONNECT:Manage Tutorials to quickly create channels and then deploy those channels to your CONNECT:Manage Clients.

Read more about the tutorials in CONNECT:Manage Tutorials.

---

**What are the CONNECT:Manage system requirements?**

The system requirements for CONNECT:Manage vary depending on your environment and the components you install. In addition, these requirements are subject to change as computing technologies advance.

For the most up-to-date list of system requirements, refer to the RemoteCare library of system requirements.

---

**What browsers does CONNECT:Manage support?**

**At the Client:** Microsoft Internet Explorer 3.0 or higher, Netscape Navigator 3.0 or higher, or browsers that support helper applications running any of the following Microsoft operating systems: Windows 95, Windows 98, Windows NT Workstation or Server.

**At the transmitter:** The same browsers used by the Client are supported on the Windows NT 4.0 platform.

---

**What is the Log Viewer? How do I know where to find the information I need?**

The CONNECT:Manage Log Viewer stores information about any action affecting the CONNECT:Manage server. Since the information is stored in a database, you can create folders and views as with any database, filtering the information according to your own

criteria.

By default, the Log Viewer groups log views in three categories:

- **File Transfers** records every instance in which the Server sends or receives a file.
- **Messages** records warning, error, and informational messages specific to the Server.
- **Session** contains information about previous sessions, including data like the channel involved, session duration, user and computer information, and event status.

For more information about the Log Viewer, including how to customize the views, refer to the CONNECT:Manage Server Administrator's Guide.

---

**How is security handled with CONNECT:Manage?**

The CONNECT:Manage product line supports Microsoft CAPI-based (Crypto API) data encryption, which enables system administrators to protect specific channels during transmission. In addition, channels can be password protected, and Clients can be authenticated against the NT 4.0 domain.

---

**Can a Client communicate with more than one transmitter (CONNECT:Manage Server)?**

Yes, a CONNECT:Manage Client can communicate with any number of transmitters.

---

**When a CONNECT:Manage script or event is executing, does the user have to stay on the Web page that executed it?**

No. The execution continues as the user browses other pages or sites.

---

**Will I be able to use CONNECT:Manage if my site uses a firewall?**

HTTP encapsulation enables CONNECT:Manage Clients to communicate with the Server through a firewall. Typically, communications through a firewall can be problematic, as firewalls by design restrict access between a protected network and the Internet or other networks. Most firewalls, however, are configured to allow HTTP communications. By

wrapping, or encapsulating, CONNECT:Manage packets inside the HTTP protocol, CONNECT:Manage communications through a firewall are enabled.

By default, HTTP encapsulation enables the CONNECT:Manage Server to simultaneously provide standard TCP-based communications on port 3007 and HTTP communications on port 80.

HTTP encapsulation supports HTTP 1.0 without significantly hindering the number of concurrent sessions that your CONNECT:Manage system currently supports. HTTP sessions, however, may be up to two times slower than non-HTTP sessions.

---

**How do I insert a CONNECT:Manage control into an HTML document?**

First, design and build your HTML pages. Then from the CONNECT:Manage Channel Administrator:

1. Create a channel. (For step-by-step instructions on creating channels, see the CONNECT:Manage tutorials in the electronic documentation or online help.)
2. Publish your channel.
3. Select the published channel, then click the Channel Administrator **HTML** tab to display the HTML property page.
4. Select the type of control you want to insert (text, button, image, etc.).
5. Specify a parameter file by typing the path name or browsing for the parameter file. The parameter file should be in the same directory as your HTML file.
6. Use the Test HTML button to test your HTML.
7. Save your file.
8. Copy the HTML code to the Clipboard, then insert it into your HTML document.

---

**Why does the XEC parameter file appear in my browser?**

The administrator has not registered the CONNECT:Manage MIME type with the Web Server. Registering is explained during installation.

---

**Why did my browser ask to open or save an XEC file?**

Your computer does not have an installed CONNECT:Manage Client. See the CONNECT:Manage Server electronic documentation for Client installation instructions or contact your CONNECT:Manage administrator for assistance.

---

**What graphics can be assigned to the control? How do I get them to show up on the HTML page?**

Any graphic supported by the <IMG SRC=> HTML tag can be assigned to the control. Buttons and hyperlinks can also launch the CONNECT:Manage control.

---

**I've placed the HTML code in my Web page, but the link doesn't launch the Client.**

Either the HTML text is not being interpreted correctly, or the Client's controls are not functioning. Start by investigating these possible issues:

1. On the Web Server, verify that the most recent XEC parameter file is in the same directory as the Web page.
2. Verify that the channel is published.
3. Verify that the HTML code still references the correct parameter file. The references in this file may change if you change the HTML channel name or its location.
4. Verify that the Client is properly installed and running.

---

**Why did my Software Manager channel fail to deliver its package?**

Try using these techniques to find out why:

1. Confirm that criteria checking passed at the Client.
2. Verify that the Client has enough disk space.
3. Large Software Manager packages (with several hundred or more files) may require more space because of how the files are stored on the hard disk.

---

**I have comments or questions that are not answered in this document, the electronic documentation, or the online help.**

For additional questions, or if you have comments or suggestions about CONNECT:Manage, please leave a message at our Internet news server located at news://news.atlanta.stercomm.com/stercomm.connect-manage.q+a.

If the newsgroup prompts for additional information, use "anonymous" for a user name, with no password. Additional CONNECT:Manage newsgroups which may also be of interest can be found at CONNECT:Manage Newsgroups.

You can also e-mail us at support_msd@stercomm.com. E-mail support is based on a per incident charge.

---

© 1999 Sterling Commerce, Inc.
All rights reserved. CONNECT:Manage is a trademark and Sterling Commerce is a registered trademark of Sterling Commerce, Inc. All other product and company names mentioned may be the brand names, trade names, trademarks or registered trademarks of their respective owners.
Last update: 10/13/99