# Exhibit 39

# CONNECT:Manage Document Manager

*Administrator's Guide*

Version 3.0

STERLING COMMERCE

North America • Europe • Asia Pacific

**CONNECT:Manage Document Manager Administrator's Guide**
Version 3.0

This document was prepared to assist licensed users of CONNECT:Manage by Sterling Commerce, Inc.; its contents may not be used for any other purpose without prior written permission. The material contained herein is supplied without representation or warranty of any kind and is based on typical use. Any unusual use may produce unpredictable results. Sterling Commerce, therefore, assumes no responsibility and shall have no liability of any kind arising from the supply or use of this document or the material contained herein. Companies, names, information, and data used in examples herein are fictitious unless otherwise noted. The information in this document is furnished for informational use only and is subject to change without notice.

References in this manual to Sterling Commerce products, programs, or services do not imply that Sterling Commerce intends to make these available in all countries in which Sterling Commerce operates.

**Restricted Rights:** Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in FAR 52.227–19.

© 1997-1999 Sterling Commerce, Inc., and/or its suppliers. All Rights Reserved.

Portions of the CONNECT:Manage technology are Patented.

All rights reserved, including the right to reproduce this document or any portion thereof in any form.

Printed in the United States of America.

CONNECT:Manage is a trademark of Sterling Commerce, Inc. All other brand or product names are trademarks or registered trademarks of their respective companies.

CHAPTER

1

# CONNECT:Manage Document Manager

As more and more corporate systems are remote or mobile, ensuring that your users have access to the information and files they need to effectively perform their jobs becomes increasingly difficult. Making sure that the information they have is up-to-date further complicates your task.

CONNECT:Manage Document Manager provides the tools you need to quickly and efficiently "push" all types of information to your remote and mobile users. Document Manager also lets your users subscribe to, or "pull," the specific files they want.

This chapter provides you with an overview of CONNECT:Manage Document Manager, including:

- **Introduction to Document Manager**
- **Document Manager's key features**
- **System requirements**

## Introducing CONNECT:Manage Document Manager

System administrators responsible for managing remote and mobile users have an ever increasing need to efficiently, securely, and cost-effectively distribute, manage, and control content for their users. Document Manager, a component of CONNECT:Manage, offers the information subscription and publishing features that help to ensure that your remote and mobile users get the exact information they need, when they need it. With Document Manager, businesses can design the content management strategy that best fits their specific needs.

Using the Document Manager Channel Editor, you can create a number of different "document" channels. These channels contain groups of documents, such as text files, graphics, and HTML files, that you want to make available to your users. For example, you might create a Document Manager channel for your marketing group that contains regional sales data, marketing brochures, and price sheets.

After you create the channel and add the necessary document files to it, you can then specify exactly how the channel's contents are to be delivered to your *Channel Viewer* users. You can "force" the contents to the users, ensuring that they always have the most up-to-date versions, or you can let the users pick and choose from the list of available documents and "subscribe" to the individual files they want.

- **Channel Viewer**: The CONNECT:Manage Client-side application that enables users to subscribe to published CONNECT:Manage channels.
- **Channel Administrator**: The central location within CONNECT:Manage from which you create, organize, manage, and publish your CONNECT:Manage channels.

Once you publish the channel in *Channel Administrator*, your Channel Viewer users will have access to the documents the next time they connect to the transmitter.

By using Document Manager to manage content delivery to your remote and mobile users, you can:

- Cost-effectively deliver and automatically update important documents and media
- Ensure your end-users have access to the most up-to-date information and are automatically notified of updates
- Increase end-user productivity by eliminating the time spent online navigating through the LAN, Internet, or intranet for pertinent information
- Reduce the total cost of ownership associated with content management

For more information on CONNECT:Manage Channel Administrator and Channel Viewer, see the *CONNECT:Manage Server Administrator's Guide* and the *CONNECT:Manage Channel Viewer User's Guide*.