# Exhibit 40

# CONNECT:Manage Channel Viewer

*User's Guide*

Version 3.0

STERLING COMMERCE

North America • Europe • Asia Pacific

**CONNECT:Manage Channel Viewer User's Guide**
Version 3.0

This document was prepared to assist licensed users of CONNECT:Manage by Sterling Commerce, Inc.; its contents may not be used for any other purpose without prior written permission. The material contained herein is supplied without representation or warranty of any kind and is based on typical use. Any unusual use may produce unpredictable results. Sterling Commerce, therefore, assumes no responsibility and shall have no liability of any kind arising from the supply or use of this document or the material contained herein. Companies, names, information, and data used in examples herein are fictitious unless otherwise noted. The information in this document is furnished for informational use only and is subject to change without notice.

References in this manual to Sterling Commerce products, programs, or services do not imply that Sterling Commerce intends to make these available in all countries in which Sterling Commerce operates.

**Restricted Rights:** Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in FAR 52.227–19.

© 1997-1999 Sterling Commerce, Inc., and/or its suppliers. All Rights Reserved.

Portions of the CONNECT:Manage technology are patented.

All rights reserved, including the right to reproduce this document or any portion thereof in any form.

Printed in the United States of America.

CONNECT:Manage is a trademark of Sterling Commerce, Inc. All other brand or product names are trademarks or registered trademarks of their respective companies.

CHAPTER

4

# Working with Session Manager Channels

Your system administrator can use CONNECT:Manage Session Manager to create channels that automatically perform various tasks on your computer. These channels are available to you through CONNECT:Manage Channel Viewer. This chapter describes Session Manager channels and explains how you use them.

# Session Manager channels

Session Manager channels perform system management tasks on your computer. These tasks can include file and directory management, notifications, and system registry management. In addition, Session Manager channels can send and retrieve files from the CONNECT:Manage Server to your computer. For information on specific Session Manager channels, contact your system administrator, who can provide the details you need to decide whether to subscribe to a particular channel.

When you select a Session Manager channel in Channel Viewer, information about that channel is displayed in the right pane.




## Connecting to Session Manager channels

Session Manager channels generally require little or no action from you except to connect or subscribe to them. When you select a Session Manager channel, you can connect to that channel's transmitter in one of three ways:

- On the toolbar, click **Connect**;
- On the **Connect** menu, select **Connect**; or
- In the right pane, click **Connect**.

During the connection with the transmitter, the tasks in the Session Manager channel(s) you requested are carried out on your computer. Contact the administrator for information about specific Session Manager channels and their associated tasks.

For more details on subscribing to channels and connecting to a CONNECT:Manage transmitter, refer to **Chapter 3, "Using CONNECT:Manage Channel Viewer."**

CHAPTER

5

# Working with Software Manager Channels

■ **Package:** A collection of files in a channel. In Software Manager, packages are sets of files that install software on a Client computer.

Using Channel Viewer, you can request, view, and run Software Manager channels that automatically update your software programs. You can download and install software *packages* and content by subscribing to applications on an as-needed basis. In addition, your system administrator can automatically install packages on your computer after you connect to a transmitter. Updates to your files and software are performed in the background without interruption to your work.

Using this chapter, you will learn how to:

- View Software Manager channel information and delivery and installation requirements
- Subscribe to Software Manager channels
- Install a Software Manager package
- Clean up installation files