# Exhibit 41

# System Overview R14

ERICSSON

2/0153–LZB 115 561 Ue

# MRS6000 MOBITEX PRODUCT CATALOGUE

## System Overview R14

ERICSSON
LZT 123 707 Ue
March 1993

# Contents

What is Mobitex? .......... 3
General Description .......... 4
The Mobitex network structure .......... 5
Network functions .......... 12
Subscription types .......... 18
Subscription services .......... 23
Communication interfaces .......... 29
Network configuration and capacity .......... 36
Operation, maintenance and administration .......... 39
Speech and Telephone Traffic in Mobitex Networks .......... 51
Performance .......... 53

**First edition (March 1993)**

This manual is published by **Ericsson Mobile Communications** without any warranty. Improvements and changes to this manual due to typographical errors, inaccuracies of current information, or improvements to programs and/or equipment may be made by **Ericsson Mobile Communications** at any time and without notice. Such changes will, however, be incorporated into new editions of this manual.

All rights reserved.

© **Ericsson Mobile Communications AB**, 1993.

Publication number: LZT 123 707 Ue

**Trademarks**

*Mobitex* is a trademark of the Swedish Telecommunications Administrations. Other product names mentioned in this manual may be trademarks, and they are used for identification purposes only.

# Network Control Centre, NCC

The NCC is used by operations personnel to configure, control, manage, monitor and operate the network. It can be centralized and is equipped with computers and terminals to operate the included functions. The main NCC functions are described briefly below.

NCC includes an operation and maintenance function (OM) to supervise and control the network.

The subscription authorization management functions (SAM) are used for administration and billing of subscribers. This is where the subscription information is entered, stored and distributed to the network nodes. Billing information is collected by SAM, and an interface is included through which the network operator can access this information directly.

The network register (NETREG) contains information about the network structure. All information needed to configure the network is stored in NETREG, i.e. information about all nodes and connections. The network register is used by the operator to create the parameter tables which must be stored in the network nodes.

The alarm handling function (ALA) makes it possible for the NCC operator to select, direct or inhibit specific alarms generated in the network. The operator can also change the text string connected to each alarm.



A calculation programme (BASCALC) provides a means of estimating the number of radio channels needed at a single base station to handle a specific traffic load.

NCC includes statistical functions for user traffic (TRAFSTAT), as well as for network alarms and system messages (ALARMSTAT). It also includes a Time zone manager.

*Figure 3. Network Control Centre*

# Subscription Types

A subscription to Mobitex can either be a *terminal* subscription, a *personal* subscription or a *group* subscription. Various services can be linked to each subscription type.

Information about the subscription type and services is stored in both the network nodes and the terminal itself. The fixed subscription information stored in the network includes:

- the definition of subscription and services, e.g.:
  - subscription type
  - subscription number
  - group numbers
- technical data about terminal equipment, e.g.:
  - radio frequencies
- fixed emergency information

The fixed subscription information is registered in the NCC by the network operator when the subscription is ordered by the customer.

Variable subscription information is stored in all network nodes (except the NCC) and includes:

– roaming information for traffic routing

– message sequence numbers

– subscriber status (active/inactive)

– logged–in personal subscriptions

# Subscription Services

Each subscriber can specify his own communications system by using Mobitex as a link between the customized terminals. A subscription type is chosen according to where and how the subscriber wants to use the terminals. A number of services are available for each type of subscription. The services are made available to the user by the network operator when opening or updating the subscription.

The following services are available in the current system release:

| Service | Mobile | Fixed | Personal | Group |
|---|---|---|---|---|
| TEXT/DATA/HP–DATA | X | X | X | X |
| STATUS | X | X | X | X |
| EMERGENCY | O | X | O | |
| PASSWORD | | | O | |
| CLOSED USER GROUPS | X | X | X | X |
| GROUP MESSAGES | X | X | | |
| HOST GROUP ADDR | | X | | |
| MAILBOX | X | X | X | |
| BATTERY–SAVING[1)] | X | | | |

X = Available service
O = Mandatory service
1) = 8 kbps only

By using a set of 256 numerically encoded status messages, most standard messages can be sent quickly and cheaply through the network. More complex digital information can be sent as:

- text (512 characters, coded according to national ASCII standards)
- data (512 characters, unrestricted coding) or
- HP–data (sub–messages of messages longer than 512 characters, unrestricted coding).

A password protects the personal subscription from unauthorized use. Members of a closed user group may not send or receive messages to or from subscribers outside the group.

A number of terminal subscriptions can be combined into a group subscription to facilitate the sending of identical messages to those terminals. If the addressee of a Mobitex message cannot be reached and he subscribes to the mailbox service, the message is stored in a network mailbox until the subscription is logged–in again.

All messages are sent as Mobitex packets, the general format of which is described in the figure below. The header is used for the protocol and for the different services supplied by the system. The information part of a packet contains the user message. The length and format of the information part is defined according to packet type.

