# Exhibit 42

# Cantel Mobitex

Data communications
for people on the move™

CANTEL®



# CANTEL MOBITEX

## Technical Brief

(Refers to Revision 9 Mobitex System)

Prepared by:

Robert J. Fraser, P.Eng.
Senior Coordinator
Technology Development

Kelli Stephenson
Market Development Manager

Data Communications Division
Cantel

## 3.1 NETWORK CONTROL CENTRE (NCC)

The NCC is used by Cantel personnel to configure, control, manage, monitor and operate the network. It is centralized and equipped with:

- computers
- terminals for:
  - operation and maintenance
  - subscription handling
  - configuration generation and PROM programmer
  - dial-up of nodes
- fixed and mobile MOBITEX terminals for test purposes.

The Network Control Centre includes an operations and maintenance function (OM), and a subscription authorization manager function (SAM), where subscription information is entered, stored and distributed to the network nodes.

Information is collected by the subscription information handler, then calculated, generating the information necessary for the accounts and billing is created.





QBB564912

RIM-MF2640290

## 4 SUBSCRIPTION TYPES

A subscription to MOBITEX can either be a terminal subscription, a personal subscription or a group subscription. Various services can be linked to each subscription type.

Information about the subscription type and services is stored in both the network nodes and the terminal itself. The fixed subscription information stored in the network includes:

the definition of subscription and services, e.g.:
- subscription type
- subscription number
- group numbers
- password

technical data about terminal equipment, e.g.:
- radio frequencies

fixed emergency information.

The fixed subscription information is registered in the NCC by Cantel when the subscription is ordered by the customer.

Variable subscription information is stored in all network nodes (except the NCC) and includes:

- roaming information for traffic routing
- message sequence numbers
- subscriber status
- active (logged-in) personal subscriptions.

A group message can only be sent to terminals in a limited geographical area, defined by the stated base radio stations together with the fixed terminals for the group. The base radio stations and fixed terminals are designated as search nodes.

Group traffic is divided into two types, one for messages, (data, text or HP-data), and one for speech traffic. When a speech connection is established, all participants may receive and transmit.

Since there is no definite acknowledgement from each participant in a group call, any unit that is out of radio range, shadowed or switched off will not receive the call.

## 5.7 MAILBOX

If the addressee of a MOBITEX message cannot be reached, e.g. because of radio shadow, the message will be stored in a network mailbox. A copy of the message, and an acknowledgement that the message has been placed in the mailbox, is returned to the sender. The sender of the original message may choose not to place the message in the network mailbox. This request would be done before the message was sent.






QBB564926

RIM-MF2640304

When the receiving subscription is logged in, the mailbox is emptied and the contents sent to the subscriber. The subscriber will also be told that the message has been stored in the network mailbox. The sender does not receive any acknowledgement of this.

When ordering the service, the subscriber can choose from three different mailbox sizes. These mailbox sizes are defined by Cantel.