# Exhibit 43

# Cantel Mobitex

Data communications
for people on the move™

CANTEL®



MOBITEX
TERMINAL SPECIFICATION
900 MHz, 1200 bps

ROGERS CANTEL MOBILE INC.

Terminal type 2
LZBA 703 1001/04

R4B

CANTEL®

For further information, please refer to reference R0.

### 3.3.9 Partially active in MOBITEX

This function means that the mobile terminal can be partially active in MOBITEX, i.e. it monitors the MOBITEX network periodically so that it can be used in between times in another network or can rest to save batteries.

The function means that MOBITEX traffic to the terminal is synchronised with the sweep signals from the base radio station, appearing at predefined times.

### 3.3.10 Data interruption in a line connection

This function means that if the subscription is engaged in a line connection, it will be interrupted momentarily for transmission of any text/data/status messages which are addressed to the subscription. Only MOB can have this function (data and speech can be sent simultaneously to FST at any time).

### 3.3.11 Mailbox

The mailbox service means that messages, to a subscriber uho cannot be reached for some reason (e.g. the terminal is switched off or the transferable subscription is logged out) are stored in a network mailbox.

When sending a message, the sender can state whether it is allowed to be stored in mailbox or not.

As soon as contact with the subscription is established again, the messages in the mailbox are sent automatically to the subscription.

### 3.3.12 External networks

MOBITEX is primarily designed and intended for dispatch traffic between mobile terminals and their dispatch offices and between mobile terminals. The facility for traffic between mobile terminals and other telecommunication networks is however included as optional additional services. Which external networks that there are interfaces to is network operator unique. Please, refer to reference R0 for details about this.

To which one of the subscription types these services are available is defined by the network operator (please refer to reference R0). For example, fixed subscriptions and transferable subscriptions which are transferred to a

## 6.2 MAIN COMPONENTS OF THE NETWORK

### 6.2.1 Base radio stations (BAS)

The base radio stations constitute end nodes for the mobile terminals. They are also switching points for vehicle-to-vehicle traffic within the respective radio coverage areas. They therefore have the necessary information about the mobile subscriptions within their radio coverage areas to be able to handle this traffic. This is necessary for autonomous operation in the event of a line failure to MOX.

Equipment is installed at the base radio stations for a number of radio channels. One of these is used for the common national system channel whereas the others are used as traffic channels for speech or data. The number of traffic channels is determined primarily on the basis of the anticipated volume of speech traffic.

### 6.2.2 Area exchanges (MOX)

Area exchanges constitute end nodes for fixed terminals which are linked to them. They are the switching points for traffic between base radio stations and fixed terminals.

The number of area exchanges will depend to a large extent on the number and distribution of the fixed terminals throughout the country.

### 6.2.3 Main exchanges (MHX)

The main exchanges route traffic between area and main exchanges. The main exchanges could be connected in a number of various ways, e.g. in a tree or a ring formation.

It is possible to install main exchanges on several routing levels for trunking reasons, i.e. to save data and speech connections.

### 6.2.4 Network control centre (NCC)

The Network Control Centre (NCC) includes an Operation and Maintenance function together with a Subscription information handler function.

This is where the subscription information is entered and then sent to the main exchanges.

16. Terminal status: Packets not to be sent.

The network generates 'DIE' according to the criteria and with the format stated in Appendix A.

Dialogue 16.1:

The terminal may not send packets.




'DIE' is mailboxed if the B party is not active. The packet is sent out according to Dialogue 14.2 when the B party is active again.

17. Terminal status: Packets may be sent again.

The network generates 'LIVE' according to the criteria and with the format stated in Appendix A.

Dialogue 16.1:

The terminal may send packets again.




'LIVE' is mailboxed if the B party is not active. The packet is sent out according to dialogue 14.2 when the B party is active again.