# Exhibit 44

*Technical Reference*

# RAD-I/O Connectivity Tools

version 2.5

RESEARCH IN MOTION

*Technical Reference*

# RAD-I/O
# Connectivity Tools

version 2.5

RESEARCH IN MOTION

RAD-I/O Connectivity Tools, Technical Reference, version 2.5
Last revised: 27 July 1995

© 1994-95, RESEARCH IN MOTION LIMITED

Research In Motion, RIM, and RAD-I/O are trademarks of Research In Motion Limited; Canadian, US, and international patents pending.

Mobidem is a trademark of Ericsson GE Mobile Communications Holding Inc. Mobitex is a trademark of the Swedish Telecommunications Administration. MS-DOS is a registered trademark, and Windows is a trademark of Microsoft Corporation. V.42bis is licensed under US Patent No. 4,558,302 and foreign counterparts.

Warning: This document is for the use of licensed users only. Any unauthorised copying, distribution or disclosure of information is a violation of copyright laws.

While every effort has been made to ensure technical accuracy, information in this document is subject to change without notice and does not represent a commitment on the part of Research In Motion Limited.

**Research In Motion**

295 Phillip Street
Waterloo, Ontario
Canada N2L 3W8
tel. (519) 888-7465
fax (519) 888-6906

Internet: radinfo@rim.net

TG0695

## RAD-I/O

The protocols used by RAD-I/O efficiently use the low bandwidth available, and operate in a high-delay environment. There is a minimum of handshaking between the two ends of the transfer, with a minimum number of packets involved.

A standard Mobitex protocol stack is included in the product, providing MCP/1 and MTP/1 – V.42bis, RLE and Lookup compression modes are also supported. A number of features, above those built into the protocol stack, add to the robustness of the system. Incomplete file transfers are automatically recovered in case of a system failure such as a power loss. A strategy of automatic retries, with increasing backoff intervals, is included for robustness of the file transfer if the receiver unit is unavailable.

RAD-I/O is compatible with the AT-Mobidem. When a file is sent from RAD-I/O to an AT-Mobidem, the contents of the file will simply stream out of the Mobidem as soon as the call is accepted. Applications can send information from an AT-Mobidem to RAD-I/O by dialling the MAN number of the remote RAD-I/O and sending the information as a data stream, and hanging up. The data will be stored in the SPOOL\INBOX directory.

For a description of RAD-I/O's interface, see the RAD-I/O Connectivity Tools, *Installation and User's Guide*, version 2.5.

## DDE Support

DDE support is built into RAD-I/O Version 2.5 RAD-I/O supports a single service name of "RADIO". Within this service are a number of topics.

| | |
|---|---|
| Device | Used for accessing the status of the radio device being used by RAD-I/O. For example, MAN number and battery status can be retrieved using this topic. |
| Rfd | Used to control and retrieve information from the File Dispatcher component of RAD-I/O. |
| Groups | Used to access information about groups defined in RAD-I/O. |
| AddressBook | Used to access information in the address book. Each conversation on this topic has an associated 'current' address book entry pointer. Requests and Executes use this pointer. |



RIM-MF2640456

# 2

# RAD-I/O

## Overview of RAD-I/O

RAD-I/O uses a simple directory and file structure for sending and receiving files. Files to be sent are placed into an outgoing SPOOL directory, and are received into an incoming SPOOL directory. A status file is also maintained which contains the state of the MASC radio link. Local MAN, coverage state, battery strength and signal strength are stored into this simple text file at regular intervals. Applications can view this information as necessary.



# Directory structures

RAD-I/O uses a SPOOL directory as its communication with applications. Normally the SPOOL directory is located within the same directory as RAD-I/O has been installed, but can be moved to another location. The following directories are present within the SPOOL directory:

## SPOOL\OUTBOX

Files to be sent to another site are stored into this directory by the application. If a directory is created within SPOOL\OUTBOX, using the remote site's MAN as the name, any files placed into the resultant directory will be sent to that site.

A file placed into the root of SPOOL\OUTBOX will be scanned for a line of the form **To: MAN#**. The file will be sent to that MAN destination. An extension can be added to the MAN both as a directory name and within the data file if using **To: MAN#**. This extension will be used as the remote subaddress (MTP remote devices) or as the HPID (NTP remote devices).

## SPOOL\INBOX

When a file is received without specifying a destination directory, it will be placed into a subdirectory created with the source MAN as its name. This subdirectory will be created within the SPOOL\INBOX directory.

## SPOOL\PENDING

When a file is processed by RAD-I/O and queued for sending, it is moved into this directory and renamed to a name using a job ID with a .DAT extension. An extra file is created with the same name, but .JOB extension, to maintain information about the file transfer so that it can be restarted as necessary. When RAD-I/O starts, it will scan this directory and restart any pending jobs.

As a file is being received, a temporary file will be created within this directory as a place to store the file before it is complete. When it has been completely received, it will be moved into the appropriate destination. When RAD-I/O is started, any such files in this directory will be erased since they are incomplete. The sending site will retransmit the file. These temporary files will have a .TMP extension.

An .STS file will also be created, in which the current state of the job will be written.

# File transfer procedures

## Sending files

There are several methods for sending a file to another site: by dragging-and-dropping, by using RAD-I/O menus, by creating a control file in SPOOL\COMMAND, or by placing a file into another directory within SPOOL\OUTBOX, where the directory is named using the destination MAN, or by placing a file in the root of SPOOL\OUTBOX, which contains a line of the form **To:** ***MAN NUMBER***.

### *Drag-and-drop*

To use drag-and-drop interface for sending files, simply drag a file from File Manager and drop it onto a running RAD-I/O. A dialog box appears asking for an intended destination. You can enter either a MAN address, or enter a name. RAD-I/O checks its Address Book for the MAN associated with that name – if it cannot find the address associated with that name in its Address Book, RAD-I/O will ask for the MAN. Any unknown names will be automatically added to the address book when you specify the MAN. After the destination has been entered, the file will be sent to that address.

### *'Send' menu option*

When the you choose the Send command the File menu, a standard Windows dialog box is displayed, prompting you to select one or more files to be sent to another site. Once the file(s) is selected, another dialog box appears, prompting you to provide information about how and to where the file is to be sent, including:

**Destination:** the name of the site to which the file(s) will be sent. This drop-down list contains the current address book. You may select an entry from the address book, or type in a name or MAN that is not already in the address book.

If you type in another name that is not already in the address book, another dialog box appears, prompting for the MAN number to associate with the new name. Enter the MAN number for this new entry, and choose OK to enter it automatically into the address book.

**Remote File Name:** You can rename the file as it will appear at the remote site. If multiple files are being sent, wildcards can be entered to rename

the files (e.g., *.txt). A destination directory can be specified by entering the directory name and a trailing "\".

**Compact File Before Transfer:** Determines whether the file will be compacted to reduce file size before being transferred. Files may be both compacted and compressed.

**Transport Parameters:** If the MAN you are sending to is part of a defined group, these parameters will default to the values configured for the group to which this MAN belongs. See page **Error! Bookmark not defined.** for more information on Group settings.

***Transfer mode***: *Express* (receivers sends no confirmation that it received the file), *Standard* (receiver confirms it received the right number of bytes), or *Confirm* (receiver confirms it received the right number of bytes and the bytes are correct).

***Compression***: V42BIS, RLE, LOOKUP, NONE.

## Command file

A file can be sent to another site by creating a control file in the SPOOL\COMMAND directory. The name of this file must have an extension of .CMD. This file is a plain ASCII file consisting of command strings which specify a operations that are to be performed by RAD-I/O.

Command files may contain multiple commands, but each command must be placed entirely on a single line. The formats for the commands are as follows:

```
Send <file_name> to <remote_MAN>
     [ as <new_name> ]
     [ mode { confirm | standard | express}]
     [ transport { MTP | NTP }]
     [ option { delete | copy | move}]
     [ type { DATA | HPDATA }]
     [ HPID hpid ]
     [ mailbox { Y | N }]
     [ compressfile { Y | N }]
     [ encoding {V42BIS | RLE | LOOKUP | NONE}]
      | passthrough_data

Receive <file_name> from <remote_MAN>
     [ as new_name ]
     [ mode { confirm | standard | express }]
     [ compressfile { Y | N }]
```

COPY signifies that the source file will be copied to a temporary file in SPOOL\PENDING.

`TYPE =` send the file to a non-MTP/1 supported device. The device MAN must be configured within RADIO.INI as using an NTP transport, or Transport NTP has been selected for this command.

`HPID =` select HPID to use if TYPE is HPDATA.

**Note:** When processing source and destination files. If the name starts with ^\ the root of the spool directory will be used. If the * is used as the file name portion when specifying a destination file, a locally unique name will be generated.

## SPOOL\OUTBOX\MAN#

Another way to send a file is to simply copy it into the SPOOL\OUTBOX\MAN# directory at the sending machine, where MAN# is replaced by the MAN of the intended receiver.

## SPOOL\OUTBOX

Files placed in the root of this directory will be scanned for a line of the form **To:** ***MAN NUMBER***. The file will then be sent to that MAN number.

## Remote file request

Files can also be sent as a result of a remote MAN requesting a file from the local side. *See 'Remotely initiated' file receive, below.*