# Exhibit 46

# THE MOBITEX* PACKET-SWITCHED RADIO DATA SYSTEM

Kourosh Parsa
RAM Mobile Data**
10 Woodbridge Center Drive
Woodbridge, New Jersey 07095

## ABSTRACT

This paper is a systems engineering overview of a state-of-art packet switched radio data system -- the Mobitex system. RAM Mobile Data operates Mobitex systems in the U.S. and the U.K. Mobitex systems are also in operation in Scandinavia and Canada. The system architecture is 'open', which allows any company to enter the wireless data business by providing radio modems and/or application software conforming to the Mobitex Interface Specification. This paper first outlines the Mobitex network architecture, network protocol, RF system design and the Mobitex 'open' air interface. Finally, the spectral efficiency and response time for transmission of short messages using a wireless packet data network and present day analog cellular systems are compared. It is concluded that a wireless packet data network is superior to analog cellular systems both in terms of spectral efficiency and response time for short data messages.

## INTRODUCTION

In 1986, RAM Broadcasting obtained licenses from the FCC for 10 to 30 channel pairs in each of the top 50 U.S. metropolitan areas in the 900 MHz SMR band. Early in 1989 RAM Mobile Data was formed. RAM Mobile Data (RAM) is in the process of installing mobile data networks throughout the United States. Networks became operational on October 1, 1990 in the top ten U.S. markets and networks will be operational in fifty US markets by mid 1992.

RAM selected the Mobitex system supplied by Ericsson in Sweden, after an extensive review of offerings from around the world. The Ericsson system was developed in conjunction with the Swedish PTT. Public Mobitex systems have been operating in Sweden, Norway and Finland for several years, more recently in Canada, and now in the United States. RAM is also installing a Mobitex network in the United Kingdom. Two of the more important reasons for selecting Mobitex were its state-of-the-art, cellular-based technology and its open architecture. RAM Mobile Data is one of two companies which currently offer packet-switched wireless mobile data service. Cellular, SMR and dispatch systems are all circuit-switched, and are optimized for voice and long file transfers both from response time and spectral efficiency points of view. Narrowband mobile data packet switching networks are optimized and tailored for short data messages; they provide fast response times, high spectral efficiency and a wide variety of services.

This paper is a system design overview of the Mobitex system from the systems engineering point of view. In section 2, the Mobitex network architecture is described. It consists of base stations, local switches, regional switches, front end processors, and network control center in a hierarchical architecture. In section 3, the system protocol design is examined. In section 4, RAM's RF system design, which resembles that of Cellular is described. The physical layer of the RF link is also described in this section. In section 5, the radio modem and the modem control unit design are described. In section 6, the Mobitex radio protocol design is described. And lastly, the spectrum efficiency of analog and digital Cellular are compared to that of mobile data networks.

## RAM's MOBITEX SYSTEM ARCHITECTURE

A brief description of the services and types of subscriptions is essential before discussing routing and the design advantages of the hierarchical architecture. Typical mobile data applications are: computerized dispatch, two-way messaging, remote database access, acknowledgement paging, point of sale credit authorization, and remote data collection. The wireless data system can be accessed via radio link to a local base station and via leased line to a front end processor. There are several subscription types available: fixed terminal subscriptions for host access, mobile terminal subscriptions for radio terminal access, personal subscriptions for personal access from any terminal configured for personal subscriptions, group subscriptions for multicast capability, and closed user group subscriptions for group privacy. A "store and forward" capability is used for the case where the addressee of a Mobitex message is temporarily out of contact with the network. The message is stored until the addressee is again in network contact. All subscriptions (except for group subscriptions) are activated by the terminals sending an 'active' message to the system.

The Mobitex system is hierarchical in structure. At the top of the hierarchy is a network control center (NCC) from which the NCC operators manage, configure, control and monitor the system. The IXC (inter-exchange carrier) switches are used for

* Mobitex is an emerging worldwide standard for packet switched wireless data communications.

** RAM Mobile Data USA Limited Partnership is a business venture between BellSouth and RAM Broadcasting.


0-7803-0841-7/92 $3.00 © 1992 IEEE

RIM-MF2636192

inter-LATA* communications and are operated by separate long distance service providers. National (IXC), regional and local switches route traffic between regions (LATAs), and local service areas. Finally, at the lowest level are the radio base stations (BAS) that communicate with the mobile and portable radio modems. RAM's Mobitex networks include a Front End Processor (FEP) which is the host connection point and an inter-networking gateway. The FEP can provide redundancy in routing and alternate routing in case of a local switch failure.

The mobiles send "roam" signals to register with a new base station as they move into the new base station's coverage area. The new base station sends a message to its local switch informing it of the change in base station. Thus, each node maintains the subscriber information of the node directly below it. When a packet is received at any of the switches, the node checks its continually updated routing table. If the addressee is in its current active subscriber list, it will route the packet to the appropriate lower node or base station. Otherwise, it will route the packet to the next higher level node.

Considerations in selecting a network architecture and topology are response time, throughput, reliability and redundancy. Response time and throughput depend on inter-node link speeds, node switching speed, loading conditions and finally the routing algorithm. Some points regarding the dynamics of routing, response time, tree topology, loading and congestion control follow:

a. With the hierarchical topology, the number of hops is limited to either 3, 5, or 7 for the host-bound or mobile-bound packets. From the response time perspective, there is only a 2 second maximum overhead associated with the 7 hop versus the 3 hop case.

b. The routing tables are updated at the nodes as the mobiles roam to new base stations. Each node maintains the subscription information of the nodes below it.

c. At the base node, congestion will be handled at two levels: a) the mobiles start the roaming procedure after three unsuccessful retries, and 2) after a certain traffic level, the base will not acknowledge some of the mobile's messages, forcing them to roam to another base as a method of load balancing.

d. Congestion control is also implemented at the local/regional switches and the inter-node links thus avoiding switch or link restarts (long delays).

e. The currently available switches can process up to 108,000 packets per hour. The inter-node links are digital lines with speed of 9.6 or 56 kbps. The data link layer protocols are HDLC and X.25. All the inter-node links are backed up with dial back-up lines.

f. Each local switch can store up to 100,000 messages at one time.

* Local Access Transport Area

## MOBITEX NETWORK PROTOCOL

All communications is facilitated by the use of Mobitex Packets (MPAKs). MPAKs contain destination, source, and administration fields (MPAK type and state) and the user information field. When an outbound message to a mobile can not reach its destination, the message is put in the addressee's "mailbox" and the subscriber status is made 'inactive' until it sends an ACTIVE MPAK at a later time. There are two basic classes of MPAKs in Mobitex:

1. Packet switched subscriber communication (PSUBCOM)

The packets in this class are transferred from one terminal to another within the network as TEXT, DATA or STATUS. This class also includes high level protocol packets for messages longer than 512 bytes (HPDATA).

2. Data terminal service communication (DTESERV)

The packets in the first class would be useless if the network lacked terminal status information. This class includes packets for request and delivery of such information. The most important packets in this class are: active message (ACTIVE), inactive message (INACTIVE), roaming message (ROAM), and for personal subscription: log-in request (LOGINREQ), log-out message (LOGOUT). The system can also issue DIE ( "kill" an unauthorized terminal) and LIVE (permission to "live" again) MPAKs. Other MPAKs in this class are as follows: GROUPLIST, FLEXREQ, FLEXLIST, INFOREQ, INFO, AREALIST, ESNREQ, and ESNINFO.

The packet traffic state (in the administration field) is indicated with 3 bits and can have the decimal values 0-7. The following states exists in Mobitex; OK, FROM_MAIL, IN_MAIL, NO_TRANSFER, ILLEGAL, CONGEST, and ERROR.

As can be seen, the network layer is simple and effective. The network conditions outlined above effectively provide an end to end negative acknowledgement.

## RF SYSTEM DESIGN

The radio base stations are laid out over a service area in a grid pattern using the same engineering rules as for cellular telephony, relative to interference management, frequency reuse and cell splitting, etc. In fact the Mobitex system is much like a cellular telephone system, except that there is no



RIM-MF2636193

need for handoff during the packet transmission. When a change from one base station to a better one is required, that decision is made by the mobile, not the land network computer as in cellular telephony. Another difference is that there is no need for an elaborate power control algorithm as required in Cellular telephony. As a matter of fact, the near/far effect improves the performance of a cellular data network with a Slotted Aloha protocol [1]. However, a simple power control is implemented in the radios in order to prevent portables from radiating too far while operating at the higher floors of buildings.

The intermittent nature of a mobile, packet-based, data-only communication network makes it somewhat unique and different from a mobile voice network. For example, the efficiency of the radio protocol, Reservation Slotted Aloha, is higher than might be expected from the textbooks.

Macroscopic diversity is implemented in conjunction with the roaming algorithm. The choice of base station is reviewed every 10 seconds by the mobile or portable. This reduces the adverse effects of log-normal fading on the mobile data network cell planning. The RF design parameters are summarized as follows:

The frequency reuse plan: N of 7, The fading margins: 10 dB (slow+fast), The receiver sensitivity level: -113 dBm at the mobile antenna terminal, Cell edge RSSI: -103 to -95 dBm Base statio receiver sensitivity: -105 dBm (urban), -113 dBm (suburban), -115 dBm (rural), C/I: 18 /14dB, FM capture: 6 dB.

The system is designed to provide 95% coverage at all times from three base stations, and 95% communication success at the cell edge within four attempts.

## MOBILE CONTROL UNIT DESIGN - GMSK

The mobile/portable unit is composed of a radio, modem and a modem-control unit (MCU). In this section, we discuss some of the design features of the MCU and the GMSK modulation/demodulation scheme.

### MCU DESIGN

The MCU generates the MPAKs and the data link and the radio (physical) link layer frames; handles the radio protocol, terminal interface protocols and the roaming algorithm. In this section, we discuss the roaming algorithm and the radio link frames. In order to maintain good radio contact with the network, the mobile (or portable) radio modems must continuously monitor the system channel associated with the current base station as well as all neighboring base station system channels. A list of 'neighbors' to be monitored in this fashion is transmitted by each base station on the system channel. The mobiles sample the Received Signal Strength Indication (RSSI) from the radio at 1000 samples per second over a 10 second period to determine the best/strongest neighbor at any time. A base station change will occur if the neighboring base station's signal strength is greater than that of the current base station by a specified amount. After listening to this new channel to determine the base station ID, the mobile will then send a roam/registration packet to the new base. This information is distributed within the network to update the routing tables. The radio path between the base stations and radio modems is a difficult propagation medium due to multipath, terrain and motion. Reflections off of buildings, hills and moving vehicles produce Rician or Rayleigh fading (depending on whether a direct path exists) with the fade rate a function of the speed of the mobile terminal and, to a lesser extent, the reflectors. To operate in this environment, the network and data protocol has been implemented using a number of robust features.

The base station cells are laid out in such a way as to achieve (-103 dBm)-(-95 dBm) signal strength at the cell edge. -113 dBm corresponds to a 10% block error rate (or 1% bit error rate) at the mobile terminals under static (non-fading) conditions.

The modulation is a non-coherent GMSK which is relatively immune to the sudden phase changes that can cause problems for a coherent demodulation system, but is still quite bandwidth efficient.

The 8-bit characters are grouped into blocks of 18 bytes and, for error detection, a CCITT standard 16 bit Cyclic Redundancy Check (CRC) is appended to each block.

The 20x8 (bit x bit) block is encoded using a shortened [12,8] Hamming code capable of correcting any single bit error in the codeword. The coded data is a 20 x 12 matrix.

Each 20 x 12 bit block is interleaved before transmission so that a fade induced burst of up to 20 consecutive bit errors is evenly distributed among the codewords after de-interleaving; these single bit errors can be corrected by the Hamming code. The interleaved data is generated by reading the matrix columnwise.

Before transmission, The interleaved data is then XORed with a scrambling code to reduce the consecutive 0s and 1s. This is done to reduce the DC component (low frequency content) in the modulated waveform.



RIM-MF2636194

A frame head is added which is comprised of 56 bits as follows: bit synch field (16 bits) for bit timing recovery, frame synch field (16 bits) for word boundary recovery and network identification, Base id field (6 bits), Area id field (6 bits), control flags field (4 bits), and checksum field (8 bits) for error detection. Frame synch and the Bit synch bytes are not added with parity bits.

A selective repeat ARQ scheme is used so that only the blocks with detected errors are retransmitted in the next packet. If the packet is not successfully acknowledged, it is retransmitted a specified number of times to increase the chance of successful delivery.

## GMSK MODULATION and DEMODULATION

The entire radio frame is sent to the GMSK modulator. The data stream is first passed through a level shifter to generate NRZ waveforms. To achieve a narrow bandwidth, the phase must be continuous at the transitions. This is done in MSK where the two oscillators in FSK are replaced with a VCO to make the phase continuous. In Gaussian Minimum Shift Keying, a Gaussian lowpass filter is placed in front of the VCO. As a result, the carrier switches between fc-fd and fc+fd in a more sinusoidal manner as opposed to the abrupt shifts in FFSK.

A sequence of logic 0s or 1s should yield a maximum frequency deviation of fd = 2 kHz.
The lowpass filter should have a 3 dB bandwidth of 2.4 kHz as well as linear phase characteristics. This corresponds to a BT of 0.3. The efficiency of the Mobitex GMSK is 1.3 b/s/Hz. And it achieves .01 BER at -113 dBm.

The demodulator is composed of two parts: 1) radio components and 2) modem components. The radio components do the following:

1. The received modulated carrier is first downconverted from the 900 MHZ band.
2. Down-conversion is performed in several stages and the output of the last stage is usually centered at an IF frequency of 455 kHz.
3. The IF modulated carrier is applied to an IF bandpass filter with sharp roll-off characteristics, centered at the nominal IF frequency. This bandpass filter serves to limit the receiver noise and also reduce the adjacent channel interference.
4. The filtered signal is then applied to a limiter to remove envelop variations caused by fading and the IF filter.
5. The limiter output is applied to a discriminator which converts the frequency to voltage.
6. The received baseband signal is a distorted version of the Gaussian filtered transmitted data. The distortion is caused by: receiver thermal noise, man-made noise, interference, fading, IF bandlimiting, and frequency offset.
7. The received baseband data is then applied to the data detector which generates the digital data. The sources of error in the modem are: temperature D.C. drift and timing recovery errors. The frequency offset can be compensated by an AFC subsystem.

There are five main approaches for detecting the data at the discriminator output: bit by bit detection, 2-bit integrate and dump filter [2], multithreshold detector [3], adaptive threshold detection [4], and maximum likelihood estimator [5].

All of the above schemes (other than bit by bit detection) achieve .01 BER at below 12 dB of SNR under static conditions, which corresponds to RSSI of -113 dBm at the input of the mobile antenna terminal. RAM provides -100 dBm at the cell edges which is 13 dB higher than -113 dBm to account for Rayleigh and Log-normal fading.

## MOBITEX RADIO PROTOCOL DESIGN

The Mobitex radio protocol design constraints are as follows:

1. half duplex radio unit: a receive to transmit switching time of 30 ms.
2. full duplex base station: processing delays in the base station.
3. packet length is statistically distributed between 1-32 blocks (37 to 960 ms.)

To permit timely access to the radio channel by many half-duplex users and achieve efficient channel usage, a new channel access algorithm has been designed based on principles of modified Slotted ALOHA and Reservation TDMA. The base stations indicate the availability of their channels by sending free signals containing the number and length of random and free slots in the free cycle. Mobile traffic initiated before the beginning of the free cycle is distributed at random with the mobile selecting one of the random slots.

The base station sends a "free" (FRI) signal which indicates the number of available random slots and the slot length. Each mobile picks one of the slots randomly and sends a short packet or an access request to the base station. The base sends downlink traffic while some of the mobiles attempt to acquire access permission. At the end of random slots, the base grants permission to mobiles one by one and eventually another FRI signal is issued.

While Slotted Aloha is very efficient for short packets, other schemes such as Reservation TDMA become more efficient for longer packets. Two points regarding the performance of the Mobitex Radio Protocol follow:

1. Modified Slotted Aloha has a higher utilization compared to Slotted Aloha.

2. The throughput performance (55%) of Modified Slotted Aloha in a mobile radio environment is higher as compared to wired networks due to FM capture, Rayleigh and lognormal fading and the near/far effect.

A separate low power protocol is provided for portable terminals. The portable radio remains in a low power, standby mode and wakes periodically (every 10 to 20 seconds) to listen for base station signals. These signals include information for timing and roaming, and a list of the portable terminals with messages waiting to be sent to them by the base station to which they are registered. If a message is pending, then the portable stays in the operational mode until the message is successfully received and acknowledged.

### CELLULAR VERSUS MOBITEX

As the radio spectrum becomes more and more congested, and the demand for mobile communications continues to grow, there is an urgent need to make efficient use of the allocated spectrum. Packet-switched mobile data is one technology that can answer the users' demands, and yet is comparatively efficient in its use of spectrum.

Assuming that an entire cellular base station is devoted to serving data users, the number of data users per base station can be computed as follows:

Assume 2 uplink and 2 downlink calls per hour per user

Each message is 100 bytes in length (typical short message)
Average call duration (data) = .33 minutes (20 sec)
A(N,B) = A(57,.02) = 35.4 Erlang
N = the number of channels per base station.
B = call blocking probability
M1 = number of users per base = 35.4 x 60 /(.33) = 6437 users per base
M2 = number of users per channel = 6437/(57x2) = 56 users per channel
E1 = 56/30kHz = 1.9 users per kHz Present Day Cellular
E2 = 1.9 x 6 = 11.2 users per kHz Future cellular (E-TDMA)

The Mobitex system can accommodate 2000 users per channel (2 uplink and 2 downlink messages per hour). This translates into 160 users per kHz.

As can be seen, for messages up to a few kbytes, packet switching performs significantly both in terms of spectrum efficiency. This will even be true with the second generation Cellular with an optimistic assumption of a factor of six capacity increase. Note that packet switching networks can employ higher data rates and more efficient radio protocols which will result in increasing the number of users/kHz.
Mobile data can provide important benefits over voice communication in many applications:

> In many cases, a dedicated mobile data system can provide lower cost per transaction than can a voice system, or even a voice system with overlaid data capability.
>
> A data system can provide a printed record of every transaction. Generally a voice system does not provide an historic record.
>
> Data is more private than voice. Data messages can be easily encrypted in the application layer of the data protocol. Encrypting voice, whether in a cellular radio system or in any voice network, is a relatively complex and expensive task.

### CONCLUSION

Wireless data communication is emerging as an important and rapidly growing means of communication for people on the move. There are and will be many alternative solutions to the mobile data needs of a wide spectrum of present and potential mobile data users. There is no single mobile data system that will satisfy all user needs. The RAM Mobile Data implementation of the Ericsson Mobitex system in the US and the UK has been described here as one solution to these needs. Packet switching networks such as Mobitex are tailored for low speed data communications (less than 19.2 kbps) and short messages (less than a few kbytes); they are more spectrum efficient, have better response times, and provide more services (store and forward, multicast, group subscription, personal subscription) as compared to Cellular systems.

### REFERENCES

1. D., Goodman, etal, "The Near/Far Effect in Local ALOHA Radio Communications", IEEE Trans., on Veh., Tech., February 1987.
2. M.S. El-Tanany and S.A. Mahmoud, "Performance of CPM using a Discriminator Based Data Detector", International Conference on Communications, Philadelphia, May 1988.
3. M. Hirono, etal, " Multilevel Decision Method for Bandlimited Digital FM Discriminator Detection", IEEE Trans. on Vehicular Technology, August 1984.
4. N. Bolorchi," Optimum Processing of Multilevel Narrow-band Digital FM Utilizing Non-coherent FM Demodulation", Ph.D. Thesis, C.C.N.Y., FEb, 1992
5. T., Tjhung, etal, "Effects of Pulse Shaping and Soft Decisions on the performance of Digital FM with Discriminator Detection", IEEE Trans., on Comm., November 1986.