# Exhibit 48

ERICSSON

INTERNAL INFORMATIOIN
FUNCTIONAL SPECIFICATION 1(32)

| Uppgjord (även faktaansvarig om annan) - Prepared (also subject responsible if other) | | Nr - No. | | |
|---|---|---|---|---|
| 1997 ERV/MX Christian Olesen | | 155 17 - FCP 111 186 Uen | | |
| Dokansv/Godkänd - Doc respons/Approved | Kontr - Checked | Datum - Date | Rev | File |
| ERV/MXC Folke Bergqvist | | 1997-08-28 | A | |

# Support For Over The Air Activation


## Abstract

This function will support an activation process where new mobile terminals can activate themselves using the Mobitex network. A mobile terminal compatible with this function will receive its unique MAN from the Mobitex network and re-program itself. This eliminates the need for pre-programming of all new terminals with unique MANs. It will also be possible to re-claim a unique MAN from a terminal, thus disabling the terminal from using the Mobitex network.

| Uppgjord (även faktaansvarig om annan) - Prepared (also subject responsible if other) | | Nr - No. | | |
|---|---|---|---|---|
| 1997 ERV/MX Christian Olesen | | 155 17 - FCP 111 186 Uen | | |
| Dokansv/Godkänd - Doc respons/Approved | Kontr - Checked | Datum - Date | Rev | File |
| ERV/MXC Folke Bergqvist | | 1997-08-28 | A | |

Terminal-deactivation packet
A packet sent from the OAA host to a mobile terminal to erase its UMAN. The mode is also changed to activation mode.

Terminal identifier
An identifier used in activation-request and activation-response packets. This identifier is unique for each mobile terminal. When a packet is received by an OAA terminal it shall discard the packet if the terminal identifier is not correct.

UMAN
Unique MAN, i.e. the subscriber MAN assigned to a registered terminal in the Mobitex network.

## 2 BACKGROUND

The manual process of activating individual subscribers will be increasingly difficult to manage as the volume of units required to fulfil market requirements grows.

For large production quantities, MANs need to be assigned to the manufacturer for devices that will be assembled in a short period of time, as well as for all the units that are in the inventories of manufacturers, distributors, resellers and retail outlets. With a handful of manufactures and even a few middle parties a large chunk of MANs could be easily consumed.

## 3 FUNCTIONAL OVERVIEW

### 3.1 INTRODUCTION

With this functionality the Mobitex network will support an activation process where subscriptions for new mobile terminals can be activated automatically over the Mobitex network. The mobile terminal will be re-programmed with a new MAN and the subscription will be registered and activated in the NCC.

All new mobile terminals, supporting OAA, shall use an OAA terminal MAN, when communicating with the network, and contain an activation application. These terminals, OAA terminals, can not send user traffic before they have been activated in a Mobitex network. They can only send MPAK ACTIVE and activation-request packets.

When an OAA terminal is switched on, the activation application shall prompt for the information needed for activation, e.g. information about the customer that intends to use the device, the type of service requested, the terminal MSN and so on. The application stores the information in an activation-request packet which is sent to the Mobitex network.

| Uppgjord (även faktaansvarig om annan) - Prepared (also subject responsible if other) | | Nr - No. | | |
|---|---|---|---|---|
| 1997 ERV/MX Christian Olesen | | 155 17 - FCP 111 186 Uen | | |
| Dokansv/Godkänd - Doc respons/Approved | Kontr - Checked | Datum - Date | Rev | File |
| ERV/MXC Folke Bergqvist | | 1997-08-28 | A | |

The network automatically routes the packet to the OAA host defined in the network. The OAA host is a fixed or HG subscriber used by the network operator to handle activation-requests. The OAA host evaluates the information received and decides if the subscription shall be activated. An activation-response packet containing information needed for activation, e.g. the new MAN, is returned to the OAA terminal and a new subscription is created/enabled in the NCC subscription database.

When the OAA terminal receives the activation-response packet, it shall re-program itself with the received MAN. Once it has been re-programmed, the activation application shall change mode to user mode and the terminal shall send a BORN signal to the Mobitex network with the new MAN. Thereafter the terminal will act as an ordinary Mobitex terminal. As the terminal is activated with the new MAN, the network sends an activation-acknowledgement packet to the OAA host to confirm that the terminal is successfully activated in the network.

It will also be possible for the network operator to deactivate a terminal, programmed with a unique MAN (UMAN), over the Mobitex network by ordering the terminal to erase its UMAN.

## 3.2 SUBDIVISION OF THE FUNCTION

The function over-the-air-activation is divided into the following sub-functions:

- The OAA terminal activation application
- The OAA host application
- Network support for over-the-air activation

This document describes the functionality needed for Network support for over-the-air activation within a Mobitex network. The applications needed in the OAA terminals and in the OAA host are not specified in detail, only the requirements that the Mobitex network imposes on those applications.

## 3.3 AFFECTED NETWORK COMPONENTS

The software in the NCC and in all network nodes will be affected by this function.

| Uppgjord (även faktaansvarig om annan) - *Prepared (also subject responsible if other)* | | Nr - *No.* | | |
|---|---|---|---|---|
| 1997 ERV/MX Christian Olesen | | 155 17 - FCP 111 186 Uen | | |
| Dokansv/Godkänd - *Doc respons/Approved* | Kontr - *Checked* | Datum - *Date* | Rev | File |
| ERV/MXC Folke Bergqvist | | 1997-08-28 | A | |

# 4 REQUIREMENTS

## 4.1 THE ACTIVATION AND DEACTIVATION PACKETS

Four new packets are used in the activation/deactivation process, the activation-request, the activation-response, the activation-acknowledgement and the terminal-deactivation packet.

The packets are MPAKs of class PSUBCOM and type HPDATA with the protocol identifier set to 127. Protocol identifier 127 is reserved for SYSTEM HPDATA packets and should not be used for packets other than the ones described in this document and SYSTEM HPDATA packet described in MIS. The octet following the protocol id, octet 13, is used to identify the different SYSTEM HPDATA packets.

The activation-request packet is used by a mobile terminal to request activation in a Mobitex network.

The activation-response packet is sent by the OAA host as a response to a previously received activation-request packet. Only the host configured as the OAA host is allowed to send activation-response packets.

The activation-acknowledgement is sent by the network to the OAA host to confirm that a terminal has been successfully activated in the Mobitex network. Only the network is allowed to send activation-acknowledgement packets.

The terminal-deactivation packet is sent by the OAA host to a terminal that shall be deactivated in the network. I.e. the terminal will erase its UMAN, change mode to activation mode and start using an OAA terminal MAN.

It is not possible to use any of the flags POSACK, MAILBOX, SENDLIST or UNKNOWN in an activation-request, activation-response or activation-acknowledgement packet.

It is not possible to use the flags SENDLIST or UNKNOWN for terminal-deactivation packets.

### 4.1.1 The Activation-Request Packet

The Activation-Request packet is used by a mobile terminal to request for activation in a Mobitex network.

The packet can be sent by both OAA terminals in activation mode, see section 4.2 on page 11 for requirements on an OAA terminal, and terminals programmed with a UMAN. The UMAN is used by terminals not compatible with OAA. The same activation application can then be used by both OAA terminals and terminals programmed with a UMAN.

In figure 10, an example of a deactivation sessions is given.




*Figure 10. A deactivation session.*

1 The OAA host sends a terminal-deactivation packet with POSACK requested to re-claim a terminal MAN.

2 The packet is routed to the base station where the terminal is currently roamed, using normal packet routing.

3 The packet is sent to the terminal which will erase the UMAN and change mode to activation mode.

4 When the packet is acknowledged by the terminal, a posack copy of the packet is generated and sent back to the OAA host

5 When the posack copy is received at the host, the subscription information for the MAN can be removed in NCC via NSAM Open Interface.

6 The change in the subscription database is acknowledged by NSAM.