# Exhibit 49

# Network Operator Information

### 4.9.2 Fixed Terminals

Fixed terminals shall be designed for operation in fixed and sheltered (not necessarily heated or air conditioned) locations. The following basic environmental requirements are specified for fixed terminals:

| | |
|---|---|
| Temperature: | The terminal must be capable of operating in the temperature range of 0 to 45°C without the use of cooled air. If forced air is required for terminal, cooling it must be provided by self-contained fans. |
| Relative Humidity: | The terminal must be capable of operating at a relative humidity between 5 and 95% at all temperatures stated in Section 4.9.1. |
| Power Supply: | The terminal must be operable from a power source of 100-130VAC and 220VAC, at 50-60 Hz. |
| Static Discharge: | The terminal must be operable after (but not during) exposure to static discharge as specified in Section 4.9.1. |

***NOTE: If any discrepancy should arise between values given in this section and those appearing in Chapter 22, the values of this section shall govern.***

## 4.10 Over-The-Air Activation

In order to establish a simplified and efficient radio modem activation process on its Mobitex networks, BellSouth Wireless Data initiated and is developing the technology and processes to activate and deactivate radio modems over the air. Ericsson has provided the network components to allow over-the-air activation (OAA) and deactivation of radio modems that comply with this functionality. Radio modems that are compliant with the OAA functionality will be supplied with a generic MAN (GMAN), that allows new radio modems to communicate with a specific service host without being activated on the network. These radio modems must be capable of being reprogrammed with a unique MAN (UMAN), that is assigned and transmitted to the device during the activation process. The entire activation process should take about one minute. The OAA functionality will be backward compatible with existing radio modems.

BellSouth Wireless Data will implement a policy that requires all new radio modems to comply with the OAA functionality. More information can be obtained from BellSouth Wireless Data.



RIM-MF2640428