# Exhibit 50

7/19/99 PR Newswire 00:00:00

PR Newswire
Copyright (c) 1999 PR Newswire. All rights reserved.

July 19, 1999

Riverbed Technologies and CA Partner to Extend Management of Handheld Computing Devices in the Enterprise

CA-World 1999, NEW ORLEANS, and VIENNA, Va., July 19 PRNewswire Riverbed Technologies, Inc., the software company driving the adoption and effective use of handheld devices throughout the enterprise, today announced a technology development partnership with Computer Associates International, Inc. (CA) that will deliver enhanced enterprise management for mobile computing devices.

Under the partnership, Riverbed will integrate ScoutIT, an advanced systems management tool that greatly simplifies the administration of Palm devices, Windows CE-based devices, smart phones and mobile information appliances for the mobile environment, with CA's industry-leading Unicenter TNG enterprise management software. Additionally, Riverbed has joined CA's development partner program. Riverbed Technologies will be demonstrating the integrated solution at CA-World 1999 in the CA Partner Pavilion (Pavilion 12A), July 18-23 in New Orleans, LA at the Ernest Morial Convention Center.

Unicenter TNG addresses the demand for solutions to manage both mainstream enterprise systems as well as handheld devices and other non-traditional devices used in the enterprise. ScoutIT enhances the Unicenter TNG capabilities by providing a robust server-based environment from which handheld devices can be easily managed and controlled.

"Effectively managing hand-held devices is critical to achieving a truly productive and efficient mobile work force," said Wayne Jackson, CEO of Riverbed Technologies. "With the integration of CA's Unicenter TNG and ScoutIT, organizations will have enhanced capabilities to monitor these devices throughout their organization and to manage all aspects of the application life cycle. In addition, organizations can perform comprehensive backup and restore of mobile devices, allowing administrators to protect against lost or damaged devices, and to proactively diagnose mobile devices to identify potential problems before they occur."

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

"Companies need to effectively manage the systems used by their workforce, regardless of their location or preferred computing platform, including desktop systems, laptops and handheld devices," said Mike LaTorraca, vice president, CA development partner program. "Our partnership with Riverbed Technologies complements the ability of Unicenter TNG to manage mobile solutions in the context of the total enterprise."

About Unicenter TNG

By automatically managing the enterprise-computing environment, Unicenter TNG optimizes the availability of business-critical services to help reduce the total cost of ownership. Enterprise assets including the Internet/intranet and even non-IT equipment, like automated teller machines -- can be managed based on the business processes they support. Comprehensive and integrated out-of-the-box functionality, an intuitive Real World Interface, and self-learning, predictive neural network Neugent technology make Unicenter TNG easy to deploy and use, resulting in a rapid return on investment that increases over time.

About ScoutWare

ScoutWare from Riverbed Technologies is a family of software products developed to empower the mobile enterprise. ScoutWare includes ScoutSync, connecting the mobile enterprise, ScoutIT, managing the mobile enterprise, and ScoutArchitect, designing the mobile enterprise.

About ScoutIT

ScoutIT leverages wired and wireless networks, including the Internet, to provide organization-wide control over handheld devices (including Palm OS and Windows CE-based devices), smart phones and mobile information appliances deployed in the enterprise. ScoutIT allows IT managers to automate device configuration, software distribution, installation/de-installation, and upgrades, including applications and data files, for all mobile devices across an entire organization, from a central location, with unmatched reliability and flexibility. New mobile computers can be configured automatically, with all required software, as soon as they connect to the ScoutIT server via the network, accelerating device deployment. Devices are configured through traditional PC/cradle synchronization or through any direct device-to-server IP connection. Users without a PC can connect to a network wirelessly or through devices such as ether-cradles, clip-on modems or cellular adapters. Additionally, inventory and monitoring features allow technicians to provide technical support services remotely.

About Riverbed Technologies

Riverbed Technologies is driving the adoption and effective use of

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

hand-held devices throughout the corporate enterprise with products that consistently meet the demand for enterprise-scale mobile access, manageability and performance. Their platform independent ScoutWare family of mobile solutions empowers fast moving mobile workforces with reliable high-speed access to the enterprise while providing IT professionals the tools to build, deploy and manage sophisticated mobile applications. Riverbed products have been successfully adopted by Fortune 500 companies to mobilize professionals in a broad range of industries including health care, sales force automation, inventory and asset management, field service, merchandising, and corporate communications. Riverbed is located at 2070 Chain Bridge Road, Suite 475, Vienna, VA 22182, www.riverbedtech.com.

NOTE: All referenced product names are trademarks of their respective companies.

SOURCE Riverbed Technologies, Inc.

CONTACT: Lisa Auslen of A&R Partners, 650-363-0982, ext. 3905, or lauslen@arpartners.com, for Riverbed Technologies, Inc.

---- INDEX REFERENCES ---

COMPANY: COMPUTER ASSOCIATES INTERNATIONAL INC

NEWS SUBJECT: (Major Corporations (1MA93); Joint Ventures (1JO05); Corporate Groups & Ownership (1XO09))

INDUSTRY: (I.T. Consulting & Services (1IT92); Palmtop Computing (1PA77); Software (1SO30); Enterprise Business Operations Software (1EN75); Application Software (1AP32); Mobile Application Development (1MO52); I.T. Consulting & Services Vertical Markets (1IT54); Portable PC Technology (1PO05); Software Products (1SO56); Communications Software (1CO45); Communications I.T. Services (1CO14); Hand-Held Devices (1PA81); I.T. (1IT96); I.T. in Telecom (1IT42); Wireless (1WI99); Computer Equipment Advanced Technology (1CO81); Transportation I.T. Services (1TR93); Visual Display (1VI97); Telecom (1TE27); Sales & Marketing Software (1SA22))

REGION: (North America (1NO39); Louisiana (1LO72); Americas (1AM92); USA (1US73))

Language: EN

OTHER INDEXING: (CE; COMPUTER ASSOCIATES INTERNATIONAL INC; ERNEST MORIAL CONVENTIONCENTER; HANDHELD COMPUTING DEVICES; LA; LISA AUSLEN; OS; PALMDEVICES; RIVERBED TECHNOLOGIES INC; SCOUTIT; SCOUTIT SCOUTIT; SCOUTWARE; SCOUTWARE SCOUTWARE; SOURCE RIVERBED TECHNOLOGIES INC; WINDOWS) (Comprehensive; Effectively; Mike LaTorraca; Riverbed; Riverbed Technologies; Technologies; Technologies Riverbed; TNG; Unicenter; Unicenter TNG; Unicenter TNGeasy; UnicenterTNG; Users; Wayne Jackson)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Word Count: 1098
7/19/99 PRWIRE 00:00:00
END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.