# Exhibit 51

**Products, partnerships extend enterprise to mobile devices.**

Automatic I.D. News , v 15 , n 10 , p 22
Sept , 1999

Riverbed Technologies and Computer Associates (CA) have announced a series of products and partnerships that extend the use of hand-held devices--including some data collection terminals--in the enterprise.

In July, software developer Riverbed Technologies began shipping ScoutArchitect, a platform-neutral application development tool for Palm OS and Windows CE mobile systems. The studio allows an IT organization to move between development tools and mobile platforms without having to reconstruct the critical elements of the enterprise application. Developers define the critical elements of the application, and the product generates the application or server conduit for enterprise implementation. The OLE-compliant system also has an open and documented API.

"As the mobile enterprise continues to take shape, IT professionals want the assurance that the systems they implement today will grow to meet their company's mobile computing and application requirements as they change and the technology evolves," said Wayne Jackson, Riverbed CEO. "ScoutArchitect delivers the efficiency and flexibility that IT professionals need and allows companies to maximize their investment as they bring mobile systems into the mainstream of a company's computing systems."

Partnerships ease mobile device management

Riverbed is partnering with CA and another company, Spyglass, to ease enterprise deployment of hand-held devices with its ScoutWare series of mobile solutions.

The company will integrate its ScoutIT--a systems management tool for the administration of Palm and Windows CE devices, smart phones and mobile information appliances--with CA's Unicenter TNG enterprise management software. Unicenter TNG manages both mainstream enterprise systems and hand-held and other non-traditional devices. ScoutIT provides a server-based environment from which hand-held devices can be easily managed. Riverbed also joined CA's development partner program.

Riverbed licensed Spyglass Prism technology to incorporate into the ScoutWare line (which includes ScoutArchitect, Scout IT and ScoutSync). The resulting product, ScoutWeb, will be a platform for building and deploying mobile Internet-based solutions without requiring proprietary software on mobile devices. Spyglass Prism is an Internet content delivery platform that adapts formatted Web content to match the capabilities of mobile devices. ScoutWeb will enable mobile workers in fields such as finance, healthcare and merchandising to utilize existing Internet-based information resources in real time, over wireless and wired networks.

One company that hopes to benefit from the Prism integration is Symbol Technologies. Symbol offers both Windows CE and Palm OS-based data collection terminals.

"All of our Palm and Windows CE hand-held devices leverage Riverbed's ScoutSynch server technology for data synchronization," said Keith Kanneg,

Symbol's director of software marketing. "The addition of Spyglass Prism in their server presents a powerful extension to those capabilities. By taking advantage of existing Web clients in our mobile devices, this extension will enhance our customers' ability to access intranet applications and other Web information in a real-time environment."

Cut the wires

Computer Associates, meanwhile, has struck deals to with CellPort Labs, PageNet and 3Com to add wireless capabilities to its software and services.

CA is teaming with CellPort Labs, a provider of vehicle-based voice and data connectivity systems, to market and develop a system that integrates CellPort's SP2100 product as an application platform and wireless communications gateway for CA's Unicenter TNG fleet management system.

The CP2100 is a mobile network server that enables wireless, bidirectional data communications and network management, allowing vehicles to act as nodes on the Internet. Using the CP2100 as an in-vehicle computing platform, CA's fleet management system lets fleet managers remotely manage large vehicle fleets via real-time, wireless connectivity.

At CA World 1999, held in July in New Orleans, CA and CellPort demonstrated the combined system in a police cruiser using Symbol's Spectrum24 wireless LAN.

CA, PageNet and 3Com are combining their technologies for The Wireless Intelligent Infrastructure Support Technology initiative (TWIST). TWIST combines Unicenter TNG, PageNet's wireless network and 3Com's Palm Computing platform to create an out-of-the-box system to provide secure enterprise data access to intermittently connected wireless users.

CA's Global Professional Services division and PageNet's Advanced Wireless Integration Group will help clients deploy wireless applications and re-engineer legacy applications to support enterprise mobile computing.

"As more enterprises deploy wireless hand-held computing devices, higher reliability and security of information becomes increasingly important," said Eric Benhamou, 3Com chairman and CEO. "A secure and reliable infrastructure will speed the deployment of hand-held wireless solutions."

Reader Service Numbers:

| | |
|---|---|
| Riverbed Technologies | 316 |
| Computer Associates | 317 |
| Spyglass | 318 |
| Symbol Technologies | 319 |
| CellPort Labs | 320 |
| 3Com | 321 |
| PageNet | 322 |

COPYRIGHT 1999 Advanstar Communications, Inc.
COPYRIGHT 1999 Gale Group