# Exhibit 52

# 3Com and Computer Associates Team to Integrate Enterprise Management with the Palm Computing® Platform

## Initiative Enables Unicenter TNG Management Support For The Palm Computing Platform

**Media contacts:**
**Kristen Garrigus**
**A&R Partners**
**(650) 298-3932**
**kgarrigus@arpartners.com**

**Minnie Lee**
**3Com Corporation**
**(408) 326-9520**
**Minnie_Lee@3com.com**

**Bob Gordon**
**Computer Associates**
**516-342-2391**
**bobg@cai.com**

**FOR IMMEDIATE RELEASE**

**3Com and Computer Associates Team to Integrate Enterprise Management with the Palm Computing® Platform**

Initiative Enables Unicenter TNG Management Support For The Palm Computing Platform

**CA-WORLD, New Orleans, July 19, 1999 -** 3Com Corporation (Nasdaq: COMS) and Computer Associates International, Inc. (NYSE: CA) today announced an alliance that will empower enterprises to optimize the management of industry-leading Palm Computing® platforms. The announcement includes the immediate availability of CA's Unicenter TNG® Software Delivery™ Option (SDO) and the ShipIT™ Enterprise Edition for the Palm Computing platform.

Under terms of the alliance, the companies also announced beta availability of the Unicenter TNG Switch Management Option 2.0 for 3Com network products. This revolutionary network infrastructure management solution enables monitoring of network switches, including 3Com's industry-leading CoreBuilder and SuperStack II product families.

In addition, the companies will collaborate to expand the management functionality of the Palm Computing platform by delivering a comprehensive suite of CA integrated solutions for asset and inventory management (AimIT™), help desk (ServiceIT™) and remote control (ControlIT™) later this year.

"The Palm Computing platform offers extraordinary value to today's IT management teams," said Eric Benhamou, chairman and CEO of 3Com Corporation. "The infrastructure management solutions that 3Com and CA are jointly developing will go a long way towards reducing the cost of building and deploying mission-critical applications in today's increasingly mobile workforce."

By utilizing Unicenter TNG SDO or standalone ShipIT software delivery solutions with the Palm Computing platform, IT administrators can now deploy, manage and support the installation and upgrade of mission-critical Palm Computing platform applications, files and operating systems. Users can now synchronize their Palm Computing platform devices with a Unicenter TNG server, eliminating the need for full manual installations while helping administrators quickly resolve problems and perform updates. This announcement is integral to 3Com's goal of simplifying network administration by providing greater flexibility to troubleshoot and by maintaining critical systems from anywhere in the enterprise.



"Handheld computing devices, especially those based on the Palm Computing platform, are rapidly becoming an integral part of

the corporate computing and communications infrastructure," said CA Chairman and CEO Charles B. Wang. "By equipping IT to deal with this reality, CA and 3Com are making a significant contribution to the productivity of knowledge workers and the management organizations that have to support them."

CA is making ShipIT Enterprise Edition available to CA-World conference attendees with a free 30-day trial license, after which the product can be licensed from CA. Demonstrations of Unicenter TNG support for Palm Computing platform products are being shown this week at the 3Com booth, #459 at CA-World 1999 in New Orleans.

These joint initiatives represent an extension of 3Com's and CA's relationship. At NetWorld+Interop '99 in Las Vegas in May this year, the companies announced the integration of 3Com's Transcend Network Control Services and CA's NetworkIT Pro management offerings. Enterprise customers will benefit from increased network uptime, faster troubleshooting and greater staff efficiency with 3Com network equipment in environments running Unicenter TNG.

**About the Palm Computing Platform**
With an installed base exceeding four million customers, the Palm Computing platform is the foundation for the world's leading family of handheld computing products from 3Com including the Palm III™, Palm IIIx™, Palm V™ and new wireless Palm connected organizers, in addition to a broad range of products from Palm Computing's strategic partners. These products include the IBM WorkPad PC Companion, the Franklin-Covey Electronic DayPlanner, the Symbol SPT 1500 with built-in bar code scanning capabilities for vertical markets, and the pdQ Smartphone from QUALCOMM. Palm Computing platform products hold a 72 percent share of the worldwide handheld personal companion market (IDC, November 1998).

**About 3Com Corporation**
With more than 200 million customers worldwide, 3Com Corporation connects more people to information in more ways than any other networking company. 3Com delivers innovative information access products and network system solutions to large, medium and small enterprises; carriers and network service providers; PC OEMs; and consumers. 3Com - More connected™. For further information, visit 3Com's World Wide Web site at http://www.3com.com or the Palm Computing site at http://www.palm.com.

**About Computer Associates**
Computer Associates International, Inc., a world leader in mission-critical business computing, provides software, support and integration services in more than 100 countries around the world. CA has more than 14,000 employees and had revenue of $5.3 billion in fiscal year 1999.

For more information about CA, please call (516) 342-5224 or e-mail info@cai.com. CA's World Wide Web address is www.cai.com.

###

3Com, Palm Computing, HotSync, CoreBuilder, Superstack and Transcend are registered trademarks and Palm, Palm III, Palm IIIx, Palm VII, and More connected. are trademarks of 3Com Corporation or its subsidiaries. All other company and product names may be trademarks of the respective companies with which they are associated.