# Exhibit 54

LexisNexis®



Copyright 1999 Business Wire, Inc.
Business Wire

March 1, 1999, Monday

**DISTRIBUTION:** Automotive Editors

**LENGTH:** 1167 words

**HEADLINE:** Computer Associates Announces UniFleet, Automotive Industry's Most Advanced Fleet Management Solution

**DATELINE:** ISLANDIA, N.Y.

**BODY:**

March 1, 1999--

CA and Vetronix Corporation Partner To Deliver Critical Vehicle Data and Provide Proactive Maintenance and Troubleshooting Tools Based on Unicenter TNG Computer Associates International, Inc. (CA), the world leader in enterprise management software, today announced its entry into the automotive market through UniFleet(TM), an advanced solution which will manage large vehicle fleets to help create greater revenue opportunities for fleet owners while greatly reducing operational costs.

CA's UniFleet will be based on the company's award-winning Unicenter TNG technology, which has won international acclaim as the leading solution for managing complex computing and communications environments. CA has chosen Vetronix Corporation, which has expertise with vehicle on-board systems and extensive relationships in the automotive industry, as its initial development and marketing partner for UniFleet.

By adapting Unicenter TNG's proven capabilities for collecting and managing large volumes of data from diverse sources, UniFleet will provide fleet managers with the ability to conduct remote diagnostics checks prior to dispatching vehicles for deliveries or long trips, reduce breakdowns and achieve sustainable competitive advantages through new value-added services.

Vetronix, through its In-Vehicle Products unit, will supply hardware and software products that monitor and control vehicle data parameters and provide this information via wireless links to Unicenter TNG. UniFleet would then apply intelligence to the data to specifically address fleet management applications. Examples of data that can be monitored include vehicle speed, odometer reading, fuel/oil levels, engine RPM, diagnostic trouble codes, door lock/unlock, air bag deployment and GPS data.

"UniFleet has the potential to revolutionize how companies manage and maintain their vehicle fleets," said J.P. Corriveau, CA senior vice president of advanced technology. "Not only can it give fleet owners immediate access to data on individual vehicles, it can provide them with extremely valuable information on the entire fleet that allows for

smart decision-making and more economical operations."

With UniFleet, large fleets can be centrally and proactively managed. Data on every vehicle's location, fuel consumption, maintenance history, average speed and other attributes -as well as the current status of all monitored subsystems such as powertrain and ABS- will be made instantly available to managers and operators. UniFleet would also track service schedules and notify owners when scheduled maintenance is due. Armed with this wealth of data, fleet owners could make smarter decisions about vehicle deployment and maintenance and respond much more quickly to problems that may occur. "CA and Vetronix plan to offer the automotive industry a unique opportunity to leverage a technology that has already enjoyed tremendous success in the computer industry and apply it to the challenge of efficient fleet management," explained Jim Zaleski, president of Vetronix. "We are very excited about our partnership with CA, and look forward to helping our fleet customers use UniFleet to increase their operational efficiency and to create entirely new offerings for a marketplace that puts a very high value on information and service."

UniFleet will make it easier for operators of all types to view and analyze vehicle data through its intuitive three-dimensional user interface. UniFleet will also provide simplified implementation through such features as automatic "discovery" of managed vehicles, integrated data backup and security functions, and a state-of-the-art help desk application. This will help insure that critical data is not lost and that sensitive information such as vehicle location will be protected from intrusion.

"Computer Associates has demonstrated a unique understanding of how enterprise management technologies can be applied to many other critical business challenges above and beyond keeping IT resources up and running," said Paul Mason, vice president of infrastructure software research, International Data Corporation. "The application of Unicenter TNG's powerful management and monitoring capabilities to vehicle fleets has the potential to deliver real bottom-line value to customers. This is indicative of the tremendous operational efficiencies that CA can offer in many other markets."

Unicenter TNG has already been used successfully by the world-famous McLaren racing team to analyze the vehicle telemetry that helped win the 1998 Formula 1 World Championship. It has also become the world's most popular solution for managing complex corporate information systems resources --a highly challenging, mission-critical function for today's knowledge-based businesses.

CA and Vetronix made the announcement at the Society of Automotive Engineers Congress in Detroit, where they demonstrated the technology under the auspices of the Intelligent Data Bus (IDB) standards organization.

Vetronix Corporation, a privately held company with headquarters in Santa Barbara, California, was founded in 1984. Vetronix is an industry leader in the field of automotive service equipment. The company is active in both the automotive OEM and aftermarket segments of the automotive service industry. Vetronix is the supplier of handheld diagnostic testers and/or associated application software to automotive OEMs as General Motors, Adam Opel, Honda, Toyota, Nissan, Isuzu, Suzuki and Kia. Vetronix testers and diagnostic software dominate the market - more than 40 percent of all new vehicles produced worldwide are serviced at the dealership level with OEM-mandated technology designed and developed by Vetronix Corporation. Vetronix products are distributed in 45 countries. For more information about Vetronix, please call 805-966-2000 or visit www.vetronix.com.

Computer Associates International, Inc. (NYSE: CA), the world leader in mission-critical business computing, provides software, support and integration services in more than 100 countries around the world. CA has more than 13,000 employees and had revenue of $ 5.1 billion in calendar year 1998.

For more information about CA, please call 516-342-5224 or email info@cai.com. CA's World Wide Web address is www.cai.com.

All referenced product names are trademarks of their respective companies.

CONTACT: Computer Associates, Islandia
Patrick Karle, (516) 342-2487 or karpa01@cai.com
or
Vetronix Corporation, Santa Barbara
Dave Breuer, (805) 966-2000 ext. 3118 or,
DBreuer@Vetronix.com

Today's News On The Net - Business Wire's full file on the Internet

with Hyperlinks to your home page.

URL: http://www.businesswire.com

**LOAD-DATE:** March 2, 1999