# Exhibit 55

LexisNexis®

19 of 29 DOCUMENTS

Copyright 1998 Financial Times Information
All Rights Reserved
Global News Wire
Copyright 1998 Business Wire.
Business Wire

November 13, 1998

**ACC-NO:** B0IKMLNA2FWR

**LENGTH:** 726 words

**HEADLINE:** COMPUTER ASSOCIATES HELPS PUT THE WEST MCLAREN MERCEDES TEAM IN THE WINNER'S CIRCLE

**BODY:**

ISLANDIA, N.Y./WOKING, England--(BUSINESS WIRE)--Nov. 13, 1998--

Winning "1998 Formula 1 World Championship" Team Utilizes CA's

Leading Enterprise Management Solution for Maximum Performance

Computer Associates International, Inc. (CA) and West McLaren Mercedes, developer of the MP4/13 Formula 1 racing car, announced today that CA's Unicenter TNG was a key component in the West McLaren Mercedes team winning the "1998 Formula 1 World Championship" and clinching both the Drivers' and Constructors' titles. The team leveraged Unicenter TNG's advanced enterprise management features to maximize race car performance and analytical power.

CA and West McLaren Mercedes recently developed a F1 telemetry analysis display for West McLaren Mercedes' race and testing staff. This real-time solution relies on Unicenter TNG to monitor critical functions of the car and collect both performance and operational data during test runs and races. Unicenter TNG then displays a three-dimensional image of the car with the data. This advanced computing environment gives the team a virtual picture of how the car is performing throughout the race.

"West McLaren Mercedes employs superior technology within every aspect of the team -- from the smallest part in the car to our highly specialized IT requirements," said Ron Dennis, group managing director of TAG McLaren. "Throughout the season, we used CA's Unicenter TNG to monitor and display important archival data on conditions that impact the car's performance. This information created a concise picture of how the car reacts under varying conditions, making Unicenter TNG extremely useful throughout this winning season."

Deploying the advanced features of Unicenter TNG, the West McLaren Mercedes team is also able to monitor complex information from a vehicle moving at speeds in excess of 180 mph.

"The relationship between CA and West McLaren Mercedes illustrates the fact that CA solutions can be used in ways outside the traditional IT realm," said Jay Huff, CA's European director of advanced technology. "Unicenter TNG offered West McLaren Mercedes a competitive edge which ultimately played a role in securing both the Constructors' and Drivers' World Championships."

CA and West McLaren Mercedes are continuing their partnership with the development of a graphical-based application, using the multimedia and networking capabilities of Jasmine, CA's object-oriented database. The software will be used to display data to the team linked over a wide-area network to the company's headquarters in the United Kingdom. Jasmine's multimedia capabilities will allow engineers to determine the car's settings for a run performed weeks earlier on a specified track.

Jasmine will handle about 25 gigabytes of data in real-time, as well as store and manipulate highly complex data that originates from the telemetry instrumentation, making that data easily accessible for analysis.

Computer Associates International, Inc. (NYSE: CA), with headquarters in Islandia, N.Y., is the world leader in mission-critical business software. The company develops, licenses and supports more than 500 integrated products that include enterprise computing and information management, application development, manufacturing and financial applications. CA has over 11,000 people in 160 offices in 43 countries and had revenue of $ 4.7 billion in fiscal year 1998. CA can be reached by visiting www.cai.com, emailing info@cai.com, or calling 1-516-342-5224.

Based in Woking, England, TAG McLaren International has been involved in the construction and development of Formula 1 Grand Prix Cars since 1966, and in 1995 entered into a long-term partnership with Mercedes-Benz as engine supplier. West McLaren Mercedes International is one of the most successful racing teams in the world. Since entering Formula One racing, cars developed by the West McLaren Mercedes team have racked up a total of 116 Grand Prix victories, three Indianapolis 500 wins, five consecutive Can-Am sports cars wins, and one LeMans 24-hour endurance race.

All referenced product names are trademarks of their respective companies.

CONTACT: Carlo Cecchi, CA Italy      Michelle Soltesz, CA
+39 2 90464222      516-342-2370
cecca01@cai.com      solmi01@cai.com
09:08 EST NOVEMBER 13, 1998

**LOAD-DATE:** February 19, 2001