# Exhibit 60

# REMOTEWARE WINDOWS® CLIENT

*User's Guide*

XcelleNet

United States • Canada • United Kingdom • France • Germany • Australia

**XcelleNet RemoteWare for Windows NT™ Client User's Guide**
**Software Release 3.1 for use with Microsoft® 16-bit Windows® computers**

This manual, as well as the software described in it, is furnished under license and may be used or copied only in accordance with the terms of such license. Companies, names, and data used in examples herein are fictitious unless otherwise noted. The information in this manual is furnished for informational use only and is subject to change without notice.

Except as permitted by such license, no part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, recording, or otherwise, without the prior written permission of XcelleNet, Inc.

XcelleNet, Inc., 5 Concourse Parkway, Suite 850, Atlanta, Georgia 30328 United States, (770) 804-8100

XcelleNet, Inc., 1200 McGill College, Suite 1100, Montreal, Quebec, H3B 4C7 Canada, (514) 393-8546

XcelleNet Ltd, XcelleNet House, Amersham Hill, High Wycombe, Bucks HP13 6NA
United Kingdom, +44 (0) 1494 558000

XcelleNet, 168 avenue François Arago, 92000 Nanterre, France, +33 (1) 47 86 36 72

XcelleNet, Ltd., Pilotystraße 4, 80538 München, Germany +49 89/230 35-209

XcelleNet Australia Pty. Ltd., Level 20, 99 Walker Street, North Sydney, New South Wales 2060, Australia, +61 2 9931 682

© 1996 XcelleNet, Inc. All rights reserved. XcelleNet and RemoteWare are registered trademarks of XcelleNet, Inc. All other product and company names are trademarks or registered trademarks of their respective companies.

Portions of the RemoteWare technology are patent pending.

Printed in the United States of America.

Part number: NS-000-702-3000 (3/96)

**Tasks property page**

Select which tasks to execute or disable ESD from the Tasks property page. The Tasks property page is only available when the Server Administrator enables this feature for the client. All choices on this page are available independent of the resource type.




**Selected Tasks for Inbound Connection**. The top portion of the page displays the tasks you can enable or disable when the client initiates a connection.

Highlight the tasks you wish to perform, or deselect an entry to prevent it from executing. Do not disable an entry if you are uncertain of its function. Contact your Server Administrator for more information on that task.

***Note:*** *Some tasks that are not in the list may execute during an inbound session. These tasks cannot be disabled because they have been defined as required by the Server Administrator. In addition, outbound connections from the Server process all tasks, regardless of their setting in this list box.*

Click **Defaults** to reset the listbox to default settings. The client highlights and deselects items based on the status of the item defined by the Server Administrator.

**Disable Electronic Software Distribution**. When enabled, the client does not receive any files that are part of the software distribution tasks. Use this option to prevent a potentially lengthy file download from taking place when time is of the essence or to allow transfers to occur during off-peak hours.

**Show tasks during connection**. Check this option to display the task name currently being executed in the main window. The task name appears in between file transfers.