Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S OPPOSITION TO MFORMATION'S MOTION FOR SUMMARY JUDGMENT OF NO LACHES**<br><br>**DOCUMENT FILED UNDER SEAL**<br><br>Judge:     The Honorable James Ware |

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Opposition to Mformation's Motion for Summary Judgment of No Laches. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. RIM issued a document request subpoena to Craig Wolfson, Mformation's former Director of Business Development, on March 25, 2010. In response to that subpoena, Mr. Wolfson produced 3 documents on April 13, 2010, and an additional 21 documents on April 21, 2010. RIM deposed Mr. Wolfson on April 21, 2010.

3. Mformation has not produced a document preservation email or memorandum with a date prior to October 31, 2008.

4. Despite multiple requests from RIM, ███████████████████████████████████████████████████ RIM has also repeatedly asked Mformation for other documents relating to Mr. Johar such as: (1) documents regarding his General Release in 2001; (2) documents regarding the treatment of "family shares" under his severance agreement; (3) documents regarding his EEOC complaint; and (4) a signed version of his October 2003 Separation Agreement and General Release. Mformation never produced any of those documents to RIM.

5. Attached hereto as Exhibit 1 is a true and correct copy of a May 17, 2004 email from Jon Herttua bearing production number M1386717. This document has been designated "Confidential - Attorneys' Eyes Only."

6. Attached hereto as Exhibit 2 is a true and correct copy of a document entitled "BES 4.0 FAQs – 20040514.doc," bearing production numbers M138718-M138721. This document is an attachment to Exhibit 1. This document has been designated "Confidential - Attorneys' Eyes Only."

7. Attached hereto as Exhibit 3 is a true and correct copy of a document entitled "Key Story Elements – 4.0 Preview Announcement_Summary – PP.doc," bearing production numbers

M1386722-M1386723.  This document is an attachment to Exhibit 1.  This document has been designated "Confidential - Attorneys' Eyes Only."

8. Attached hereto as Exhibit 4 is a true and correct copy of a May 17, 2004 email from Mark Edwards bearing production number M1386724.  This document has been designated "Confidential - Attorneys' Eyes Only."

9. Attached hereto as Exhibit 5 is a true and correct copy of a May 27, 2004 email from Mark Edwards bearing production number M1386823.  This document has been designated "Confidential - Attorneys' Eyes Only."

10. Attached hereto as Exhibit 6 is a true and correct copy of a July 13, 2004 email from Amit Shah bearing production number UBA0018980.  This document has been designated "Confidential - Attorneys' Eyes Only."

11. Attached hereto as Exhibit 7 is a true and correct copy of a document entitled "BlackBerry Enterprise Server for Microsoft Exchange – Version 4.0 Beta – Feature and Technical Overview," bearing production numbers UBA0018981-UBA0019019.

12. Attached hereto as Exhibit 8 is a true and correct copy of a July 13, 2004 email from Mark Edwards and a July 13, 2004 email from Rakesh Kushwaha bearing production number UBA0019020.  This document has been designated "Confidential - Attorneys' Eyes Only."

13. Attached hereto as Exhibit 9 is a true and correct copy of a November 30, 2004 RIM press release bearing production numbers RIM-MF2644711-RIM-MF2644713.

14. Attached hereto as Exhibit 10 is a true and correct copy of RIM's 2005 annual report bearing production numbers RIM-MF0112779-RIM-MF0112854.

15. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the February 3, 2011 Deposition of Rakesh Kushwaha.  This transcript has been designated "Confidential - Attorneys' Eyes Only."

16. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the March 3, 2011 Deposition of Mark Edwards.  This transcript has been designated "Confidential - Attorneys' Eyes Only."

17. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from a document

entitled "Worldwide Mobile Middleware 2004-2008 Forecast and Analysis," bearing production numbers RIM-MF2279583 and RIM-MF2279589. This document has been designated "Confidential."

18. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the February 11, 2011 30(b)(6) Deposition of Rakesh Kushwaha. This transcript has been designated "Confidential - Attorneys' Eyes Only."

19. Attached hereto as Exhibit 15 is a true and correct copy of Mformation's March 16, 2009 Disclosure of Asserted Claimed and Infringement Contentions.

20. Attached hereto as Exhibit 16 is a true and correct copy of Mformation's January 28, 2011 First Amended Disclosure of Asserted Claims and Infringement Contentions.

21. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from Mformation's Seventh Supplemental Responses to RIM's First Set of Interrogatories. Information contained in this document was designated "Confidential - Attorneys' Eyes Only," but the excerpted portions do not contain such information.

22. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from Mformation's Second Amended Sixth Supplemental Privilege Log. This document has been designated "Confidential - Attorneys' Eyes Only."

23. Attached hereto as Exhibit 19 is a true and correct copy of a May 4, 2009 RIM press release bearing production numbers RIM-MF2644892-RIM-MF2644895.

24. Attached hereto as Exhibit 20 is a true and correct copy of a May 14, 2008 InfoWorld Daily newsletter bearing production numbers M1398339-M1398341. This document has been designated "Confidential - Attorneys' Eyes Only."

25. Attached hereto as Exhibit 21 is a true and correct copy of Mformation's Fourth Supplemental Initial Disclosures.

26. Attached hereto as Exhibit 22 is a true and correct copy of Deposition Exhibit 501, a document entitled "Mformation Electronic Document Collections Chart."

27. Attached hereto as Exhibit 23 is a true and correct copy of a July 25, 2002 letter from Jeffrey Friedel, Esq. bearing production number M3628993. This document has been designated

1  "Confidential - Attorneys' Eyes Only."

2  28. Attached hereto as Exhibit 24 is a true and correct copy of a document entitled "List of Patents, Trademarks, and Copyrights," bearing production number M3628994. This document has been designated "Confidential - Attorneys' Eyes Only."

29. Attached hereto as Exhibit 25 is a true and correct copy of March 26, 2003 memorandum from Babak Yaghmaie, Esq. to Jeffrey Friedel, Esq., bearing production numbers M3628563-M3628565. This document has been designated "Confidential - Attorneys' Eyes Only."

30. Attached hereto as Exhibit 26 is a true and correct copy of an April 29, 2011 letter from Maria A. Maras, Esq. to Amar Thakur, Esq.

31. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the March 17, 2010 30(b)(6) Deposition of Raymond Lallkissoon.

32. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the April 21, 2010 Deposition of Craig Wolfson. This transcript has been designated "Confidential - Attorneys' Eyes Only."

33. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the December 8, 2010 Deposition of Andrew Dixon. This transcript has been designated "Confidential - Attorneys' Eyes Only."

34. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the February 2, 2011 Deposition of Don Gobin. This transcript has been designated "Confidential - Attorneys' Eyes Only."

35. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the December 9, 2010 30(b)(6) Deposition of Rakesh Kushwaha. This transcript has been designated "Confidential - Attorneys' Eyes Only."

36. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the March 25, 2010 Deposition of Michael Schwartz.

37. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the November 17, 2010 Deposition of Michael Schwartz.

38. Attached hereto as Exhibit 34 is a true and correct copy of an October 31, 2008 email

1 from Mark Edwards bearing production number M1745345. This document has been designated "Confidential - Attorneys' Eyes Only."

39. Attached hereto as Exhibit 35 is a true and correct copy of a document entitled "Start and End Dates for RIM Email Custodians." This document has been designated "Confidential - Attorneys' Eyes Only."

40. Attached hereto as Exhibit 36 is a true and correct copy of a document entitled "RIM's Proposed Mformation Document Custodians."

41. Attached hereto as Exhibit 37 is a true and correct copy of RIM's 2006 annual report bearing production numbers RIM-MF0111799-RIM-MF0111878.

42. Attached hereto as Exhibit 38 is a true and correct copy of RIM's 2007 annual report bearing production numbers RIM-MF2538570-RIM-MF2538675. This document has been designated "Confidential - Attorneys' Eyes Only."

43. Attached hereto as Exhibit 39 is a true and correct copy of RIM's 2008 annual report bearing production numbers RIM-MF2538676-RIM-MF2538763. This document has been designated "Confidential - Attorneys' Eyes Only."

44. Attached hereto as Exhibit 40 is a true and correct copy of RIM's 2009 annual report bearing production numbers RIM-MF0364680-RIM-MF0364771. This document has been designated "Confidential."

45. Attached hereto as Exhibit 41 is a true and correct copy of a March 10, 2006 RIM press release bearing production numbers RIM-MF2644729-RIM-MF2644730.

46. Attached hereto as Exhibit 42 is a true and correct copy of an excerpt from RIM's Second Supplemental Responses to Mformation's First Set of Interrogatories. This document has been designated "Confidential - Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on August 1, 2011 in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

Declaration of Meredith Zinanni in Support of RIM's Opposition to Mformation's Motion for Summary Judgment of No Laches     -5-     Case 5:08-CV-04990-JW

# CERTIFICATE OF SERVICE

I hereby certify on this 1st of August, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 1, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/*Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*