Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S OPPOSITION TO MFORMATION'S MOTION FOR SUMMARY JUDGMENT THAT U.S. PATENT NO. 6,970,917 IS NOT INVALID DUE TO PUBLIC USE** |

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Opposition to Mformation's Motion for Summary Judgment that U.S. Patent No. 6,970,917 Is Not Invalid Due To Public Use. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the December 9, 2010 Rule 30(b)(6) deposition of Dr. Rakesh Kushwaha. This transcript has been designated "Confidential—Attorneys' Eyes Only."

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the April 20, 2010 Rule 30(b)(6) deposition of Dr. Rakesh Kushwaha. This transcript has been designated "Confidential—Attorneys' Eyes Only."

4. Attached hereto as Exhibit 3 is a true and correct copy of a document entitled "Wireless Data Management System," bearing bates numbers UBA0000311–342. This document has been designated "Confidential—Attorneys' Eyes Only."

5. Attached hereto as Exhibit 4 is a true and correct copy of Dr. Rakesh Kushwaha's January 24, 2011 errata sheet for his December 9, 2010 Rule 30(b)(6) deposition. This document has been designated "Confidential—Attorneys' Eyes Only."

6. Attached hereto as Exhibit 5 is a true and correct copy of the meta-data of the document attached hereto as Exhibit 3 entitled "Wireless Data Management System," bearing bates numbers UBA0000311–342.

7. Attached hereto as Exhibit 6 is a true and correct copy of U.S. Patent No. 6,970,917.

8. Attached hereto as Exhibit 7 is a true and correct copy of an email exchange between Aaron Charfoos and Amar Thakur, dated December 14, 2010.

9. Attached hereto as Exhibit 8 is a true and correct copy of RIM's Patent Local Rule 3-

1  3, 3-4, and 3-6 Second Amended Invalidity Contentions regarding U.S. Patent No. 6,970,917, in
2  draft form as sent to Mformation on December 14, 2010 (minus exhibits).  This document has been
3  designated "Confidential—Attorneys' Eyes Only."

4  10.  Attached hereto as Exhibit 9 is a true and correct copy of RIM's Fourth 30(b)(6)
5  Deposition Notice to Mformation, dated November 3, 2010.

6  11.  Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the
7  February 3, 2011 deposition of Dr. Rakesh Kushwaha.  This document has been designated
8  "Confidential—Attorneys' Eyes Only."

9  12.  Attached hereto as Exhibit 11 is a true and correct copy of a letter from
10  Eugene Goryunov to Gray Buccigross, dated July 8, 2009.

11  13.  Attached hereto as Exhibit 12 is a true and correct copy of a letter from
12  Eugene Goryunov to Gray Buccigross, dated September 9, 2009.

13  I declare under penalty of perjury under the laws of the United States and the State of Illinois
14  that the foregoing is true and correct and that this declaration was executed by me on August 1, 2011
15  in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

# CERTIFICATE OF SERVICE

I hereby certify on this 1st day of August, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 1, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*