Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MFORMATION TECHNOLOGIES, INC., a Delaware corporation,

Plaintiff and Counterclaim Defendant,

v.

RESEARCH IN MOTION LIMITED, a Canadian corporation

AND

RESEARCH IN MOTION CORPORATION, a Delaware corporation,

Defendants and Counterclaim Plaintiffs.

Case No. 5:08-CV-04990-JW

Jury Trial Demanded

**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S OPPOSITION TO MFORMATION'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT**

Judge: The Honorable James Ware

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Opposition to Mformation's Motion for Summary Judgment of No Inequitable Conduct. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the U.S. Patent No. 6,970,917 file wrapper, U.S. Patent Application No. 09/925,536 ("the '917 Application"). The document bears Bates numbers RIM-MF1753036-3078.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the U.S. Patent No. 6,970,917 file wrapper, the October 2004 Search Notes. The document bears Bates numbers RIM-MF1753079 and RIM-MF1753088.

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the U.S. Patent No. 6,970,917 file wrapper, the November 3, 2004 Office Action. The document bears Bates numbers RIM-MF1753080-3087.

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from the U.S. Patent No. 6,970,917 file wrapper, the January 10, 2005 Amendment. The document bears Bates numbers RIM-MF1753092-3111.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from the U.S. Patent No. 6,970,917 file wrapper, the June 15, 2005 Office Action. The document bears Bates numbers RIM-MF1753111 and RIM-MF1753133-3139.

7. Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from the U.S. Patent No. 6,970,917 file wrapper, the July 6, 2005 Amendment. The document bears Bates numbers RIM-MF1753141-3157.

8. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the U.S. Patent No. 6,970,917 file wrapper, the July 20, 2005 Search Notes. The document bears Bates number RIM-MF1753168.

9. Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from the U.S. Patent No. 6,970,917 file wrapper, the Notice of Allowability. The document bears Bates numbers RIM-MF1753159-3165.

10. Attached hereto as Exhibit 9 is a true and correct copy of U.S. Certified Patent No. 6,970,917. The document bears Bates numbers RIM-MF1753006-3018.

11. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from the U.S. Application No. 10/119,948 file wrapper, U.S. Application No. 10/119,948 ("the '948 application"). The document bears Bates numbers RIM-MF2494628-4683.

12. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from the U.S. Application No. 10/119,948 file wrapper, the June 7, 2005 Office Action. The document bears Bates numbers RIM-MF2494695-4714.

13. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from the U.S. Application No. 10/119,948 file wrapper, the Interview Summary. The document bears Bates number RIM-MF2494718.

14. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt from the U.S. Application No. 10/119,949 file wrapper, U.S. Application No. 10.119,949 ("the '949 application"). The document bears Bates numbers RIM-MF2495060-5118.

15. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt from the U.S. Application No. 10/119,949 file wrapper, the June 6, 2005 Office Action. The document bears Bates numbers RIM-MF2495196-5216.

16. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt from the U.S. Patent No. 7,343,408 file wrapper, U.S. Application No. 10/022,902 ("the '408 Application"). The document bears Bates number RIM-MF21753172-3231.

17. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt from the U.S. Patent No. 7,343,408 file wrapper, the December 9, 2002 Information Disclosure Statement. The document bears Bates number RIM-MF1753236-3239.

18. Attached hereto as Exhibit 17 a true and correct copy of U.S. Certified Patent No. 7,343,408. The document bears Bates number RIM-MF1753019-3034.

19. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the January 22, 2011 deposition of Gurinder Johar. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

20. Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 713 from the January 22, 2011 deposition of Gurinder Johar. The document has been designated "Confidential - Attorneys' Eyes Only."

21. Attached hereto as Exhibit 20 is a true and correct copy of a memo dated March 26, 2003 from Jeff Friedel to Babak Yaghmaie regarding Gurinder Johar v. mFormation Technologies. The document bears Bates number M3628563-8565 and has been designated "Confidential - Attorneys' Eyes Only."

22. Attached hereto as Exhibit 21 is a true and correct copy of a letter with the subject line "Separation Agreement and General Release," dated October 1, 2003. The document bears Bates number M3628579-8581 and has been designated "Confidential - Attorneys' Eyes Only."

23. Attached hereto as Exhibit 22 is a true and correct copy of a letter from Jeffery Frieder to Nicole Seevers dated July 25, 2002. The document bears Bates number M36228993 and has been designated "Confidential - Attorneys' Eyes Only."

24. Attached hereto as Exhibit 23 is a true and correct copy of a document entitled "List of Patents, Trademarks and Copyrights." The document bears Bates number M3628994 and has been designated "Confidential - Attorneys' Eyes Only."

25. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the March 25, 2011 Expert Report of Vijay Madisetti. Although the entire report was designated "Confidential - Attorneys' Eyes Only," the excerpted material does not contain confidential information.

26. Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the Manual of Patent Examination and Procedure.

27. Attached hereto as Exhibit 26 is a true and correct copy of excerpts from the March 25, 2010 deposition of Michael Schwartz.

28. Attached hereto as Exhibit 27 is a true and correct copy of excerpts from the

November 17, 2010 deposition of Michael Schwartz.

29. Attached hereto as Exhibit 28 is a true and correct copy of deposition exhibits 650 and 652, which are letters dated June 14, 2005 from Mr. Schwartz to Dr. Kushwaha enclosing copies of the June 2005 Office Actions. They bear Bates numbers SHK0005640-45643 and have been designated "Confidential - Attorneys' Eyes Only."

30. Attached hereto as Exhibit 29 is a true and correct copy of excerpts from the April 20, 2010 deposition of Rakesh Kushwaha taken pursuant to Rule 30(b)(6). The deposition has been designated "Confidential - Attorneys' Eyes Only."

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the December 9, 2010 deposition of Rakesh Kushwaha taken pursuant to Rule 30(b)(6). The deposition has been designated "Confidential - Attorneys' Eyes Only."

32. Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the February 3, 2011 deposition of Rakesh Kushwaha. The deposition has been designated "Confidential - Attorneys' Eyes Only."

33. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from Mformation's Second Amended Sixth Supplemental Privilege Log. This document has been designated "Confidential - Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on August 1, 2011 in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

## CERTIFICATE OF SERVICE

I hereby certify on this 1st day of August, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 1, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ *Frank Carlow*
Frank Carlow
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*