1  **FOLEY & LARDNER LLP**
   3579 V<span>ALLEY</span> C<span>ENTRE</span> D<span>RIVE</span>, S<span>UITE</span> 300
2  S<span>AN</span> D<span>IEGO</span>, CA 92130
   T<span>EL</span>.: (858) 847-6700
3  F<span>AX</span>: (858) 792-6773
   A<span>MARDEEP</span> (A<span>MAR</span>) L. T<span>HAKUR</span> (CA B<span>AR</span> N<span>O</span>. 194025)
4  <span>ATHAKUR@FOLEY.COM</span>
   S<span>HAWN</span> E. M<span>C</span>D<span>ONALD</span> (CA B<span>AR</span> N<span>O</span>. 237580)
5  <span>SEMCDONALD@FOLEY.COM</span>
   J<span>USTIN</span> E. G<span>RAY</span> (*PRO HAC VICE*)
6  <span>JEGRAY@FOLEY.COM</span>

7  **FOLEY & LARDNER LLP**
   150 E. G<span>ILMAN</span> S<span>T</span>.
8  M<span>ADISON</span>, WI 53703
   T<span>EL</span>: (608) 258-4293
9  F<span>AX</span>: (608) 258-4258
   A<span>LLEN</span> A. A<span>RNTSEN</span> (*PRO HAC VICE*)
10 <span>AARNTSEN@FOLEY.COM</span>

11 **FOLEY & LARDNER LLP**
   321 N. C<span>LARK</span> S<span>T</span>., S<span>TE</span>. 2800
12 C<span>HICAGO</span>, IL 60654
   T<span>EL</span>: (312) 832-4363
13 F<span>AX</span>: (312) 832-4700
   L<span>ISA</span> M. N<span>OLLER</span> (*PRO HAC VICE*)
14 <span>LNOLLER@FOLEY.COM</span>

15 A<span>TTORNEYS FOR</span> P<span>LAINTIFF AND</span> C<span>OUNTERCLAIM</span> D<span>EFENDANT</span>
   M<span>FORMATION</span> T<span>ECHNOLOGIES</span>, I<span>NC</span>.

16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No: 5:08-cv-04990-JW |
| 20          Plaintiff and Counterclaim Defendant, | **DECLARATION OF SHAWN E. MCDONALD IN SUPPORT OF MFORMATION TECHNOLOGIES, INC.'S OPPOSITION TO RIM'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 6,970,917** |
| 21          v. | |
| 22  RESEARCH IN MOTION LIMITED, a Canadian corporation | |
| 23  AND | |
| 24  RESEARCH IN MOTION CORPORATION, a Delaware corporation, | Date:       September 26, 2011<br>Time:       9:00 a.m.<br>Courtroom: 5<br>Judge:      Honorable James Ware |
| 25          Defendants and Counterclaim Plaintiffs. | |
| 26 | |
| 27  AND RELATED COUNTERCLAIMS | |
| 28 | |

I, Shawn E. McDonald, declare:

1. I am a partner at the law firm of Foley & Lardner LLP, counsel of record for plaintiff Mformation Technologies, Inc. ("Mformation"). I have personal knowledge of the matter stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A to this declaration is a true and correct copy of U.S. Patent No. 6,970,917.

3. Attached as Exhibit B to this declaration is a true and correct copy of the March 4, 2011 Expert Report of Vijay Madisetti, Ph,D,

4. Attached as Exhibit C to this declaration is a true and correct copy of selected excerpts from the deposition transcript of the June 3, 2011 Deposition of Dr. Rakesh Kushwaha.

5. Attached as Exhibit D to this declaration is a true and correct copy of an email from Shawn McDonald to Maria Maras dated May 6, 2011.

6. Attached as Exhibit E to this declaration is a true and correct copy of Mformation's Third Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A) dated May 6, 2011.

7. Attached as Exhibit F to this declaration is a true and correct copy of Mformation's Responses to RIM's First Set of Interrogatories, dated March 6, 2009.

8. Attached as Exhibit G to this declaration is a true and correct copy of the executed declaration of Mark Hatcher.

9. Attached as Exhibit H to this declaration is a true and correct copy of the executed declaration of Matthew Wilson.

10. Attached as Exhibit I to this declaration is a true and correct copy of the executed declaration of Dr. Rakesh Kushwaha dated October 4, 2010.

11. Attached as Exhibit J to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers M0643358-384.

12. Attached as Exhibit K to this declaration is a true and correct copy of selected excerpts from the deposition transcript of the May 27, 2011 Deposition of Gaelle Martin-Cocher.

13. Attached as Exhibit L to this declaration is a true and correct copy of the

14. Attached as Exhibit M to this declaration is a true and correct copy of a printout of the website http://www.openmobilealliance.org/aboutoma/OMA_IPR_Declarations_J_M.aspx.

15. Attached as Exhibit N to this declaration is a true and correct copy of a printout of the website http://www.openmobilealliance.org/Membership/CurrentMembers.aspx.

16. Attached as Exhibit O to this declaration is a true and correct copy of a document produced in this litigation bearing Bates number RIM-MF0227340.

17. Attached as Exhibit P to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF0225936-970.

18. Attached as Exhibit Q to this declaration is a true and correct copy of a printout of the website http://www.openmobilealliance.org/AboutOMA/IPR.aspx.

19. Attached as Exhibit R to this declaration is a true and correct copy of the Complaint from Research in Motion Limited v. Motorola, Inc., No. 3-08cv0284-G, N.D. Texas, dated February 16, 2008.

20. Attached as Exhibit S to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF0008885-8954.

21. Attached as Exhibit T to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF0009752-9865.

22. Attached as Exhibit U to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF0518655-661.

23. Attached as Exhibit V to this declaration is a true and correct copy of selected excerpts from the deposition transcript of the May 13, 2011 Deposition of Jeffrey Schnurr.

24. Attached as Exhibit W to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF2513111-12.

25. Attached as Exhibit X to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF0020582-741.

26. Attached as Exhibit Y to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF0109354-355.

2

27. Attached as Exhibit Z to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF0108893-900.

28. Attached as Exhibit AA to this declaration is a true and correct copy of a document produced in this litigation bearing Bates numbers RIM-MF0053733-762.

29. Attached as Exhibit BB to this declaration is a true and correct copy of selected excerpts from the deposition transcript of the May 20, 2011 Deposition of Keith Bilinsky.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Diego, California on August 1, 2011.

Dated: August 1, 2011          **FOLEY & LARDNER LLP**

By: /s/ *Shawn E. McDonald* _____
    AMAR L. THAKUR
    SHAWN E. MCDONALD
    ALLEN A. ARNTSEN
    LISA M. NOLLER
    JUSTIN E. GRAY

    ATTORNEYS FOR
    MFORMATION TECHNOLOGIES, INC

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August 2011, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Dated: August 1, 2011                              FOLEY & LARDNER LLP

                                                   By: */s/ Justin E. Gray*
                                                       JUSTIN E. GRAY

                                                   ATTORNEY FOR
                                                   MFORMATION TECHNOLOGIES, Inc.