Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT TO LIMIT PRE-SUIT DAMAGES**<br><br>Judge:     The Honorable James Ware |

Declaration of Meredith Zinanni in Support of RIM's Reply in Support of Its Motion for Partial Summary Judgment to Limit Pre-Suit Damages

Case No. 5:08-CV-04990-JW

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Reply in Support of Its Motion for Partial Summary Judgment to Limit Pre-Suit Damages. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 9 is a true and correct copy of Mformation's First Amended Infringement Contentions Chart for U.S. Patent No. 6,970,917 dated July 24, 2009. This document has been designated "Confidential-Attorneys Eyes Only" under the Protective Order for this case.

3. Attached hereto as Exhibit 10 is a true and correct copy of Mformation's Proposed Third Amended Infringement Contentions Chart for U.S. Patent No. 6,970,917 dated November 11, 2010. Mformation provided this proposed amended infringement contentions chart by e-mail from Justin Gray, counsel for Mformation, to counsel for RIM on November 11, 2010. This proposed contentions chart, however, was never served or filed with the Court. This document has been designated "Confidential-Attorneys Eyes Only" under the Protective Order for this case.

4. Attached hereto as Exhibit 11 is a true and correct copy of Mformation's Third Amended Infringement Contentions Chart for U.S. Patent No. 6,970,917 dated November 29, 2010. This document has been designated "Confidential-Attorneys Eyes Only" under the Protective Order for this case.

5. Attached hereto as Exhibit 12 is a true and correct copy (without exhibits) of the Answer to Second Amended Complaint for Patent Infringement and Counterclaims, which was Docket Entry No. 17 in *Crown Packaging Tech., Inc. v. Rexam Beverage Can Co.*, No. 05-608 (D. Del. Nov. 3, 2005).

6. Attached hereto as Exhibit 13 is a true and correct copy of *Hanson v. Alpine Valley Ski Area, Inc.*, 204 U.S.P.Q. 794 (E.D. Mich. 1977).

7. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of Memorandum

In Opposition To Objections By Defendant Alpine Valley Ski Area Inc. To Magistrate's Memorandum Opinion And Recommendation, Docket Entry No. 182 in *Hanson v. Alpine Valley Ski Area, Inc.*, No. 3260 (E.D. Mich.).

8. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of Plaintiff's Response to Defendant's Interrogatories 1–6, Docket Entry No. 43 in *Hanson v. Alpine Valley Ski Area, Inc.*, No. 3260 (E.D. Mich.).

9. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of Mformation's Fourth Supplemental Initial Disclosures dated May 13, 2011.

10. Attached hereto as Exhibit 17 is a true and correct copy of RTI Biologics' Opposition to Osteotech's Second Motion for Reconsideration of Order on RTI's Motion for Partial Summary Judgment, which was Docket Entry No. 164 in *Osteotech, Inc. v. Regeneration Techs., Inc.*, No. 3:06-CV-04249-FLW (D.N.J. July 10, 2009).

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on August 15, 2011 in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

**CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of August, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 15, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Lesley Ahlberg*
Lesley Ahlberg
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*