Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware Corporation<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT THAT U.S. PAT. NO. 6,970,917 IS NOT ENTITLED TO CLAIM PRIORITY TO U.S. PROV. PAT. APPL. 60/251,034 AND THAT CLAIM 1 OF THE '917 PATENT IS INVALID UNDER 35 U.S.C. § 102**<br><br>Judge:     The Honorable James Ware |

Declaration of Meredith Zinanni in Support of RIM's Reply in Support of Its Motion for Summary Judgment that Claim 1 of the '917 Patent is Invalid Under 35 U.S.C. § 102

Case No. 5:08-CV-04990-JW

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Reply in Support of Its Motion for Summary Judgment that U.S. Pat. No. 6,970,917 is Not Entitled to Claim Priority to U.S. Prov. Pat. Appl. 60/251,034 and that Claim 1 of the '917 Patent is Invalid Under 35 U.S.C. § 102. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Harish Magam, a current employee of Mformation Technologies, Inc., was never disclosed as an expert pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure by Mformation during this litigation. Mformation never served a timely report from Mr. Magam as required by Rule 26(a)(2)(B) and this Court's Orders (Dkts. 359, 378) if Mr. Magam were an expert.

3. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt from Mformation's Sixth Supplemental Interrogatory Response. This document contains information that has been designated "Confidential - Attorneys' Eyes Only," but the excerpted portion does not contain such information.

4. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt from Mformation's Second Amended Sixth Supplemental Interrogatory Response. This document contains information that has been designated "Confidential - Attorneys' Eyes Only," but the excerpted portion does not contain such information.

5. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the December 9, 2010 Rule 30(b)(6) deposition of Dr. Rakesh Kushwaha. The transcript of this deposition has been designated "Confidential - Attorneys' Eyes Only."

6. Attached hereto as Exhibit 14 is a true and correct copy of Mformation's Fourth Supplemental Initial Disclosures.

Declaration of Meredith Zinanni in Support of RIM's Reply in Support of Its Motion for Summary Judgment that Claim 1 of the '917 Patent is Invalid Under 35 U.S.C. § 102    -1-    Case No. 5:08-CV-04990-JW

1    I declare under penalty of perjury under the laws of the United States and the State of Illinois
2    that the foregoing is true and correct and that this declaration was executed by me on August 15,
3    2011 in Chicago, Illinois.

                                                        */s/ Meredith Zinanni*
                                                        Meredith Zinanni

Declaration of Meredith Zinanni in Support of RIM's       -2-       Case 5:08-CV-04990-JW
Reply in Support of Its Motion for Summary
Judgment that Claim 1 of the '917 Patent is Invalid
Under 35 U.S.C. § 102

**CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of August, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  August 15, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Lesley Ahlberg*
Lesley Ahlberg
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*

Declaration of Meredith Zinanni in Support of RIM's Reply in Support of Its Motion for Summary Judgment that Claim 1 of the '917 Patent is Invalid Under 35 U.S.C. § 102      -3-      Case 5:08-CV-04990-JW