1  Linda S. DeBruin
   (Admitted to this Court on September 27, 1991)
2  Christopher R. Liro (*pro hac vice*)
   Tiffany P. Cunningham (*pro hac vice*)
3  Aaron D. Charfoos (*pro hac vice*)
   Meredith Zinanni (*pro hac vice*)
4  Maria A. Maras (*pro hac vice*)
   KIRKLAND & ELLIS LLP
5  300 North LaSalle
   Chicago, Illinois  60654
6  Telephone:     (312) 862-2000
   Facsimile:     (312) 862-2200
7  Email: linda.debruin@kirkland.com
   Email: christopher.liro@kirkland.com
8  Email: tiffany.cunningham@kirkland.com
   Email: aaron.charfoos@kirkland.com
9  Email: meredith.zinanni@kirkland.com
   Email: maria.maras@kirkland.com
10
11 Marc H. Cohen (CA Bar No. 168773)
   KIRKLAND & ELLIS LLP
12 950 Page Mill Road
   Palo Alto, CA 94304
13 Telephone:     (650) 859-7000
   Facsimile:     (650) 859-7500
14 Email: marc.cohen@kirkland.com

15 *Attorneys for Defendants and Counterclaim Plaintiffs*
   RESEARCH IN MOTION LIMITED and
   RESEARCH IN MOTION CORPORATION
16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING *DAUBERT* BRIEFING SCHEDULE** |

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" / Judge James Ware signature]*

1  Pursuant to this Court's local rules, on March 28, 2011, Defendants and Counterclaim Plaintiffs Research In Motion Ltd. and Research In Motion Corp. (collectively, "RIM") and Plaintiff and Counterclaim Defendant Mformation Technologies, Inc. ("Mformation") filed *Daubert* motions. RIM moved under *Daubert* to Exclude the Opinions of Mr. Roy Weinstein. (Dkt. 416) Mformation moved to Exclude Portions of the March 4, 2011 Expert Report of Defendants' Expert, Dr. Anthony Acampora. (Dkt. 419) The *Daubert* motion hearing date is continued to September 26, 2011. (Dkt. 611) To accommodate the Labor Day holiday and to avoid disputes regarding the *Daubert* briefing deadlines, Mformation and RIM jointly stipulate to the following briefing schedule for the above *Daubert* motions:

    1.    Opposition briefs for *Daubert* motions will be filed on September 2, 2011.

    2.    Reply briefs for *Daubert* motions will be filed on September 12, 2011.

DATED: August 19, 2011	FOLEY & LARDNER LLP

By:	*/s/ Allen A. Arntsen*
	Amar L. Thakur
	Shawn E. McDonald
	Allen A. Arntsen
	Lisa M. Noller
	Justin E. Gray

*Attorneys for Mformation Technologies, Inc.*

DATED: August 19, 2011	KIRKLAND & ELLIS LLP

By:	*/s/ Tiffany P. Cunningham*
	Linda S. DeBruin
	Mark H. Cohen (CA Bar No. 168773)
	Christopher R. Liro
	Tiffany P. Cunningham
	Aaron D. Charfoos
	Meredith Zinanni
	Maria A. Maras

*Attorneys for Research In Motion Limited and Research In Motion Corporation*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Tiffany P. Cunningham hereby attests that concurrence in the filing of this document has been obtained.

1
2        **PURSUANT TO STIPULATION, IT IS SO ORDERED**
3
4    Date: August 22, 2011            _____
5                                     James Ware
                                      United States District Judge
6
...
28

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011 a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 19, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ John Kanive*
John Kanive
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*