UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-<br><br>Jury Trial Demanded<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL |

*IT IS SO ORDERED*
*Judge James Ware*

Pursuant to Civil Local Rule 79-5, the Court hereby GRANTS RIM's Administrative Motion to File RIM's Oppositions to Mformation's Motions for Summary Judgment and Related Documents Under Seal Pursuant to Civil L.R. 79-5 as follows:

1. the Clerk shall file Exhibits 10, 23, 25, and 33 to the Declaration of Meredith Zinanni in Support of RIM's Opposition to Mformation Technologies, Inc.'s Motion for Summary Judgment of No Anticipation Under 35 U.S.C. § 102 under seal;

2. the Clerk shall file portions of RIM's Opposition to Mformation's Motion for Summary Judgment of No Anticipation Under 35 U.S.C. § 102 under seal;

3. the Clerk shall file Exhibit 8 to the Declaration of Meredith Zinanni in Support of RIM's Opposition to Mformation's Motion for Summary Judgment that U.S. Patent No. 6,970,917 is Not Invalid Due to Public Use under seal; and

4. the Clerk shall file Exhibit A to the Declaration of Dr. Anthony Acampora under seal.

Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

1   **IT IS SO ORDERED.**

3   DATE:   September 6, 2011

                                                              _____
                                                              HONORABLE JAMES WARE
                                                              United States District Court Judge