UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

IT IS SO ORDERED
Judge James Ware

Pursuant to Civil Local Rule 79-5, the Court hereby GRANTS RIM's Administrative Motion to File RIM's Oppositions to Mformation's Motions for Summary Judgment and Related Documents Under Seal Pursuant to Civil L.R. 79-5 as follows:

1.  the Clerk shall file Exhibits 4-5, 7, 10, 29, and 56-59 to the Declaration of Meredith Zinanni in Support of RIM's Opposition to Mformation Technologies, Inc.'s Motion for Summary Judgment of No Anticipation Under 35 U.S.C. § 102 under seal;

2.  the Clerk shall file portions of RIM's Opposition to Mformation's Motion for Summary Judgment of No Anticipation Under 35 U.S.C. § 102 under seal; and

3.  the Clerk shall file Exhibit A to the Declaration of Dr. Anthony Acampora under seal.

Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

DATE: September 6, 2011

_____
HONORABLE JAMES WARE
United States District Court Judge