1  Linda S. DeBruin
   (Admitted to this Court on September 27, 1991)
2  Christopher R. Liro (*pro hac vice*)
   Tiffany P. Cunningham (*pro hac vice*)
3  Aaron D. Charfoos (*pro hac vice*)
   Meredith Zinanni (*pro hac vice*)
4  Maria A. Maras (*pro hac vice*)
   KIRKLAND & ELLIS LLP
5  300 North LaSalle Street
   Chicago, IL 60654
6  Telephone:    (312) 862-2000
   Facsimile:    (312) 862-2200
7  Email: linda.debruin@kirkland.com
   Email: christopher.liro@kirkland.com
8  Email: tiffany.cunningham@kirkland.com
   Email: aaron.charfoos@kirkland.com
9  Email: meredith.zinanni@kirkland.com
   Email: maria.maras@kirkland.com
10
11 Marc H. Cohen (CA Bar No. 168773)
   KIRKLAND & ELLIS LLP
12 950 Page Mill Road
   Palo Alto, CA 94304
13 Telephone:    (650) 859-7000
   Facsimile:    (650) 859-7500
14 Email: marc.cohen@kirkland.com

15 *Attorneys for Defendants and Counterclaim Plaintiffs,*
   RESEARCH IN MOTION LIMITED and
16 RESEARCH IN MOTION CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No. 5:08-CV-04990-JW |
| Plaintiff and Counterclaim Defendant, | Jury Trial Demanded |
| v. | **DECLARATION OF MICHAEL D. KARSON IN SUPPORT OF RIM'S BRIEF REGARDING CONSTRUCTION OF "WITHOUT A REQUEST FROM THE WIRELESS DEVICE"** |
| RESEARCH IN MOTION LIMITED, a Canadian corporation | |
| AND | |
| RESEARCH IN MOTION CORPORATION, a Delaware corporation, | |
| Defendants and Counterclaim Plaintiffs. | |

1  I, Michael D. Karson, state and declare as follows:

2  1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Brief Regarding Construction of "Without A Request From The Wireless Device." I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,970,917 titled "System and Method for Remote Control and Management of Wireless Devices" and dated November 29, 2005, bearing bates numbers RIM-MF1753006–018.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from IEEE 100, *The Authoritative Dictionary of IEEE Standard Terms* (7th ed. 2000).

4. Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from *Webster's Third New International Dictionary of the English Language Unabridged* (Philip Babcock Gove ed., 2002).

5. Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from *Webster's II New College Dictionary* (3rd ed. 2005).

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on September 7, 2011 in Chicago, Illinois.

*/s/ Michael D. Karson*

Michael D. Karson

Declaration of Michael D. Karson in Support of RIM's Brief Regarding Construction Of "Without A Request From The Wireless Device"     -1-     Case No. 5:08-CV-04990-JW

**CERTIFICATE OF SERVICE**

I hereby certify on this 7th day of September 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: September 7, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Lesley Ahlberg*
Lesley Ahlberg
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorney for Defendants And Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*