**FOLEY & LARDNER LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Tel.: (858) 847-6700
Fax: (858) 792-6773
Amardeep (Amar) L. Thakur (CA Bar No. 194025)
athakur@foley.com
Shawn E. McDonald (CA Bar No. 237580)
semcdonald@foley.com
Justin E. Gray (*pro hac vice*)
jegray@foley.com

**FOLEY & LARDNER LLP**
150 E. Gilman St.
Madison, WI 53703
Tel: (608) 258-4293
Fax: (608) 258-4258
Allen A. Arntsen (*pro hac vice*)
aarntsen@foley.com

**FOLEY & LARDNER LLP**
321 N. Clark St., Ste. 2800
Chicago, IL 60654
Tel: (312) 832-4363
Fax: (312) 832-4700
Lisa M. Noller (*pro hac vice*)
lnoller@foley.com

Attorneys for Plaintiff and Counterclaim Defendant
Mformation Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>        v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>        Defendants and Counterclaim Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS | Case No: 5:08-CV-04990-JW<br><br>**DECLARATION OF AMAR L. THAKUR IN SUPPORT OF MFORMATION TECHNOLOGIES, INC.'S CLAIM CONSTRUCTION BRIEF FOR "WITHOUT A REQUEST FROM THE WIRELESS DEVICE"** |

Case No. 5:08-cv-04990-JW

DECLARATION OF AMAR L. THAKUR IN SUPPORT OF MFORMATION'S CLAIM CONSTRUCTION BRIEF FOR "WITHOUT A REQUEST FROM THE WIRELESS DEVICE"

I, Amar L. Thakur, declare:

1. I am an attorney at the law firm of Foley & Lardner LLP, counsel of record for Plaintiff Mformation Technologies, Inc. ("Mformation"). I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached to this Declaration as Exhibit A is a true and correct copy of United States Patent No. 6,970,917 ("the '917 Patent") issued on November 29, 2005.

3. Attached to this Declaration as Exhibit B is a true and correct copy of the prosecution file history for the '917 Patent, produced in this action bearing production numbers RIM-MF1753035-3170.

4. Attached to this Declaration as Exhibit C is a true and correct copy of U.S. Provisional Patent Application No. 60/251,034, produced in this action bearing production numbers RIM-MF1753671-3675.

5. Attached to this Declaration as Exhibit D is a true and correct copy of the March 25, 2011 Expert Report of Vijay Madisetti, Ph.D. Regarding Validity of U.S. Patent No. 6,970,917.

6. Attached to this Declaration as Exhibit E is a true and correct copy of selected excerpts from the deposition transcript of the May 13, 2011 deposition of Vijay Madisetti, Ph.D. taken in this action.

7. Attached to this Declaration as Exhibit F is a true and correct copy of selected excerpts from the deposition transcript of the December 9, 2010 deposition of Rakesh Kushwaha, Ph.D. taken in this action.

8. Attached to this Declaration as Exhibit G is a true and correct copy of selected excerpts from the deposition transcript of the April 22, 2010 deposition of Badri Nath, Ph.D. taken in this action.

9. Attached to this Declaration as Exhibit H is a true and correct copy of an August 9, 2011 publication by Apple, Inc. entitled Local and Push Notification Programming Guide, Networking & Internet.

10. Attached to this Declaration as Exhibit I is a true and correct copy of an article by

Sanjay Kumar Madria, Mukesh Mohania, Sourav S. Bhowmick and Bharat Bhargava entitled *Mobile Data and Transaction Management*, Information Sciences 141 (2002) 279-309.

11. Attached to this Declaration as Exhibit J is a true and correct copy of selected excerpts from the deposition transcript of the February 17, 2011 deposition of Carl Cherry taken in this action.

12. Attached to this Declaration as Exhibit K is a true and correct copy of selected excerpts from the deposition transcript of the May 19, 2010 deposition of David Yach taken in this action.

13. Attached to this Declaration as Exhibit L is a true and correct copy of selected excerpts from the deposition transcript of the October 21, 2011 deposition of Mike Lazaridis taken in this action.

14. Attached to this Declaration as Exhibit M is a true and correct copy of an article by Tuula Käpylä, Isto Niemi and Aarno Lehtola entitled *Towards an Accessible Web by Applying PUSH Technology*, VIT Information Technology.

15. Attached to this Declaration as Exhibit N is a true and correct copy of a publication by Wireless Application Protocol Forum, Ltd. entitled *WAP Push Architectural Overview, Version 03-Jul-2001*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 7th day of September, 2011, in San Diego, California.

Dated: September 7, 2011              FOLEY & LARDNER LLP

                                      By: */s/ Amar L. Thakur*
                                          AMAR L. THAKUR
                                          SHAWN E. MCDONALD
                                          ALLEN A. ARNTSEN
                                          LISA M. NOLLER
                                          JUSTIN E. GRAY

                                          ATTORNEYS FOR
                                          MFORMATION TECHNOLOGIES, INC.

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September 2011, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Dated:  September 7, 2011                    FOLEY & LARDNER LLP

                By: */s/ Justin E. Gray*
                  JUSTIN E. GRAY

                  ATTORNEY FOR
                  MFORMATION TECHNOLOGIES, Inc.

1

Case No. 5:08-cv-04990-JW                                CERTIFICATE OF SERVICE