| | |
|---|---|
| 1 | Linda S. DeBruin |
| | (Admitted to this Court on September 27, 1991) |
| 2 | Christopher R. Liro (*pro hac vice*) |
| | Tiffany P. Cunningham (*pro hac vice*) |
| 3 | Aaron D. Charfoos (*pro hac vice*) |
| | Meredith Zinanni (*pro hac vice*) |
| 4 | Maria A. Maras (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| 5 | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| 6 | Telephone:   (312) 862-2000 |
| | Facsimile:   (312) 862-2200 |
| 7 | Email: linda.debruin@kirkland.com |
| | Email: christopher.liro@kirkland.com |
| 8 | Email: tiffany.cunningham@kirkland.com |
| | Email: aaron.charfoos@kirkland.com |
| 9 | Email: meredith.zinanni@kirkland.com |
| | Email: maria.maras@kirkland.com |
| 10 | |
| 11 | Marc H. Cohen (CA Bar No. 168773) |
| | KIRKLAND & ELLIS LLP |
| 12 | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| 13 | Telephone:   (650) 859-7000 |
| | Facsimile:   (650) 859-7500 |
| 14 | Email: marc.cohen@kirkland.com |
| 15 | *Attorneys for Defendants and Counterclaim Plaintiffs* |
| | RESEARCH IN MOTION LIMITED and |
| | RESEARCH IN MOTION CORPORATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No. 5:08-CV-04990-JW |
| Plaintiff and Counterclaim Defendant, | Jury Trial Demanded |
| v. | **DECLARATION OF TIFFANY P. CUNNINGHAM IN SUPPORT OF RIM'S REPLY IN SUPPORT OF ITS MOTION UNDER *DAUBERT* TO EXCLUDE THE OPINIONS OF MR. ROY WEINSTEIN** |
| RESEARCH IN MOTION LIMITED, a Canadian corporation | |
| AND | |
| RESEARCH IN MOTION CORPORATION, a Delaware corporation, | |
| Defendants and Counterclaim Plaintiffs. | Judge:   The Honorable James Ware |

| | |
|---|---|
| Declaration Of Tiffany P. Cunningham In Support Of RIM's Reply In Support of Its Motion Under *Daubert* to Exclude the Opinions of Mr. Roy Weinstein | Case No. 5:08-CV-04990-JW |

1     I, Tiffany P. Cunningham, state and declare as follows:

2     1.   I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Reply In Support Of Its Motion Under *Daubert* To Exclude The Opinions Of Mr. Roy Weinstein. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.   Attached hereto as Exhibit 1 is a true and correct copy of a document entitled "Rebuttal Expert Report of Roy Weinstein," dated April 24, 2011. This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

3.   Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the May 18, 2011 Deposition of Roy Weinstein. This transcript has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

4.   Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the May 19, 2011 Deposition of Julie Davis. This transcript has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

5.   Attached hereto as Exhibit 4 is a true and correct copy of a document entitled "Exhibit 18" to the Expert Report of Mr. Roy Weinstein. This document has been designated "CONFIDENTIAL - ATTORNEYS' EYES ONLY."

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on September 12, 2011 in Chicago, Illinois.

*/s/ Tiffany P. Cunningham*
Tiffany P. Cunningham

Declaration Of Tiffany P. Cunningham In Support Of RIM's Reply In Support of Its Motion Under *Daubert* to Exclude the Opinions of Mr. Roy Weinstein   -1-   Case No. 5:08-CV-04990-JW

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I hereby certify on this 12th day of September, 2011 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  September 12, 2011

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Lesley Ahlberg*
Lesley Ahlberg
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*