UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>[PROPOSED] ORDER |



The Court hereby grants permission for Plaintiff and Counterclaim Defendant Mformation Technologies, Inc. and Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation to bring certain technical equipment, including a projector, screen, document camera, easel, monitors, laptops, and related equipment, into Courtroom 9, 19th Floor at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.  The Court further grants permission f~~or Mformation and RIM to use the Court's loading dock in order to unload and load this technical equipment, as well as~~ for technicians Pramel Patel and Len Segarra to setup and breakdown this technical equipment.

**IT IS SO ORDERED.**

DATE:  September 23, 2011

_____
HONORABLE JAMES WARE
United States District Court Judge