UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### *CIVIL MINUTES*

**Time in Court:** 2 hrs. 58 mins.

**Judge:** James Ware

**Date**: September 26, 2011

**Case No:** C08-4990 JW

**Case Title**: Mformation Technologies, Inc. v. Research in Motion, Ltd.

**Appearances:**

    For Plaintiff(s): Allen Arntsen, Amar Thakur, Shawn McDonald, Justin Gray, Lisa Noller

    For Defendant(s): Aaron Charfoos, Linda DeBruin, Michael Karson, Maria Maras

**Deputy Clerk**: Susan Imbriani      **Court Reporter**: Lydia Zinn

### *PROCEEDINGS*

1. Motion for Summary Judgment
2. Motion for Summary Judgment
3. Motion for Summary Judgment
4. Motion for Summary Judgement
5. Motion for Summary Judgment

MOTION/MATTER: ( X) Taken under submission

### *SUMMARY*

Arguments heard, matter submitted. Court to issue order.