Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 859-7000
Facsimile:   (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MARIA A. MARAS IN SUPPORT OF RIM'S NOTICE OF MOTION AND MOTION UNDER *DAUBERT* TO EXCLUDE DR. VIJAY MADISETTI'S OPINIONS ON SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS**<br><br>Judge:   The Honorable James Ware |

| | |
|---|---|
| Declaration of Maria A. Maras in Support of RIM's *Daubert* Motion to Exclude Dr. Vijay Madisetti's Opinions on Secondary Considerations of Non-Obviousness | Case No. 5:08-CV-04990-JW |

1    I, Maria A. Maras, state and declare as follows:

2    1.    I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Motion Under *Daubert* to Exclude Dr. Vijay Madisetti's Opinions on Secondary Considerations of Non-obviousness. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the Expert Report of Vijay Madisetti, Ph.D. Regarding Validity of U.S. Patent No. 6,970,917, filed on March 25, 2011. A complete copy of this report is available in the Court docket. (D.I. 591, Ex. A.) Mformation has designated the excerpted material "Confidential - Attorneys' Eyes Only" because it includes information designated by RIM as "Confidential" or "Confidential - Attorneys' Eyes Only."

3.    Attached hereto as Exhibit 2 is a true and correct copy of a document entitled "SMB Concerns with Mobile Security: Are CMDs the Next Great Liability?" bearing production numbers RIM-MF2401456-RIM-MF2401468. RIM has designated this document "Confidential - Attorneys' Eyes Only."

4.    Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from the Lab Notebook of Alan Panezic, dated May 17, 2001, bearing production numbers RIM-MF2458245 and RIM-MF2458382. RIM has designated this document "Confidential - Attorneys' Eyes Only."

5.    Attached hereto as Exhibit 4 is a true and correct copy of a January 14, 2002 email string among Mihal Lazaridis, David Yach, David Castell, Mark Guibert, David Werezak, and Jim Blasillie, bearing production numbers RIM-MF0767030-RIM-MF0767031. RIM has designated this document "Confidential - Attorneys' Eyes Only."

6.    Attached hereto as Exhibit 5 is a true and correct copy of a December 5, 2001 email from David Heit, bearing production number RIM-MF0767659. RIM has designated this document "Confidential - Attorneys' Eyes Only."

7.    Attached hereto as Exhibit 6 is a true and correct copy of a document entitled

1  "Wireless Handheld Software Upgrades (a.k.a FOTA) - Requirements Specification Version 1.4,"
2  bearing production numbers RIM-MF2442920-RIM-MF2442936.  RIM has designated this
3  document "Confidential - Attorneys' Eyes Only."

4        8.     Attached hereto as Exhibit 7 is a true and correct copy of a November 30, 2004 RIM
5  press release.  This document can be found electronically at http://us.blackberry.com/newsroom/
6  news/press/release.jsp?id=430.

7        9.     Attached hereto as Exhibit 8 is a true and correct copy of a December 13, 2004 RIM
8  press release.  This document can be found electronically at http://us.blackberry.com/newsroom/news/
9  press/release.jsp?id=258.

10       10.    Attached hereto as Exhibit 9 is a true and correct copy of a December 2, 2004 RIM
11  press release.  This document can be found electronically at http://us.blackberry.com/
12  newsroom/news/press/release.jsp?id=437.

13       11.    Attached hereto as Exhibit 10 is a true and correct copy of a January 18, 2002 email
14  string between Mihal Lazaridis and David Castell, bearing production numbers RIM-MF0166136-
15  RIM-MF0166137.  RIM has designated this document "Confidential - Attorneys' Eyes Only."

16       12.    Attached hereto as Exhibit 11 is a true and correct copy of a January 18, 2002 email
17  string between Jim Balsillie and Mihal Lazaridis bearing production numbers RIM-MF0161312-
18  RIM-MF0161313.  RIM has designated this document "Confidential."

19       13.    Attached hereto as Exhibit 12 is a true and correct copy of a February 10, 2002 email
20  string among Mihal Lazaridis, David Castell, and David Yach, bearing production numbers RIM-
21  MF0166244- RIM-MF0166245.  RIM has designated this document "Confidential."

22       14.    Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the May 13,
23  2011 Deposition of Dr. Vijay Madisetti, Ph.D.  Mformation has designated the excerpted material
24  "Confidential - Attorneys' Eyes Only" because it includes information designated by RIM as
25  "Confidential" or "Confidential - Attorneys' Eyes Only."

26       15.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the
27  December 9, 2010 Deposition of Rakesh Kushwaha.  Mformation has designated this transcript
28

Declaration of Maria A. Maras in Support of RIM's    -2-    Case 5:08-CV-04990-JW
*Daubert* Motion to Exclude Dr. Vijay Madisetti's
Opinions on Secondary Considerations of Non-
Obviousness

"Confidential - Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on February 6, 2012 in Chicago, Illinois.

*/s/ Maria A. Maras*
Maria A. Maras

Declaration of Maria A. Maras in Support of RIM's *Daubert* Motion to Exclude Dr. Vijay Madisetti's Opinions on Secondary Considerations of Non-Obviousness     -3-     Case 5:08-CV-04990-JW

# CERTIFICATE OF SERVICE

I hereby certify on this 6th of February, 2012 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: February 6, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Read Wellman*
Read Wellman
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*