1   Linda S. DeBruin
    (Admitted to this Court on September 27, 1991)
2   Christopher R. Liro (*pro hac vice*)
    Tiffany P. Cunningham (*pro hac vice*)
3   Aaron D. Charfoos (*pro hac vice*)
    Meredith Zinanni (*pro hac vice*)
4   Maria A. Maras (*pro hac vice*)
    KIRKLAND & ELLIS LLP
5   300 North LaSalle Street
    Chicago, IL 60654
6   Telephone:     (312) 862-2000
    Facsimile:     (312) 862-2200
7   Email: linda.debruin@kirkland.com
    Email: christopher.liro@kirkland.com
8   Email: tiffany.cunningham@kirkland.com
    Email: aaron.charfoos@kirkland.com
9   Email: meredith.zinanni@kirkland.com
    Email: maria.maras@kirkland.com
10
    Marc H. Cohen (CA Bar No. 168773)
11  KIRKLAND & ELLIS LLP
    950 Page Mill Road
12  Palo Alto, CA 94304
    Telephone:     (650) 859-7000
13  Facsimile:     (650) 859-7500
    Email: marc.cohen@kirkland.com
14

15  *Attorneys for Defendants and Counterclaim Plaintiffs,*
    RESEARCH IN MOTION LIMITED and
16  RESEARCH IN MOTION CORPORATION

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 19  MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No. 5:08-CV-04990-JW |
| 20  | Jury Trial Demanded |
| 21          Plaintiff and Counterclaim Defendant, | **DECLARATION OF MICHAEL D. KARSON IN SUPPORT OF RIM'S BRIEF** |
| 22          v. | **REGARDING CONSTRUCTION OF CLAIM PHRASE "ESTABLISHING A** |
| 23  RESEARCH IN MOTION LIMITED, a Canadian corporation | **CONNECTION BETWEEN THE WIRELESS DEVICE AND THE SERVER"** |
| 24  AND | |
| 25  RESEARCH IN MOTION CORPORATION, a Delaware corporation, | |
| 26          Defendants and Counterclaim Plaintiffs. | |
| 27 | |

| | |
|---|---|
| 28  Declaration of Michael D. Karson in Support of RIM's Brief Regarding Construction of Claim Phrase "Establishing a Connection Between the Wireless Device and the Server" | Case No. 5:08-CV-04990-JW |

1    I, Michael D. Karson, state and declare as follows:

2    1.    I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for

3    Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM")

4    in the above-captioned case.  I am over twenty-one years of age and not under any legal disability.  I

5    submit this declaration in support of RIM's Brief Regarding Construction of Claim Phrase

6    "Establishing a Connection Between the Wireless Device and the Server."   I have personal

7    knowledge of the following facts and, if called as a witness, could and would testify competently

8    thereto.

9    2.    Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,970,917

10   titled "System and Method for Remote Control and Management of Wireless Devices" and dated

11   November 29, 2005, bearing bates numbers RIM-MF1753006–018.

12   3.    Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the

13   Transcript of Proceedings for the October 25, 2010 hearing held on certain of RIM's motions for

14   summary judgment in this matter.

15   4.    Attached hereto as Exhibit 3 is a true and correct copy of an excerpt from Webster's

16   Ninth New Collegiate Dictionary (1983).

17   5.    Attached hereto as Exhibit 4 is a true and correct copy of an excerpt from Webster's

18   New World College Dictionary (Michael Agnes ed., 4th ed. 1999).

19   6.    Attached hereto as Exhibit 5 is a true and correct copy of an excerpt from Webster's

20   II New College Dictionary (3d ed. 2005).

21   7.    Attached hereto as Exhibit 6 is a true and correct copy of an excerpt from Webster's

22   Third New International Dictionary (Philip Babcock Gove ed., 2002).

23   8.    Attached hereto as Exhibit 7 is a true and correct copy of an excerpt from the

24   Transcript of Proceedings for the November 20, 2009 hearing held on claim construction in this

25   matter.

26   9.    Attached hereto as Exhibit 8 is a true and correct copy of an excerpt from Andrew S.

27   Tanenbaum, Computer Networks (3d ed. 1996).

28   Declaration of Michael D. Karson in Support of          -1-                    Case No. 5:08-CV-04990-JW
RIM's Brief Regarding Construction of Claim Phrase
"Establishing a Connection Between the Wireless
Device and the Server"

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10.     Attached hereto as Exhibit 9 is a true and correct copy of an excerpt from the February 3, 2011 deposition of Rakesh Kushwaha.   This transcript has been designated by Mformation as "Confidential - Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on February 10, 2012 in Chicago, Illinois.

*/s/ Michael D. Karson*

Michael D. Karson

Declaration of Michael D. Karson in Support of          -2-                         Case  5:08-CV-04990-JW
RIM's Brief Regarding Construction of Claim Phrase
"Establishing a Connection Between the Wireless
Device and the Server"

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of February 2012 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: February 10, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ José E. Valdés○*
José E. Valdés
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:      (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorney for Defendants And Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*

Declaration of Michael D. Karson in Support of          -3-                    Case 5:08-CV-04990-JW
RIM's Brief Regarding Construction of Claim Phrase
"Establishing a Connection Between the Wireless
Device and the Server"