IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mformation Techs., Inc., | NO. C 08-04990 JW |
|     Plaintiff,<br>  v. | **ORDER APPOINTING TECHNICAL ADVISOR** |
| Research in Motion Ltd., et al., | |
|     Defendants. | |

On January 31, 2012, the Court issued a Notice of Intent apprising the parties of its intent to appoint a Technical Advisor, Kwan Chan.[1] The Notice of Intent provided that any party to the litigation wishing to object to Mr. Chan's appointment "shall file a Notice of Objection" with the assigned Magistrate Judge by February 10, 2012. (Id. at 5.) On February 13, 2012, Judge Vadas notified the Court that no objection has been filed.

Accordingly, the Court appoints Kwan Chan as a Technical Advisor for this case under the following terms:

1. Any advice provided to the Court by Mr. Chan will not be based on any extra-record information.

2. To the extent that the Court may ask Mr. Chan to provide a formal written report on technical advice concerning the case, a copy of the formal written report prepared by Mr. Chan shall

---

[1] (See Preliminary Pretrial Conference Scheduling Order – (Jury Trial); Notice of Intent to Appoint a Technical Advisor; Order Referring the Parties to Magistrate Judge Laporte for a Further Settlement Conference at 2-5, Docket Item No. 700.)

be provided to the parties.  However, the Court reserves the right to have informal verbal communications with Mr. Chan which are not included in any formal written report.

3.  Mr. Chan may attend all case-related court proceedings, including the trial that is scheduled to commence on June 14, 2012, to assist the Court in evaluating any technical issues that may arise as the result of conflicting expert reports on the technology and prior art.

4.  Mr. Chan may review any pleadings, motions or documents submitted to the Court.

5.  As a Technical Advisor, Mr. Chan will make no written findings of fact and will not supply any evidence to the Court.  Thus, Mr. Chan will be outside the purview of "expert witnesses" under Fed. R. Evid. 706.  As such, the provisions in Rule 706 for depositions and questioning of expert witnesses will be inapplicable to Mr. Chan.   See Reilly v. United States, 863 F.2d 149, 155-67 (1st Cir. 1988).

6.  Mr. Chan will have no contact with any of the parties or their counsel except for billing purposes.

7.  Each party shall bear the cost of the Technical Advisor on a *per capita* basis, payable in advance.  Within ten (10) days of appointment, the parties shall meet and confer with Mr. Chan and develop a plan to set up a trust account whereby the parties shall deposit, initially, $25,000 each to cover the anticipated fees and costs.  Mr. Chan shall issue statements to the parties and draw from the trust account every fifteen (15) days for his performance of the appointment.  Mr. Chan will bill at the rate of $500.00 per hour.

The Technical Advisor shall report to the Court on a periodic basis, every sixty (60) days, regarding the state of his fees and expenses and make a recommendation to the Court as to whether the trust account needs additional deposits from the parties as the case progresses.  All matters pertaining to the fees of Mr. Chan are referred to the assigned Magistrate Judge.

8.  On or before **February 16, 2012**, Mr. Chan shall file a declaration that he will adhere to the terms of his appointment.

1    The Clerk of Court shall immediately add Mr. Chan to the docket.

4    Dated:  February 14, 2012

_____
JAMES WARE
United States District Chief Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Allen A. Arntsen aarntsen@foley.com
Amardeep Lal Thakur athakur@foley.com
Christopher R. Liro christopher.liro@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Jessica Christine Kaiser jessica.kaiser@kirkland.com
Justin E. Gray jegray@foley.com
Linda S. DeBruin ldebruin@kirkland.com
Lisa Marie Noller lnoller@foley.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria A. Maras maria.maras@kirkland.com
Meredith Zinanni meredith.zinanni@kirkland.com
Michael Anthony Parks mparks@thompsoncoburn.com
Michael Daley Karson michael.karson@kirkland.com
Michael S Feldberg michael.feldberg@allenovery.com
Shawn Edward McDonald SEMcDonald@foley.com
Tiffany Patrice Cunningham tiffany.cunningham@kirkland.com

**Dated: February 14, 2012**          **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers**
                                             **Susan Imbriani**
                                             **Courtroom Deputy**