1  Linda S. DeBruin
   (Admitted to this Court on September 27,1991)
2  Aaron D. Charfoos (*pro hac vice*)
   Meredith Zinanni (*pro hac vice*)
3  Maria A. Maras (*pro hac vice*)
   KIRKLAND & ELLIS LLP
4  300 North LaSalle
   Chicago, Illinois  60654
5  Telephone:     (312) 862-2000
   Facsimile:     (312) 862-2200
6  Email: linda.debruin@kirkland.com
   Email: aaron.charfoos@kirkland.com
7  Email: meredith.zinanni@kirkland.com
   Email: maria.maras@kirkland.com
8
   Marc H. Cohen (CA Bar No. 168773)
9  KIRKLAND & ELLIS LLP
   950 Page Mill Road
10 Palo Alto, CA 94304
   Telephone:     (650) 859-7000
11 Facsimile:     (650) 859-7500
   Email: mcohen@kirkland.com
12
   *Attorneys for Defendants*
13 RESEARCH IN MOTION LIMITED and
   RESEARCH IN MOTION CORPORATION
14

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.  5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12 REGARDING DATE OF ORDERED DEPOSITION** |

Stipulation and Proposed Order Pursuant to Civ. L.R.                           Case No. 5:08-CV-04990-JW
7-12 Regarding Date of Ordered Deposition

1    WHEREAS this Court has ordered Defendants Research In Motion Ltd. and Research In
2 Motion Corp. (collectively, "RIM") to depose Plaintiff Mformation Technologies, Inc.
3 ("Mformation") pursuant to Fed. R. Civ. P. 30(b)(6) with respect to the late-disclosed 2000 source
4 code on or before February 28, 2012 (Dkt. 700 ¶ 1); and

5    WHEREAS RIM and Mformation jointly agree that a deposition on February 29, 2012 would
6 not affect any other deadlines for this case and would be more convenient for the witness and the
7 parties;

8    THEREFORE the parties jointly stipulate that RIM shall conduct its deposition of
9 Mformation pursuant to Fed. R. Civ. P. 30(b)(6) beginning at 10:00 AM on Wednesday,
10 February 29, 2012, at Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022.

11    Pursuant to L.R. 6-2(a), the Declaration of Meredith Zinanni in Support of the Stipulation
12 Regarding Date of Ordered Deposition is filed herewith.

13 DATED:  February 14, 2012                          FOLEY & LARDNER LLP

                                                     By:   /s/  Shawn E. McDonald
15                                                         Amar L. Thakur
                                                           Shawn E. McDonald
16                                                         Justin E. Gray

17                                                   *Attorneys for Mformation Technologies, Inc.*

19 DATED:  February 14, 2012                          KIRKLAND & ELLIS LLP

20                                                   By:   /s/  Meredith Zinanni
                                                           Linda S. DeBruin
21                                                         Marc H. Cohen (CA Bar No. 168773)
                                                           Aaron D. Charfoos
22                                                         Maria A. Maras
                                                           Meredith Zinanni
23
                                                     *Attorneys for Research In Motion Limited and*
24                                                   *Research In Motion Corporation*

25

26 Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Meredith
27 Zinanni hereby attests that concurrence in the filing of this document has been obtained.

28

Stipulation and Proposed Order Pursuant to Civ. L.R.                           Case No. 5:08-CV-04990-JW
7-12 Regarding Date of Ordered Deposition

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3 Date: February 14, 2012

James Ware
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify on this 14th day of February, 2012 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: February 14, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/  John Kanive
John Kanive
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*