UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MFORMATION TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiff,

v.

RESEARCH IN MOTION LIMITED, a Canadian corporation

AND

RESEARCH IN MOTION CORPORATION, a Delaware corporation,

    Defendants.

Case No. 5:08-cv-04990-JW

[~~PROPOSED~~] ORDER GRANTING RIM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5

Pursuant to Civil L.R. 79-5, the Court hereby GRANTS RIM's Administrative Motion for Leave to File its Brief Regarding Construction of Claim Phrase "Establishing a Connection Between the Wireless Device and the Server" and One Exhibit Under Seal Pursuant to Civil L.R. 79-5. (Dkt. No. 712.)

    1.    RIM shall file Exhibit 9 to the Declaration of Michael D. Karson in Support of RIM's Brief Regarding Construction of Claim Phrase "Establishing a Connection Between the Wireless Device and the Server" electronically under seal.

    2.    RIM shall file the unredacted version of RIM's Brief Regarding Construction of Claim Phrase "Establishing a Connection Between the Wireless Device and the Server" electronically under seal.

Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

Dated: February 21, 2012

                                            Honorable James Ware
                                            United States District Court Judge

*IT IS SO ORDERED.*
*Judge James Ware*