Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI PURSUANT TO CIVIL L.R. 7-11 IN SUPPORT OF RIM'S ADMINISTRATIVE MOTION TO CLARIFY THE COURT'S JANUARY 31, 2012 ORDER (DKT. 700) PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>Judge:     The Honorable James Ware |

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Administrative Motion to Clarify the Court's January 31, 2012 Order (Dkt. 700) Pursuant to Civil Local Rule 7-11. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. During the January 30, 2012 Pretrial Conference, the parties discussed with the Court RIM's request for limited discovery as outlined in the Joint Preliminary Pretrial Statement (Dkt. 694). During that Conference, RIM stated that it was seeking leave to serve requests for admission, a 30(b)(6) deposition notice, and requests for production only. RIM did not state during that Conference, or at any other time, that it was seeking leave to serve interrogatories regarding the July 2000 demonstration and Mformation's belated production of source code.

3. RIM served requests for production on Mformation on February 1, 2012. Mformation objected to those requests, but agreed to consider tailored requests for production. (Ex. 1, 2/3/12 Letter L. DeBruin to A. Thakur; Ex. 2, 2/3/12 Letter A. Thakur to L. DeBruin.)

4. The parties continued to exchange correspondence and held meet and confers on February 7, 9 and 13, 2012 in an effort to reach a compromise regarding RIM's requests for production. (Ex. 3, 2/6/12 Letter L. DeBruin to A. Thakur; Ex. 4, 2/6/12 Letter A. Thakur to L. DeBruin; Ex. 5, 2/8/12 Letter L. DeBruin to A. Thakur; Ex. 6, 2/9/12 Letter A. Thakur to L. DeBruin.)

5. In response to Mformation's concerns, RIM served Amended Requests for Production, narrowing the scope of the documents sought. (Ex. 7, 2/13/12 Email R. Pohlman to A. Thakur; Ex. 8, 2/15/12 Letter L. DeBruin to A. Thakur.) Mformation continued to object to RIM's service of requests for production. (Ex. 9, 2/13/12 Letter A. Thakur to L. DeBruin.)

6. Thus, because the parties were unable to agree to a stipulation regarding the relief RIM requests, RIM requests a clarification of this Court's January 31, 2012 Order confirming that RIM had leave to serve requests for production.

1  I declare under penalty of perjury under the laws of the United States and the State of Illinois
2  that the foregoing is true and correct and that this declaration was executed by me on February 23,
3  2012 in Chicago, Illinois.

/s/ *Meredith Zinanni*
Meredith Zinanni

Declaration of Meredith Zinanni Pursuant to L.R. 7-11 ISO RIM's Administrative Motion to Clarify   -2-   Case 5:08-CV-04990-JW

**CERTIFICATE OF SERVICE**

I hereby certify on this 23rd of February, 2012 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  February 23, 2012                KIRKLAND & ELLIS LLP
                                         Respectfully submitted,

                                         */s/ John Kanive*
                                         Intellectual Property Legal Assistant

                                         Linda S. DeBruin
                                         (Admitted to this Court on September 27, 1991)
                                         Christopher R. Liro (*pro hac vice*)
                                         Tiffany P. Cunningham (*pro hac vice*)
                                         Aaron D. Charfoos (*pro hac vice*)
                                         Meredith Zinanni (*pro hac vice*)
                                         Maria A. Maras (*pro hac vice*)
                                         KIRKLAND & ELLIS LLP
                                         300 North LaSalle
                                         Chicago, Illinois  60654
                                         Telephone:   (312) 862-2000
                                         Facsimile:    (312) 862-2200
                                         Email: linda.debruin@kirkland.com
                                         Email: christopher.liro@kirkland.com
                                         Email: tiffany.cunningham@kirkland.com
                                         Email: aaron.charfoos@kirkland.com
                                         Email: meredith.zinanni@kirkland.com
                                         Email: maria.maras@kirkland.com

                                         Marc H. Cohen (CA Bar No. 168773)
                                         KIRKLAND & ELLIS LLP
                                         950 Page Mill Road
                                         Palo Alto, CA 94304
                                         Telephone:   (650) 859-7000
                                         Facsimile:    (650) 859-7500
                                         Email: marc.cohen@kirkland.com

                                         *Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*