Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MARIA A. MARAS IN SUPPORT OF RIM'S REPLY IN SUPPORT OF ITS MOTION UNDER *DAUBERT* TO EXCLUDE DR. VIJAY MADISETTI'S OPINIONS ON SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS**<br><br>Judge:        The Honorable James Ware |

Declaration of Maria A. Maras in Support of RIM's Reply in Support of Its *Daubert* Motion to Exclude Dr. Vijay Madisetti's Opinions on Secondary Considerations of Non-Obviousness

Case No. 5:08-CV-04990-JW

1    I, Maria A. Maras, state and declare as follows:

2    1.   I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Reply in Support of Its Motion Under *Daubert* to Exclude Dr. Vijay Madisetti's Opinions on Secondary Considerations of Non-obviousness. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.   Attached hereto as Exhibit 15 is a true and correct copy of a website located at http://www.mformation.com/, printed on February 28, 2012.

3.   Attached hereto as Exhibit 16 is a true and correct copy of a website located at http://h20208.www2.hp.com/cms/awards/2009-partner-of-the-year.html, printed on February 28, 2012.

4.   Attached hereto as Exhibit 17 is a true and correct copy of an excerpt from the May 13, 2011 Deposition of Vijay Madisetti. Mformation has designated this transcript "Confidential - Attorneys' Eyes Only."

5.   Attached hereto as Exhibit 18 is a true and correct copy of an excerpt from Merriam-Webster's Collegiate Dictionary (10th ed. 1995).

6.   Attached hereto as Exhibit 19 is a true and correct copy of an excerpt from the April 22, 2010 Deposition of Badri Nath. Mformation has designated this transcript "Confidential - Attorneys' Eyes Only."

7.   Attached hereto as Exhibit 20 is a true and correct copy of a website located at http://www.mformation.com/who-we-are/awards, printed on February 28, 2012.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on February 28, 2012 in Chicago, Illinois.

*/s/ Maria A. Maras*
Maria A. Maras

Declaration of Maria A. Maras in Support of RIM's      -1-      Case No. 5:08-CV-04990-JW
Reply in Support of Its *Daubert* Motion to Exclude
Dr. Vijay Madisetti's Opinions on Secondary
**Considerations of Non-Obviousness**

**CERTIFICATE OF SERVICE**

I hereby certify on this 28th of February, 2012 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: February 28, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ José E. Valdés*
José E. Valdés
Intellectual Property Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 859-7000
Facsimile:   (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*