Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S RENEWED MOTION AND MEMORANDUM FOR SANCTIONS**<br><br>Judge:          The Honorable James Ware |

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Renewed Motion and Memorandum for Sanctions. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Mformation's February 17, 2012 production included attachments to the October 1, 2009 email attached hereto as Exhibit 23. Those attachments include a spreadsheet produced in native format, listing a number of files, and a zip file containing the native format files listed in the spreadsheet. The zip file includes approximately 20 files related to the provsys prototype that Mformation had never previously produced to RIM.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Mformation Technologies, Inc.'s March 9, 2009 Responses to Research In Motion Limited's and Research In Motion Corporation's First Set of Interrogatories.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Mformation Technologies, Inc.'s May 27, 2009 First Supplemental Responses to Research In Motion Limited's and Research In Motion Corporation's First Set of Interrogatories.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Mformation Technologies, Inc.'s June 13, 2009 Second Supplemental Responses to Research In Motion Limited's and Research In Motion Corporation's First Set of Interrogatories.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Mformation Technologies, Inc.'s July 24, 2009 Third Supplemental Responses to Research In Motion Limited's and Research In Motion Corporation's First Set of Interrogatories.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Mformation Technologies, Inc.'s November 6, 2009 Fourth Supplemental Responses to Research In Motion Limited's and Research In Motion Corporation's First Set of Interrogatories.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Mformation

1  Technologies, Inc.'s December 10, 2009 Fifth Supplemental Responses to Research In Motion
2  Limited's and Research In Motion Corporation's First Set of Interrogatories.

3       9.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Mformation
4  Technologies, Inc.'s February 8, 2010 Sixth Supplemental Responses to Research In Motion
5  Limited's and Research In Motion Corporation's First Set of Interrogatories.

6       10.    Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Mformation
7  Technologies, Inc.'s April 19, 2010 [Amended] Sixth Supplemental Responses to Research In
8  Motion Limited's and Research In Motion Corporation's First Set of Interrogatories.

9       11.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Research In
10 Motion Limited's and Research In Motion Corporation's November 3, 2010 Fourth Notice of
11 Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6).

12      12.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the
13 December 9, 2010 deposition of Dr. Rakesh Kushwaha pursuant to Federal Rule of Civil Procedure
14 30(b)(6).  This transcript has been designated "Confidential - Attorneys' Eyes Only."

15      13.    Attached hereto as Exhibit 11 is a true and correct copy of e-mail messages
16 exchanged between Aaron Charfoos and Amar Thakur on December 14, 2010.

17      14.    Attached hereto as Exhibit 12 is a true and correct copy of RIM's December 14,
18 2010, Patent Local Rule 3-3, 3-4, and 3-6 Second Amended Invalidity Contentions Regarding U.S.
19 Pat. No. 6,970,917.  This document has been designated "Confidential - Attorneys' Eyes Only."

20      15.    Attached hereto as Exhibit 13 is a true and correct copy of Dr. Rakesh Kushwaha's
21 January 24, 2011 Errata Sheet to his December 9, 2010 deposition pursuant to Federal Rule of Civil
22 Procedure 30(b)(6).  This document has been designated "Confidential - Attorneys' Eyes Only."

23      16.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts from Mformation
24 Technologies, Inc.'s January 24, 2011 [Second Amended] Sixth Supplemental Responses to
25 Research In Motion Limited's and Research In Motion Corporation's First Set of Interrogatories.

26      17.    Attached hereto as Exhibit 15 is a true and correct copy of U.S. Patent No. 6,970,917.

27      18.    Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the
28 February 3, 2011 deposition of Dr. Rakesh Kushwaha.  This transcript has been designated

1  "Confidential - Attorneys' Eyes Only."

2  19. Attached hereto as Exhibit 17 is a true and correct copy of excerpts from Research In
3  Motion Limited's and Research In Motion Corporation's February 6, 2009 First Set of Requests for
4  Production of Documents and Things.

5  20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the
6  February 29, 2012 deposition of Gabriel Beltramino pursuant to Federal Rule of Civil Procedure
7  30(b)(6). Although not so designated, RIM is treating this transcript as "Confidential - Attorneys'
8  Eyes Only" pursuant to ¶ 4.1.3. of the Protective Order governing this matter (Dkt. 51).

9  21. Attached hereto as Exhibit 19 is a true and correct copy of a June 8, 2009 letter from
10 Eugene Goryunov to Gray Buccigross. This document contains information designated
11 "Confidential - Attorneys' Eyes Only."

12 22. Attached hereto as Exhibit 20 is a true and correct copy of a June 18, 2009 letter from
13 Eugene Goryunov to Gray Buccigross.

14 23. Attached hereto as Exhibit 21 is a true and correct copy of a July 10, 2009 letter from
15 Gray Buccigross to Eugene Goryunov.

16 24. Attached hereto as Exhibit 22 is a true and correct copy of a September 9, 2009, letter
17 from Eugene Goryunov to Gray Buccigross.

18 25. Attached hereto as Exhibit 23 is a true and correct copy of an October 1, 2009 e-mail
19 message, with printable attachments, from Mformation's counsel to Mformation. This document
20 bears bates numbers F0000001-17 and has been designated "Confidential - Attorneys' Eyes Only."

21 26. Attached hereto as Exhibit 24 is a true and correct copy of a November 3, 2009 e-
22 mail message from Mformation to Mformation's counsel. This document bears bates numbers
23 F0000018-19 and has been designated "Confidential - Attorneys' Eyes Only."

24 27. Attached hereto as Exhibit 25 is a true and correct copy of a January 20, 2010 e-mail
25 message, with printable attachments, from Shawn McDonald to Gina Bibby. This document bears
26 bates numbers F0000020-37 and has been designated "Confidential - Attorneys' Eyes Only."

27 28. Attached hereto as Exhibit 26 is a true and correct copy of a January 6, 2010 letter
28 from Maria Maras to Gina Bibby.

1  29.  Attached hereto as Exhibit 27 is a true and correct copy of a January 22, 2010 e-mail
2  message from Gina Bibby to Maria Maras.
3  30.  Attached hereto as Exhibit 28 is a true and correct copy of a January 27, 2010 e-mail
4  message from Gina Bibby to Maria Maras.
5  31.  Attached hereto as Exhibit 29 is a true and correct copy of a February 4, 2011 letter
6  from Justin Gray to Eugene Goryunov.
7  32.  Attached hereto as Exhibit 30 is a true and correct copy of Research In Motion
8  Limited's and Research In Motion Corporation's February 1, 2012 First Set of Requests for
9  Production of Documents and Things Pursuant to the Court's January 31, 2012 Order.
10  33.  Attached hereto as Exhibit 31 is a true and correct copy of Research In Motion
11  Limited's and Research In Motion Corporation's February 1, 2012 First Set of Requests for
12  Admission Pursuant to the Court's January 31, 2012 Order.
13  34.  Attached hereto as Exhibit 32 is a true and correct copy of Research In Motion
14  Limited's and Research In Motion Corporation's February 1, 2012 First Notice of Deposition
15  Pursuant to Federal Rule of Civil Procedure 30(b)(6) Pursuant to the Court's January 31, 2012
16  Order.
17  35.  Attached hereto as Exhibit 33 is a true and correct copy of a February 13, 2012 letter
18  from Amar Thakur to Linda DeBruin.
19  36.  Attached hereto as Exhibit 34 is a true and correct copy of a February 6, 2012 letter
20  from Amar Thakur to Linda DeBruin.
21  37.  Attached hereto as Exhibit 35 is a true and correct copy of a February 3, 2012 letter
22  from Linda DeBruin to Amar Thakur.
23  38.  Attached hereto as Exhibit 36 is a true and correct copy of Research In Motion
24  Limited's and Research In Motion Corporation's February 15, 2012 Amended First Set of Requests
25  for Production of Documents and Things Pursuant to the Court's January 31, 2012 Order.
26  39.  Attached hereto as Exhibit 37 is a true and correct copy of a February 9, 2012 letter
27  from Amar Thakur to Linda DeBruin.
28  40.  Attached hereto as Exhibit 38 is a true and correct copy of Deposition Exhibit 964.

1    41.    Attached hereto as Exhibit 39 is a true and correct copy of a February 24, 2012 letter from Ryan Pohlman to Shawn McDonald.

2    42.    Attached hereto as Exhibit 40 is a true and correct copy of a February 24, 2012 e-mail message from Shawn McDonald to Ryan Pohlman.

3    43.    Attached hereto as Exhibit 41 is a true and correct copy of a February 26, 2012 letter from Ryan Pohlman to Shawn McDonald.

4    44.    Attached hereto as Exhibit 42 is a true and correct copy of Deposition Exhibit 962.

5    45.    Attached hereto as Exhibit 43 is a true and correct copy of Deposition Exhibit 963.

6    46.    Attached hereto as Exhibit 44 is a true and correct copy of an October 2, 2009 letter from Gray Buccigross to Eugene Goryunov.

7    47.    Attached hereto as Exhibit 45 is a true and correct copy of an August 19, 2009 letter from Gray Buccigross to Eugene Goryunov.

8    48.    Attached hereto as Exhibit 46 is a true and correct copy of a July 24, 2000, e-mail message. This document bears bates number M0001471 and has been designated "Confidential - Attorneys' Eyes Only."

9    49.    Attached hereto as Exhibit 47 is a true and correct copy of Mformation Technologies, Inc.'s February 17, 2012 Responses to Research In Motion Limited's and Research In Motion Corporation's First Set of Requests for Admission Pursuant to the Court's January 31, 2012 Order. This document has been designated "Confidential."

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on March 2, 2012 in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

**CERTIFICATE OF SERVICE**

I hereby certify on this 2nd day of March, 2012, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  March 2, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ John Kanive*
John Kanive
Intellectual Property Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants Research In Motion Limited and Research In Motion Corporation*