IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mformation Techs., Inc., | NO. C 08-04990 JW |
| Plaintiff, | **ORDER GRANTING STIPULATION; TAKING MOTIONS UNDER SUBMISSION; SETTING TIME FOR ORAL ARGUMENT ON CLAIM CONSTRUCTION** |
| v. | |
| Research in Motion Ltd., et al., | |
| Defendants. | |

Presently before the Court is the parties' Stipulation. (Docket Item No. 759.) In their Stipulation, the parties request the Court's permission: (1) to bring "certain technical equipment, including a projector, screen, document camera, speaker, easel, monitors, laptops, and related equipment" into court for the March 12 hearing in this case; and (2) to allow certain technicians "to setup [sic] and breakdown [sic] this technical equipment." (Id.)

Upon review, the Court finds good cause to permit the parties to bring technical equipment to the March 12 hearing and to allow their technicians to set up and break down this equipment. Accordingly, the Court GRANTS the parties' Stipulation.

Further, upon review of the pending motions in this case, the Court finds it appropriate to take the following motions under submission without oral argument:[1]

---

[1] See Civ. L.R. 7-1(b).

(1) Research in Motion Ltd.'s and Research in Motion Corp.'s Notice of Motion and Motion Under Daubert [sic] to Exclude the Opinions of Mr. Roy Weinstein, Docket Item No. 416;

(2) Plaintiff Mformation Technologies, Inc.'s Motion to Exclude Portions of the March 4, 2011 Expert Report of Defendants' Expert, Dr. Anthony Acampora, Docket Item No. 419;

(3) RIM's Notice of Motion and Motion to Bifurcate Trial Pursuant to Federal Rule of Civil Procedure 42(B) [sic], Docket Item No. 697;

(4) RIM's Notice of Motion and Motion Under *Daubert* to Exclude Dr. Vijay Madisetti's Opinions on Secondary Considerations of Non-Obviousness, Docket Item No. 708; and

(5) Research in Motion Limited's and Research in Motion Corporation's Renewed Motion and Memorandum for Sanctions, Docket Item No. 747.

Thus, the only matter remaining for oral argument at the March 12 hearing is the claim construction of the term "establishing a connection between the wireless device and the server."[2] Each side shall have twenty (20) minutes for oral argument as to its proposed construction of that term.

Dated: March 8, 2012

JAMES WARE
United States District Chief Judge

---

[2] (See Preliminary Pretrial Conference Scheduling Order at 1-2, Docket Item No. 700.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Allen A. Arntsen aarntsen@foley.com
Amardeep Lal Thakur athakur@foley.com
Christopher R. Liro christopher.liro@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Jessica Christine Kaiser jessica.kaiser@kirkland.com
Justin E. Gray jegray@foley.com
Linda S. DeBruin ldebruin@kirkland.com
Lisa Marie Noller lnoller@foley.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria A. Maras maria.maras@kirkland.com
Meredith Zinanni meredith.zinanni@kirkland.com
Michael Anthony Parks mparks@thompsoncoburn.com
Michael Daley Karson michael.karson@kirkland.com
Michael S Feldberg michael.feldberg@allenovery.com
Shawn Edward McDonald SEMcDonald@foley.com
Tiffany Patrice Cunningham tiffany.cunningham@kirkland.com

**Dated: March 8, 2012**          **Richard W. Wieking, Clerk**

                              **By:    /s/ JW Chambers
                                    Susan Imbriani
                                    Courtroom Deputy**