1  Linda S. DeBruin
   (Admitted to this Court on September 27, 1991)
2  Christopher R. Liro (*pro hac vice*)
   Tiffany P. Cunningham (*pro hac vice*)
3  Aaron D. Charfoos (*pro hac vice*)
   Meredith Zinanni (*pro hac vice*)
4  Maria A. Maras (*pro hac vice*)
   KIRKLAND & ELLIS LLP
5  300 North LaSalle
   Chicago, Illinois  60654
6  Telephone:     (312) 862-2000
   Facsimile:     (312) 862-2200
7  Email: linda.debruin@kirkland.com
   Email: christopher.liro@kirkland.com
8  Email: tiffany.cunningham@kirkland.com
   Email: aaron.charfoos@kirkland.com
9  Email: meredith.zinanni@kirkland.com
   Email: maria.maras@kirkland.com
10
11 Marc H. Cohen (CA Bar No. 168773)
   KIRKLAND & ELLIS LLP
12 950 Page Mill Road
   Palo Alto, CA 94304
13 Telephone:     (650) 859-7000
   Facsimile:     (650) 859-7500
14 Email: marc.cohen@kirkland.com

15 *Attorneys for Defendants and Counterclaim Plaintiffs*
   RESEARCH IN MOTION LIMITED and
16 RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No. 5:08-CV-04990-JW |
| Plaintiff and Counterclaim Defendant, | Jury Trial Demanded |
| v. | **DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S OPPOSITION TO MFORMATION'S MOTION IN LIMINE TO EXCLUDE TESTIMONY, OTHER EVIDENCE, AND ANY REFERENCE TO ALLEGATIONS THAT GURINDER S. JOHAR IS AN INVENTOR OF THE '917 PATENT** |
| RESEARCH IN MOTION LIMITED, a Canadian corporation | |
| AND | |
| RESEARCH IN MOTION CORPORATION, a Delaware corporation, | |
| Defendants and Counterclaim Plaintiffs. | |

Declaration of Meredith Zinanni in Support of RIM's
Opposition to Mformation's Motion *in Limine* re
Johar

Case No. 5:08-CV-04990-JW

I, Meredith Zinanni, state and declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Opposition to Mformation's Motion *in Limine* to Exclude Testimony, Other Evidence, and Any Reference to Allegations that Gurinder S. Johar is an Inventor of the '917 Patent. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the January 22, 2011, Deposition of Gurinder Johar. Mformation has designated the transcript of this deposition "Confidential - Attorneys' Eyes Only."

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Mformation's May 13, 2011, Seventh Supplemental Responses to RIM's First Set of Interrogatories. While these responses have been designated "Confidential - Attorneys' Eyes Only," the excerpt attached as Exhibit 2 does not include any of the designated material.

4. Attached hereto as Exhibit 3 is a true and correct copy of Mformation's Trial Exhibit 0685. Mformation has designated this document "Confidential - Attorneys' Eyes Only."

5. The metadata of the document attached as Exhibit 3, above, shows August 6, 2001, as the last modified date of the document.

6. Attached hereto as Exhibit 4 is a true and correct copy of RIM's Trial Exhibit 4803. Mformation has designated this document "Confidential - Attorneys' Eyes Only."

7. Attached hereto as Exhibit 5 is a true and correct copy of RIM's Trial Exhibit 0918. Mformation has designated this document "Confidential - Attorneys' Eyes Only."

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the December 9, 2010, Rule 30(b)(6) Deposition of Dr. Rakesh Kushwaha. Mformation has designated the transcript of this deposition "Confidential - Attorneys' Eyes Only."

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the February 3, 2011, Deposition of Dr. Rakesh Kushwaha. Mformation has designated the transcript of

1  this deposition "Confidential - Attorneys' Eyes Only."

2      10.    Attached hereto as Exhibit 8 is a true and correct copy of RIM's Trial Exhibit 4802. Mformation has designated this document "Confidential" and "Confidential - Attorneys' Eyes Only."

    11.    Attached hereto as Exhibit 9 is a true and correct copy of Mformation's Trial Exhibit 0723.  Mr. Upal Basu, a third party, has designated this document "Confidential - Attorneys' Eyes Only."

    12.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the May 13, 2011, Deposition of Dr. Vijay Madisetti.  RIM has designated the transcript of this deposition "Confidential - Attorneys' Eyes Only."

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on May 14, 2012 in Chicago, Illinois.

                                          */s/ Meredith Zinanni*
                                          Meredith Zinanni

**CERTIFICATE OF SERVICE**

I hereby certify on this 14th of May, 2012, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: May 14, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/Kathleen Cawley*

Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
Christopher R. Liro (*pro hac vice*)
Tiffany P. Cunningham (*pro hac vice*)
Aaron D. Charfoos (*pro hac vice*)
Meredith Zinanni (*pro hac vice*)
Maria A. Maras (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email: linda.debruin@kirkland.com
Email: christopher.liro@kirkland.com
Email: tiffany.cunningham@kirkland.com
Email: aaron.charfoos@kirkland.com
Email: meredith.zinanni@kirkland.com
Email: maria.maras@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 859-7000
Facsimile:    (650) 859-7500
Email: marc.cohen@kirkland.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
Research In Motion Limited and Research In Motion Corporation

Declaration of Meredith Zinanni in Support of RIM's Opposition to Mformation's Motion *in Limine* re Johar   -3-   Case 5:08-CV-04990-JW