IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mformation Techs., Inc., | NO. C 08-04990 JW |
|     Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO SERVE SUPPLEMENTAL EXPERT REPORT; DENYING DEFENDANTS' MOTION TO FILE A DISPOSITIVE MOTION** |
| v. | |
| Research in Motion Ltd., et al., | |
|     Defendants. | |

Presently before the Court are: (1) Defendants' Motion for Leave of Court to File a Dispositive Motion;[1] and (2) Plaintiff's Motion for Leave to Serve Supplemental Expert Report.[2] In their Motion to File, Defendants seek leave to file a "dispositive motion" that will resolve Plaintiff's infringement claim "as a matter of law" in light of the Court's recent Claim Construction Order.[3] (Motion to File at 1-4.) In its Motion to Serve Expert Report, Plaintiff seeks the Court's permission to serve a "very brief" supplemental expert report "in order to fully explain how [Plaintiff's expert's] opinions comport with the new claim construction" presented in the Court's May 10 Order. (Motion to Serve Expert Report at 1.) To date, neither party has filed an opposition to either of these

---

[1] (hereafter, "Motion to File," Docket Item No. 852.)

[2] (Mformation's Administrative Motion for Leave of Court to Serve a Supplemental Expert Report of Vijay Madisetti, Ph.D. on Infringement in Light of This Court's Third Claim Construction Order, hereafter, "Motion to Serve Expert Report," Docket Item No. 862.)

[3] On May 10, 2012, the Court issued its Third Claim Construction Order. (hereafter, "May 10 Order," Docket Item No. 800.)

Motions. However, in light of the fact that this case is on the eve of trial, and in light of the Court's finding that it can address both Motions without causing prejudice to either party, the Court resolves both Motions at the present time.

Upon review, the Court finds good cause to grant Plaintiff leave to serve a Supplemental Expert Report. In particular, the Court finds that it is appropriate to allow Plaintiff to serve such a Report in light of the claim construction presented in the Court's recent May 10 Order. In light of this ruling, the Court also finds good cause to permit Defendants to file a Supplemental Rebuttal Report in response to Plaintiff's Supplemental Expert Report. However, the Court does not find good cause to grant Defendants leave to file a dispositive motion. In particular, the Court does not find good cause to allow Defendants to present a further motion for summary judgment immediately before trial, especially in light of the fact that the Court has already entertained numerous summary judgment motions from each party.[4] Moreover, Defendants themselves contend that if they are not granted leave to file a dispositive motion at the present time, they will instead file a Motion for Judgment as a Matter of Law at trial following the conclusion of Plaintiff's case-in-chief. (Motion to File at 4.) Thus, the Court finds that Defendants have not shown good cause for filing a dispositive motion at the present time, insofar as they will be able to present the argument that would have been made by their proposed dispositive motion in the form of a Motion for Judgment as a Matter of Law.

Accordingly, the Court ORDERS as follows:

(1) The Court GRANTS Plaintiff's Motion to Serve Expert Report. On or before **May 29, 2012**, Plaintiff shall serve its Supplemental Expert Report. In addition, Plaintiff shall lodge with chambers two copies of the Supplemental Expert Report, as well as two copies of its original Expert Report.

(2) On or before **June 5, 2012**, Defendants shall serve their Supplemental Rebuttal Report in response to Plaintiff's Supplemental Expert Report. In addition,

---

[4] (See, e.g., Order re. Motions for Summary Judgment, Docket Item No. 691 (addressing, *inter alia*, five motions for summary judgment filed by Defendants).)

2

Defendants shall lodge with chambers two copies of the Supplemental Rebuttal Report, as well as two copies of their original Expert Report.

(3) The Court DENIES Defendants' Motion for Leave of Court to File a Dispositive Motion.[5]

Dated: May 24, 2012

JAMES WARE
United States District Chief Judge

---

[5] In light of this Order, the Court DENIES as moot RIM's Motion to Shorten Briefing and Hearing Schedule Relating to RIM's Motion for Leave of Court to File a Dispositive Motion, Docket Item No. 854.

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Allen A. Arntsen aarntsen@foley.com
Amardeep Lal Thakur athakur@foley.com
Christopher R. Liro christopher.liro@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Jessica Christine Kaiser jessica.kaiser@kirkland.com
Justin E. Gray jegray@foley.com
Linda S. DeBruin ldebruin@kirkland.com
Lisa Marie Noller lnoller@foley.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria A. Maras maria.maras@kirkland.com
Meredith Zinanni meredith.zinanni@kirkland.com
Michael Anthony Parks mparks@thompsoncoburn.com
Michael Daley Karson michael.karson@kirkland.com
Michael S Feldberg michael.feldberg@allenovery.com
Shawn Edward McDonald SEMcDonald@foley.com
Tiffany Patrice Cunningham tiffany.cunningham@kirkland.com

**Dated: May 24, 2012**                                            **Richard W. Wieking, Clerk**

                                                                                **By:     /s/ JW Chambers**
                                                                                         **William Noble**
                                                                                         **Courtroom Deputy**