| AO 435 (Rev. 03/08) | Administrative Office of the United States Courts  TRANSCRIPT ORDER  FILED | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|

*Please Read Instructions:*

| 1. NAME  Kathleen Cawley | 2. PHONE NUMBER  (312) 862-2889 | 3. DATE  5/29/2012 | |
|---|---|---|---|
| 4. MAILING ADDRESS  555 California Street, 18th Floor, Room 1853 | 5. CITY  San Francisco | 6. STATE  CA | 7. ZIP CODE  94104 |

MAY 30 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| 8. CASE NUMBER  5-08-04990 JW | 9. JUDGE  Judge James Ware | 10. FROM 6/14/2012 | 11. TO 7/15/2012 |
|---|---|---|---|
| 12. CASE NAME  Mformation v. RIM | | 13. CITY San Francisco | 14. STATE CA |

DATES OF PROCEEDINGS / LOCATION OF PROCEEDINGS

| 15. ORDER FOR | | | |
|---|---|---|---|
| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☒ VOIR DIRE | 6/14/2012 | ☒ TESTIMONY (Specify Witness) | 6/19/2012 - 06/22/2012 |
| ☒ OPENING STATEMENT (Plaintiff) | | | 6/26/2012 - 06/19/2012 |
| ☒ OPENING STATEMENT (Defendant) | | | 7/3/2012; 7/5/2012-7/6/2012 |
| ☒ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | 7/10/2012-7/15/2012 |
| ☒ CLOSING ARGUMENT (Defendant) | | | |
| ☒ OPINION OF COURT | | | |
| ☒ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE  *Kathleen Cawley* | PROCESSED BY | | |
|---|---|---|---|
| 19. DATE  5/29/2012 | PHONE NUMBER | | |

| ESTIMATE TOTAL | 0.00 |
|---|---|

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT ORDERED | | | LESS DEPOSIT | 0.00 |
| TRANSCRIPT RECEIVED | | | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY