UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

| | | | |
|---|---|---|---|
| Judge: | James Ware | Time in Court: | 1 hour, 44 minutes |
| Date: | June 11, 2012 | | |
| Case No. | **C 08-04990-JW** | | |
| Case Title: | **Mformation Technologies, Inc. v. Research in Motion Limited et al** | | |

Appearances:

For Plaintiff: Linda S. DeBruin; Aaron D. Charfoos; Marc D. Cohen; Tiffany P. Cunningham; Andrew B. Grossman; Maria A. Maras; Mark G. Matuschak; Ferlilla V. Roberson; Barbara Parvis; Tom Sanchez; Anthony Kim; Frank Geng

For Defendant: Arardeep Lal Thakur; Shawn E. McDonald; Allan A. Arntsen; Justin E. Gray; Lisa M. Noller

Deputy Clerk: William Noble     Reporter: Not Reported

## PROCEDEDINGS

1. Final Pretrial Conference

## SUMMARY

Final Pretrial Conference – Held.
Jury of eight will be selected.
No changes to trial schedule.
Four peremptory challenges per side.
Parties to submit proposed voir dire questions by 06/12/2012 at 12:00 p.m.