IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mformation Technologies, Inc., | NO. C 08-04990 JW |
|     Plaintiff, | **ORDER GRANTING PARTIES' REQUEST FOR REAL TIME TRANSCRIPT FEED** |
|   v. | |
| Research in Motion Ltd., et al., | |
|     Defendants. | |

    Based on the parties' request at the June 11, 2012 Final Pretrial Conference, the Court authorizes the parties to arrange for a remote Realtime transcript feed for the duration of the trial, set to begin on **Thursday, June 14, 2012.** The parties may proceed to made arrangements with the Court Information Technology Group and the court reporter to bring into the Courtroom necessary computer equipment to facilitate the Realtime transcript feed.

    Judicial Conference policy restricts access to Realtime unedited transcripts to parties to the case who have ordered Realtime; the parties are responsible for ensuring that the remote Realtime transcript feed is not provided to individuals or entities not participating in the case.

    Only court reporters may provide Realtime unedited transcript feeds to any party or parties in the courtroom.

Dated: June 11, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Allen A. Arntsen aarntsen@foley.com
Amardeep Lal Thakur athakur@foley.com
Andrew Benjamin Grossman andrew.grossman@wilmerhale.com
Christopher R. Liro christopher.liro@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Ferlillia Victoria Roberson ferlillia.roberson@kirkland.com
Jane A. Dryer jane.dryer@wilmerhale.com
Jessica Christine Kaiser jessica.kaiser@kirkland.com
Justin Edwin Gray jegray@foley.com
Kwan Chan kwan.patentlaw@gmail.com
Kwan Chan kwan.patentlaw@gmail.com
Linda S. DeBruin ldebruin@kirkland.com
Lisa Marie Noller lnoller@foley.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria A. Maras maria.maras@kirkland.com
Mark G. Matuschak mark.matuschak@wilmerhale.com
Martin E Gilmore martin.gilmore@wilmerhale.com
Meredith Zinanni meredith.zinanni@kirkland.com
Michael Anthony Parks mparks@thompsoncoburn.com
Michael Daley Karson michael.karson@kirkland.com
Michael S Feldberg michael.feldberg@allenovery.com
Shawn Edward McDonald SEMcDonald@foley.com
Tiffany Patrice Cunningham tiffany.cunningham@kirkland.com

**Dated: June 11, 2012**                                    **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers**
                                                            **William Noble**
                                                            **Courtroom Deputy**