1  Linda S. DeBruin (Admitted to this Court on September 27, 1991)
   KIRKLAND & ELLIS LLP
2  300 North LaSalle
   Chicago, Illinois 60654
3  Telephone:   (312) 862-2000
   Facsimile:   (312) 862-2200
4  Email: linda.debruin@kirkland.com

5  Marc H. Cohen (CA Bar No. 168773)
   KIRKLAND & ELLIS LLP
6  950 Page Mill Road
   Palo Alto, CA 94304
7  Telephone:   (650) 859-7000
   Facsimile:   (650) 859-7500
8  Email: marc.cohen@kirkland.com

9  Mark G. Matuschak (*pro hac vice*)
   WILMERHALE
10 60 State Street
   Boston, MA 02109
11 Telephone:   (617) 526-6559
   Facsimile:   (617) 526-5000
12 Email: mark.matuschak@wilmerhale.com

13 Andrew B. Grossman (CA Bar No. 211546)
   WILMERHALE
14 350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
15 Telephone:   (213) 443-5303
   Facsimile:   (213) 443-5400
16 Email: andrew.grossman@wilmerhale.com

17 *Attorneys for Defendants and Counterclaim Plaintiffs*
   RESEARCH IN MOTION LIMITED and
18 RESEARCH IN MOTION CORPORATION

19                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
20                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No. 5:08-CV-04990-JW |
| 22  Plaintiff and Counterclaim Defendant, | **DECLARATION OF MEREDITH ZINANNI IN SUPPORT OF RIM'S MEMORANDUM THAT U.S. PAT. NO. 6,970,917 IS NOT ENTITLED TO CLAIM PRIORITY TO U.S. PROV. PAT. APPL. 60/251,034** |
| 23  v. | |
| 24  RESEARCH IN MOTION LIMITED, a Canadian corporation AND | Judge: The Honorable James Ware |
| 25  RESEARCH IN MOTION CORPORATION, a Delaware corporation, | |
| 26  Defendants and Counterclaim Plaintiffs. | |

1  I, Meredith Zinanni, state and declare as follows:

2  1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Memorandum that U.S. Pat. No. 6,970,917 is Not Entitled to Claim Priority to U.S. Prov. Pat. Appl. 60/251,034. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Joint Tr. Ex. 571, U.S. Provisional Patent App. No. 60/251,034.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the December 9, 2010, Deposition of Dr. Rakesh Kushwaha. Mformation has designated the transcript of this deposition "Confidential - Attorneys' Eyes Only" but the excerpted pages do not include any "Confidential - Attorney's Eyes Only" information.

4. Attached hereto as Exhibit 3 is a true and correct copy of Joint Tr. Ex. 4000, U.S. Patent No. 6,970,917.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the May 13, 2011, Deposition of Dr. Vijay Madisetti. RIM has designated the transcript of this deposition "Confidential - Attorneys' Eyes Only" but the excerpted pages do not include any "Confidential - Attorney's Eyes Only" information.

6. Attached hereto as Exhibit 5 is a true and correct copy of RIM Tr. Ex. 4001, June 15, 2005.

7. Attached hereto as Exhibit 6 is a true and correct copy of RIM Tr. Ex. 4002, July 6, 2005 Amendment.

8. Attached hereto as Exhibit 7 is a true and correct copy of Joint Tr. Ex. 510, Notice of Allowability.

1    I declare under penalty of perjury under the laws of the United States and the State of Illinois
2  that the foregoing is true and correct and that this declaration was executed by me on June 15, 2012
3  in Chicago, Illinois.

*/s/ Meredith Zinanni*
Meredith Zinanni

Declaration ISO RIM's Memorandum that U.S. Pat. No. 6,970,917 is Not Entitled to Claim Priority    -2-    Case No. 5:08-CV-04990-JW

**CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of June, 2012, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: June 15, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

/s/ Kathleen Cawley

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email: linda.debruin@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone:   (650) 859-7000
Facsimile:   (650) 859-7500
Email: marc.cohen@kirkland.com

Mark G. Matuschak (pro hac vice)
WILMERHALE
60 State Street
Boston, MA 02109
Telephone:   (617) 526-6559
Facsimile:   (617) 526-5000
Email: mark.matuschak@wilmerhale.com

Andrew B. Grossman (CA Bar No. 211546)
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:   (213) 443-5303
Facsimile:   (213) 443-5400
Email: andrew.grossman@wilmerhale.com

*Attorneys for Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation*

Declaration ISO RIM's Memorandum that U.S. Pat. No. 6,970,917 is Not Entitled to Claim Priority      -3-      Case No. 5:08-CV-04990-JW