**FOLEY & LARDNER LLP**
3579 V<small>ALLEY</small> C<small>ENTRE</small> D<small>RIVE</small>, S<small>UITE</small> 300
S<small>AN</small> D<small>IEGO</small>, CA 92130
T<small>EL</small>.:  (858) 847-6700
F<small>AX</small>:  (858) 792-6773
A<small>MARDEEP</small> (A<small>MAR</small>) L. T<small>HAKUR</small> (CA B<small>AR</small> N<small>O</small>. 194025)
<small>ATHAKUR@FOLEY.COM</small>
S<small>HAWN</small> E. M<small>C</small>D<small>ONALD</small> (CA B<small>AR</small> N<small>O</small>. 237580)
<small>SEMCDONALD@FOLEY.COM</small>
J<small>USTIN</small> E. G<small>RAY</small> (*<small>PRO HAC VICE</small>*)
<small>JEGRAY@FOLEY.COM</small>

**FOLEY & LARDNER LLP**
150 E. G<small>ILMAN</small> S<small>T</small>.
M<small>ADISON</small>, WI 53703
T<small>EL</small>:  (608) 258-4293
F<small>AX</small>:  (608) 258-4258
A<small>LLEN</small> A. A<small>RNTSEN</small> (*<small>PRO HAC VICE</small>*)
<small>AARNTSEN@FOLEY.COM</small>

**FOLEY & LARDNER LLP**
321 N. C<small>LARK</small> S<small>T</small>., S<small>TE</small>. 2800
C<small>HICAGO</small>, IL 60654
T<small>EL</small>: (312) 832-4363
F<small>AX</small>: (312) 832-4700
L<small>ISA</small> M. N<small>OLLER</small> (*<small>PRO HAC VICE</small>*)
<small>LNOLLER@FOLEY.COM</small>

A<small>TTORNEYS FOR</small> P<small>LAINTIFF AND</small> C<small>OUNTERCLAIM</small> D<small>EFENDANT</small>
M<small>FORMATION</small> T<small>ECHNOLOGIES</small>, I<small>NC</small>.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs.<br><br>AND RELATED COUNTERCLAIMS | Case No:  5:08-CV-04990-JW<br><br>**NOTICE OF EXHIBITS FOR COURT'S DETERMINATION SUCH EXHIBITS ARE ADMITTED INTO EVIDENCE**<br><br>Judge:      Hon. James Ware |

At the June 11, 2012 pretrial conference and the June 14, 2012 hearing, this Court expressed its strong desire for the parties to agree to pretrial admission of as many exhibits as possible. Since that date, the parties have diligently met and conferred on several occasions and in good faith to resolve any objections to admission of trial exhibits. The parties have agreed about the admission and admissibility of some categories of exhibits. However, as to certain exhibits, the parties have not been able to reach agreement. Because Mformation intends to publish some of these exhibits to the jury, it respectfully requests the Court to overrule RIM's objections and to rule these exhibits are admitted into evidence. All of the exhibits, as well as RIM's statements of objections and Mformation's responses, are contemporaneously being delivered to Court.[1] The exhibits are Mformation T. Ex. 153, 174, 197, 200, 327, 328, 329, 361, 364, 814, 1027, 1029-33, 1035-36, 1081, 2124, 2127, 2233-36 and 2239. Mformation further respectfully requests that the Court rule on the admission of these exhibits on June 18, 2012, before they would be introduced through testimony.

---

[1] RIM has informed Mformation during a meet and confer conference on June 13, 2012 that it objects to Mformation's submission of these exhibits, objections and responses because this Court's Final Pretrial Conference Order (Dkt. No. 700, page 7, paragraph 2) requires the objecting party to lodge objections and responses with the Court. Nothing, however, precludes a party from pre-filing objections with the Court, in an effort to settle a dispute before the trial begins.

1  Dated:  June 18, 2012            **FOLEY & LARDNER LLP**

By: */s/  Amar L. Thakur* _____
       Amar L. Thakur
       Shawn E. McDonald
       Allen A. Arntsen
       Lisa M. Noller
       Justin E. Gray

       Attorneys for
       Mformation Technologies, Inc

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2012, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

Dated: June 18, 2012                    FOLEY & LARDNER LLP


                                        By: */s/ Amar L. Thakur*
                                              AMAR L. THAKUR

                                              ATTORNEY FOR
                                              MFORMATION TECHNOLOGIES, Inc.