# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

*JURY TRIAL CIVIL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | James Ware | Time in Court: | 5 hours, 42 minutes |
| Date: | June 19, 2012 | | |

Case No.     **C 08-4990-JW**

Case Title:  **MFORMATION TECHNOLOGIES, INC. V. RESEARCH IN MOTION LIMITED, et al**,

Appearances:

For Plaintiff:  Mark G. Matuschak; Linda S. DeBruin; Aaron D. Charfoos; Tiffany P. Cunningham; Andrew B. Grossman; Maria Maras; Ferlilla V. Roberson; Meredith Zinanni

For Defendant:  Amardeep Lal Thakur; Allan A. Arntsen; Shawn E. McDonald; Lisa M. Noller

| | | | |
|---|---|---|---|
| Deputy Clerk: | William Noble | Reporter: | Connie Kuhl |
| Trial Begin: | June 14, 2012 | Further Trial: | June 20, 2012 |

Trial Motions Heard:                                    Disposition:

1.

2.


Other:
Court gave opening instructions to the jurors. Plaintiff opening statement.
Defendant's opening statement.
Plaintiff's witness sworn:  Upal Bashu
Court adjourned until June 20, 2012 at 8:50 a.m.

Case No: **C 09-4990 JW**
Case Name: **MFORMATION TECHNOLOGIES, INC. V. RESEARCH IN MOTION LIMITED, et al,**
Date: June 19, 2012
Courtroom Deputy: William Noble                    Court Reporter:   Connie Kuhl

Disposition of Exhibits:
Parties stipulate to admission of exhibits: P113, P185, P298, P314, P362, P634, P644, P889, P890, and P1081. Exhibits admitted.

Joint Exhibits Marked:

Joint Exhibits Marked and Admitted: P1, P113, P185, P720, P298, P314, P362, P370, P376K, P543, P552, P553, P634, P644, P712, P720, P814, P889, P890, P1081, P2136, P2174, P2175, P2180, P2181, P2182, P2183, P2191, P2224, P2225, P2136, P4454 (excluding page one)

Joint Exhibits Previously Marked and Admitted: J533, J534, J559, J560, J562, J623, J627, J629, J693, J719, J2101, P2140

Case No:    **C 09-4990 JW**
Case Name:    **MFORMATION TECHNOLOGIES, INC. V. RESEARCH IN MOTION LIMITED, et al,**
Date:    June 19, 2012
Courtroom Deputy:    William Noble    Court Reporter:    Connie Kuhl

| PLF NO. | DEF NO. | DATE OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 a.m. | | | Court resumes. Jurors not present. | |
| | | 9:04 a.m. | | | Discussion with Counsel re: Exhibits. | |
| | | 9:04 a.m. | | | Parties stipulate to admission of exhibits P113, P185, P298, P314, P362, P634, P644, P889, P890, and P1081 into evidence. | |
| P113, P185, P298, P314, P362, P634, P644, P889, P890, P1081 | | 9:04 a.m. | X | X | Exhibits P113, P185, P298, P314, P362, P634, P644, P889, P890, and P1081 admitted. | Pltf |
| | | 9:08 a.m. | | | Jurors present. | |
| | | 9:11 a.m. | | | Opening Instructions read to Jurors. | |
| | | 9:14 a.m. | | | Video played in Court, "An Introduction to the Patent System." | |
| | | 9:34 a.m. | | | Video finished | |
| | | 9:34 a.m. | | | Court resumes reading of Opening Instructions. | |
| | | 9:50 a.m. | | | Supplemental Opening Instructions read to Jurors. | |
| | | 9:53 a.m. | | | Court finished. | |
| | | 9:53 a.m. | | | Plaintiff's opening statement. | |
| | | 10:39 a.m. | | | Plaintiff finished. | |
| | | 10:39 a.m. | | | Court break. | |
| | | 10:58 a.m. | | | Court resumes. Jurors present. | |
| | | 10:58 a.m. | | | Defendant's opening statement. | |
| | | 11:56 a.m. | | | Defendant finished. | |
| | | 11:56 a.m. | | | Jurors excused until 1:00 p.m. | |

pg. 3

Case No:   **C 09-4990 JW**
Case Name: **MFORMATION TECHNOLOGIES, INC. V. RESEARCH IN MOTION LIMITED, et al,**
Date:   June 19, 2012
Courtroom Deputy:   William Noble            Court Reporter:   Connie Kuhl

|  |  | Time |  |  | Description |  |
|---|---|---|---|---|---|---|
|  |  | 11:56 a.m. |  |  | Discussion with counsel re: Admitted exhibits. |  |
|  |  | 11:58 a.m. |  |  | Court lunch break. |  |
|  |  | 1:06 p.m. |  |  | Court resumes. Jurors present. |  |
|  |  | 1:06 p.m. |  |  | Plaintiff witness sworn – Upal Basu. |  |
| P712 |  | 1:11 p.m. | X | X | Plaintiff exhibit P712 marked and admitted. | Pltf |
| P1 |  | 1:14 p.m. | X | X | Plaintiff demonstrative exhibit P1 marked and admitted.  Upal Basu timeline. | Pltf |
| P2191 |  | 1:18 p.m. | X | X | Plaintiff exhibit P2191 marked and admitted. | Pltf |
| P370 |  | 1:23 p.m. | X | X | Plaintiff exhibit P370 marked and admitted. | Pltf |
| P2183 |  | 1:29 p.m. | X | X | Plaintiff exhibit P2183 marked and admitted. | Pltf |
| P712 |  | 1:34 p.m. | X |  | Plaintiff exhibit P712 previously marked and admitted. | Pltf |
| J693 |  | 1:35 p.m. | X |  | Plaintiff exhibit J693 previously marked and admitted. | Pltf |
| P712 |  | 1:40 p.m. | X |  | Plaintiff exhibit P712 previously marked and admitted. | Pltf |
| P2182 |  | 1:41 p.m. | X | X | Plaintiff exhibit P2182 marked and admitted. | Pltf |
| P720 |  | 1:47 p.m. | X | X | Plaintiff exhibit P720 marked and admitted. | Pltf |
| P543 |  | 1:49 p.m. | X | X | Plaintiff exhibit P543 marked and admitted. | Pltf |
| P2224 |  | 1:51 p.m. | X | X | Plaintiff exhibit P2224 marked and admitted. | Pltf |
| P1 |  | 1:53 p.m. | X |  | Plaintiff demonstrative exhibit P1 previously marked and admitted. | Pltf |
| P2175 |  | 1:54 p.m. | X | X | Plaintiff exhibit P2175 marked and admitted. | Pltf |
| P2181 |  | 1:59 p.m. | X | X | Plaintiff exhibit P2181 marked and admitted. | Pltf |
| P2180 |  | 1:59 p.m. | X | X | Plaintiff exhibit P2180 marked and admitted. | Pltf |
| P2174 |  | 2:02 p.m. | X | X | Plaintiff exhibit P2174 marked and admitted. | Pltf |

Case No: **C 09-4990 JW**
Case Name: **MFORMATION TECHNOLOGIES, INC. V. RESEARCH IN MOTION LIMITED, et al,**
Date: June 19, 2012
Courtroom Deputy: William Noble    Court Reporter: Connie Kuhl

| | | | | | | |
|---|---|---|---|---|---|---|
| P814 | | 2:04 p.m. | X | X | Plaintiff exhibit P814 marked and admitted. | Pltf |
| P2225 | | 2:07 p.m. | X | X | Plaintiff exhibit P2225 marked and admitted. | Pltf |
| P1 | | 2:09 p.m. | X | | Plaintiff demonstrative exhibit P1 previously marked and admitted. | Pltf |
| P552 | | 2:11 p.m. | X | X | Plaintiff exhibit P552 marked and admitted. | Pltf |
| P553 | | 2:11 p.m. | X | X | Plaintiff exhibit P553 marked and admitted. | Pltf |
| P376K | | 2:14 p.m. | X | X | Plaintiff exhibit P376K marked and admitted. | Pltf |
| J623 | | 2:17 p.m. | X | | Joint exhibit J623 previously marked and admitted. | Pltf |
| P4454 | | 2:22 p.m. | X | X | Plaintiff exhibit P4454 marked and admitted. Excluding page one. | Pltf |
| J559 | | 2:22 p.m. | X | | Joint exhibit J559 previously marked and admitted. | Pltf |
| | | 2:33 p.m. | | | Jurors on break. | |
| | | 2:33 p.m. | | | Discussion with counsel. | |
| | | 2:35 p.m. | | | Court on break. | |
| | | 2:59 p.m. | | | Court resumes. Jurors present. | |
| P1 | | 2:59 p.m. | X | | Plaintiff demonstrative exhibit P1 previously marked and admitted. | Pltf |
| P2136 | | 3:01 p.m. | X | X | Plaintiff exhibit P2136 marked and admitted. | Pltf |
| J627 | | 3:06 p.m. | X | | Joint exhibit J627 previously marked and admitted. | Pltf |
| J560 | | 3:07 p.m. | X | | Joint exhibit J560 previously marked and admitted. | Pltf |
| J533 | | 3:10 p.m. | X | | Joint exhibit J533 previously marked and admitted. | Pltf |
| P1 | | 3:12 p.m. | X | | Plaintiff demonstrative exhibit P1 previously marked and admitted. | Pltf |
| J533 | | 3:12 p.m. | X | | Joint exhibit J533 previously marked and admitted. | Pltf |
| J629 | | 3:14 p.m. | X | | Joint exhibit J629 previously marked and admitted. | Pltf |

Case No: **C 09-4990 JW**
Case Name: **MFORMATION TECHNOLOGIES, INC. V. RESEARCH IN MOTION LIMITED, et al,**
Date: June 19, 2012
Courtroom Deputy: William Noble          Court Reporter: Connie Kuhl

| | | | | | | |
|---|---|---|---|---|---|---|
| J2101 | | 3:15 p.m. | X | | Joint exhibit J2101 previously marked and admitted. | Pltf |
| P1 | | 3:17 p.m. | X | | Plaintiff demonstrative exhibit P1 previously marked and admitted. | Pltf |
| J562 | | 3:17 p.m. | X | | Joint exhibit J562 previously marked and admitted. | Pltf |
| P2140 | | 3:19 p.m. | X | | Plaintiff exhibit P2140 previously marked and admitted. | Pltf |
| J719 | | 3:20 p.m. | X | | Joint exhibit J719 previously marked and admitted. | Pltf |
| J534 | | 3:27 p.m. | X | | Joint exhibit J534 previously marked and admitted. | Pltf |
| P1 | | 3:28 p.m. | X | | Plaintiff demonstrative exhibit P1 previously marked and admitted. (Slides 18 and 19) | Pltf |
| P634 | | 3:29 p.m. | X | | Plaintiff exhibit P634 previously marked and admitted. | Pltf |
| | | 3:32 p.m. | | | Jurors excused until 06/20/2012 at 9:00 a.m. | |
| | | 3:33 p.m. | | | Discussion with counsel re: testimony of Mihal Lazaridis. | |
| | | 3:37 p.m. | | | Motion allowing testimony of Mihal Lazaridis granted in part. | |
| | | 3:45 p.m. | | | Discussion with counsel re: patent application date. | |
| | | 3:54 p.m. | | | Court adjourned until 06/20/2012 at 8:50 a.m. | |