**United States District Court**

For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8    MFORMATION TECHS., INC.,                    No. C 08-04990 JW
9              Plaintiff,
                                                 O R D E R   D I R E C T I N G   J U R Y
10       v.                                      COMMISSIONER TO FURNISH DAILY
                                                 REFRESHMENTS AND LUNCH DURING
11   RESEARCH IN MOTION LTD., et al.,            DELIBERATION
12             Defendants.
                                        /
13
14             IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner
15   shall furnish daily refreshments for the members of the jury in the above-entitled matter
16   commencing on Wednesday, July 11, 2012 and during the deliberation lunch shall be furnished for
17   the members of the jury at the expense of the United States District Court Jury Commissioner.
18
19             IT IS SO ORDERED.
20
21   Dated: July 10, 2012
22                                               _____
                                                 JAMES WARE
23                                               United States District Chief Judge
24
25
26
27
28