IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mformation Techs., Inc., | NO. C 08-04990 JW |
| Plaintiff, | **ORDER REQUESTING FURTHER BRIEFING** |
| v. | |
| Research in Motion Ltd., et al., | |
| Defendants. | |

The parties are currently scheduled to appear before the Court on **August 6, 2012 at 9 a.m.**[1] for a hearing on post-trial Motions. In preparing for this hearing, the Court finds that it would benefit from additional briefing from the parties on two issues. Accordingly, on or before **July 27, 2012**, the parties shall each file a single simultaneous brief addressing the following issues:

**A.** **Evidence re. Transmission of the Contents of the Mailbox**

The Court construed the language of Claim 1 to mean that "delivering" a command from the server had to be performed in a sequence of recited sub-steps. The first sub-step requires "without a request from the wireless device . . . establishing a connection between the wireless device and the server . . . wherein the connection is established based on a threshold condition." The Court construed this language to mean that when performing this sub-step, a connection must be made by the server with the wireless device.

---

[1] Please note that this time represents a modification of the Court's July 13, 2012 Minute Order. (See Docket Item No. 1025.)

The second recited sub-step in the "delivering" step is "transmitting the contents of the mailbox from the server to the wireless device." The Court construed the claim language to mean that the "establishing a connection" sub-step must be completed before the "transmitting the contents of the mailbox" sub-step can commence. Thus, under the Court's construction, a connection between the server and the wireless device must be established before transmission of a command is commenced.

In light of the Court's construction, the parties are directed to point to the evidence produced during Plaintiff's case-in-chief which shows that a command is transmitted from the Blackberry Enterprise Server to the Blackberry handheld device after a connection has been established between the server and the handheld device.[2]

**B.** **Anticipation**

The jury returned a verdict finding that: (1) Claims 1 and 6 of the '917 Patent are not anticipated, and that (2) Claims 21-25 of the '917 Patent are anticipated. (See Docket Item No. 1026 at 9.) However, Claims 6, 21-25 are dependent on Claim 1.

The parties are directed to address the issue of whether the jury verdict is inconsistent, insofar as the jury found that the independent Claim 1 of the '917 Patent is not anticipated, but that claims that depend on that independent claim are anticipated.[3] The parties shall also address any course of action they would ask the Court to take with respect to this verdict.

Dated: July 17, 2012

JAMES WARE
United States District Chief Judge

---

[2] In their briefing, the parties shall clearly quote and cite to the trial transcript.

[3] See, e.g., Duhn Oil Tool, Inc. v. Cooper Cameron Corp., No. 1:05-CV-1411-MLH, 2012 WL 604138, at *4 (E.D. Cal. Feb. 23, 2012) (stating that "[i]f an independent claim is not anticipated, any claims that depend upon that claim cannot be anticipated") (citations omitted).

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Allen A. Arntsen aarntsen@foley.com
Amardeep Lal Thakur athakur@foley.com
Christopher R. Liro christopher.liro@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Jessica Christine Kaiser jessica.kaiser@kirkland.com
Justin E. Gray jegray@foley.com
Linda S. DeBruin ldebruin@kirkland.com
Lisa Marie Noller lnoller@foley.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria A. Maras maria.maras@kirkland.com
Meredith Zinanni meredith.zinanni@kirkland.com
Michael Anthony Parks mparks@thompsoncoburn.com
Michael Daley Karson michael.karson@kirkland.com
Michael S Feldberg michael.feldberg@allenovery.com
Shawn Edward McDonald SEMcDonald@foley.com
Tiffany Patrice Cunningham tiffany.cunningham@kirkland.com

**Dated: July 17, 2012**               **Richard W. Wieking, Clerk**

   **By:    /s/ JW Chambers**
           **William Noble**
           **Courtroom Deputy**