**IT IS SO ORDERED**

*Judge James Ware*

1  Linda S. DeBruin (Admitted to this Court on September 27, 1991)
   KIRKLAND & ELLIS LLP
2  300 North LaSalle
   Chicago, Illinois 60654
3  Telephone:     (312) 862-2000
   Facsimile:     (312) 862-2200
4  Email: linda.debruin@kirkland.com

5  Marc H. Cohen (CA Bar No. 168773)
   KIRKLAND & ELLIS LLP
6  950 Page Mill Road
   Palo Alto, CA 94304
7  Telephone:     (650) 859-7000
   Facsimile:     (650) 859-7500
8  Email: marc.cohen@kirkland.com

9  Mark G. Matuschak (*pro hac vice*)
   WILMERHALE
10 60 State Street
   Boston, MA 02109
11 Telephone:     (617) 526-6559
   Facsimile:     (617) 526-5000
12 Email: mark.matuschak@wilmerhale.com

13 Andrew B. Grossman (CA Bar No. 211546)
   WILMERHALE
14 350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
15 Telephone:     (213) 443-5303
   Facsimile:     (213) 443-5400
16 Email: andrew.grossman@wilmerhale.com

17 *Attorneys for Defendants and Counterclaim Plaintiffs*
   RESEARCH IN MOTION LIMITED and
18 RESEARCH IN MOTION CORPORATION

19                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
20                    **SAN FRANCISCO DIVISION**

21 | MFORMATION TECHNOLOGIES, INC., a Delaware corporation, | Case No. 5:08-CV-04990-JW |

22 Plaintiff and Counterclaim Defendant,    Jury Trial Demanded

23       v.                                  **JOINT STIPULATION AND ~~PROPOSED~~
                                             ORDER PURSUANT TO CIVIL LOCAL
24 RESEARCH IN MOTION LIMITED, a            RULE 7-12 REGARDING DEPOSITION
   Canadian corporation AND                 TESTIMONY PLAYED DURING TRIAL**
25

26 RESEARCH IN MOTION CORPORATION,
   a Delaware corporation,
27
         Defendants and Counterclaim Plaintiffs.
28

---

Stipulation and ~~Proposed~~ Order Pursuant to Civ. L.R.                    Case No. 5:08-CV-04990-JW
7-12 Regarding Deposition Testimony Played at Trial

1   WHEREAS Plaintiff Mformation Technologies, Inc. ("Mformation") and Defendants
2 Research In Motion Ltd. and Research In Motion Corp. (collectively, "RIM") have presented
3 testimony at the trial of this matter in the form of video deposition testimony;
4   WHEREAS this video deposition testimony was not transcribed into the Transcript of Trial
5 Proceedings for this matter; and
6   WHEREAS both Mformation and RIM wish the transcript of the video deposition testimony
7 played in court to be part of the record in this case;
8   THEREFORE the parties jointly stipulate that the transcript of the video deposition
9 testimony played during the trial of this matter shall be made part of the record in this matter. The
10 testimony is attached hereto as follows:
11   Appendix A: Deposition Testimony of David Castell
12   Appendix B: Deposition Testimony of Carl Cherry
13   Appendix C: Deposition Testimony of Tyler Lessard
14   Appendix D: Deposition Testimony of Allan Lewis
15   Appendix E: Deposition Testimony of Joe Owen
16   Appendix F: Deposition Testimony of Alan Panezic
17   Appendix G: Deposition Testimony of Jeff Schnurr
18   Appendix H: Deposition Testimony of Craig Wolfson
19   Appendix I: Deposition Testimony of David Yach

| | | |
|---|---|---|
| 1 | DATED: July 16, 2012 | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | | By: */s/ Lisa M. Noller* |
| | |     Amar L. Thakur |
| | |     Shawn E. McDonald |
| 4 | |     Lisa M. Noller |
| | |     Justin E. Gray |
| 5 | | |
| 6 | | *Attorneys for Mformation Technologies, Inc.* |
| 7 | DATED: July 16, 2012 | KIRKLAND & ELLIS LLP |
| 8 | | |
| 9 | | By: */s/ Linda S. DeBruin* |
| | |     Linda S. DeBruin |
| 10 | |     Marc H. Cohen (CA Bar No. 168773) |
| | |     Mark Matuschak |
| 11 | |     Andrew B. Grossman (CA Bar No. 211546) |
| 12 | | *Attorneys for Research In Motion Limited and Research In Motion Corporation* |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Meredith Zinanni hereby attests that concurrence in the filing of this document has been obtained.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: _____July 18_____, 2012          _____
                                                                James Ware
                                                                United States District Judge