*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**[PROPOSED] ORDER** |

The Court hereby orders that the exhibits designated "JOINT" on Exhibit A to the parties' stipulation are admitted into evidence at trial. Any such exhibit may be treated at trial as described in paragraph 9 of the Court's Final Pretrial Order. The Court hereby orders that the exhibits to which objections have not been identified on Exhibit A to the parties' stipulation are admissible at trial. Any such exhibit may be treated at trial as described in paragraph 9 of the Court's Final Pretrial Order, but will not be provided to the jury unless actually used by a party at trial. The Court further orders the parties to comply with the stipulated procedures set forth in paragraph 5 of the parties' joint stipulation.

**IT IS SO ORDERED.**

DATE: July 31, 2012

_____
HONORABLE JAMES WARE
United States District Court Judge