**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>[~~PROPOSED~~] ORDER |

IT IS SO ORDERED

Judge James Ware

        The Court hereby grants permission for Plaintiff and Counterclaim Defendant Mformation Technologies, Inc. and Defendants and Counterclaim Plaintiffs Research In Motion Limited and Research In Motion Corporation to bring certain technical equipment, including a projector, screens, document camera, speaker, easel, monitors, laptops, and related equipment, into Courtroom 9, 19th Floor at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.  The Court further grants permission for technicians Michael Jessup and Joe Richardson to set up and break down this technical equipment.

        **IT IS SO ORDERED.**

DATE:  August 2, 2012

_____
HONORABLE JAMES WARE
United States District Court Chief Judge