Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
linda.debruin@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
marc.cohen@kirkland.com

Mark G. Matuschak (*pro hac vice*)
WILMERHALE
60 State Street
Boston, MA  02109
Telephone:     (617) 526-6559
Facsimile:     (617) 526-5000
mark.matuschak@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6800
Facsimile:   (203) 663-6363
seth.waxman@wilmerhale.com

Andrew B. Grossman (CA Bar No. 211546)
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:     (213) 443-5303
Facsimile:     (213) 443-5400
andrew.grossman@wilmerhale.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>**RIM'S ADMINISTRATIVE MOTION TO FILE CERTAIN EXHIBITS IN SUPPORT OF RIM'S BILL OF COSTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5**<br><br>The Honorable James Ware |

1

**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

2
3

Pursuant to Civil L.R. 79-5(a)-(b), Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") respectfully request that certain exhibits be filed under seal:

4

- **Exhibits 1-8 in Support of RIM's Bill of Costs.**

5
6

These documents contain information RIM considers "CONFIDENTIAL - ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order (Dkt. 51).

7
8
9

Pursuant to Civil L.R. 79-5(b), RIM files herewith a Declaration of Tiffany P. Cunningham establishing the confidentiality of the material RIM considers "CONFIDENTIAL - ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order (Dkt. 51).

10

**CONCLUSION**

11
12

For the foregoing reasons, RIM respectfully requests that the Court GRANT its motion to file the foregoing documents under seal.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RIM's Administrative Motion to File Documents Under Seal    -1-    Case No. 5:08-CV-04990-JW

| | | |
|---|---|---|
| DATED:  August 22, 2012 | | KIRKLAND & ELLIS LLP<br>Respectfully submitted,<br><br>*/s/  Tiffany P. Cunningham*____ |

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
linda.debruin@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 859-7000
Facsimile:     (650) 859-7500
marc.cohen@kirkland.com

Mark G. Matuschak (*pro hac vice*)
WILMERHALE
60 State Street
Boston, MA  02109
Telephone:     (617) 526-6559
Facsimile:     (617) 526-5000
mark.matuschak@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6800
Facsimile:   (203) 663-6363
seth.waxman@wilmerhale.com

Andrew B. Grossman (CA Bar No. 211546)
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:     (213) 443-5303
Facsimile:     (213) 443-5400
andrew.grossman@wilmerhale.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
Research In Motion Limited and Research In Motion Corporation

**CERTIFICATE OF SERVICE**

I hereby certify on this 22nd day of August, 2012, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 22, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/  Kathleen Cawley* _____
Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
linda.debruin@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:    (650) 859-7000
Facsimile:    (650) 859-7500
marc.cohen@kirkland.com

Mark G. Matuschak (*pro hac vice*)
WILMERHALE
60 State Street
Boston, MA  02109
Telephone:    (617) 526-6559
Facsimile:    (617) 526-5000
mark.matuschak@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6800
Facsimile:   (203) 663-6363
seth.waxman@wilmerhale.com

Andrew B. Grossman (CA Bar No. 211546)
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:    (213) 443-5303
Facsimile:    (213) 443-5400
andrew.grossman@wilmerhale.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
Research In Motion Limited and Research In Motion Corporation

RIM's Administrative Motion to File Documents Under Seal    -3-    Case No. 5:08-CV-04990-JW