UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>**[PROPOSED] ORDER GRANTING RIM'S ADMINISTRATIVE MOTION TO FILE CERTAIN EXHIBITS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

Pursuant to Civil Local Rule 79-5, the Court hereby GRANTS RIM's Administrative Motion To File Certain Exhibits Under Seal Pursuant To Civil L.R. 79-5 as follows: the Clerk shall file Exhibits 1-8 in support of RIM's Bill of Costs under seal.

Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

DATE:

                              HONORABLE JAMES WARE
                              United States District Court Judge