Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
linda.debruin@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:   (650) 859-7000
Facsimile:   (650) 859-7500
marc.cohen@kirkland.com

Mark G. Matuschak (*pro hac vice*)
WILMERHALE
60 State Street
Boston, MA  02109
Telephone:   (617) 526-6559
Facsimile:   (617) 526-5000
mark.matuschak@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6800
Facsimile:  (203) 663-6363
seth.waxman@wilmerhale.com

Andrew B. Grossman (CA Bar No. 211546)
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:   (213) 443-5303
Facsimile:   (213) 443-5400
andrew.grossman@wilmerhale.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>     Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>     Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>**DECLARATION OF TIFFANY P. CUNNINGHAM IN SUPPORT OF RIM'S ADMINISTRATIVE MOTION TO FILE CERTAIN EXHIBITS IN SUPPORT OF ITS BILL OF COSTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5**<br><br>Judge:        The Honorable James Ware |

1  I, Tiffany P. Cunningham, state and declare as follows:

2  1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM") in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I submit this declaration in support of RIM's Administrative Motion to File Certain Exhibits in Support of RIM's Bill of Costs Under Seal Pursuant To Civil L.R. 79-5. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. Exhibits 1-8 in support of RIM's Bill of Costs contain information that RIM considers "CONFIDENTIAL—ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order (Dkt. 51).

3. The RIM information referenced in Exhibits 1-8 in support of RIM's Bill of Costs, described in paragraph 2 herein, is extremely sensitive and disclosure of the information to the public would create a substantial risk of serious injury to RIM.

4. RIM is therefore requesting, pursuant to Civil Local Rule 79-5, that Exhibits 1-8 in support of RIM's Bill of Costs be filed under seal.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on August 22, 2012, in Chicago, Illinois.

*/s/ Tiffany P. Cunningham*
Tiffany P. Cunningham

Declaration of Tiffany P. Cunningham in Support of RIM's Administrative Motion to File Documents Under Seal     -1-     Case No. 5:08-CV-04990-JW

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of August, 2012, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 22, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/  Kathleen Cawley*
Legal Assistant

Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:   (312) 862-2000
Facsimile:     (312) 862-2200
linda.debruin@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 859-7000
Facsimile:       (650) 859-7500
marc.cohen@kirkland.com

Mark G. Matuschak (*pro hac vice*)
WILMERHALE
60 State Street
Boston, MA  02109
Telephone:     (617) 526-6559
Facsimile:       (617) 526-5000
mark.matuschak@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6800
Facsimile:   (203) 663-6363
seth.waxman@wilmerhale.com

Andrew B. Grossman (CA Bar No. 211546)
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:     (213) 443-5303
Facsimile:       (213) 443-5400
andrew.grossman@wilmerhale.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
Research In Motion Limited and Research In Motion Corporation