Linda S. DeBruin
(Admitted to this Court on September 27, 1991)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
linda.debruin@kirkland.com

Marc H. Cohen (CA Bar No. 168773)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 859-7000
Facsimile:      (650) 859-7500
marc.cohen@kirkland.com

Mark G. Matuschak (*pro hac vice*)
WILMERHALE
60 State Street
Boston, MA  02109
Telephone:     (617) 526-6559
Facsimile:      (617) 526-5000
mark.matuschak@wilmerhale.com

Seth P. Waxman (*pro hac vice*)
WILMERHALE
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone:  (202) 663-6800
Facsimile:   (203) 663-6363
seth.waxman@wilmerhale.com

Andrew B. Grossman (CA Bar No. 211546)
WILMERHALE
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:     (213) 443-5303
Facsimile:      (213) 443-5400
andrew.grossman@wilmerhale.com

*Attorneys for Defendants and Counterclaim Plaintiffs*
RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.  5:08-CV-04990-JW (HRL)<br><br>**DECLARATION OF TIFFANY P. CUNNINGHAM IN SUPPORT OF RIM'S BILL OF COSTS** |

1   I, Tiffany P. Cunningham, state and declare as follows:

2   1. I am an attorney at the law firm of Kirkland & Ellis LLP, and serve as counsel for
3   Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "RIM")
4   in the above-captioned case. I am over twenty-one years of age and not under any legal disability. I
5   submit this declaration in support of RIM's Bill of Costs.

6   2. I certify that I have personal knowledge of the facts in this matter and that the items
7   of cost set out are correct, were necessarily incurred in this case, were actually and necessarily
8   performed, and are allowable under law.

9   3. Attached as Exhibit 1 is a true and correct copy of a summary of Costs for Service of
10  Summons of Subpoena and supporting documentation. **[FILED UNDER SEAL]**

11  4. Attached as Exhibit 2 is a true and correct copy of a summary of Costs Relating to
12  Depositions and supporting documentation. **[FILED UNDER SEAL]**

13  5. Attached as Exhibit 3 is a true and correct copy of a summary of Fees Incident to
14  Transcripts and supporting documentation. **[FILED UNDER SEAL]**

15  6. Attached as Exhibit 4 is a true and correct copy of a summary of Costs for Visual
16  Aids used by RIM related to the trial in this matter and supporting documentation. **[FILED
17  UNDER SEAL]**

18  7. Attached as Exhibit 5 is a true and correct copy of a summary of Costs for Copies of
19  Trial Exhibits and supporting documentation. **[FILED UNDER SEAL]**

20  8. Attached as Exhibit 6 is a true and correct copy of a summary of Witness Fees and
21  supporting documentation. **[FILED UNDER SEAL]**

22  9. Attached as Exhibit 7 is a true and correct copy of a summary of Costs for Certified
23  Patents and supporting documentation. **[FILED UNDER SEAL]**

24  10. Attached as Exhibit 8 is a true and correct copy of a summary of Costs for
25  Compensation of Court-Appointed Experts. **[FILED UNDER SEAL]**

26
27
28

Declaration of Tiffany P. Cunningham In Support of
RIM's Bill of Costs                -1-                Case No. 5:08-CV-04990-JW

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct and that this declaration was executed by me on August 22, 2012 in Chicago, Illinois.

*/s/ Tiffany P. Cunningham*
Tiffany P. Cunningham

Declaration of Tiffany P. Cunningham In Support of
RIM's Bill of Costs                                    -2-                          Case No. 5:08-CV-04990-JW

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2012, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED: August 22, 2012

KIRKLAND & ELLIS LLP
Respectfully submitted,

*/s/ Kathleen Cawley*_____
Legal Assistant

| | |
|---|---|
| Linda S. DeBruin<br>(Admitted to this Court on September 27, 1991)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>linda.debruin@kirkland.com<br><br>Marc H. Cohen (CA Bar No. 168773)<br>KIRKLAND & ELLIS LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 859-7000<br>Facsimile: (650) 859-7500<br>marc.cohen@kirkland.com | Mark G. Matuschak (*pro hac vice*)<br>WILMERHALE<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6559<br>Facsimile: (617) 526-5000<br>mark.matuschak@wilmerhale.com<br><br>Seth P. Waxman (*pro hac vice*)<br>WILMERHALE<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Telephone: (202) 663-6800<br>Facsimile: (203) 663-6363<br>seth.waxman@wilmerhale.com<br><br>Andrew B. Grossman (CA Bar No. 211546)<br>WILMERHALE<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone: (213) 443-5303<br>Facsimile: (213) 443-5400<br>andrew.grossman@wilmerhale.com |

*Attorneys for Defendants and Counterclaim Plaintiffs*
Research In Motion Limited and Research In Motion Corporation