IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Mformation Techs., Inc., | NO. C 08-04990 JW |
|     Plaintiff,<br>  v. | **ORDER TERMINATING APPOINTMENT OF TECHNICAL ADVISOR** |
| Research in Motion Ltd., et al., | |
|     Defendants. | |

On February 14, 2012, the Court appointed Mr. Kwan Chan as Technical Advisor to assist it with this case. (See Docket Item No. 724.) On August 8, 2012, the Court issued its Judgment in this case. (See Docket Item No. 1075.)[1] In light of the fact that it has issued its Judgment, the Court TERMINATES its appointment of Mr. Chan as Technical Advisor.

The Court thanks Mr. Chan for his excellent service in these proceedings. Mr. Chan shall work with the parties to disburse any remaining funds in the trust account.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

---

[1] In light of the Judgment, the Clerk shall close this file.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aaron D. Charfoos acharfoos@kirkland.com
Allen A. Arntsen aarntsen@foley.com
Amardeep Lal Thakur athakur@foley.com
Christopher R. Liro christopher.liro@kirkland.com
Eugene Goryunov egoryunov@kirkland.com
Jessica Christine Kaiser jessica.kaiser@kirkland.com
Justin E. Gray jegray@foley.com
Linda S. DeBruin ldebruin@kirkland.com
Lisa Marie Noller lnoller@foley.com
Marc Howard Cohen marc.cohen@kirkland.com
Maria A. Maras maria.maras@kirkland.com
Meredith Zinanni meredith.zinanni@kirkland.com
Michael Anthony Parks mparks@thompsoncoburn.com
Michael Daley Karson michael.karson@kirkland.com
Michael S Feldberg michael.feldberg@allenovery.com
Shawn Edward McDonald SEMcDonald@foley.com
Tiffany Patrice Cunningham tiffany.cunningham@kirkland.com

**Dated: August 27, 2012**          **Richard W. Wieking, Clerk**

                                    **By:   /s/ JW Chambers**
                                           **William Noble**
                                           **Courtroom Deputy**