UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian corporation<br><br>AND<br><br>RESEARCH IN MOTION CORPORATION, a Delaware corporation,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 5:08-CV-04990-JW<br><br>Jury Trial Demanded<br><br>**[PROPOSED] ORDER GRANTING MFORMATION'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5**<br><br>Judge:       To Be Assigned |

Pursuant to Civil Local Rule 79-5, the Court hereby GRANTS Mformation's Motion for Administrative Relief to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 as follows: the Clerk shall file portions of Mformation's Objection to Bill of Costs under seal.

Documents filed under seal shall remain sealed unless and until this Court orders otherwise.

**IT IS SO ORDERED.**

DATE:    9/24/12

_____
HONORABLE _____ Judge

IT IS SO ORDERED
Judge Edward M. Chen