1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7

**United States District Court**
For the Northern District of California

8   MFORMATION TECHNOLOGIES, INC.          No. C-08-4990 EMC

9              Plaintiff,                   **ORDER (1) DENYING RIM'S MOTION**
                                            **FOR LEAVE TO FILE OPPOSITION TO**
10          v.                              **OBJECTIONS TO RIM'S BILL OF**
                                            **COSTS; (2) DENYING MFORMATION**
11   RESEARCH IN MOTION LIMITED, *et al.*   **TECHNOLOGIES, INC.'S MOTION**
                                            **FOR LEAVE TO FILE REPLY IN**
12          Defendants.                     **SUPPORT OF OBJECTIONS TO BILL**
                                            **OF COSTS; AND (3) DENYING AS**
13   _____/   **MOOT MOTIONS TO FILE UNDER**
                                            **SEAL**
14
                                            **(Docket Nos. 1093, 1094, 1096, 1105, 1106)**
15
16
17          On September 19, 2012, Defendants Research in Motion Limited and Research in Motion

18   Corporation ("RIM") filed an administrative motion for leave to file an opposition to Plaintiff

19   Mformation's objections to RIM's bill of costs.  (Docket Nos. 1094, 1096.)  Subsequently, Plaintiff

20   Mformation filed an administrative motion for leave to file a reply brief in support of its objections

21   to RIM's bill of costs on September 26, 2012.  (Docket No. 1106.)  The Clerk of Court taxed costs

22   on October 16, 2012, rendering the parties' motions for leave to file an opposition and a reply moot.

23   (Docket No. 1115.)  Thus, the parties' motions for leave to file an opposition and a reply are

24   **DENIED AS MOOT**.

25          In addition, neither the Federal Rules of Civil Procedure nor the Civil Local Rules provide

26   for the filing of oppositions or replies to objections to bills of cost.  *See* Fed. R. Civ. P. 54; N.D. Cal.

27   Civ. R. 54.  If any party seeks to appeal the Clerk's determination on RIM's bill of costs, it may do

28

1  so by motion served within seven days of the Clerk's taxing costs pursuant to Federal Rule of Civil

2  Procedure 54(d)(1).

3  Simultaneously with their administrative motions for leave to file an opposition and reply,

4  each party filed administrative motions for leave to file documents supporting their respective

5  motions under seal. (Docket Nos. 1105, 1093.) As both motions for leave to file have been denied,

6  the parties' respective administrative motions for leave to file under seal are hereby **DENIED AS**

7  **MOOT**.

8  This order disposes of Docket Nos. 1093, 1094, 1096, 1105, and 1106.

9

10  IT IS SO ORDERED.

11

12  Dated: October 16, 2012

13  _____

14  EDWARD M. CHEN
   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2