EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Attorney for MFORMATION SOFTWARE TECHNOLOGIES, INC.

JUSTIN E. GRAY (Bar No. 282452)
jegray@foley.com
FOLEY & LARDNER LLP
3579 Valley Centre Drive , Ste. 300
San Diego, CA 92130-3302
Telephone: (858) 847-6764

Attorney for MFORMATION TECHNOLOGIES, INC.

LINDA S. DEBRUIN (Admitted to this Court on September 27, 1991)
ldebruin@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

Attorney for Defendants
RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., <br><br>Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION,<br><br>Defendants. | Case No. C-08-4990 EMC<br><br>**STIPULATION AND [PR~~OPOSED~~] ORDER TO MODIFY PROTECTIVE ORDER** |

The undersigned counsel for Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "Defendants-Appellees"), and for Plaintiff Mformation Technologies, Inc. ("Mformation Technologies"), along with the undersigned counsel for Mformation Software Technologies, Inc. ("Mformation Software"), hereby stipulate and agree, subject to the Court's approval, as follows:

WHEREAS, the above-captioned action is on appeal to the United States Court of Appeals for the Federal Circuit in *Mformation Technologies v. Research in Motion*, No. 2012-1679, 2013-1123 (Fed. Cir.);

WHEREAS, Mformation Software has moved, pursuant to FRAP 43, to substitute as appellant based on its contention that it has obtained Mformation Technologies' rights in this litigation, including all right, title, and interest to the patents-in-suit and the right to sue for past infringement;

WHEREAS, Defendants-Appellees have opposed Mformation Software's motion to substitute as appellant and have moved to dismiss the appeal but, without waiving their rights with respect to such motions, desire to facilitate briefing under the schedule set by the Federal Circuit;

WHEREAS, the Protective Order in effect in this case contemplates modification with this Court's approval, *see* Dkt. No. 51 [Stipulated Protective Order (as modified by the Court)] at § 6.4; and

WHEREAS, this Court retains jurisdiction over the parties and over collateral aspects of the above-captioned case not affecting the questions presented on appeal[1];

THEREFORE, Mformation Technologies, Defendants-Appellees, and Mformation Software hereby stipulate to the following:

1. Section 1 of the May 14, 2009 Protective Order (Dkt. No. 51) ("the Protective Order") is amended to add the following as its final paragraph:

---

[1] *See In re Silberkraus*, 336 F.3d 864, 869 (9th Cir. 2003) (exception to general rule that the filing of a notice of appeal divests the district court of jurisdiction "where the district court action aids" the appeals court "in [its] review"); *Weaver v. Fla. Power & Light Co.*, 172 F.3d 771 (11th Cir. 1999) ("The general rule regarding divestiture of jurisdiction" does "not apply to collateral matters not affecting the questions presented on appeal."); *see also* Dkt. No. 51 [Protective Order] at § 6.2 (this Court shall retain jurisdiction over the parties and any other person who has had access to Protected Information pursuant to this Order").

1    All provisions of this Order applicable to Mformation Technologies
2    and its Outside Counsel shall apply to and be binding on Mformation
3    Software and its Outside Counsel, respectively.  Outside Counsel for
4    Mformation Software shall be permitted access to Protected Information
5    under this Order to the same extent and subject to the same restrictions and
6    obligations as Outside Counsel for Mformation Technologies.

7    2.    The Protective Order is also amended to add the following section:

8    **5.9    Effect of Modification (added by stipulation of**
9    **March 11, 2013)**

10   Mformation Software shall be bound by the restrictions of
11   this Protective Order as if it were a Receiving Party with respect to
12   any Discovery Material.

13   3.    No other changes to the May 14, 2009 Protective Order are authorized
14   hereby.

16   **IT IS SO STIPULATED.**

17                                Respectfully submitted,

18   Dated: March 11, 2013           WEIL, GOTSHAL & MANGES LLP

20                                By:    */s/ Edward R. Reines*
21                                       Edward R. Reines
                                         Attorney for
22                                       MFORMATION
                                         SOFTWARE
23                                       TECHNOLOGIES, INC.

| | | |
|---|---|---|
| 1 | Dated: March 11, 2013 | KIRKLAND AND ELLIS LLP |
| 2 | | |
| 3 | | By:  */s/ Linda S. Debruin* |
| 4 | | Linda S. Debruin<br>Attorney for Defendants |
| 5 | | RESEARCH IN MOTION<br>LIMITED and RESEARCH<br>IN MOTION |
| 6 | | CORPORATION |
| 7 | | |
| 8 | Dated: March 11, 2013 | FOLEY & LARNDER LLP |
| 9 | | |
| 10 | | By:  */s/ Justin E. Gray*<br>Justin E. Gray |
| 11 | | Attorney for Plaintiff<br>MFORMATION |
| 12 | | TECHNOLOGIES, INC. |

I, Edward R. Reines, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Modify Protective Order. In compliance with General Order 45.X.B, I hereby attest that Linda S. Debruin and Justin E. Gray have concurred in this filing.

| | | |
|---|---|---|
| 19 | Dated: March 11, 2013 | WEIL, GOTSHAL & MANGES LLP |
| 20 | | |
| 21 | | By:  */s/ Edward R. Reines* |
| 22 | | Edward R. Reines |

STIPULATION AND [PROPOSED] ORDER TO MODIFY PROTECTIVE ORDER        4        CASE NO. 3:08-CV-04990 EMC

**ORDER ON THE FOREGOING STIPULATION**

The Court, having reviewed the above stipulation and finding good cause therefor, renders this stipulation a binding ORDER of this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    3/25/13



Judge Edward M. Chen