UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MFORMATION TECHNOLOGIES, INC., | No. C-08-4990 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING MST'S MOTION TO SHORTEN TIME** |
| RESEARCH IN MOTION LIMITED, *et al.*, | **(Docket No. 1148)** |
| Defendants. | |
| _____/ | |

Plaintiff Mformation Technologies, Inc. ("MT") has taken an appeal of the above-referenced case to the Federal Circuit. On July 18, 2013, the Federal Circuit issued an order remanding the case back to this Court for the limited purpose of deciding whether Mformation Software Technologies LLC ("MST") should be substituted in as the plaintiff-appellant. On July 29, 2013, MST filed a motion to substitute with this Court and asked that it be briefed and heard on shortened time. Defendants Research in Motion Ltd. and Research in Motion Corp. (collectively, "RIM") have opposed the request for shortened time.

While MST has not articulated particularly compelling reasons for shortened time (particularly in light of its delay in filing the motion to substitute), the Court shall grant the request for relief, largely out of deference to the Federal Circuit. The Court acknowledges that the Federal Circuit order does not expressly require resolution of the motion by a specific date, but its order does suggest a preference for such.

///

///

1  Accordingly, the Court hereby orders that MST's motion to substitute shall be heard on
2  **August 22, 2013, at 1:30 p.m.** RIM's opposition shall be filed by August 9, 2013. MST's reply
3  shall be filed no later than noon on August 12, 2013.
4  This order disposes of Docket No. 1148.

6  IT IS SO ORDERED.

8  Dated: July 31, 2013

   _____
   EDWARD M. CHEN
   United States District Judge