1   Patrick F. Philbin (*pro hac vice*)
    KIRKLAND & ELLIS LLP
2   655 Fifteenth Street, N.W.
    Washington, D.C.  20005
3   Telephone:     (202) 879-5000
    Facsimile:      (202) 879-5200
4   Email: patrick.philbin@kirkland.com

5   Meredith Zinanni (*pro hac vice*)
    KIRKLAND & ELLIS LLP
6   300 North LaSalle
    Chicago, Illinois  60654
7   Telephone:     (312) 862-2000
    Facsimile:      (312) 862-2200
8   Email: meredith.zinanni@kirkland.com

9   *Attorneys for Defendants and Counterclaim Plaintiffs*
    BLACKBERRY LIMITED and
10  BLACKBERRY CORPORATION

11

                    UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
13

14  MFORMATION TECHNOLOGIES, INC., a        Case No.  3:08-CV-04990
    Delaware corporation,
                                            Jury Trial Demanded
15
    AND
16
    MFORMATION SOFTWARE TECHNOLOGIES,
17  INC., a Delaware corporation

18          Plaintiffs and Counterclaim Defendants     **STIPULATION AND PROPOSED
                                                        ORDER REGARDING PAYMENT
19          v.                                          OF TAXED COSTS**

20  BLACKBERRY LIMITED, a
    Canadian corporation
21

22  AND

23  BLACKBERRY CORPORATION,
    a Delaware corporation,
24

25          Defendants and Counterclaim Plaintiffs.

26

27

28

1    WHEREAS this Court taxed costs against Plaintiff Mformation Technologies, Inc. ("MT")

2    on October 16, 2012, in the amount of $206,363.28 (Dkt. 1115);

3    WHEREAS Mformation Software Technologies, Inc. ("MST") was joined as Co-Plaintiff in

4    this litigation on August 29, 2013 (Dkt. 1162);

5    WHEREAS the U.S. Court of Appeals for the Federal Circuit affirmed this Court's judgment

6    and held that "MT and MST are jointly and severally liable for the $206,363.28 in costs awarded

7    below," *Mformation Technologies, Inc. v. Research in Motion Ltd*, 764 F.3d 1392, 1400 (Fed. Cir.

8    2014);

9    WHEREAS Defendants BlackBerry Ltd. and BlackBerry Corp. (collectively, "BlackBerry")

10   have conferred with MST concerning payment of the costs and have agreed to accommodate MST's

11   request for an extended schedule for paying said costs; and

12   WHEREAS MST and BlackBerry jointly request that this Court enter an order enforcing the

13   parties' agreement regarding payment of the taxed costs;

14   THEREFORE the parties agree and jointly stipulate as follows:

15   1.    MST is liable for payment of the taxed costs.

16   2.    MST acknowledges that it is liable for the interest accrued at the rate specified by 28

17   U.S.C. § 1961(a) from October 16, 2012.

18   3.    MST shall pay 10% of the total amount due (*i.e.* $20,636.33) on or before

19   February 25, 2015.

20   4.    MST shall pay the remaining amount due (*i.e.*, $185,726.95) plus interest (*i.e.*,

21   $964.35) on or before May 29, 2015.

22   5.    Payments under this stipulation shall be in full satisfaction for all claims and

23   reimbursement requests related to this matter.

24

25

26

27

28

1  DATED:  February 20, 2015                     WEIL, GOTSHAL & MANGES LLP

2
3                                                By:    /s/ Edward R. Reines
                                                        Edward R. Reines
4                                                Attorney for Mformation Software Technologies,
5                                                Inc.

6
7  DATED: February 20, 2015                      KIRKLAND & ELLIS LLP

8
9                                                By:    /s/  Patrick F. Philbin
                                                        Patrick F. Philbin
                                                        Meredith Zinanni
10
                                                 Attorneys for BlackBerry Limited and BlackBerry
11                                               Corporation

12  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Meredith
13  Zinanni hereby attests that concurrence in the filing of this document has been obtained.

14
15          **PURSUANT TO STIPULATION, IT IS SO ORDERED**
16
17  Date:_____, 2015
18                                                       Edward M. Chen
                                                         United States District Judge
19

## CERTIFICATE OF SERVICE

I hereby certify on this 20th day of February, 2015 that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

DATED:  February 20, 2015                    KIRKLAND & ELLIS LLP
                                             Respectfully submitted,

                                             */s/ Cassandra Milleville*
                                             Cassandra Milleville
                                             Legal Assistant

                                             Patrick F. Philbin (*pro hac vice*)
                                             KIRKLAND & ELLIS LLP
                                             655 Fifteenth Street, N.W.
                                             Washington, D.C.  20005
                                             Telephone:     (202) 879-5000
                                             Facsimile:     (202) 879-5200
                                             Email: patrick.philbin@kirkland.com

                                             Meredith Zinanni (*pro hac vice*)
                                             KIRKLAND & ELLIS LLP
                                             300 North LaSalle
                                             Chicago, Illinois  60654
                                             Telephone:     (312) 862-2000
                                             Facsimile:     (312) 862-2200
                                             Email: meredith.zinanni@kirkland.com

                                             *Attorneys for Defendants and Counterclaim Plaintiffs*
                                             *BlackBerry Limited and BlackBerry Corporation*