# Password

Password is a mandatory service for personal subscriptions only. This mandatory service is used to log–in to the Mobitex network by the subscription. The password protects the subscription from unauthorized use. To increase security, the subscriber can request the operator to change the password from the NCC.

# Closed User Groups

This service is used by subscriber groups, e.g. the police, who do not want other subscribers to communicate with them. Subscribers within a closed user group cannot receive messages from, or send messages to, subscribers outside the group. It is possible for a subscriber to be a member of eight different closed user groups at the same time.

# Group Messages

A number of terminal subscriptions can be combined and allocated a group number in addition to their individual terminal numbers. This service rationalizes the work for the dispatch centre personnel when sending an identical message to several subscriptions.




*Figure 13. Group message*

A group message can only be sent to terminals in a limited geographical area, defined by the stated base radio stations together with the fixed terminals for the group. The base radio stations and fixed terminals are designated as search nodes.

Since there is no definite acknowledgement from each participant in a group call, any unit that is out of radio range, shadowed or switched off will not receive the call.

## Mailbox

If the addressee of a Mobitex message cannot be reached, e.g. because of radio shadow, and the addressee subscribes to the mailbox service, the message is stored in a network mailbox. A copy of the message, including a note saying that the message is placed in the mailbox, is returned to the sender. The sender of the original message can indicate that the message may not be placed in the network mailbox. This is done before the message is sent.



*Figure 14. Mailbox*

When the receiving subscription is logged–in, the mailbox is emptied and the contents sent to the subscriber. The subscriber will also be told that the message has been stored in the network mailbox. The sender does not receive any acknowledgement of this.

When ordering the service, the subscriber can choose from three different mailbox sizes. These mailbox sizes are defined by the network operator.

For selection of alarms the operator defines alarm lists. An alarm list is based on the combination of alarm codes, node numbers and unit/port information. A selected alarm can be presented at any destination. A destination is one of several output devices such as OM–terminals, printers, files on disks or modem connections.

**Node Polling**

The purpose of node polling is two–fold. One purpose is to make sure that the communication between all parts of the network is working. Another is to make it possible for the network to transmit alarm signals to the NCC after a communication breakdown. When the communication link between two nodes is up again after the connection has been broken, polling starts, and any alarms waiting in the node are sent to the NCC.

**Traffic Log handling**

Traffic logs are normally sent to NCC. By command from NCC the network nodes can be ordered to store the logs on disk for later transfer to NCC. Traffic logs are also temporarily stored on disk in the nodes at autonomous operation and in a congestion situation.

## Summary of OM Functions

The principal interactive functions for controlling the network are:

- set/show central network time
- set/show time difference for a specific node
- display status of logical/physical line connections
- block/deblock circuit lines
- set/show control parameters for base radio channels
- download configuration parameters or new software
- download subscriber information to the network
- upload and display diagnostic information
- upload and display information about where in the network a subscriber is located
- show list of subscribers/subscriber information
- initiate loopback test of mobile terminals
- sending area information to mobile terminals
- alarm handling
- traffic log handling
- congest control

## Subscription Authorization Manager (SAM) – General Description

The SAM subsystem is used for the administration of subscriptions. Subscriptions can be created, changed and terminated. Subscriptions can also be blocked temporarily. The services ordered by a subscriber are defined and registred in SAM.

The subscription information is passed on to the network nodes. This is also done automatically after any changes have been made to the subscription information, on request from the network , or by the SAM manager.

The SAM registers contains information about companies that have subscriptions in the network, subscription numbers and approved terminal models.

SAM includes a flexible system for the billing of subscribers. Each subscription is assigned a price list. It is possible to exchange the price list for all of a customer's subscriptions or for only those that use a given list. All fees in a price list can easily be recalculated.

Traffic fees are based on traffic logs generated in the network. The traffic logs are processed together with price lists to create an invoicing basis, which can be transferred to an external invoicing system. Invoices can also be created directly from SAM.

The traffic log is created in the node where the terminal receiving the call (the B–party) is connected/roamed. It includes subscriber numbers, start and duration, traffic class and identification of the end nodes. For example, if the B–party is a fixed terminal, the area exchange where the fixed terminal is connected creates the traffic log.

If a message is stored in the mailbox, the traffic log is not created until the subscriber receives the message.

## New Subscription Authorization Manager (SAM)

The subscription handling function SAM has been devided into two parts:

- **Network SAM, NSAM**
  This is a gateway towards the Mobitex network to provide the network with subscription information and to form a link between the SAM operator, ASAM and the network.

- **Application SAM, ASAM**
  This part contains the subscription data base and the interface towards the operator. ASAM's main tasks are to provide the operator with subscription and customer information, to provide the operator with billing functions, handling traffic logs and to produce the necessary invoice information.

ASAM also provides NSAM with subscription information to make it possible for the subscriber to traffic the network.

NSAM and ASAM communicate via an open interface which is also available for connection to external invoicing systems, individually developed by the network operator.

The ASAM user interface is built up using modern techniques with pop–up windows, pull–down menus etc.

The ASAM part contains the following major functions: